**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**

**Joseph F. Weis, Jr. U. S. Courthouse**
**700 Grant Street**
**Pittsburgh, PA 15219**
**www.pawd.uscourts.gov**

**JOSHUA C. LEWIS**
  CLERK OF COURT                                         IN REPLYING GIVE NUMBER
  412–208–7500                                           OF CASE AND NAMES OF PARTIES

Date: June 6, 2018

Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313–1450

**RE:   POM OF PENNSYLVANIA, LLC vs. PENNSYLVANIA SKILL GAMES, LLC**
     Case Number:   **2:18–CV–00722–RCM**

Dear Commissioner:

   In compliance with 35 § 290 and/or 15 U.S.C. § 1116 enclosed is a copy of the docket entries and complaint which was filed in the United States District Court for the Western District of Pennsylvania.

                                  Sincerely,

                                  JOSHUA C. LEWIS
                                  CLERK OF COURT

                          By:   /s/ **sdp**
                                  Deputy Clerk

Enclosures