**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | Civil Action No. 2:18-cv-00722-RCM |
| Plaintiffs, | The Honorable Robert C. Mitchell |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant. | |

**NOTICE OF APPEARANCE**

Please enter the appearance of C. James Zeszutek, Esq. on behalf of Pennsylvania Skill Games, LLC in the above-captioned case.

Respectfully submitted,

Dated: July 2, 2018

/s/ C. James Zeszutek
C. James Zeszutek, Esq.
Pa. I.D. No. 22071
Nicholas J. Godfrey, Esq.
Pa. I.D. No. 312031
DINSMORE & SHOHL LLP
1300 Six PPG Place
Pittsburgh, PA 15222
412.288.5861 (t)
412.281.5000 (f)
james.zeszutek@dinsmore.com
nicholas.godfrey@dinsmore.com

*Counsel for Pennsylvania Skill Games, LLC*

13070376v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon the following this 2nd day of July, 2018 via the Court's CM/ECF System:

> Julian E. Neiser, Esq.
> SPILMAN THOMAS & BATTLE, PLLC
> One Oxford Centre, Suite 3440
> 301 Grant Street
> Pittsburgh, PA  15219

/s/ C. James Zeszutek
C. James Zeszutek, Esq.

*Counsel for Pennsylvania Skill Games, LLC*

13070376v1