**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PENNSYLVANIA SKILL GAMES, LLC, <br><br> Defendant. | Civil Action No. 2:18-cv-00722-RCM <br><br> The Honorable Robert C. Mitchell |

## NOTICE OF APPEARANCE

Please enter the appearance of Nicholas J. Godfrey, Esq. on behalf of Pennsylvania Skill

Games, LLC in the above-captioned case.


Respectfully submitted,

Dated: July 2, 2018                   /s/ Nicholas J. Godfrey
                                      C. James Zeszutek, Esq.
                                      Pa. I.D. No. 22071
                                      Nicholas J. Godfrey, Esq.
                                      Pa. I.D. No. 312031
                                      DINSMORE & SHOHL LLP
                                      1300 Six PPG Place
                                      Pittsburgh, PA 15222
                                      412.288.5861 (t)
                                      412.281.5000 (f)
                                      james.zeszutek@dinsmore.com
                                      nicholas.godfrey@dinsmore.com

                                      *Counsel for Pennsylvania Skill Games, LLC*

13070442v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon the following this 2nd day of July, 2018 via the Court's CM/ECF System:

Julian E. Neiser, Esq.
SPILMAN THOMAS & BATTLE, PLLC
One Oxford Centre, Suite 3440
301 Grant Street
Pittsburgh, PA  15219

/s/ Nicholas J. Godfrey
Nicholas J. Godfrey, Esq.

*Counsel for Pennsylvania Skill Games, LLC*

13070442v1