**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC,<br><br>     Plaintiffs,<br><br>v.<br><br>PENNSYLVANIA SKILL GAMES, LLC,<br><br>     Defendant. | Civil Action No. 2:18-cv-00722-RCM<br><br>The Honorable Robert C. Mitchell |

## DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel in the above-captioned case for Pennsylvania Skill Games, LLC certifies that there are no parents, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

Dated: July 2, 2018

/s/ Nicholas J. Godfrey
C. James Zeszutek, Esq.
Pa. I.D. No. 22071
Nicholas J. Godfrey, Esq.
Pa. I.D. No. 312031
DINSMORE & SHOHL LLP
1300 Six PPG Place
Pittsburgh, PA 15222
412.288.5861 (t)
412.281.5000 (f)
james.zeszutek@dinsmore.com
nicholas.godfrey@dinsmore.com

*Counsel for Pennsylvania Skill Games, LLC*

13070460v1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Disclosure Statement was served upon the following this 2nd day of July, 2018 via the Court's CM/ECF System:

> Julian E. Neiser, Esq.
> SPILMAN THOMAS & BATTLE, PLLC
> One Oxford Centre, Suite 3440
> 301 Grant Street
> Pittsburgh, PA  15219

/s/ Nicholas J. Godfrey
Nicholas J. Godfrey, Esq.

*Counsel for Pennsylvania Skill Games, LLC*

13070460v1