**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC | CIVIL ACTION NO. 18-CV-00722-RCM |
| | Hon. Magistrate Judge Robert C. Mitchell |
| Plaintiffs, | |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant. | |

## ACCEPTANCE OF SERVICE

Please take notice that C. James Zeszutek, Esq. of Dinsmore & Shohl LLP, counsel for Defendant Pennsylvania Skill Games, LLC, has been authorized to accept service on behalf of Defendant Pennsylvania Skill Games, LLC, and by electronically signing below, does hereby acknowledge service of the Summons and the Complaint in the above-entitled action for and on behalf of the above-named party with like effect as personal service upon said party.

DATED this 2nd day of July, 2018.

Respectfully submitted,

| | |
|---|---|
| SPILMAN THOMAS & BATTLE, PLLC | DINSMORE & SHOHL LLP |
| By: /s/ Julian E. Neiser | By:    /s/ C. James Zeszutek |
| Julian E. Neiser | C. James Zeszutek, Esq. |
| Pa. Id. No. 87306 | Pa. I.D. No. 22071 |
| | Nicholas J. Godfrey, Esq. |
| One Oxford Centre, Suite 3440 | Pa. I.D. No. 312031 |
| 301 Grant Street | DINSMORE & SHOHL LLP |
| Pittsburgh, PA  15219 | 1300 Six PPG Place |
| | Pittsburgh, PA 15222 |
| T:  (412) 325-1116 | 412.288.5861 (t) |
| F:  (412) 325-3324 | 412.281.5000 (f) |
| E:  jneiser@spilmanlaw.com | james.zeszutek@dinsmore.com |
| | nicholas.godfrey@dinsmore.com |
| **Attorneys for Plaintiffs** | *Counsel for Pennsylvania Skill Games, LLC* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC t/d/b/a          CIVIL ACTION NO. 18-CV-00722-RCM
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC                              Hon. Magistrate Judge Robert C. Mitchell

       Plaintiffs,

    v.

PENNSYLVANIA SKILL GAMES, LLC,

       Defendant.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 2, 2018, I electronically filed the foregoing Acceptance of

Service with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to all counsel of record in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct and that this declaration was executed on July 2, 2018 at Pittsburgh,

Pennsylvania.

SPILMAN THOMAS & BATTLE, PLLC

/s/ Julian E. Neiser
Julian E. Neiser