IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, trading      )
and doing business as PACE-O-MATIC, and  )
SAVVY DOG SYSTEMS, LLC,                )
                       Plaintiffs,    )
                               )
        vs                            )      Civil Action No. 18-722
                               )
PENNSYLVANIA SKILL GAMES, LLC,        )
                Defendant.        )

CONSENT TO JURISDICTION BY
UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, the undersigned (counsel of record for Plaintiffs POM OF PENNSYLVANIA LLC and SAVVY DOG SYSTEMS LLC) in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date:   July 30, 2018                    /s/ Julian E. Neiser
                                                Signature

                        Print Name:   Julian E. Neiser