**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**POM OF PENNSYLVANIA, LLC, trading
and doing business as PACE-O-MATIC, and
SAVVY DOG SYSTEMS, LLC,**
    **Plaintiffs,**

    **v.**                              **Civil Action No. 18-722**

                                        **Magistrate Judge Robert C. Mitchell**

**PENNSYLVANIA SKILL GAMES, LLC,**
    **Defendant**

### STIPULATION FOR EXTENSION TO RESPOND
### TO PLAINTIFF'S COMPLAINT

Plaintiffs POM of Pennsylvania, LLC, trading and doing business as Pace-O-Matic, and Savvy Dog Systems, LLC, and Defendant Pennsylvania Skill Games, LLC, by and through their undersigned counsel, hereby agree and stipulate to extend the deadline for Defendants to answer or otherwise respond to the Defendant's Counterclaim until Monday, August 20, 2018.  This is the first request to extend this particular deadline.

For this Court's convenience, on July 18, 2018, Defendant filed an Answer, Affirmative Defenses, and Counterclaim against Plaintiff.  [ECF No. 7.]  As a result, Plaintiffs currently are due to answer or otherwise respond to the Counterclaim on or before August 8, 2018.

Good Cause for this extension exists.  This stipulation to extend the time to respond to the Complaint will not affect any current deadlines in this case. The proposed deadline will allow for a responsive pleading to be filed prior to the August 27, 2018 case management conference currently scheduled in this matter.  Moreover, this stipulation is entered into in good faith and is not intended to unduly delay the proceedings.

Accordingly, the parties request that an order be entered extending the deadline for the

Defendants to respond to the Complaint to August 20, 2018.

Respectfully submitted,

SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Julian E. Neiser
Julian E. Neiser (Pa. Id. No. 87306)
One Oxford Centre, Suite 3440
301 Grant Street
Pittsburgh, PA  15219

*Counsel for Plaintiffs*

and,

DINSMORE & SHOHL LLP

/s/ Nicholas J. Godfrey
C. James Zeszutek, Esq.
Pa. I.D. No. 22071
Nicholas J. Godfrey, Esq.
Pa. I.D. No. 312031
DINSMORE & SHOHL LLP
1300 Six PPG Place
Pittsburgh, PA 15222
412.288.5861 (t)
412.281.5000 (f)
james.zeszutek@dinsmore.com
nicholas.godfrey@dinsmore.com

*Counsel for Pennsylvania Skill Games, LLC*

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**POM OF PENNSYLVANIA, LLC, trading
and doing business as PACE-O-MATIC, and
SAVVY DOG SYSTEMS, LLC,**
    **Plaintiffs,**

    **v.**                          **Civil Action No. 18-722**

                                      **Magistrate Judge Robert C. Mitchell**

**PENNSYLVANIA SKILL GAMES, LLC,**
    **Defendant**

## CERTIFICATE OF SERVICE

    I hereby certify that on August 6, 2018, I electronically filed the foregoing STIPULATION with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this action.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 6, 2018 at Pittsburgh, Pennsylvania.

                            SPILMAN THOMAS & BATTLE, PLLC

                            /s/ Julian E. Neiser
                            Julian E. Neiser

3