**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | Civil Action No. 2:18-cv-00722-RCM |
| Plaintiffs, | The Honorable Robert C. Mitchell |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant. | |

## PART 1: CONSENT TO JURISDICTION BY UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, I, the undersigned counsel for Defendant Pennsylvania Skill Games, LLC, voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

## ~~PART 2: DISTRICT JUDGE OPTION~~

~~Pursuant to Section 636(c)(2) of Title 28, United States Code, I acknowledge the availability of a United States Magistrate Judge but I elect to have this case randomly assigned to a United States District Judge.~~

Respectfully submitted,

Dated: August 9, 2018

/s/ Nicholas J. Godfrey
C. James Zeszutek, Esq.
Pa. I.D. No. 22071
Nicholas J. Godfrey, Esq.
Pa. I.D. No. 312031
DINSMORE & SHOHL LLP
1300 Six PPG Place
Pittsburgh, PA 15222
412.281.5000 (t)
412.281.5055 (f)
james.zeszutek@dinsmore.com
nicholas.godfrey@dinsmore.com

*Counsel for Pennsylvania Skill Games, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served upon the following this 9th day of August, 2018 via the Court's CM/ECF System:

> Julian E. Neiser, Esq.
> SPILMAN THOMAS & BATTLE, PLLC
> One Oxford Centre, Suite 3440
> 301 Grant Street
> Pittsburgh, PA  15219

/s/ Nicholas J. Godfrey
Nicholas J. Godfrey, Esq.

*Counsel for Pennsylvania Skill Games, LLC*
