UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a )
PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, )
_____ )
            Plaintiff(s),                )
                                         )
            v.                           )   Civil Action No. 2:18-CV-00722-RCM_____
PENNSYLVANIA SKILL GAMES, LLC,           )
_____ )
_____ )
            Defendant(s).                )

**STIPULATION SELECTING ADR PROCESS**

Counsel report that they have met and conferred regarding Alternative Dispute Resolution (ADR) and have reached the following stipulation pursuant to L.R. 16.2 and the Court's ADR Policies and Procedures.

**I. PROCESS**
Select one of the following processes:

　　　X_____ Mediation
　　　_____ Early Neutral Evaluation (ENE)
　　　_____ Court sponsored Binding[1] Arbitration
　　　_____ Court sponsored Non-binding Arbitration
　　　_____Other (please identify process and provider)_____
　　　　　　_____

**If you are utilizing a private ADR process, such as the American Arbitration Association, be advised that the case is still governed by the Court's ADR Policies and Procedures. It is the responsibility of counsel to ensure that all of the proper forms are timely submitted and filed, as required by Policies and Procedures.**

**II. COSTS**

The parties have agreed to share the ADR costs as follows (do not complete percentages for Court sponsored arbitration. For that process, costs are paid by the Court in accordance with 28 USC §658.):

　　　50_____ % by Plaintiff(s)
　　　50_____ % by Defendant(s)

If a dispute arises as to compensation and costs for the mediator/neutral evaluator/private arbitrator, the Court will set reasonable compensation and costs.

---

[1]For binding arbitration, please complete form "Stipulation to Binding Arbitration" located on the Court's website at www.pawd.uscourts.gov

## III.  NEUTRAL

The parties hereby designate by agreement the following individual to serve as a Neutral in the above-styled action:

Name of Neutral:           TBD
Address of Neutral:        _____
Telephone & FAX Numbers:   _____
Email address of Neutral:  _____
**Date of ADR Session:**   _____

The parties represent that they have contacted the selected prospective neutral and have determined that the neutral is available to conduct the ADR session within the time prescribed by the Court's Policies and Procedures and that the neutral does not have a conflict.

## IV.  PARTICIPANTS

Name and title of the individual(s) who will be attending the mediation or early neutral evaluation session, **in addition to counsel**, in accordance with **Section 2.7  (Attendance at Session)** of the Court's ADR Policies and Procedures:

For Plaintiff(s) ___Julian E. Neiser___        B. Greg Cline, General Counsel, Pace-O-Matic, Inc.
                                               Name and title

For Defendant(s) ___Pennsylvania Skill Games, LLC___    Albert Unis IV, Owner and CEO
                                               Name and title

For 3rd party Deft(s)_____          _____
                                               Name and title

If there is insufficient space to list all parties who will be attending the session, please add additional sheets as necessary.

Each party certifies that the representative(s) attending the ADR session on its behalf has full and complete settlement authority, **as specified in sub-section (A)(1-3) of the above section of the Court's ADR Policies and Procedures.**

## V.  ACKNOWLEDGMENT

         We, the undersigned parties to this action, declare that this stipulation is both consensual and mutual.

Dated: _8/20/2018_        /s/ Julian Neiser
                          Attorney for Plaintiff(s)

Dated: _8/20/2018_        /s/ Nicholas J. Godfrey
                          Attorney for Defendant(s)

                                                Rev. 2/2014