IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, trading　)
and doing business as PACE-O-MATIC, and)
SAVVY DOG SYSTEMS, LLC,　　　　　)
　　　　　　　　　Plaintiffs,　　　　)
　　　　　　　　　　　　　　　　　)
　　vs　　　　　　　　　　　　　　)　　Civil Action No. 18-722
　　　　　　　　　　　　　　　　　)
PENNSYLVANIA SKILL GAMES, LLC,　)
　　　　　　　　　Defendant.　　　　)

HEARING ON CASE MANAGEMENT CONFERENCE

Before:  MAGISTRATE JUDGE ROBERT C. MITCHELL

Appearing for Plaintiffs:
Julian E. Neiser

Appearing for Defendant:
C. James Zeszutek
Nicholas J. Godfrey

Hearing begun: 8-27-18 at 1:30 p.m.

Hearing concluded: 1:45 p.m.

Stenographer: none

OUTCOME

1.　　　Parties consent to the consolidation of this case with Civil Action No. 18-941.
2.　　　Discovery ends February 4, 2019.
3.　　　Mediation to take place by November 30, 2018, costs to be split 50/50.  Parties to notify
　　　　the Court of the name of the mediator by September 15, 2018.
4.　　　Local Rule 16.1.D is invoked—order will be entered.
5.　　　Status conference scheduled for December 18, 2018 at 1:00 p.m.