## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PENNSYLVANIA SKILL GAMES, LLC,

      Plaintiff,

v.

PACE-O-MATIC, INC. and MIELE MANUFACTURING, INC.

      Defendants.

Civil Action No. 2:18-cv-00722-RCM

## STIPULATION FOR EXTENSION TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants Pace-O-Matic, Inc. and Miele Manufacturing, Inc. ("Defendants"), by and through their counsel of record, Spilman Thomas & Battle, PLLC; and Plaintiff, Pennsylvania Skill Games, LLC ("Plaintiff"), by and through their counsel of record, Dinsmore & Shohl, LLP, hereby agree and stipulate to extend the deadline for Defendants to answer or otherwise respond to the Complaint originally filed at 2:18-cv-941 [ECF No. 1], until **Friday, September 14, 2018**. This is the first request to extend this particular deadline.

On July 18, 2018, Plaintiff filed its Complaint against Defendants. [ECF No. 1]. Summonses were issued to Defendants on August 15, 2018. [ECF Nos. 6 and 7]. Defendants accepted service on August 17, 2018 (ECF Nos. 8 and 9). On August 27, 2018, the matter at 2:18-cv-941 was consolidated with Civil Action No. 2:18-cv-722. [ECF No. 10]. Defendants are currently due to answer or otherwise respond to Plaintiff's Complaint on or before September 7, 2018.

Good cause for this extension exists. Counsel for Defendants requires additional time to review the Complaint and prepare their responsive pleading. This civil action is in its infancy as the Complaint and summonses were filed and entered recently. This stipulation will not affect

any current deadlines in this case. Moreover, this stipulation is entered in good faith and is not

intended to unduly delay this proceeding.

Respectfully submitted,

SPILMAN THOMAS & BATTLE, PLLC

Dated: September 6, 2018  By: /s/ Julian E. Neiser
           Julian E. Neiser, Esq.
           Pa. I.D. No. 87306
           One Oxford Centre, Suite 3440
           Pittsburgh, PA 15219

*Counsel for Defendants Pace-O-Matic, Inc. and Miele Manufacturing, Inc.*

and,

DINSMORE & SHOHL LLP

By: /s/ Nicholas J. Godfrey
  C. James Zeszutek, Esq.
  Pa. I.D. No. 22071
  Nicholas J. Godfrey, Esq.
  Pa. I.D. No. 312031
  1300 Six PPG Place
  Pittsburgh, PA 15222
  412.288.5861 (t)
  412.281.5000 (f)
  james.zeszutek@dinsmore.com
  nicholas.godfrey@dinsmore.com

*Counsel for Plaintiff Pennsylvania Skill Games, LLC.*