## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

                Plaintiffs/Counterclaim
                Defendants,

        v.

PENNSYLVANIA SKILL GAMES, LLC,

                Defendant/Counterclaim
                Plaintiff.

CIVIL ACTION NO. 2:18-CV-00722-RCM

CONSOLIDATED

The Honorable Robert C. Mitchell

--------------------------------------------------------------------------------------------------------------------

PENNSYLVANIA SKILL GAMES, LLC

                Plaintiff,

        v.

PACE-O-MATIC, INC. and MIELE
MANUFACTURING, INC.,

                Defendants.

### DEFENDANT MIELE MANUFACTURING, INC.'S
### RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT

The Defendant, Miele Manufacturing, Inc., pursuant to Fed. R. Civ. P. 7.1(a), hereby states that it does not have a parent corporation and that there are no publicly traded corporations that own 10% or more of its stock.

DATED this 14th day of September, 2018.

Respectfully submitted,

SPILMAN THOMAS & BATTLE, PLLC

By: /s/ Julian E. Neiser
      Julian E. Neiser
      Pa. Id. No. 87306

      One Oxford Centre, Suite 3440
      301 Grant Street
      Pittsburgh, PA  15219
      T:  (412) 325-1116
      F:  (412) 325-3324
      E:  jneiser@spilmanlaw.com

**Attorneys for Defendant, Miele Manufacturing, Inc.**

-2-

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

          Plaintiffs/Counterclaim
          Defendants,

          v.

PENNSYLVANIA SKILL GAMES, LLC,

          Defendant/Counterclaim
          Plaintiff.

CIVIL ACTION NO. 2:18-CV-00722-RCM

CONSOLIDATED

The Honorable Robert C. Mitchell

----------------------------------------------------------------------------------------------------------------------

PENNSYLVANIA SKILL GAMES, LLC

          Plaintiff,

          v.

PACE-O-MATIC, INC. and MIELE
MANUFACTURING, INC.,

          Defendants.

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing **Defendant Miele Manufacturing, Inc.'s Rule 7.1(a) Corporate Disclosure Statement** was served via the Court's CM/ECF system and United States Mail, First Class, postage prepaid on this 14th day of September, 2018 as follows:

          C. James Zeszutek, Esquire
          Nicholas J. Godfrey, Esquire
          Dinsmore & Shohl LLP
          1300 Six PPG Place
          Pittsburgh, PA  15222

       **Counsel for Plaintiff Pennsylvania Skill Games, LLC**

          SPILMAN THOMAS & BATTLE, PLLC

          /s/ Julian E. Neiser
          Julian E. Neiser