**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

                Plaintiffs/Counterclaim
                Defendants,

          v.

PENNSYLVANIA SKILL GAMES, LLC,

                Defendant/Counterclaim
                Plaintiff.

CIVIL ACTION NO. 2:18-CV-00722-RCM

CONSOLIDATED

The Honorable Robert C. Mitchell

------------------------------------------------------------------------------------------------------------------------

PENNSYLVANIA SKILL GAMES, LLC

                Plaintiff,

          v.

PACE-O-MATIC, INC. and MIELE
MANUFACTURING, INC.,

                Defendants.

**DEFENDANT PACE-O-MATIC, INC.'S
RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**

      The Defendant, Pace-O-Matic, Inc., pursuant to Fed. R. Civ. P. 7.1(a), hereby states that it

does not have a parent corporation and that there are no publicly traded corporations that own

10% or more of its stock.

DATED this 14th day of September, 2018.

Respectfully submitted,

SPILMAN THOMAS & BATTLE, PLLC

By: /s/ Julian E. Neiser
     Julian E. Neiser
     Pa. Id. No. 87306

     One Oxford Centre, Suite 3440
     301 Grant Street
     Pittsburgh, PA  15219
     T:  (412) 325-1116
     F:  (412) 325-3324
     E:  jneiser@spilmanlaw.com

**Attorneys for Defendant, Pace-O-Matic, Inc.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

       Plaintiffs/Counterclaim
       Defendants,

       v.

PENNSYLVANIA SKILL GAMES, LLC,

       Defendant/Counterclaim
       Plaintiff.

CIVIL ACTION NO. 2:18-CV-00722-RCM

CONSOLIDATED

The Honorable Robert C. Mitchell

-----------------------------------------------------------------------------------------------------------------------------

PENNSYLVANIA SKILL GAMES, LLC

       Plaintiff,

       v.

PACE-O-MATIC, INC. and MIELE
MANUFACTURING, INC.,

       Defendants.

## <u>CERTIFICATE OF SERVICE</u>

    I hereby certify that a true and correct copy of the foregoing **Defendant Pace-O-Matic, Inc.'s Rule 7.1(a) Corporate Disclosure Statement** was served via the Court's CM/ECF system and United States Mail, First Class, postage prepaid on this 14th day of September, 2018 as follows:

      C. James Zeszutek, Esquire
      Nicholas J. Godfrey, Esquire
      Dinsmore & Shohl LLP
      1300 Six PPG Place
      Pittsburgh, PA  15222

    **Counsel for Plaintiff Pennsylvania Skill Games, LLC**

      SPILMAN THOMAS & BATTLE, PLLC

      /s/ Julian E. Neiser
      Julian E. Neiser