**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | Civil Action No. 2:18-cv-00722-RCM Consolidated |
| Plaintiffs/Counterclaim Defendants, | The Honorable Robert C. Mitchell |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

**NOTICE OF INITIAL ADR CONFERENCE**

Plaintiffs and Defendant submit the within Notice of Initial ADR Conference with consent of all parties:

**I.    DATE, TIME, AND LOCATION OF MEDIATION**

The Parties have agreed on November 30, 2018 as the date of the Mediation with a tentative start time of 9:30 a.m.  The location of the Mediation and the contact information for the Mediator are as follows:

| | |
|---|---|
| Name of Mediator: | Mark D. Shepard, Esq. |
| Address: | Babst, Calland, Clements and Zomnir, P.C. Two Gateway Center, 6th Floor Pittsburgh, PA  15222 |
| Telephone/Fax Numbers: | T: (412) 394-6546 F: (412) 394-6576 |
| E-Mail Address: | mshepard@babstcalland.com |

## II.    PARTICIPANTS

The following individuals will be participating in the Mediation and will have full settlement authority:

**For POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc., and Miele Manufacturing, Inc.**

*Counsel:*

Julian E. Neiser, Esquire and William P. Smith, Esquire

*Client/Client Representative:*

B. Greg Cline, General Counsel, Pace-O-Matic, Inc.

**For Pennsylvania Skill Games, LLC**

*Counsel:*

C. James Zeszutek, Esquire and Nicholas J. Godfrey, Esquire

*Client/Client Representative:*

Albert Unis IV, Owner and CEO

Each party certifies that the representative(s) attending the Mediation on its behalf has full and complete settlement authority, as specified in sub-section (A)(1-3) of the Court's ADR Policies and Procedures.

## III.   ACKNOWLEDGMENT

We, the undersigned parties to this action, declare that this Notice of Initial ADR Conference is both consensual and mutual.

BY THE PARTIES:

COUNSEL FOR PLAINTIFFS/COUNTERCLAIM DEFENDANTS POM OF PENNSYLVANIA, LLC, T/D/B/A PACE-O-MATIC, AND SAVVY DOG SYSTEMS, LLC

COUNSEL FOR DEFENDANTS PACE-O-MATIC, INC. AND MIELE MANUFACTURING, INC.

SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Julian E. Neiser
    Julian E. Neiser
    Pa. Id. No. 87306
    T:  412-325-1116
    F:  412-325-3324
    E:  jneiser@spilmanlaw.com

    William P. Smith
    Pa. Id. No. 50352
    T:  412-325-1115
    F:  412-325-3324
    E:  wsmith@spilmanlaw.com

    One Oxford Centre, Suite 3440
    301 Grant Street
    Pittsburgh, PA  15219

3

COUNSEL FOR
DEFENDANT/COUNTERCLAIM
PLAINTIFF PENNSYLVANIA SKILL
GAMES, LLC

COUNSEL FOR PLAINTIFF
PENNSYLVANIA SKILL GAMES, LLC

DINSMORE & SHOHL LLP

/s/ C. James Zeszutek
C. James Zeszutek, Esq.
Pa. I.D. No. 22071
Nicholas J. Godfrey, Esq.
Pa. I.D. No. 312031
1300 Six PPG Place
Pittsburgh, PA  15222
T: (412) 281-5000
F: (412) 281-5055
E: james.zeszutek@dinsmore.com
E: nicholas.godfrey@dinsmore.com

4