IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, trading )
and doing business as PACE-O-MATIC, and )
SAVVY DOG SYSTEMS, LLC, )
                Plaintiffs, )
 )
vs                            )          Civil Action No. 18-722
 )
PENNSYLVANIA SKILL GAMES, LLC, )
               Defendant. )

## ORDER REFERRING CASE TO ALTERNATIVE DISPUTE RESOLUTION

After due consideration of the issues and in consultation with the parties, the Court finds

that this case is appropriate for referral to an alternative form of dispute resolution as provided by

the local rules of this Court.

**IT IS HEREBY ORDERED:**

(a) Referral to ADR: This case is referred to: mediation.  Mark D. Shepard is appointed to

serve as the mediator.  Compensation of the neutral will be as follows:  50% by Plaintiffs and

50% by Defendant.  Compensation shall be paid directly to the neutral upon the conclusion of the

ADR process.  Failure to pay the neutral shall be brought to the attention of the Court.

(b) Conduct of ADR Conference(s): The ADR conference(s) shall be conducted in

accordance with Local Rule 16.2 and the Court's ADR Policies and Procedures.

(c) Scheduling ADR Conference(s): The ADR conference(s) shall be concluded before

December 15, 2018, unless extended by order of the Court.  The ADR conferences may be

conducted at any location agreed to by the parties, counsel, and the assigned neutral.

**If the parties are utilizing a private process, the case is still governed by the Court's**

**Local Rules and ADR Policies and Procedures.  When private processes are used, it is the**

responsibility of counsel to ensure that all of the proper forms are timely submitted and filed, as required by Policies and Procedures.

The parties are hereby notified that any individual neutral (Court approved or private) is required to become a registered user of the Electronic Case Filing System (ECF) in the United States District Court for the Western District of Pennsylvania.  Counsel shall so notify their agreed upon neutral and refer them to the Court's website at **www.pawd.uscourts.gov** for user registration forms.  Counsel shall confirm to the Court that the selected neutral has completed the process.

Nothing in this order alters the Case Management Order previously entered in this case.  All deadlines set forth in that Case Management Order remain in full force and effect.

**SO ORDERED** this 15th day of October, 2018.

s/Robert C. Mitchell_____
ROBERT C. MITCHELL
UNITED STATES MAGISTRATE JUDGE