# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA


POM OF PENNSYLVANIA, LLC, et al.,
    Plaintiffs,

**NOTICE**

        v.

PENNSYLVANIA SKILL GAMES, LLC,
        Defendant.                                   Case Number: 18-722


TYPE OF CASE:
_____CIVIL_____

X
    **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| United States Courthouse | **Suite 9240, 9th Floor** |
| 7th Avenue and Grant Street | DATE AND TIME: |
| Pittsburgh, PA  15219 | |

TYPE OF PROCEEDING

**Status Conference**.

_____

**X      TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
|---|---|---|
| Suite 9240 | December 18, 2018 at 1:00 p.m. | December 20, 2018 at 12:30 p.m. |


                                    s/Robert C. Mitchell
                                    U.S. MAGISTRATE JUDGE

**DATE: November 21, 2018**              By:  Sheldon P. Catz
                                    Law Clerk