IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, and Savvy Dog Systems, LLC, | ) ) ) | Civil Action No. 2:18-cv-00722-RCM |
| Plaintiffs/Counterclaim Defendants, | ) ) ) | CONSOLIDATED The Honorable Robert C. Mitchell |
| v. | ) ) | |
| Pennsylvania Skill Games, LLC, | ) ) | |
| Defendant/Counterclaim Plaintiff. | ) ) | |
| Pennsylvania Skill Games, LLC, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| POM of Pennsylvania, LLC and Miele Manufacturing, Inc. | ) ) ) | |
| Defendants. | ) ) | |

**REPORT OF NEUTRAL**

A mediation session was held in the above captioned matter on November 30, 2018.

The case (please check one):

    \_\_\_\_\_   has resolved

    \_\_\_\_\_   has resolved in part (see below)

    \_X\_   has not resolved.

The parties request that a follow up conference with the Court should be scheduled within \_\_\_\_\_ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

Dated: \_December 4, 2018_____         */s/ Mark D. Shepard_____*

                                         Signature of Neutral

                                                             Rev. 09/11