IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, trading )
and doing business as PACE-O-MATIC, and)
SAVVY DOG SYSTEMS, LLC,               )
                    Plaintiffs,           )
                                         )
      vs                             )      Civil Action No. 18-722
                                         )
PENNSYLVANIA SKILL GAMES, LLC,   )
                    Defendant.            )

HEARING ON STATUS CONFERENCE

Before:  MAGISTRATE JUDGE ROBERT C. MITCHELL

Appearing for Plaintiffs:
Julian E. Neiser (by telephone)

Appearing for Defendant:
Nicholas J. Godfrey (by telephone)

Hearing begun: 12-20-18 at 12:30 p.m.

Hearing concluded: 12:40 p.m.

Stenographer: none

OUTCOME

1.      Discovery extended to April 4, 2019—FINAL.
2.      Parties to report on settlement progress by January 11, 2019.
3.      Status conference scheduled for April 9, 2019 at 9:30 a.m.
4.      If needed, an amended complaint to be filed by January 11, 2019.