11474639v1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-RCM |
| | CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Robert C. Mitchell |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

----------------------------------------------------------------------------------------------------------

PENNSYLVANIA SKILL GAMES, LLC

Plaintiff,

v.

PACE-O-MATIC, INC. and MIELE MANUFACTURING, INC.,

Defendants.

## JOINT SETTLEMENT STATUS REPORT

AND NOW COME all parties, by and through their undersigned counsel, and submit the within Joint Settlement Status Report per this Honorable Court's Order of December 20, 2018:

1.      The parties participated in a mediation on November 30, 2018 before Mark Shepard, Esq.

2.      The parties are continuing to discuss settlement through the mediator, but the case has not yet resolved.

1

11474639v1

3.      The parties will continue to discuss settlement until such a time that an impasse

exists.

Respectfully submitted,

SPILMAN THOMAS & BATTLE, PLLC

Dated: January 11, 2019                    By:/s/ Julian E. Neiser

Julian E. Neiser
Pa. Id. No. 87306
One Oxford Centre, Suite 3440
301 Grant Street
Pittsburgh, PA  15219
T:  412-325-1116
F:  412-325-3324
E:  jneiser@spilmanlaw.com

**Attorneys for Plaintiffs/Counterclaim
Defendants, POM of Pennsylvania, LLC
t/d/b/a Pace-O-Matic, Savvy Dog Systems,
LLC, and Defendant Miele Manufacturing,
Inc.**

DINSMORE & SHOHL LLC

Dated: January 11, 2019                    By:/s/ Nicholas J. Godfrey

C. James Zeszutek, Esq.
Pa. I.D. No. 22071
Nicholas J. Godfrey, Esq.
Pa. I.D. No. 312031
DINSMORE & SHOHL LLP
1300 Six PPG Place
Pittsburgh, PA 15222
412.281.5000 (t)
412.281.5055 (f)
james.zeszutek@dinsmore.com
nicholas.godfrey@dinsmore.com

**Attorneys for Pennsylvania Skill Games, LLC**

2