IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>PENNSYLVANIA SKILL GAMES, LLC,<br><br>        Defendant. | Civil Action No. 2:18-cv-00722-RCM<br><br>The Honorable Robert C. Mitchell |

**JOINT MOTION**
**TO AMEND DECEMBER 20, 2018 MINUTE ENTRY AND EXTEND DISCOVERY**

Plaintiffs/Counterclaim Defendants POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic ("POM of Pennsylvania") and Savvy Dog Systems, LLC ("Savvy Dog") and Defendants Pace-O-Matic, Inc. ("Pace-O-Matic") and Miele Manufacturing, Inc. ("Miele Manufacturing") and Defendant/Counterclaim Plaintiff/Plaintiff Pennsylvania Skill Games, LLC ("Pennsylvania Skill Games"), by and through their respective undersigned counsel, respectfully move this Court for an Order amending its December 20, 2018 Minute Entry and extending the deadline to complete discovery from April 4, 2019 to April 25, 2019. In support thereof, POM of Pennsylvania, Savvy Dog, Pace-O-Matic, and Miele Manufacturing and Pennsylvania Skill Games state as follows:

1.      These consolidated cases (*POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, et al. v. Pennsylvania Skill Games, LLC* at Civil Action No. 2:18-cv-00722-RCM and *Pennsylvania Skill Games, LLC v. Pace-O-Matic, Inc., et al.* at Civil Action No. 2:18-cv-00941-RCM) arise out of a dispute regarding the ownership and use of the common law trademark/service mark "PENNSYLVANIA SKILL" and the ownership and the designation of the origin and creation of the PENNSYLVANIA SKILL electronic video game.

2.    POM of PA and Savvy Dog have causes of action pending against Pennsylvania Skill Games for False Designation of Origin under the Lanham Act, violation of the Pennsylvania Unfair Trade Practices and Consumer Protection Law, Common Law Trademark Infringement, Declaratory Judgment, Unfair Competition, Breach of Contract, and Unjust Enrichment.  Pennsylvania Skill Games has causes of action pending against POM of PA and Savvy Dog for False Designation of Origin under the Lanham Act, False Advertising under the Lanham Act, Common Law Trademark Infringement, Breach of Contract (as to POM of PA only), and Unfair Competition.  Pennsylvania Skill Games also has causes of action pending against Pace-O-Matic and Miele Manufacturing for False Designation of Origin under the Lanham Act, False Advertising under the Lanham Act, Common Law Trademark Infringement, Breach of Contract, and Unfair Competition.

3.    At a Case Management Conference on August 27, 2018, this Court entered an Order setting the deadline to complete discovery to February 4, 2019.  *See* CM/ECF Doc. No. 16.

4.    Following the Case Management Conference, POM of Pennsylvania served Interrogatories and Requests for Production of Documents to Pennsylvania Skill Games, and Pennsylvania Skill Games served Interrogatories and Requests for Production of Documents to POM of Pennsylvania, Savvy Dog, Pace-O-Matic, and Miele Manufacturing.  Pennsylvania Skill Games provided written responses and produced documents in response to POM of Pennsylvania's Interrogatories and Requests for Production of Documents, and POM of Pennsylvania, Savvy Dog, Pace-O-Matic, and Miele Manufacturing provided written responses and produced documents in response to Pennsylvania Skill Games' Interrogatories and Requests for Production of Documents.

5.    After the exchange of this initial discovery, on November 30, 2019, the parties participated in Mediation before Mark D. Shepard, Esq. of Babst Calland Clements and Zomnir, P.C.  Although the parties did not resolve the case at Mediation, the parties continue to participate in settlement negotiations in good faith.  *See* CM/ECF Docs. Nos. 23 24, 26, and 28.

6.    At a Status Conference on December 20, 2018, this Court entered an Order extending the deadline to complete discovery to April 4, 2019.  *See* CM/ECF Doc. No. 27.

7.    Following the Status Conference, POM of Pennsylvania and Savvy Dog filed an Amended Complaint against Pennsylvania Skill Games, and POM of Pennsylvania served additional Requests for Production of Documents to Pennsylvania Skill Games.  Since then, the parties have continued to produce documents, and anticipating the completion of written discovery and the production of documents, the parties have diligently worked to schedule Depositions of the parties' principals and employees, in addition to attempting to schedule Depositions of some non-party witnesses.

8.    However, due to scheduling conflicts and an industry-wide conference scheduled for the week of March 25, 2019, the parties have had difficulty scheduling all Depositions prior to the deadline to complete discovery of April 4, 2019.

9.    Accordingly, the parties are requesting an additional three (3) weeks, until April 25, 2019, to schedule necessary Depositions and complete discovery.

WHEREFORE, Plaintiffs/Counterclaim Defendants POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic and Savvy Dog Systems, LLC and Defendants Pace-O-Matic, Inc. and Miele Manufacturing, Inc. and Defendant/Counterclaim Plaintiff/Plaintiff Pennsylvania Skill Games, LLC, by and through their respective undersigned counsel, respectfully request that this Court

amend its December 20, 2018 Minute Entry and extend the deadline to complete discovery from April 4, 2019 to April 25, 2019.

Respectfully submitted,

SPILMAN THOMAS & BATTLE, PLLC

Dated: March 12, 2019          By:     /s/ Julian E. Neiser
                                       Julian E. Neiser, Esq.
                                       Pa. I.D. No. 87306
                                       One Oxford Centre, Suite 3440
                                       Pittsburgh, PA 15219

                                       *Counsel for POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc., and Miele Manufacturing, Inc.*

                                       DINSMORE & SHOHL LLP

Dated: March 12, 2019          By:     /s/ Nicholas J. Godfrey
                                       C. James Zeszutek, Esq.
                                       Pa. I.D. No. 22071
                                       Nicholas J. Godfrey, Esq.
                                       Pa. I.D. No. 312031
                                       DINSMORE & SHOHL LLP
                                       1300 Six PPG Place
                                       Pittsburgh, PA 15222
                                       412.281.5000 (t)
                                       412.281.5055 (f)
                                       james.zeszutek@dinsmore.com
                                       nicholas.godfrey@dinsmore.com

                                       *Counsel for Pennsylvania Skill Games, LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that on March 12, 2018, the foregoing Joint Motion to Amend December 20, 2018 Minute Entry and Extend Discovery was served via the Court's CM/ECF System on the following:

Julian E. Neiser, Esq.
SPILMAN THOMAS & BATTLE, PLLC
One Oxford Centre, Suite 3440
301 Grant Street
Pittsburgh, PA 15219

*Counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc., and Miele Manufacturing, Inc.,*

/s/ Nicholas J. Godfrey
C. James Zeszutek, Esq.
Nicholas J. Godfrey, Esq.

*Counsel for Pennsylvania Skill Games, LLC*