IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, trading   )
and doing business as PACE-O-MATIC, and)
SAVVY DOG SYSTEMS, LLC,              )
     Plaintiffs,        )
          )
  vs        )   Civil Action No. 18-722
          )
PENNSYLVANIA SKILL GAMES, LLC,   )
     Defendant.        )

HEARING ON STATUS CONFERENCE

Before:  MAGISTRATE JUDGE ROBERT C. MITCHELL

Appearing for Plaintiffs:
Julian E. Neiser

Appearing for Defendant:
Nicholas J. Godfrey (by telephone)

Hearing begun: 4-29-19 at 9:40 a.m.

Hearing concluded: 9:58 a.m.

Stenographer: none

OUTCOME

1.  Order to be entered re Plaintiffs' Motion for Order Directing Third Party Witness to
   Comply with Subpoena, or Alternatively, for Contempt (ECF No. 36).
2.  Discover extended to June 15, 2019.