IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, trading )
and doing business as PACE-O-MATIC, and)
SAVVY DOG SYSTEMS, LLC, )
                 Plaintiffs, )
                 )
     vs                  )       Civil Action No. 18-722
                 )
PENNSYLVANIA SKILL GAMES, LLC, )
                 Defendant. )

O R D E R

AND NOW, this 29th day of April, 2019, the Plaintiffs having filed a Motion for

Order Directing Third Party Witnesses to Comply with Subpoena, or Alternatively, to Compel

(ECF No. 36),

IT IS HEREBY ORDERED that the Motion for Order Directing Third Party

Witnesses to Comply with Subpoena, or Alternatively, to Compel (ECF No. 36) is granted and

American Italian Club is directed to appear at a deposition on May 16, 2019 at 1:00 p.m. at the

offices of Plaintiffs' counsel, Spilman Thomas & Battle, PLLC, 301 Grant Street, Suite 3440,

One Oxford Centre, Pittsburgh, Pennsylvania 15219.  Plaintiff is directed to serve a copy of this

order with its deposition subpoena.

IT IS FURTHER ORDERED that, if American Italian Club fails to appear at the

deposition as detailed above, a contempt hearing will be held before the undersigned on May 22,

2019 at 1:00 p.m. in Courtroom 9B, United States Courthouse.

s/Robert C. Mitchell
ROBERT C. MITCHELL
United States Magistrate Judge