**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PENNSYLVANIA SKILL GAMES, LLC, <br><br> Defendant. | Civil Action No. 2:18-cv-00722-PLD <br><br> The Honorable Patricia L. Dodge |

**JOINT MOTION
TO AMEND APRIL 29, 2019 MINUTE ENTRY AND EXTEND DISCOVERY**

Plaintiffs/Counterclaim Defendants POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic ("POM of Pennsylvania") and Savvy Dog Systems, LLC ("Savvy Dog") and Defendants Pace-O-Matic, Inc. ("Pace-O-Matic") and Miele Manufacturing, Inc. ("Miele Manufacturing") and Defendant/Counterclaim Plaintiff/Plaintiff Pennsylvania Skill Games, LLC ("Pennsylvania Skill Games"), by and through their respective undersigned counsel, respectfully move this Court for an Order amending this Court's April 29, 2019 Minute Entry and extending the deadline to complete fact discovery from June 15, 2019 to July 31, 2019. In support thereof, POM of Pennsylvania, Savvy Dog, Pace-O-Matic, and Miele Manufacturing and Pennsylvania Skill Games state as follows:

1.    These consolidated cases (*POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, et al. v. Pennsylvania Skill Games, LLC* at Civil Action No. 2:18-cv-00722 and *Pennsylvania Skill Games, LLC v. Pace-O-Matic, Inc., et al.* at Civil Action No. 2:18-cv-00941) arise out of a dispute regarding the ownership and use of the common law trademark/service mark "PENNSYLVANIA SKILL" and the ownership and the designation of the origin and creation of the PENNSYLVANIA SKILL electronic video game.

15066527v1

2.      POM of Pennsylvania and Savvy Dog have causes of action pending against Pennsylvania Skill Games for False Designation of Origin under the Lanham Act, violation of the Pennsylvania Unfair Trade Practices and Consumer Protection Law, Common Law Trademark Infringement, Declaratory Judgment, Unfair Competition, Breach of Contract, and Unjust Enrichment.  Pennsylvania Skill Games has causes of action pending against POM of Pennsylvania and Savvy Dog for False Designation of Origin under the Lanham Act, False Advertising under the Lanham Act, Common Law Trademark Infringement, Breach of Contract (as to POM of Pennsylvania only), and Unfair Competition.  Pennsylvania Skill Games also has causes of action pending against Pace-O-Matic and Miele Manufacturing for False Designation of Origin under the Lanham Act, False Advertising under the Lanham Act, Common Law Trademark Infringement, Breach of Contract, and Unfair Competition.

3.      At a Status Conference on April 29, 2019, this Court entered an Order setting the deadline to complete fact discovery to June 15, 2019, (CM/ECF Doc. No. 37), and thereafter, on June 10, 2019, this Court entered an Order scheduling a Case Management Conference for July 8, 2019.

4.      To date, POM of Pennsylvania has served a First Set of Interrogatories and a First, Second, and Third Set of Requests for Production of Documents to Pennsylvania Skill Games, and Pennsylvania Skill Games has served a First Set of Interrogatories and a First Set of Requests for Production of Documents to POM of Pennsylvania, Savvy Dog, Pace-O-Matic, and Miele Manufacturing.  Pennsylvania Skill Games provided written responses and produced documents in response to POM of Pennsylvania's First Set of Interrogatories and First and Second Set Requests for Production of Documents, and POM of Pennsylvania, Savvy Dog, Pace-O-Matic, and Miele Manufacturing provided written responses and produced documents in

2

response to Pennsylvania Skill Games' First Set of Interrogatories and First Set of Requests for Production of Documents.

5.      The parties have also taken several Depositions of the parties' principals and employees, and are working to schedule some additional Depositions of the parties' principals and employees and some non-party witnesses. The parties have been working in good faith to coordinate schedules and complete remaining depositions in an efficient way that is proportional to the case.

6.      The Parties also participated in Mediation before Mark D. Shepard, Esq. of Babst Calland Clements and Zomnir, P.C.  Although the parties did not resolve the case at Mediation, the parties continue to participate in settlement negotiations in good faith.  *See* CM/ECF Docs. Nos. 23 24, 26, and 28.

7.      The parties will be prepared to discuss the entry of a Scheduling Order at the July 8, 2019 Case Management Conference setting (1) a deadline for the completion of expert discovery, (2) a deadline for the completion of Alternative Dispute Resolution, (3) deadlines for the filing of dispositive motions and responses thereto, (4) deadlines for the filing of pre-trial statements, (5) deadlines for the filing of *in limine* and *Daubert* motions and responses thereto, (6) a date on which *in limine* and *Daubert* motions shall be heard, (7) a date for a final pre-trial conference, and (8) a date for trial.

8.      Accordingly, the parties are requesting that the Court amend its April 29, 2019 Minute Entry and extend the deadline to complete fact discovery to July 31, 2019.

WHEREFORE, Plaintiffs/Counterclaim Defendants POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic and Savvy Dog Systems, LLC and Defendants Pace-O-Matic, Inc. and Miele Manufacturing, Inc. and Defendant/Counterclaim Plaintiff/Plaintiff Pennsylvania Skill Games,

3

15066527v1

LLC respectfully request that this Court amend its April 29, 2019 Minute Entry and extend the deadline to complete fact discovery from June 15, 2019 to July 31, 2019.

Respectfully submitted,

SPILMAN THOMAS & BATTLE, PLLC

Dated: June 13, 2019          By:    /s/ Julian E. Neiser
                                     Julian E. Neiser, Esq.
                                     Pa. I.D. No. 87306
                                     One Oxford Centre, Suite 3440
                                     Pittsburgh, PA 15219

                                     *Counsel for POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc., and Miele Manufacturing, Inc.*

                                     DINSMORE & SHOHL LLP

Dated: June 13, 2019          By:    /s/ Nicholas J. Godfrey
                                     C. James Zeszutek, Esq.
                                     Pa. I.D. No. 22071
                                     Nicholas J. Godfrey, Esq.
                                     Pa. I.D. No. 312031
                                     DINSMORE & SHOHL LLP
                                     1300 Six PPG Place
                                     Pittsburgh, PA 15222
                                     412.281.5000 (t)
                                     412.281.5055 (f)
                                     james.zeszutek@dinsmore.com
                                     nicholas.godfrey@dinsmore.com

                                     *Counsel for Pennsylvania Skill Games, LLC*

4

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on June 13, 2019, the foregoing Joint Motion to Amend April 29, 2019 Minute Entry and Extend Discovery was served via the Court's CM/ECF System on the following:

> Julian E. Neiser, Esq.
> SPILMAN THOMAS & BATTLE, PLLC
> One Oxford Centre, Suite 3440
> 301 Grant Street
> Pittsburgh, PA 15219
>
> *Counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc., and Miele Manufacturing, Inc.,*

> /s/ Nicholas J. Godfrey
> C. James Zeszutek, Esq.
> Nicholas J. Godfrey, Esq.
>
> *Counsel for Pennsylvania Skill Games, LLC*

15066527v1