IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PENNSYLVANIA SKILL GAMES, LLC,<br><br>Defendant. | Civil Action No. 2:18-cv-00722-RCM<br><br>The Honorable Patricia L. Dodge |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey M. Stacko, Esq. on behalf of Pennsylvania Skill Games, LLC in the above-captioned case.

Respectfully submitted,

Dated: July 8, 2019

/s/ Jeffrey M. Stacko
C. James Zeszutek, Esq.
Pa. I.D. No. 22071
Nicholas J. Godfrey, Esq.
Pa. I.D. No. 312031
Jeffrey M. Stacko, Esq.
Pa. I.D. No. 314941
DINSMORE & SHOHL LLP
1300 Six PPG Place
Pittsburgh, PA 15222
412.288.5861 (t)
412.281.5000 (f)
james.zeszutek@dinsmore.com
nicholas.godfrey@dinsmore.com
jeffrey.stacko@dinsmore.com

*Counsel for Pennsylvania Skill Games, LLC*

15160701v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served upon the following this 8th day of July, 2019 via the Court's CM/ECF System:

Julian E. Neiser, Esq.
SPILMAN THOMAS & BATTLE, PLLC
One Oxford Centre, Suite 3440
301 Grant Street
Pittsburgh, PA  15219


/s/ Jeffrey M. Stacko
Jeffrey M. Stacko, Esq.

*Counsel for Pennsylvania Skill Games, LLC*

15160701v1