12134362v1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

      Plaintiffs,

v.

PENNSYLVANIA SKILL GAMES, LLC,

      Defendant.

Civil Action No. 2:18-cv-00722-PLD
Consolidated

The Honorable Patricia L. Dodge

## EXPERT WITNESS DISCLOSURE

Pursuant to this Honorable Court's Order of July 8, 2019 and Rule 26(a)(2) of the Federal Rules of Civil Procedure, Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of Pennsylvania, LLC and Savvy Dog Systems, LLC (the "Disclosing Parties"), by counsel, hereby identifies the following expert witness who may be called to testify and present evidence pursuant to Federal Rules of Evidence 702, 703, and 705 at time of trial in this matter:

1. Nick Farley

   Nick Farley and Associates, Inc., d/b/a Eclipse Compliance Testing
   6401 Davis Industrial Parkway, Suite A
   Solon, Ohio 44139
   nickf@eclipsetesting.com
   440-914-8378

   Mr. Farley is the president and founder of Nick Farley & Associates, an independent regulator compliance laboratory serving the gaming industry. His report, curriculum vitae and testifying history are attached hereto as Exhibit 1. He may be called to testify regarding the matters set forth in his report and any other subjects or opinions referenced in his report or in subsequent deposition testimony, including reasonable inferences therein. In his field of expertise, he has relied upon his education, training and experience and analyses of the issues in this case.

2. Any expert witnesses disclosed by any party to this action; and

12134362v1

3.  Any expert witnesses needed for rebuttal.

The Disclosing Parties and their expert reserve the right to amend and supplement their disclosures to add opinions and respond to any other issue which may arise in this case, not presently known, and also to address in rebuttal any issue raised by plaintiff or its expert witnesses.

Respectfully submitted,

SPILMAN THOMAS & BATTLE, PLLC

Dated: September 16, 2019          By:     /s/ Julian E. Neiser
                                           Julian E. Neiser, Esq.
                                           Pa. I.D. No. 87306
                                           One Oxford Centre, Suite 3440
                                           Pittsburgh, PA 15219

                                           *Counsel for POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc.*

12134362v1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

      Plaintiffs/Counterclaim
      Defendants,

          v.

PENNSYLVANIA SKILL GAMES, LLC,

      Defendant/Counterclaim
      Plaintiff.

CIVIL ACTION NO. 2:18-CV-00722-PLD

The Honorable Patricia L. Dodge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Expert Witness Disclosure**

was served upon the counsel of record this 16th day of September, 2019 via the Court's CM/ECF

System:

> C. James Zeszutek, Esquire
> Nicholas J. Godfrey, Esquire
> Jeffrey M. Stacko, Esquire
> Dinsmore & Shohl LLP
> 1300 Six PPG Place
> Pittsburgh, PA  15222
>
> **Counsel for Defendant/Counterclaim Plaintiff Pennsylvania
> Skill Games, LLC**

SPILMAN THOMAS & BATTLE, PLLC

/s/ Julian E. Neiser
Julian E. Neiser