## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | Civil Action No. 2:18-cv-00722-RCM |
| Plaintiffs, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant. | |

## ORDER OF COURT

AND NOW, this 17th day of December, 2019, upon consideration of C. James Zeszutek, Esq.'s ("Attorney Zeszutek"), Nicholas J. Godfrey, Esq.'s ("Attorney Godfrey"), Jeffrey M. Stacko, Esq.'s ("Attorney Stacko"), and Dinsmore & Shohl LLP's (collectively, "Dinsmore") Motion to Withdraw as Attorney (the "Motion") and good cause having been shown, it is ORDERED that the Motion is GRANTED. Dinsmore is permitted to withdraw as counsel to Pennsylvania Skill Games, LLC ("Pennsylvania Skill Games") in these consolidated cases (*POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, et al. v. Pennsylvania Skill Games, LLC* at Civil Action No. 2:18-cv-00722 and *Pennsylvania Skill Games, LLC v. Pace-O-Matic, Inc., et al.* at Civil Action No. 2:18-cv-00941, as follows:

1.   The appearance of Attorney Zeszutek, Attorney Godfrey, Attorney Stacko, and Dinsmore & Shohl LLP is hereby withdrawn.

15685224.1

2.  Pennsylvania Skill Games shall have sixty (60) days from the date of this Order of Court to interview and retain succeeding counsel. At the time Pennsylvania Skill Games retains succeeding counsel, succeeding counsel shall notify the Court and a Case Management Conference shall be held to establish (1) a deadline for the completion of limited additional fact discovery (2) a deadline for the completion of expert discovery, (3) deadlines for the filing of dispositive motions and responses thereto, (4) deadlines for the filing of pre-trial statements, (5) deadlines for the filing of *in limine* and *Daubert* motions and responses thereto, (6) a date on which *in limine* and *Daubert* motions shall be heard, (7) a date for a final pre-trial conference, and (8) a date for trial.

3.  Prior to the Case Management Conference, succeeding counsel shall meet and confer with counsel for POM of Pennsylvania, LLC, Savvy Dog Systems, LLC, Pace-O-Matic, Inc., and Miele Manufacturing, Inc. to discuss the deadlines identified in Paragraph 3 of the Order of Court.

4.  Dinsmore shall promptly provide a copy of this Order to Albert Unis IV of Pennsylvania Skill Games, LLC.

Magistrate Judge Patricia L Dodge

15685224.1