# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

                    Plaintiffs/Counterclaim
                    Defendants,

          v.

PENNSYLVANIA SKILL GAMES, LLC,

                    Defendant/Counterclaim
                    Plaintiff.

CIVIL ACTION NO. 2:18-CV-00722-PLD
Consolidated

The Honorable Patricia L. Dodge

## MOTION FOR LEAVE TO FILE AMENDED AFFIRMATIVE DEFENSES

NOW COME Plaintiffs/Counterclaim Defendants POM of Pennsylvania, LLC, t/d/b/a

Pace-O-Matic, and Savvy Dog Systems, LLC (collectively, hereinafter referred to as "Plaintiffs"

or "Counterclaim Defendants"), by and through their undersigned counsel and moves this

Honorable Court as follows:

1.      Plaintiffs filed the initial Complaint against PSG on May 31, 2018. (ECF No. 1).

The action was designated Civil Action No. 2:18-cv-722.

2.      On July 18, 2018, PSG responded in two ways. First, PSG filed an Answer,

Affirmative Defenses, and a Counterclaim to Plaintiff's initial Complaint. (ECF No. 7). Second,

PSG filed a complaint against Counterclaim Defendants in the same Court, under Civil Action

No. 2:18-cv-941.

3.      On August 20, 2018, Plaintiff/Counterclaim Defendants filed its Answer (ECF

No. 15) in response to PSG's Answer to Complaint, Counterclaim, and Affirmative Defenses

(ECF No. 7) under Civil Action No. 2:18-cv-722.

12501505.2

4. On August 27, 2018, the two actions were consolidated into Civil Action No. 2:18-cv-722. (Civ. Action No. 2:18-cv-941 ECF No. 10).

5. On September 14, 2018, Plaintiffs/Counterclaim Defendants filed an Answer (ECF No. 21) in response to PSG's Complaint filed under Civil Action No. 2:18-cv-941.

6. On January 11, 2019, Plaintiffs filed their First Amended Complaint against PSG. (ECF No. 29).

7. PSG filed its Answer to First Amended Complaint, Affirmative Defenses, and Counterclaim on February 8, 2019. (ECF No. 30).

8. Plaintiffs/Counterclaim Defendants filed an Answer (ECF No. 35) in response to PSG's Answer to the First Amended Complaint, Affirmative Defenses, and Counterclaim (ECF No. 30).

9. Through the pleadings and amended pleadings, Plaintiffs/Counterclaim Defendants' Affirmative Defenses were not uniform.

10. In January of 2019, Plaintiffs/Counterclaim Defendants requested leave to amend its affirmative defenses to harmonize its affirmative defenses among the various pleadings. PSG granted Plaintiffs/Counterclaim Defendants leave to amend its affirmative defenses.

11. Due to ongoing settlement discussions, Plaintiffs/Counterclaim Defendants did not see the need to amend its affirmative defenses.

12. Settlement discussions recently broke down and Plaintiffs/Counterclaim Defendants now feel it is necessary to amend its pleadings.

13. On December 11, 2019, PSG's counsel moved to withdraw as counsel. (ECF No. 45).

{12501505.2}

14.     The parties appeared before the Court on December 17, 2019, to be heard on PSG's Counsel's Motion to Withdraw.

15.     During this hearing, the parties again discussed Plaintiffs/Counterclaim Defendants' request to amend and harmonize its affirmative defenses.

16.     The exchange was recorded on the record in the text only docket entry for the December 17, 2019 hearing on PSG's Counsel's Motion to Withdraw.

17.     Now, after obtaining leave from PSG's former counsel, and discussions with this Honorable Court at the most recent status conference, Plaintiffs/Counterclaim Defendants move the Court for leave to amend and harmonize its affirmative defenses asserted among its pleadings.

{12501505.2}

WHEREFORE, Plaintiffs/Counterclaim Defendants POM of Pennsylvania, LLC t/d/b/a

Pace-O-Matic and Savvy Dog Systems, LLC respectfully request that this Honorable Court grant

leave to amend and harmonize its affirmative defenses asserted among its pleadings and enter the

attached Order.

Respectfully submitted,

SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Julian E. Neiser
　　　Julian E. Neiser
　　　Pa. Id. No. 87306

　　　T:  412-325-1116
　　　F:  412-325-3324
　　　E:  jneiser@spilmanlaw.com

　　　One Oxford Centre, Suite 3440
　　　301 Grant Street
　　　Pittsburgh, PA  15219

　　　**Attorneys for Plaintiffs/Counterclaim
　　　Defendants POM of Pennsylvania,
　　　LLC, t/d/b/a Pace-O-Matic, and Savvy
　　　Dog Systems, LLC**

4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a     CIVIL ACTION NO. 2:18-CV-00722-PLD
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,     The Honorable Patricia L. Dodge

      Plaintiffs/Counterclaim
      Defendants,

        v.

PENNSYLVANIA SKILL GAMES, LLC,

      Defendant/Counterclaim
      Plaintiff.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Motion for Leave to**

**Amend Affirmative Defenses** was served upon the undersigned counsel of record this 17th day

of January, 2019 via the methods stated below:

C. James Zeszutek, Esquire
Nicholas J. Godfrey, Esquire
Dinsmore & Shohl LLP
1300 Six PPG Place
Pittsburgh, PA  15222
*VIA ECF*

Pennsylvania Skill Games, LLC
1 Constitution Boulevard
Aliquippa, PA 15001
*VIA FIRST CLASS MAIL*

SPILMAN THOMAS & BATTLE, PLLC

/s/ Julian E. Neiser
Julian E. Neiser

{12501505.3}

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

CIVIL ACTION NO. 2:18-CV-00722-PLD
Consolidated

          Plaintiffs/Counterclaim
          Defendants,

The Honorable Patricia L. Dodge

          v.

PENNSYLVANIA SKILL GAMES, LLC,

          Defendant/Counterclaim
          Plaintiff.

**ORDER GRANTING PLAINTIFFS/COUNTERCLAIM DEFENDANTS'
MOTION FOR LEAVE TO FILE AMENDED AFFIRMATIVE DEFENSES**

NOW, on  the _____ day of _____, 2020, after the demonstration of good

cause, and based upon the prior consent of previous counsel of Plaintiffs/Counterclaim

Defendants POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic and Savvy Dog Systems, LLC's

Motion for Leave to Amend Affirmative Defenses is hereby **GRANTED**.

Plaintiffs/Counterclaim Defendants are hereby given thirty (30) days to file amended pleadings

to amend their affirmative defenses.


Date: _____            _____
                                                  The Honorable Patricia L. Dodge

{12501505.3}