# Pennsylvania Skill Games

# Fed.R.Civ.P 19

# Motion for Joinder

# <u>EXHIBIT 1</u>

AGREEMENT


THIS AGREEMENT entered at American Italian Club, Aliquippa PA hereinafter, the "Location," on this 1st day of Feb , 20 10 by and between Pennsylvania Skill Games, hereinafter, PA Skill Games" and/or "Operator" and Domenic Santia , hereinafter, the "Location Owner" and doing business as AIC, 1928 Irwinst Aliquippa PA 15", hereinafter, the "Premises."

In consideration for the mutual obligations and undertaking in this agreement, the parties agree as follows:

1.    Location Owner hereby grants to PA Skill Games the exclusive right, privilege and license at the premises for the installation and operation of any coin, currency and credit operated games of skill, video lottery terminals (VLTS) and other gaming equipment, if permitted by law and also agrees that location owner and premises shall utilize the automatic teller machine (ATM) placed upon the premises by PA Skill Games (collectively, the "Equipment"). PA Skill Games reserves the exclusive right to determine the number, type and configuration of the Equipment located at the premises at any time and to further determine the price at which "plays" or use shall be made for or through the equipment.

2.    In consideration of Location Owner's agreement contained herein, PA Skill Games and location owner agree that the net receipts, after cartridge fee, distribution of prizes, credits and other payments due to a user based on his/her "play" or use of the equipment, collected with respect to the operation of any and all equipment on the premises, shall be divided as follows:

- PA Skill Games to receive 100 %, Location owner to receive 0 % of the net receipts for ATM usage fees. The division of net receipts may be changed from time to time by mutual agreement of the parties in writing without affecting the terms of this Agreement. Location Owner shall promptly pay such amounts to PA Skill Games upon request.
- PA Skill Games to receive 60 %, Location Owner to receive 40 % of the net receipts for all other equipment, other than ATM. The division of net receipts may be changed from time to time by mutual agreement of the parties in writing without affecting the terms of the Agreement. Location Owner shall promptly pay such amounts to PA Skill Games upon request

3.    PA Skill Games agrees to install the Equipment at its expense and use reasonable efforts to service the equipment. Failure by Operator to furnish service shall not constitute a breach hereof unless Location Owner has given written notice to the President of Operator of such failure and Operator has failed to provide service within three (3) weekdays after the receipt

**EXHIBIT**

**1**

of such notice. Any repairs or maintenance required by reason of misuse, abuse, vandalism, fire or casualty shall be at Customer's sole expense.

4.      Location Owner agrees as follows: (a) it will furnish a prominent place on the Premises for the Equipment, the location of which to be mutually agreed upon by the parties and it will furnish, at its expense, all necessary telecommunications and electrical connections and current for the operation of the Equipment and it will keep the Equipment connected to a power supply so that the Equipment is in operating condition at all times; (b) it will immediately notify PA Skill Games of any failure of the Equipment to function properly or any matter affecting the proper operation of the Equipment; (c) it will permit PA Skill Games at all reasonable times to enter the Premises in order to examine, repair, maintain or replace the Equipment and to make collections from the Equipment; (d) it will permit only authorized employees or agents of PA Skill Games to move, remove, open or tamper with the Equipment and it will be solely responsible for any damages resulting from any moving, removal, opening or tampering not authorized by PA Skill Games, including the replacement cost of such Equipment; (e) it will procure and maintain insurance on the Equipment insuring the Equipment against fire, theft, vandalism, malicious mischief and other casualty, it will name PA Skill Games as an additional insured on such insurance policies and will provide PA Skill Games a copy of such policies upon request; and (f) it assumes all risk related to the legality of any Equipment operated at the Premises, it being acknowledged that PA Skill Games does not warrant the legality thereof.

PA SKILL GAMES WILL AGREE TO PROVIDE AN EXPERT TO EVALUATE AND/OR TESTIFY AS TO THE LEGALITY OF ANY SKILL GAME IF ANY COURT OF LAW OR GOVERNMENT AGENCY TAKES ANY ACTION WHICH INVOLVES A DETERMINATION THAT THE USE AND/OR POSSESSION OF ANY SKILL GAME IS ILLEGAL. HOWEVER, PA SKILL GAMES SHALL NOT BE LIABLE FOR, AND EXPRESSLY DISCLAIMS AND EXCLUDES, ANY AND ALL LIABILITY FOR ANY FINES, PENALTIES, COSTS, EXPENSES OR DAMAGES SUFFERED BY CUSTOMER OR ANY THIRD PARTY ON ACCOUNT OF THE USE, OPERATION OR LOCATION OF SKILL GAMES INCLUDING BUT NOT LIMITED TO CRIMINAL OR CIVIL FINES OR PENALTIES, INCIDENTAL, CONSEQUENTIAL, AND/OR COMPENSATORY DAMAGES, LOST PROFITS, COVER AND/OR INJURY TO PERSON OR PROPERTY, REGARDLESS OF WHETHER PA SKILL GAMES WAS AWARE OF THE POTENTIAL OR ACTUAL EXISTENCE OF SUCH DAMAGES.

5.      Location Owner represents and warrants that it owns and operates the business conducted on the Premises, has full authority to enter into and perform this Agreement and has no written or oral agreement with any other person, governmental authority or entity for the installation, operation or service of Equipment on the Premises. If Location Owner has not acquired the business at the time of execution of this Agreement, this Agreement shall become automatically effective upon said acquisition.

6.      The Equipment, together with the contents thereof, are and will remain at all times the sole and exclusive property of PA Skill Games and may be removed by PA Skill Games upon termination of this Agreement or breach by Location Owner of this Agreement.

7.      Location Owner expressly agrees that during the term of this Agreement, and any renewal hereof, PA Skill Games shall have the sole and exclusive right to install, operate, furnish and service Equipment on the Premises and that it will not furnish, or cause to be furnished, nor

2

permit any other person, governmental authority or entity to install, operate, furnish or service any Equipment (3rd Party Equipment"), of any nature whatsoever, on the Premises, other than PA Skill Games' Equipment. This Agreement prohibits Location Owner from installing or operating (i) ATM machines, (ii) phonographs or jukeboxes, (iii) arcade or video games, or (iv) pool or air hockey tables or similar amusement devices. Location Owner specifically agrees that PA Skill Games shall have the exclusive right to install, operate, furnish any and all equipment and service video lottery terminals and other lottery and gambling devices/games at the Premises. The restrictions contained in this Section 7 shall be enforceable by PA Skill Games even if certain Equipment is solely authorized to be operated by a governmental authority or other third party other than PA Skill Games. The parties agree that this Section 7 is an essential and material part of this Agreement and PA Skill Games would not have entered into this Agreement without these covenants being made by Location Owner, as it would not be economically feasible for PA Skill Games to install, operate and service Equipment at the Premises unless Location Owner grants PA Skin Games such exclusive rights. In the event that the Location Owner breaches or attempts to breach this Section 7, PA Skill Games will have the right to either (a) terminate this Agreement and pursue all damages under Section 11, or (b) continue this Agreement and operate any of its Equipment remaining at the Premises and all net receipts received by Location Owner from 3rd Party Equipment shall be considered net receipts collected from the operation of the Equipment, which shall be divided as provided in Section 2. Location Owner agrees to provide PA Skill Games with all books and records related to any 3rd Party Equipment, including financial and accounting records, within 72 hours of such request. All amounts due PA Skill Games for the operation of 3rd Party Equipment on the Premises shall be paid to PA Skill Games within 5 business days after receipt by Location Owner.

8.      This Agreement shall be effective as of the date first stated above and shall remain in full force and effect for a term of Five (5) years thereafter. If neither party gives written notice to the other of the desire to terminate this Agreement at least ninety (90) days, but not longer than one hundred eight (180) days, prior to the expiration date of the original or any renewal term hereof, this Agreement shall be automatically renewed for successive periods of five (5) years upon the same terms and conditions as provided herein. In the event the business operations of Location Owner are interrupted or stopped for any reason, the original or any renewal term of this Agreement shall be extended for a period equal to the period of such interruption or stoppage.

9.      Notwithstanding any other provision of this Agreement, PA Skill Games shall have the right to terminate this Agreement at any time upon written notice to Location Owner if PA Skill Games determines, in its sole discretion, that the net receipts from the operation of the Equipment shall be less than an amount which will allow the PA Skill Games to earn a profit which PA Skill Games deems satisfactory.

10.     Neither this Agreement nor any interest herein may be assigned by Location Owner without the prior written consent of PA Skill Games. In the event of the proposed sale, assignment or transfer of the Location Owner's business, stock or assets (including, without limitation, the transfer of any liquor license for the business) at the Premises, Location Owner shall: (a) promptly notify PA Skill Games in writing of the identity and address of the proposed purchaser, assignee or transferee, and (b) require the written assumption of this Agreement by the proposed purchaser, assignee or transferee. If such proposed purchaser, assignee or transferee shall fail to fully assume the obligations of Location Owner hereunder, Location Owner shall be in breach hereof and PA Skill Games will have any and all remedies available to it under this Agreement or in law and equity, including those remedies under Section 11 hereof.

3

11.    In the event of the breach of this Agreement by Location Owner, the parties agree that the actual losses suffered by PA Skill Games will be difficult to ascertain and the liquidated damages set forth herein have been agreed by the parties after good faith efforts as a reasonable estimate of such losses and not as a penalty. PA Skill Games and Location Owner agree that PA Skill Games would not have entered into this Agreement but for this liquidated damages covenant. Therefore, in the event of the breach of this Agreement by Location Owner, PA Skill Games will be entitled to recover liquidated damages, in lieu of actual damages, computed as follows:

a)    The amount of the average weekly share of the net receipts from the operation of the Equipment received by PA Skill Games under this Agreement, as determined for the 26 week period immediately preceding the week in which the breach occurs or for the period since the commencement of the Agreement, whichever period is shorter, multiplied by the number of weeks remaining in the unexpired original or renewal term hereof; plus

b)    With respect to any games of skill or chance, video lottery devices or other games that become permitted by law to be operated by private enterprise or public agency after the date of this Agreement and is operated in breach hereof at the Premises as 3rd Party Equipment, the average weekly share of net receipts by Location Owner from such 3rd Party Equipment at the Premises, as determined for the 26 week period immediately following the week in which the breach occurs or until the current original or renewal term of this Agreement expires, whichever period is shorter, multiplied by the number of weeks remaining in such original or renewal term, and then divided as provided in Section 2 of this Agreement.

c)    The sum of a) and b) shall be reduced by Twenty-Five Percent (25%) to account for the PA Skill Games' reduced overhead cost.

Also in the event of a breach o f this Agreement by Location Owner, the parties agree that PA Skill Games will be entitled to Attorney's Fees and Costs.

12.    If Location Owner transfers or relocates its business to a new location or establishes an additional business at other locations, PA Skill Games shall have the exclusive right and option to install and operate Equipment at such location(s), without further consideration to Location Owner, upon the same terms as contained herein.

13.    Location Owner may not resell or transfer any Equipment, or any component thereof. Location Owner may not reverse engineer, decompile, copy or modify any of the software for any Equipment. Location Owner agrees that no one under the age of 18 will be permitted to play any Equipment. Location Owner further agrees that no Equipment will be used for any illegal purpose, nor located in an area where any illegal games or activities take place. If Location Owner breaches the foregoing restrictions PA Skill Games may terminate this Agreement and remove any Skill Game from the Premises, without compensation to Location Owner. If any Equipment is at any time determined to be illegal by any court of law or government agency, Location Owner will immediately discontinue all use of any such Equipment and contact PA Skill Games to arrange for its return to PA Skill Games.

14.    This Agreement constitutes the entire agreement of the parties and no modification or amendment of this Agreement shall be binding unless made in writing and signed by both parties. The invalidity or unenforceability of any provision hereof shall in no way effect the validity or unenforceability of any other provision hereof, which shall remain in full force and effect. The parties agree that the court determining such invalidity or unenforceability shall have jurisdiction to reform such provision so that it is enforceable to the maximum extent permitted by law and this Agreement, as reformed, shall continue to be binding upon the parties. This Agreement shall inure to the benefit of and be binding on the parties and their heirs, executors, administrators, successors and assigns. If PA Skill Games is required to enforce the terms of this Agreement against Location Owner, including, but not limited to, the exclusivity provisions in Section 7, PA Skill Games shall be entitled to reimbursement by Location Owner of all of PA Skill Games' costs and expenses associated with the successful enforcement of this Agreement, including, without limitation, all of its attorney fees, litigation expenses and court costs. This Agreement shall be governed by and enforced under the laws of the Commonwealth of Pennsylvania. The parties hereby waive their rights to a jury trial in the event of litigation arising out of breach or alleged breach of this Agreement or the relationship of the parties hereto.

IN WITNESS WHEREOF, the parties have executed this Agreement by those duly authorized on the date first above written.

In the Presence of:

_Chulk Unis_
Feb 1st 2010

PENNSYLVANIA SKILL GAMES
Albert Unis

By:_Albert Unis_
Managing Member   Albert Unis
Feb 1st 2010

_Chulk Unis_
Feb 1st 2010

LOCATION OWNER:
_Domenic Santee_

By:_President_
Title: Feb, 1st 2010

5