# Pennsylvania Skill Games

# Fed.R.Civ.P 19

# Motion for Joinder

# EXHIBIT 2

## AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA      )
                                         ) SS:

COUNTY OF __Beaver__               )

1.     I am an adult individual, __48__ years of age, and I of have personal knowledge and I am competent to testify on the various matters set forth within. If called upon, I will testify to the statements made herein.

2.     I witnessed the use of skill game machines on the commercial premises located at __816 Merchant St, Ambridge, PA 15003__

3.     Attached to this document are __4__ pictures. These pictures accurately represent the skill games as those skill games existed and were displayed in the year __2011__.

4.     Specifically, the term "Pennsylvania Skill Games" was prominently displayed to the user when operating the skill games as depicted in the picture(s).

Date: __2-12-20__

Sign _____

Print __CURTIS MARTIN__

Sign _____

Print __CURTIS MARTIN__

Witnessed

Commonwealth of Pennsylvania - Notary Seal
John Pournaras, Notary Public
Beaver County
My commission expires July 30, 2023
Commission number 1263856
Member, Pennsylvania Association of Notaries

SUBSCRIBED and SWORN TO before me by the above-named Affiant on the date set forth above.

_____
Notary Public

My Commission Expires: __July 30, 2023__
[seal or stamp]

**EXHIBIT 2.1**









## AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA                )
                                                                          ) SS:
COUNTY OF ___Beaver___                             )

1.    I am an adult individual, ___42___ years of age, and I of have personal knowledge and I am competent to testify on the various matters set forth within. If called upon, I will testify to the statements made herein.

2.    I witnessed the use of skill game machines on the commercial premises located at 1607 main st. Aliquippa 15001 _____.

3.    Attached to this document are ___4___ pictures. These pictures accurately represent the skill games as those skill games existed and were displayed in the year 2011 ___.

4.    Specifically, the term "Pennsylvania Skill Games" was prominently displayed to the user when operating the skill games as depicted in the picture(s).

Date: _2-12-20·20_

Sign _Brian M. Dutcher_

Print _BriAn M. Dutcher_

Witnessed

Sign _Mitzi S._

Print _Mitzi Roppo_

SUBSCRIBED and SWORN TO before me by the above-named Affiant on the date set forth above.

_____
Notary Public

My Commission Expires: _June 22, 2023_
[seal or stamp]

Commonwealth of Pennsylvania - Notary Seal
Mitzi Roppo, Notary Public
Beaver County
My commission expires June 22, 2023
Commission number 1140527
Member, Pennsylvania Association of Notaries

EXHIBIT
2.2









## AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA )
                                          ) SS:

COUNTY OF _BEAVER_ )

1.      I am an adult individual, _52_ years of age, and I of have personal knowledge and I am competent to testify on the various matters set forth within. If called upon, I will testify to the statements made herein.

2.      I witnessed the use of skill game machines on the commercial premises located at _2590 Brodhead Rd Aliqppa PA 15001_.

3.      Attached to this document are _3_ pictures. These pictures accurately represent the skill games as those skill games existed and were displayed in the year _2011_.

4.      Specifically, the term "Pennsylvania Skill Games" was prominently displayed to the user when operating the skill games as depicted in the picture(s).

Date: _2/10/20_

Sign _Pamela ___
Print _Pamela D Kendrew_

Witnessed

Sign _John Campbell_
Print _John Campbell_

SUBSCRIBED and SWORN TO before me by the above-named Affiant on the date set forth above.

_____
Notary Public

My Commission Expires: _6/2/2023_
[seal or stamp]

Commonwealth of Pennsylvania - Notary Seal
Debra J. Shaffer, Notary Public
Beaver County
My commission expires June 2, 2023
Commission number 1291123
Member, Pennsylvania Association of Notaries

**EXHIBIT**

**2.3**

IMG_5318.JPG





image1.JPG

