# Pennsylvania Skill Games

# Fed.R.Civ.P 19

# Motion for Joinder

# EXHIBIT 3

## MARKETING MEETING
Fri 08.10.12 (Dwayne, Al, Kirk, Monika)
Purpose: Receive trip update from Al and review needed products for these states

**OHIO MARKET**

- Product Type: Swill (Sweeps games with Skill Header)
- Legal:
- Potential Sales
  - Steve McCoy JR
    - Countertops
    - Uprights
  - Results of 3 Edge countertops: 2 machines made $38,000.00 each; in the hole $1800.00 and $2200.00 on respective machines. Kirk to try and get the tickets.
  - Competing with Jay Young's conversion price of $1200.00 (includes 0.5 Fill) and the fact that we claim to that conversion must be done in-house
  - Mike Saadah (operates on the Ohio/PA Line)
- Legal – hands counter
- FOLLOW-UP: will call him to offer special pricing today or Monday; Kirk spoke to him during the meeting: needs price to be around $2700.00 – ordering at least 1; checking – may order more by the end of the day.

**PENNSYLVANIA MARKET**

- Product Type: Skill – Need a new name for this product; will start with Pirates Prize and then add other games; Erik to create a roster of releases & estimated time of release.
- Legal: Sweeps - Waiting on court ruling – postponed from Aug. 7th
- Potential Sales
  - Banchik/Yeager: 25 units initial order: 60K-75K
    - Target Mkt: Southern Pittsburg region
    - Pro forma: 3K x 30 = 90K; ROI: 150K/2 = 75K; 2nd Fill =
    - Action – Create Pro forma for next week's meeting
  - Mike Saadah – offered special fill pricing – Ohio prices
    - Target Mkt: North Pittsburg/Ohio
    - Action:

**EXHIBIT**
**3**

**MISSOURI MARKET**

- Product Type: Onyx with POS
- NEED: Onyx with Fill System
- Potential Sales
    - Shaffer Distributing (Dennis Sterns, Rich Grant)
        - Action Item – Al/KirkNeed to follow up with Scott if they want to be the main distributor
    - Lemons Coin Op (Truman Lemons)
        - Interested in Onyx with Bill Accept.
        - Potential Sales: not sure
    - Amusement Concepts, Inc. (Steve Schumacher, Ray Montgomery)
        - Interested in Onyx with Bill Accept
        - Potential Sales: not sure – waiting to see
    - Vinny
        - Interested in Onyx with Bill Accept
        - Potential Sales:


**FLORIDA MARKET**
- **Not discussed in this meeting**


**TEXAS MARKET**
- **Not discussed in this meeting**

CONFIDENTIAL