# Pennsylvania Skill Games

# Fed.R.Civ.P 19

# Motion for Joinder

# <u>EXHIBIT 6</u>



EXHIBIT 6.1

**SKL 402.52 PEN**

Jan 22, 2020 11:52:24 AM
ACCLEV:  2 : OPERATOR
LICENSE:  522293
TERMID:  118267
PENDING:  0.0
CURFILL:  0.5
PLAYLVL: 0.0%

SCAN QR CODE

Print Archive

Print WEEKLY

Print DAILY

## TERMINAL STATS

| DESCRIPTION | ARCHIVE (LEVEL 2) | WEEKLY | DAILY |
|---|---|---|---|
| Last Clear Time | 2/13/19 1:37 PM | 1/21/20 7:45 PM | 12/30/19 10:06 AM |
| -------- | | | |
| Credit In | $120,675.00 | $0.00 | $208.00 |
| Redeem Out | $95,670.45 | $0.00 | $3.90 |
| Hold (In - Out) | $25,004.55 | $0.00 | $204.10 |
| License Fee 20% | $5,000.91 | $0.00 | $40.82 |
| Location Share 40% | $10,001.82 | $0.00 | $81.64 |
| Operator Share 40% | $10,001.82 | $0.00 | $81.64 |
| Hold Pct. (Hold / In) | 20.72% | --% | 98.13% |
| Points Played | $376,685.04 | $0.00 | $394.40 |
| Points Won | $351,680.49 | $0.00 | $190.30 |
| Earned (Play-Won) | $25,004.55 | $0.00 | $204.10 |
| Pay % (Won/Play) | 93.36% | --% | 48.25% |
| Games Played | 349239 | 0 | 510 |
| Games Won | 125516 | 0 | 166 |
| Hit%(Won/Played) | 35.94% | --% | 32.55% |
| -------- | | | |
| Credit In $0.25 | $0.00 | $0.00 | $0.00 |
| Credit In $1.00 | $6,300.00 | $0.00 | $3.00 |
| Credit In $2.00 | $0.00 | $0.00 | $0.00 |
| Credit In $5.00 | $10,325.00 | $0.00 | $25.00 |
| Credit In $10.00 | $11,580.00 | $0.00 | $40.00 |
| Credit In $20.00 | $81,820.00 | $0.00 | $140.00 |
| Credit In $50.00 | $4,650.00 | $0.00 | $0.00 |
| Credit In $100.00 | $6,000.00 | $0.00 | $0.00 |
| Credit In $500.00 | $0.00 | $0.00 | $0.00 |
| Credit in Vouchers | $0.00 | $0.00 | $0.00 |
| Vouchers Qty In | 0 | 0 | 0 |
| Total Credit In | $120,675.00 | $0.00 | $208.00 |

Case 2:19-cv-00722-PLD   Document 52-6   Filed 02/17/20   Page 2 of 6



EXHIBIT
6.2



SETUP **STATS** HISTORY SERVICE

## CODE EXCHANGE

**SKL 402.52 PEN**

Dec 15, 2019 10:59:38 PM
ACCLEV: 1 : NORMAL
LICENSE: 377030
TERMID: 128219
PENDING: 0.0
CURFILL: 0.5
PLAYLVL: 0.0%

EXHIBIT 6.3

CHANGE ACCESS LEVEL

Exit Menu

Terminal Play Warp Codex

| PRODUCT | VERSION | BUILD | REGION | TERMINAL |
|---------|---------|-------|--------|----------|
| SKL | 402 | 52 | PEN | 128219 |

| FILLCOUNT | SEED-A | SEED-B | SEED-C | LICENSE |
|-----------|--------|--------|--------|---------|
| 007 | 539 | 042 | 741 | 377030 |

| GROUP-1 | GROUP-2 | GROUP-3 | GROUP-4 | GROUP-5 | GROUP-6 |
|---------|---------|---------|---------|---------|---------|
| 275 | 349 | 026 | 936 | 508 | 558 |

Codex Entry

000  000  000  000  000  000

| 1 | 2 | 3 | |
|---|---|---|---|
| 4 | 5 | 6 | PRINT CODEX TICKET |
| 7 | 8 | 9 | |
| 0 | BACKUP | | ENTER |

USE TO INPUT FILL AND LICENSING CODES

Case 2:18-cv-00722-PLD   Document 52-6   Filed 02/17/20   Page 4 of 6

**From:** Game Fill <Game.fill@paceomatic.com>
**Date:** January 21, 2020 at 7:13:43 PM EST
**To:** "Sbest@mielemfg.com" <Sbest@mielemfg.com>
**Subject: Pace-O-Matic Refill code for TID: 147303**

Invoice Number: 41796190108
Invoice Date: 1/21/2020

Billed To: PA Skill Games (MM)
Address: 1 Constitutional Blvd Beaver PA

Payment Method: Account

 ($1,250.00) :Fill Price
- $0.00 :Credit Used
-------------------
= $1,250.00 :Total
+ $75.00 :Tax
-------------------
= $1,325.00 :Billed

Terminal ID: 147303
Version: SKL402PEN
Seed: 725033934
Fill Count: 3
Fill Amount: 10
TI: 4
Billed On: XXXX5907
Customer Notes: albie sb

Billing Notes: $1325.00 Paid CC transaction.
Filled By: S Best

Code: 940 - 357 - 983 - 717 - 347 - 089

**EXHIBIT**

**6.4**

This email and any files transmitted with it and any reply messages associated with it (collectively, "this

email") are confidential and may be used or stored only by the sender's intended recipient(s). Any dissemination or use of this email by persons other than the intended recipient(s) is strictly prohibited. If you have received this email in error, please notify the sender immediately by reply email and then delete this email from your system and destroy any printed copies. Nothing in this transmission is intended to be an electronic signature or to constitute an agreement of any kind under applicable law unless otherwise expressly indicated by an authorized officer of Pace-O-Matic. Any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Pace-O-Matic. Pace-O-Matic accepts no liability for any damage caused by any virus transmitted by this email.