# Pennsylvania Skill Games

# Fed.R.Civ.P 19

# Motion for Joinder

# <u>EXHIBIT 7</u>



This AGREEMENT is made and entered into effective as of January 29, 2015 by and between Pace-O-Matic, Inc. and Miele Manufacturing collectively referred to as ("POM") and Albert Unis and Affiliates ("AUA").

WHEREAS, POM is in the business of manufacturing software, electronic components and hardware for Pennsylvania compliant skill games;

WHEREAS, POM is selling Terminals to AUA to place in Beaver County, Pennsylvania under the following terms:

- AUA initially pays POM the following for Terminals:
  Flex1 Cabinets and Countertops-   $2,600.00
  Spartan Cabinets - $2,400.00
- AUA initially pays POM the following for Software Plays ("Fills"):
  $675.00 "Net" for ½ (.5) fill ($800 fill price less $125 rebate for AUA help in legal matters)
  $1,250.00 "Net" for a full (1.0) fill ($1,500.00 fill price less $300 rebate for AUA help in legal matters)
- AUA commits to purchase 25 Terminals with their first order and a minimum of 10 terminals per month three months after delivery of the first order.
- POM agrees to not sell terminals in Beaver County unless AUA refuses to place terminals in the location in question (Right of First Refusal).

Other:
POM will commit to support AUA with agreed upon marketing efforts.
POM agrees to discuss increased fill rebates (discounts) to AUA once AUA has purchased 100 Terminals from POM

Pace-O-Matic, Inc.                                    Albert Unis and Affiliates

By:                                                   By:

_____                              _____
Danny Warren
Vice President

**EXHIBIT**
**7**

4150 Blue Ridge Industrial Parkway, Norcross, Georgia  30071          Tel (770) 441-9500  Fax (770) 441-5550

www.paceomatic.com                    Page 1 of 1                    An Equal Opportunity Employer