# Pennsylvania Skill Games
# Fed.R.Civ.P 19
# Motion for Joinder
# <u>EXHIBIT 8</u>

## Greg Cline

| | |
|---|---|
| **From:** | Ryan Wood |
| **Sent:** | Monday, February 2, 2015 12:42 PM |
| **To:** | Kyung Kim; Michael Pace; Monika Brock |
| **Cc:** | Karmin Pace; Danny Warren; Monica Dederle |
| **Subject:** | 19282- Albert Unis |

Kyung – Albert will be here on Wednesday to do a site visit. He will pay for the Machines on Wednesday. He will pick up the machines Thursday morning if necessary.

Pace/Danny – Albert is the customer in Beaver County who is putting out all the machines. I think it would be very helpful if you were here to at least introduce yourself. He and his son are staying overnight on Wednesday. Hopefully we can do dinner or something. Sorry for the late notice.

Monika - Please communicate with me on anything that you need to complete this order.

*Ryan H. Wood*

Account Executive
Pace-O-Matic, Inc.
4150 Blue Ridge Industrial Parkway
Norcross, GA 30071
Office: (770)441-9500
Mobile: (404)456-1360
Fax: (770)441-5550
www.paceomatic.com
ryan.wood@paceomatic.com

This email and any files transmitted with it and any reply messages associated with it (collectively, "this email") are confidential (and may contain privileged information, such as an attorney-client communications) and may be used or stored only by the sender's intended recipient(s). Any dissemination or use of this email by persons other than the intended recipient(s) is strictly prohibited. If you have received this email in error, please notify the sender immediately by reply email and then delete this email from your system and destroy any printed copies. Nothing in this transmission is intended to be an electronic signature or to constitute an agreement of any kind under applicable law unless otherwise expressly indicated by an authorized officer of Pace-O-Matic. Any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Pace-O-Matic. Pace-O-Matic accepts no liability for any damage caused by any virus transmitted by this email.



**EXHIBIT**

**8**

1

POM 000023