# Pennsylvania Skill Games

# Fed.R.Civ.P 19

# Motion for Joinder

# <u>EXHIBIT 9</u>

Equipment Purchase Agreement

This Equipment Purchase Agreement ("Agreement") is entered into on this 20th day of May, 2015, by and between Pace-O-Matic, Inc. and Miele Manufacturing (hereinafter collectively referred to as ("Seller") and Pennsylvania Skill Games, LLC ("Buyer").

Whereas, Seller is a manufacturer of software, electronic components and hardware for Pennsylvania compliant skill games; and

Whereas, Seller has successfully litigated the legality of the Pennsylvania skill game ("Compliant Terminals") in the Beaver County Court of Common Pleas docket number MD-965-2013 (In re Pace-O-Matic, Inc. Equipment Terminal ID no. 142613); and

Whereas, Buyer specifically seeks to purchase only Compliant Terminals or Hardware Components that contain the above referenced skill games and software plays which were the subject of the above-referenced litigation; and

Whereas, Seller desires to sell Compliant Terminals or Hardware Components and software plays to Buyer; and

Whereas, Buyer desires to purchase Compliant Terminals or Hardware Components and software plays from Seller.

NOW THEREFORE, in consideration of the mutual promises, covenants and conditions contained in this Agreement, the parties agree as follows:

Payment and Terms

1. Subject to the terms and conditions of this Agreement the Seller shall sell, transfer, and assign the Buyer Compliant Terminals and/or Hardware Components at a mutually agreeable price. The initial prices at the time of the effective date of this Agreement is as follows:

- A. Flex! Compliant Terminal complete         $2,495.00
- B. HD Compliant Hardware Component complete   $995.00

   Prices are subject to change due to changes in material costs of the Compliant Terminals and Compliant Hardware Components

2. Seller will sell software plays to Buyer at an initial cost of $1,250.00 for a "full or 1.0" set of software plays and $675.00 for a "1/2 or .5" set of software plays. Prices for software plays are subject to change in the future.

3. Seller will use all reasonable efforts to make sure Buyer has access to software plays for its Compliant Terminals and Hardware components as long as Seller is in the market.

EXHIBIT

9

4. Seller grants to Buyer a "Right of First Refusal" relating to the placement of Compliant Terminals or Hardware Components and selling sets of software plays in Beaver County, Pennsylvania. If Buyer opts not to place Compliant Terminals in certain Beaver County locations then Seller, through another vendor, may place the above described Compliant Terminals in those locations. Seller agrees not to sell the other vendor Compliant Terminals at prices lower than the Buyer pays. Seller also agrees to make sure that the other vendor does not offer sets of software plays to the location at prices below the market price at that time.

5. Seller expressly agrees not to indemnify and hold harmless the Buyer from any and all claims, causes of action, complaints or prosecutions arising from or related to the Compliant Terminals or Hardware Components.

6. Seller will support Buyer with previously agreed marketing efforts.

7. Buyer may assign its rights and obligations under this Agreement with the written consent of Seller which shall not be unreasonably withheld.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date above written.

Witness:

Sellers:
PACE-O-MATIC, INC.

By: _____

Its _President & CEO_

MIELE MANUFACTURING

By: _____

Its _President_

Witness

Buyer:
PENNSYLVANIA SKILL GAMES, LLC

By: _____
Albert Unis IV, Managing Member