# Pennsylvania Skill Games
# Fed.R.Civ.P 19
# Motion for Joinder
# <u>EXHIBIT 10</u>



**From:** Michael Pace <Michael.Pace@paceomatic.com>
**Sent:** 6/5/2016 3:29:05 PM -0400
**To:** Danny Warren <Danny.Warren@paceomatic.com>; Norm Stahl <Norm.Stahl@paceomatic.com>; Ryan Wood <Ryan.Wood@paceomatic.com>; <lou@mieleinc.com>
**Subject:** Mike Boodram in Beaver County

All,

On Saturday, I received a call from Mike Boodram. Mike was concerned that he had contracts in Beaver County with convenience stores and was informed by Wayne Deluca Esquire that his client, Albert Unis has an exclusive for our PA Skill Games in Beaver County. I told Mike that I would investigate and get back to him ASAP.

I called Albert Unis on Sunday and we talked for 93 minutes. Albert said that someone was putting different types of skill games in the convenience stores in Beaver County and elsewhere. Albert also indicated that the convenience store market has been good only in the last few years due to better fast food choices. Albert said that he wants our better Skill Game software and wants to place his games in the convenience stores. I told Albert that I will investigate and get back to him ASAP. This is a problem that must be resolved immediately.

Michael

Michael Pace
President & CEO
Pace-O-Matic, Inc.
4150 Blue Ridge Industrial Parkway
Norcross, GA 30071
Phone: 770.441.9500
Fax: 770.441.5550

**EXHIBIT 10**

This email and any files transmitted with it and any reply messages associated with it (collectively, "this email") are confidential (and may contain privileged