# Pennsylvania Skill Games

# Fed.R.Civ.P 19

# Motion for Joinder

# <u>EXHIBIT 11</u>

