# Pennsylvania Skill Games
# Fed.R.Civ.P 19
# Motion for Joinder
# <u>EXHIBIT 12</u>

**Wyoming Secretary of State**

2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only

**WY Secretary of State**
**FILED: Oct 16 2018  9:53AM**
**Original ID: 2018-000824764**

# Limited Liability Company
# Articles of Organization

**I. The name of the limited liability company is:**

POM of Alabama, LLC

**II. The name and physical address of the registered agent of the limited liability company is:**

Corporate Creations Network Inc.
5830 E 2nd St
Casper, WY 82609

**III. The mailing address of the limited liability company is:**

3870 Peachtree Ind Blvd Ste 340-221
Duluth, GA 30096

**IV. The principal office address of the limited liability company is:**

3870 Peachtree Ind Blvd Ste 340-221
Duluth, GA 30096

**V. The organizer of the limited liability company is:**

Michael R Pace
3870 Peachtree Ind Blvd 340-221

**Signature:**  *Michael R Pace*                          Date:  **10/16/2018**

Print Name:  **Michael R Pace**

Title:  **Member**

Email:  **donna.beck@paceomatic.com**

Daytime Phone #:  **(770) 441-9500**

**EXHIBIT**
**12.1**

**Wyoming Secretary of State**

2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

---

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

---

**W.S. 6-5-308. Penalty for filing false document.**

(a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:

(i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;

(ii) Makes any materially false, fictitious or fraudulent statement or representation; or

(iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

---

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**    ☑ An Individual        ☐ An Organization

**Filer Information:**

**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

Signature:    *Michael R Pace*                         Date:  **10/16/2018**

Print Name:    **Michael R Pace**

Title:    **Member**

Email:    **donna.beck@paceomatic.com**

Daytime Phone #:    **(770) 441-9500**



**Secretary of State**

**Wyoming Secretary of State**

2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

# Consent to Appointment by Registered Agent

**Corporate Creations Network Inc.**, whose registered office is located at **5830 E 2nd St, Casper, WY 82609**, voluntarily consented to serve as the registered agent for **POM of Alabama, LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

Signature:       *Michael R Pace*                                    Date:   **10/16/2018**

Print Name:      **Michael R Pace**

Title:           **Member**

Email:           **donna.beck@paceomatic.com**

Daytime Phone #:   **(770) 441-9500**

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

### CERTIFICATE OF ORGANIZATION

**POM of Alabama, LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **16th** day of **October, 2018** at **9:53 AM.**

Remainder intentionally left blank.



Filed Date: 10/16/2018

Secretary of State

Filed Online By:

Michael R Pace

on 10/16/2018

Page 4 of 4

**Wyoming Secretary of State**
2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only

WY Secretary of State
**FILED: Nov 26 2018  8:56AM**
**Original ID: 2018-000829793**

# Limited Liability Company
# Articles of Organization

**I. The name of the limited liability company is:**

POM of DISTRICT OF COLUMBIA, LLC

**II. The name and physical address of the registered agent of the limited liability company is:**

Corporate Creations Network Inc.
5830 E 2nd St
Casper, WY 82609

**III. The mailing address of the limited liability company is:**

3870 Peachtree Industrial Blvd.
Suite 340-310
Duluth, GA 30096

**IV. The principal office address of the limited liability company is:**

3870 Peachtree Industrial Blvd.
Suite 340-310
Duluth, GA 30096

**V. The organizer of the limited liability company is:**

Michael R Pace
4150-B Blue Ridge Ind Pkwy  Norcross, GA  30071

**Signature:**  *Michael R Pace*            Date:  **11/26/2018**

Print Name:  **Michael R Pace**

Title:  **Member**

Email:  **donna.beck@paceomatic.com**

Daytime Phone #:  **(770) 441-9500**

**EXHIBIT**
**12.2**

**Wyoming Secretary of State**

2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

---

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

---

**W.S. 6-5-308. Penalty for filing false document.**

(a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:

(i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;

(ii) Makes any materially false, fictitious or fraudulent statement or representation; or

(iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

---

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**    ☑ An Individual        ☐ An Organization

**Filer Information:**

**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

| Signature: | *Michael R Pace* | Date: | **11/26/2018** |
|---|---|---|---|

Print Name:    **Michael R Pace**

Title:    **Member**

Email:    **donna.beck@paceomatic.com**

Daytime Phone #:    **(770) 441-9500**



**Wyoming Secretary of State**

2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

**Secretary of State**

# Consent to Appointment by Registered Agent

      **Corporate Creations Network Inc.**, whose registered office is located at **5830 E 2nd St, Casper, WY 82609**, voluntarily consented to serve as the registered agent for **POM of DISTRICT OF COLUMBIA, LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

      I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.


| | | |
|---|---|---|
| **Signature:** | *Michael R Pace* | Date: **11/26/2018** |
| Print Name: | **Michael R Pace** | |
| Title: | **Member** | |
| Email: | **donna.beck@paceomatic.com** | |
| Daytime Phone #: | **(770) 441-9500** | |

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF ORGANIZATION

**POM of DISTRICT OF COLUMBIA, LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **26th** day of **November**, **2018** at **8:56 AM.**

Remainder intentionally left blank.



Filed Date: 11/26/2018


Secretary of State

Filed Online By:

Michael R Pace

on 11/26/2018

Page 4 of 4



**Ed Murray**
**Wyoming Secretary of State**
2020 Carey Avenue, Suite 700
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

**Ed Murray, WY Secretary of State**

**FILED: 09/08/2017 07:47 AM**

**ID: 2017-000768047**

# Limited Liability Company
# Articles of Organization

1. Name of the limited liability company:

POM of Florida, LLC

2. This entity elects to be a close limited liability company: ☐
*(You may refer to the Close Limited Liability Supplement for more information W.S. 17-25-101-W.S 17-25-109.)*

3. Name and physical address of its registered agent:
*(The registered agent may be an individual resident in Wyoming or a domestic or foreign business entity authorized to transact business in Wyoming. **The registered agent must have a physical address in Wyoming.** If the registered office includes a suite number, it must be included in the registered office address. A Drop Box is not acceptable. A PO Box is acceptable if listed **in addition to a physical address.**)*

Name: Corporate Creations Network, Inc.

Address: 5830 E. 2nd St., Casper, WY 82609

*(If mail is received at a Post Office Box, please list above **in addition to the physical address.**)*

4. Mailing address of the limited liability company:

3870 Peachtree Industrial Blvd, Ste 340-222, Duluth, Georgia 30096

5. Principal office address:

3870 Peachtree Industrial Blvd, Ste. 340-222, Duluth, Georgia 30096

Signature: _____    Date: 08/30/2017
*(Shall be executed by an organizer.)*    *(mm/dd/yyyy)*

Print Name: Daniel N. Warren

Contact Person: Daniel N. Warren

Daytime Phone Number: (678) 447-8374    Email: bgcline@gabusinesslawgroup.com

*(Email provided will receive annual report reminders and filing evidence)*
*May list multiple email addresses*

LLC-ArticlesOrganization - Revised October 2015

**EXHIBIT**
**12.3**



**Ed Murray**
**Wyoming Secretary of State**
2020 Carey Avenue, Suite 700
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

# Consent to Appointment by Registered Agent

I, | Corporate Creations Network, Inc. | , registered office located at

*(name of registered agent)*

| 5830 E. 2nd St., Casper, WY 82609 |   voluntarily consent to serve

**\*** *(registered office physical address, city, state & zip)*

as the registered agent for | POM of Florida, LLC |

*(name of business entity)*

I hereby certify that I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Signature: _____    Date: | _____ |

*(Shall be executed by the registered agent.)*    *(mm/dd/yyyy)*

Print Name: | Jim Perkins |    Daytime Phone: | (561) 694-8107 |

Title: | EVP |    Email: | jim.perkins@corpcreations.com |

Registered Agent Mailing Address
(if different than above): | |

---

**\*If this is a current registered agent changing their registered address on file, complete the following:**

Previous Registered Office(s): | |

I hereby certify that:

- After the changes are made, the street address of my registered office and business office will be identical.
- This change affects every entity served by me and I have notified each entity of the registered office change.
- I certify that the above information is correct and I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Signature: _____    Date: | |

*(Shall be executed by the registered agent.)*    *(mm/dd/yyyy)*

RAConsent – Revised October 2015

# STATE OF WYOMING
## Office of the Secretary of State

I, ED MURRAY, SECRETARY OF STATE of the STATE OF WYOMING, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF ORGANIZATION

## POM of Florida, LLC

Accordingly, the undersigned, by virtue of the authority vested in me by law, hereby issues this Certificate.

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **8th** day of **September, 2017**.



Secretary of State

By: _____ Angela Gonzales

Filed Date: 09/08/2017

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only

**WY Secretary of State**
**FILED: Sep 9 2019 9:45AM**
**Original ID: 2019-000874804**

# Limited Liability Company
# Articles of Organization

**I. The name of the limited liability company is:**

POM of Hawaii, LLC

**II. The name and physical address of the registered agent of the limited liability company is:**

Corporate Creations Network Inc.
5830 E 2nd St
Casper, WY 82609

**III. The mailing address of the limited liability company is:**

3870 Peachtree Industrial Blvd. 340-258
Duluth
GA, GA 30096

**IV. The principal office address of the limited liability company is:**

3870 Peachtree Industrial Blvd. 340-258
Duluth, GA 30096

**V. The organizer of the limited liability company is:**

Michael R. Pace
3870 Peachtree Industrial Blvd, 340-258, Duluth, GA 30096

| | | |
|---|---|---|
| **Signature:** | *Michael R. Pace* | Date: **09/09/2019** |
| Print Name: | **Michael R. Pace** | |
| Title: | **Organizer** | |
| Email: | **christine.santelli@paceomatic.com** | |
| Daytime Phone #: | **(770) 441-9500** | |

**EXHIBIT**
**12.4**

---

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

> **W.S. 6-5-308. Penalty for filing false document.**
>
> (a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:
>
> (i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;
>
> (ii) Makes any materially false, fictitious or fraudulent statement or representation; or
>
> (iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**    ☑ An Individual        ☐ An Organization

**Filer Information:**

**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

Signature:    *Michael R. Pace*                    Date:  09/09/2019

Print Name:    **Michael R. Pace**

Title:    **Organizer**

Email:    **christine.santelli@paceomatic.com**

Daytime Phone #:    **(770) 441-9500**



**Secretary of State**

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

# Consent to Appointment by Registered Agent

**Corporate Creations Network Inc.**, whose registered office is located at **5830 E 2nd St, Casper, WY 82609**, voluntarily consented to serve as the registered agent for **POM of Hawaii, LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

| | | |
|---|---|---|
| **Signature:** | *Michael R. Pace* | Date:  **09/09/2019** |
| Print Name: | **Michael R. Pace** | |
| Title: | **Organizer** | |
| Email: | **christine.santelli@paceomatic.com** | |
| Daytime Phone #: | **(770) 441-9500** | |

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

### CERTIFICATE OF ORGANIZATION

**POM of Hawaii, LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **9th** day of **September, 2019** at **9:45 AM.**

Remainder intentionally left blank.



Filed Date: 09/09/2019

Secretary of State

Filed Online By:

Michael R. Pace

on 09/09/2019

Page 4 of 4



**Ed Murray**
**Wyoming Secretary of State**
2020 Carey Avenue, Suite 700
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

**Ed Murray, WY Secretary of State**

**FILED: 09/08/2017 07:43 AM**

**ID: 2017-000768046**

# Limited Liability Company
# Articles of Organization

1. Name of the limited liability company:

POM of Illinois, LLC

2. This entity elects to be a close limited liability company: ☐
*(You may refer to the Close Limited Liability Supplement for more information W.S. 17-25-101-W.S 17-25-109.)*

3. Name and physical address of its registered agent:
*(The registered agent may be an individual resident in Wyoming or a domestic or foreign business entity authorized to transact business in Wyoming. The registered agent **must** have a physical address in Wyoming. If the registered office includes a suite number, it must be included in the registered office address. A Drop Box is not acceptable. A PO Box is acceptable if listed in **addition to a physical address**.)*

Name: Corporate Creations Network, Inc.

Address: 5830 E. 2nd St., Casper, WY 82609

*(If mail is received at a Post Office Box, please list above in **addition to the physical address**.)*

4. Mailing address of the limited liability company:

3870 Peachtree Industrial Blvd, Ste 340-214, Duluth, Georgia 30096

5. Principal office address:

3870 Peachtree Industrial Blvd, Ste. 340-214, Duluth, Georgia 30096

Signature: _____    Date: 08/30/2017
*(Shall be executed by an organizer.)*    *(mm/dd/yyyy)*

Print Name: Daniel N. Warren

Contact Person: Daniel N. Warren

Daytime Phone Number: (678) 447-8374    Email: bgcline@gabusinesslawgroup.com

*(Email provided will receive annual report reminders and filing evidence)*
*\*May list multiple email addresses*

**EXHIBIT**

**12.5**

LLC-ArticlesOrganization - Revised October 2015

Received
SEP -5 2017
Secretary of State
Wyoming



**Ed Murray**
**Wyoming Secretary of State**
2020 Carey Avenue, Suite 700
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

# Consent to Appointment by Registered Agent

I, | Corporate Creations Network, Inc. |, registered office located at
*(name of registered agent)*

| 5830 E. 2nd St., Casper, WY 82609 |    voluntarily consent to serve

**\*** *(registered office physical address, city, state & zip)*

as the registered agent for | POM of Illinois, LLC |
*(name of business entity)*

I hereby certify that I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

**Signature:** _____    **Date:** | 1/3/12 |
*(Shall be executed by the registered agent.)*    *(mm/dd/yyyy)*

Print Name: | Jim Perkins |    Daytime Phone: | (561) 694-8107 |

Title: | EVP |    Email: | jim.perkins@corpcreations.com |

Registered Agent Mailing Address
(if different than above):

---

**\*If this is a current registered agent changing their registered address on file, complete the following:**

Previous Registered Office(s):

I hereby certify that:
- After the changes are made, the street address of my registered office and business office will be identical.
- This change affects every entity served by me and I have notified each entity of the registered office change.
- I certify that the above information is correct and I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

**Signature:** _____    **Date:** | |
*(Shall be executed by the registered agent.)*    *(mm/dd/yyyy)*

RAConsent – Revised October 2015

# STATE OF WYOMING
## Office of the Secretary of State

I, ED MURRAY, SECRETARY OF STATE of the STATE OF WYOMING, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF ORGANIZATION

## POM of Illinois, LLC

Accordingly, the undersigned, by virtue of the authority vested in me by law, hereby issues this Certificate.

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **8th** day of **September**, **2017**.



Filed Date: 09/08/2017

Secretary of State

By:            Angela Gonzales

**Wyoming Secretary of State**

2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only

**WY Secretary of State**
**FILED: Aug 21 2018  1:35PM**
**Original ID: 2018-000817311**

# Limited Liability Company
# Articles of Organization

### I. The name of the limited liability company is:

POM of Iowa, LLC

### II. The name and physical address of the registered agent of the limited liability company is:

Corporate Creations Network Inc.
5830 E 2nd St
Casper, WY 82609

### III. The mailing address of the limited liability company is:

3870 Peachtree Industrial Blvd.
Ste 340-212
Duluth, GA 30096

### IV. The principal office address of the limited liability company is:

3870 Peachtree Industrial Blvd.
Ste 340-212
Duluth, GA 30096

### V. The organizer of the limited liability company is:

Michael R Pace
4150-B BLUE RIDGE IND PKW Norcross, GA  30071

Signature:     *B Greg Cline*                          Date:  **08/21/2018**

Print Name:     **B Greg Cline**

Title:     **Attorney**

Email:     **greg.cline@paceomatic.com**

Daytime Phone #:     **(770) 441-9500**

**EXHIBIT**
**12.6**



Secretary of State

**Wyoming Secretary of State**

2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

> **W.S. 6-5-308. Penalty for filing false document.**
>
> (a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:
>
> (i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;
>
> (ii) Makes any materially false, fictitious or fraudulent statement or representation; or
>
> (iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**    ☑ An Individual        ☐ An Organization

**Filer Information:**
**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

Signature:    *B Greg Cline*                           Date:  **08/21/2018**

Print Name:    **B Greg Cline**

Title:    **Attorney**

Email:    **greg.cline@paceomatic.com**

Daytime Phone #:    **(770) 441-9500**



Secretary of State

**Wyoming Secretary of State**

2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

---

# Consent to Appointment by Registered Agent

**Corporate Creations Network Inc.**, whose registered office is located at **5830 E 2nd St, Casper, WY 82609**, voluntarily consented to serve as the registered agent for **POM of Iowa, LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

| | | |
|---|---|---|
| **Signature:** | *B Greg Cline* | Date: **08/21/2018** |
| Print Name: | **B Greg Cline** | |
| Title: | **Attorney** | |
| Email: | **greg.cline@paceomatic.com** | |
| Daytime Phone #: | **(770) 441-9500** | |

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

### CERTIFICATE OF ORGANIZATION

**POM of Iowa, LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **21st** day of **August**, **2018** at **1:35 PM.**

Remainder intentionally left blank.



Filed Date: 08/21/2018

Secretary of State

Filed Online By:

B Greg Cline

on 08/21/2018

Page 4 of 4

**Wyoming Secretary of State**
2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

<u>For Office Use Only</u>
**WY Secretary of State**
**FILED: Jan 11 2019 11:49AM**
**Original ID: 2019-000836465**

# Limited Liability Company
# Articles of Organization

**I. The name of the limited liability company is:**

POM of Kansas, LLC

**II. The name and physical address of the registered agent of the limited liability company is:**

Corporate Creations Network Inc.
5830 E 2nd St
Casper, WY 82609

**III. The mailing address of the limited liability company is:**

3870 Peachtree Industrial Blvd. 340-308
Duluth, GA 30096

**IV. The principal office address of the limited liability company is:**

3870 Peachtree Industrial Blvd. 340-308
Duluth, GA 30096

**V. The organizer of the limited liability company is:**

Michael R Pace
3870 Peachtree Ind Blvd. 340-308  Duluth, GA  30096

Signature:    *Michael R Pace*                    Date:  **01/11/2019**

Print Name:    **Michael R Pace**

Title:    **Manager**

Email:    **donna.beck@paceomatic.com**

Daytime Phone #:    **(770) 441-9500**

**EXHIBIT**
**12.7**

**Wyoming Secretary of State**

2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

---

**W.S. 6-5-308. Penalty for filing false document.**

(a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:

(i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;

(ii) Makes any materially false, fictitious or fraudulent statement or representation; or

(iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

---

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**    ☑ An Individual        ☐ An Organization

**Filer Information:**

**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

| | | |
|---|---|---|
| Signature: | *Michael R Pace* | Date:  01/11/2019 |
| Print Name: | **Michael R Pace** | |
| Title: | **Manager** | |
| Email: | **donna.beck@paceomatic.com** | |
| Daytime Phone #: | **(770) 441-9500** | |



**Secretary of State**

## Consent to Appointment by Registered Agent

**Corporate Creations Network Inc.**, whose registered office is located at **5830 E 2nd St, Casper, WY 82609**, voluntarily consented to serve as the registered agent for **POM of Kansas, LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

Signature:     *Michael R Pace*          Date:  **01/11/2019**

Print Name:    **Michael R Pace**

Title:         **Manager**

Email:         **donna.beck@paceomatic.com**

Daytime Phone #:   **(770) 441-9500**

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF ORGANIZATION

**POM of Kansas, LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **11th** day of **January, 2019** at **11:49 AM.**

Remainder intentionally left blank.



Secretary of State

Filed Date: 01/11/2019

Filed Online By:

Michael R Pace

on 01/11/2019

**Wyoming Secretary of State**
2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only
WY Secretary of State
**FILED: Mar  6 2019  2:11PM**
**Original ID: 2019-000844833**

# Limited Liability Company
# Articles of Organization

**I. The name of the limited liability company is:**

POM of Massachusetts LLC

**II. The name and physical address of the registered agent of the limited liability company is:**

Corporate Creations Wyoming LLC
5830 E 2nd St
Casper, WY 82601

**III. The mailing address of the limited liability company is:**

3870 Peachtree Ind Blvd
Suite 198
Duluth, GA 30096

**IV. The principal office address of the limited liability company is:**

3870 Peachtree Industrial Blvd
Suite 340-198
Duluth, GA 30096

**V. The organizer of the limited liability company is:**

Michael Pace
3870 Peachtree Ind Blvd. Suite 198  Duluth, GA  30096

**Signature:**   *Michael R Pace*          Date:  **03/06/2019**

Print Name:   **Michael R Pace**

Title:   **Organizer**

Email:   **donna.beck@paceomatic.com**

Daytime Phone #:   **(770) 441-9500**

**EXHIBIT**
**12.8**

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

---

**W.S. 6-5-308. Penalty for filing false document.**

(a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:

(i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;

(ii) Makes any materially false, fictitious or fraudulent statement or representation; or

(iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

---

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**   ☑ An Individual        ☐ An Organization

## Filer Information:
**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

Signature:  *Michael R Pace*                                Date:  **03/06/2019**

Print Name:  **Michael R Pace**

Title:  **Organizer**

Email:  **donna.beck@paceomatic.com**

Daytime Phone #:  **(770) 441-9500**



Secretary of State

## Consent to Appointment by Registered Agent

**Corporate Creations Wyoming LLC**, whose registered office is located at **5830 E 2nd St, Casper, WY 82601**, voluntarily consented to serve as the registered agent for **POM of Massachusetts LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

| | | |
|---|---|---|
| **Signature:** | *Michael R Pace* | Date: **03/06/2019** |

Print Name:    **Michael R Pace**

Title:    **Organizer**

Email:    **donna.beck@paceomatic.com**

Daytime Phone #:    **(770) 441-9500**

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF ORGANIZATION

**POM of Massachusetts LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **6th** day of **March**, **2019** at **2:11 PM.**

Remainder intentionally left blank.



_Edward A. Buchanan_

Secretary of State

Filed Date: 03/06/2019

Filed Online By:

Michael R Pace

on 03/06/2019

**Wyoming Secretary of State**
2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only

**WY Secretary of State**
**FILED: Oct 25 2018  1:05PM**
**Original ID: 2018-000826066**

# Limited Liability Company
# Articles of Organization

**I. The name of the limited liability company is:**

POM OF MISSOURI, LLC

**II. The name and physical address of the registered agent of the limited liability company is:**

Corporate Creations Network Inc.
5830 E 2nd St
Casper, WY 82609

**III. The mailing address of the limited liability company is:**

3870 Peachtree Ind Blvd.
Ste 340-200
Duluth, GA 30096

**IV. The principal office address of the limited liability company is:**

3870 Peachtree Ind Blvd
Ste 340-200
Duluth, GA 30096

**V. The organizer of the limited liability company is:**

Michael R Pace
4150-B Blue Ridge Ind Pkwy  Norcross, GA  30071

**Signature:**  *Michael R Pace*            Date:  **10/25/2018**

Print Name:  **Michael R Pace**

Title:  **Member**

Email:  **donna.beck@paceomatic.com**

Daytime Phone #:  **(770) 441-9500**

**EXHIBIT**
**12.9**



**Secretary of State**

**Wyoming Secretary of State**

2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

---

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

---

**W.S. 6-5-308. Penalty for filing false document.**

(a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:

(i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;

(ii) Makes any materially false, fictitious or fraudulent statement or representation; or

(iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

---

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**   ☑ An Individual       ☐ An Organization

**Filer Information:**

**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

Signature:   *Michael R Pace*                              Date:  **10/25/2018**

Print Name:   **Michael R Pace**

Title:   **Member**

Email:   **donna.beck@paceomatic.com**

Daytime Phone #:   **(770) 441-9500**



**Secretary of State**

**Wyoming Secretary of State**

2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

# Consent to Appointment by Registered Agent

**Corporate Creations Network Inc.**, whose registered office is located at **5830 E 2nd St, Casper, WY 82609**, voluntarily consented to serve as the registered agent for **POM OF MISSOURI, LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

| | | |
|---|---|---|
| **Signature:** | *Michael R Pace* | Date:  **10/25/2018** |
| Print Name: | **Michael R Pace** | |
| Title: | **Member** | |
| Email: | **donna.beck@paceomatic.com** | |
| Daytime Phone #: | **(770) 441-9500** | |

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

### CERTIFICATE OF ORGANIZATION

### POM OF MISSOURI, LLC

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **25th** day of **October, 2018** at **1:05 PM.**

Remainder intentionally left blank.



Filed Date: 10/25/2018



Secretary of State

Filed Online By:

Michael R Pace

on 10/25/2018

**Wyoming Secretary of State**

2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only
**WY Secretary of State**
**FILED: Jan  9 2019  3:19PM**
**Original ID: 2019-000836083**

# Limited Liability Company
# Articles of Organization

## I. The name of the limited liability company is:

POM of Nebraska, LLC

## II. The name and physical address of the registered agent of the limited liability company is:

Corporate Creations Network Inc.
5830 E 2nd St
Casper, WY 82609

## III. The mailing address of the limited liability company is:

3870 Peachtree Ind Blvd Ste 340-269
Duluth, GA 30096

## IV. The principal office address of the limited liability company is:

3870 Peachtree Ind Blvd Ste 340-269
Duluth, GA 30096

## V. The organizer of the limited liability company is:

Michael R Pace
3870 Peachtree Ind Blvd Ste 340-269

Signature: *Michael R Pace*          Date:  01/09/2019

Print Name:  **Michael R Pace**

Title:  **CEO**

Email:  **donna.beck@paceomatic.com**

Daytime Phone #:  **(770) 441-9500**

**EXHIBIT 12.10**

Page 1 of 4

**Wyoming Secretary of State**

2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

---

**W.S. 6-5-308. Penalty for filing false document.**

(a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:

(i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;

(ii) Makes any materially false, fictitious or fraudulent statement or representation; or

(iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

---

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**     ☑ An Individual          ☐ An Organization

**Filer Information:**
**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

| | | |
|---|---|---|
| **Signature:** | *Michael R Pace* | Date:  **01/09/2019** |
| Print Name: | **Michael R Pace** | |
| Title: | **CEO** | |
| Email: | **donna.beck@paceomatic.com** | |
| Daytime Phone #: | **(770) 441-9500** | |



**Secretary of State**

**Wyoming Secretary of State**

2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

# Consent to Appointment by Registered Agent

**Corporate Creations Network Inc.**, whose registered office is located at **5830 E 2nd St, Casper, WY 82609**, voluntarily consented to serve as the registered agent for **POM of Nebraska, LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

| | | |
|---|---|---|
| **Signature:** | *Michael R Pace* | Date: **01/09/2019** |
| Print Name: | **Michael R Pace** | |
| Title: | **CEO** | |
| Email: | **donna.beck@paceomatic.com** | |
| Daytime Phone #: | **(770) 441-9500** | |

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

### CERTIFICATE OF ORGANIZATION

**POM of Nebraska, LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **9th** day of **January**, **2019** at **3:19 PM.**

Remainder intentionally left blank.



Filed Date: 01/09/2019

Secretary of State

Filed Online By:

Michael R Pace

on 01/09/2019



EXHIBIT
**12.11**

**Wyoming Secretary of State**

2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only

**WY Secretary of State**
**FILED: Aug 20 2019  2:17PM**
**Original ID: 2019-000871798**

# Limited Liability Company
# Articles of Organization

### I. The name of the limited liability company is:

POM of New York, LLC

### II. The name and physical address of the registered agent of the limited liability company is:

Corporate Creations Network Inc.
5830 E 2nd St
Casper, WY 82609

### III. The mailing address of the limited liability company is:

3870 Peachtree Ind Blvd 340-259
Duluth, GA 30096

### IV. The principal office address of the limited liability company is:

3870 Peachtree Industrial Blvd
Ste 340-259
Duluth, GA 30096

### V. The organizer of the limited liability company is:

Michael R Pace
3870 Peachtree Ind Blvd 340-259 Duluth, GA 30096

Signature: *Michael R Pace*                    Date:  **08/20/2019**

Print Name:      **Michael R Pace**

Title:      **Organizer**

Email:      **christine.santelli@paceomatic.com**

Daytime Phone #:    **(770) 441-9500**

**Wyoming Secretary of State**

2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

---

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

---

### W.S. 6-5-308. Penalty for filing false document.

(a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:

(i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;

(ii) Makes any materially false, fictitious or fraudulent statement or representation; or

(iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

---

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**    ☑ An Individual        ☐ An Organization

---

**Filer Information:**

**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

| | | |
|---|---|---|
| Signature: | *Michael R Pace* | Date:  08/20/2019 |
| Print Name: | **Michael R Pace** | |
| Title: | **Organizer** | |
| Email: | **christine.santelli@paceomatic.com** | |
| Daytime Phone #: | **(770) 441-9500** | |



**Secretary of State**

**Wyoming Secretary of State**
2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

# Consent to Appointment by Registered Agent

**Corporate Creations Network Inc.**, whose registered office is located at **5830 E 2nd St, Casper, WY 82609**, voluntarily consented to serve as the registered agent for **POM of New York, LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

| | | | |
|---|---|---|---|
| **Signature:** | *Michael R Pace* | Date: | **08/20/2019** |

Print Name:  **Michael R Pace**

Title:  **Organizer**

Email:  **christine.santelli@paceomatic.com**

Daytime Phone #:  **(770) 441-9500**

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

### CERTIFICATE OF ORGANIZATION

**POM of New York, LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **20th** day of **August**, **2019** at **2:17 PM.**

Remainder intentionally left blank.



Filed Date: 08/20/2019

Secretary of State

Filed Online By:

Michael R Pace

on 08/20/2019



**Ed Murray**
**Wyoming Secretary of State**
2020 Carey Avenue, Suite 700
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

## Consent to Appointment by Registered Agent

I, | Corporate Creations Network, Inc. | , registered office located at

*(name of registered agent)*

| 5830 E. 2nd St., Casper, WY 82609 |   voluntarily consent to serve

**\*** *(registered office physical address, city, state & zip)*

as the registered agent for | POM of North Carolina, LLC |

*(name of business entity)*

I hereby certify that I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

**Signature:** _____       **Date:** | 8/3/11 |

*(Shall be executed by the registered agent.)*      *(mm/dd/yyyy)*

Print Name: | Jim Perkins |       Daytime Phone: | (561) 694-8107 |

Title: | EVP |       Email: | jim.perkins@corpcreations.com |

Registered Agent Mailing Address
(if different than above): | |

---

**\*If this is a current registered agent changing their registered address on file, complete the following:**

Previous Registered Office(s): | |

I hereby certify that:
- After the changes are made, the street address of my registered office and business office will be identical.
- This change affects every entity served by me and I have notified each entity of the registered office change.
- I certify that the above information is correct and I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

**Signature:** _____       **Date:** | |

*(Shall be executed by the registered agent.)*      *(mm/dd/yyyy)*

RAConsent – Revised October 2015

**EXHIBIT**

**12.12**



**Ed Murray**
**Wyoming Secretary of State**
2020 Carey Avenue, Suite 700
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

Ed Murray, WY Secretary of State
FILED: 09/08/2017 07:37 AM
ID: 2017-000768045

# Limited Liability Company
# Articles of Organization

1. Name of the limited liability company:

> POM of North Carolina, LLC

2. This entity elects to be a close limited liability company: ☐
*(You may refer to the Close Limited Liability Supplement for more information W.S. 17-25-101-W.S 17-25-109.)*

3. Name and physical address of its registered agent:
*(The registered agent may be an individual resident in Wyoming or a domestic or foreign business entity authorized to transact business in Wyoming. **The registered agent must have a physical address in Wyoming.** If the registered office includes a suite number, it must be included in the registered office address. A Drop Box is not acceptable. A PO Box is acceptable if listed **in addition to a physical address**.)*

Name:    Corporate Creations Network, Inc.

Address:    5830 E. 2nd St., Casper, WY 82609

*(If mail is received at a Post Office Box, please list above **in addition to the physical address**.)*

4. Mailing address of the limited liability company:

> 3870 Peachtree Industrial Blvd, Ste 340-211, Duluth, Georgia 30096

5. Principal office address:

> 3870 Peachtree Industrial Blvd, Ste. 340-211, Duluth, Georgia 30096

Signature: _____    Date: 08/30/2017
*(Shall be executed by an organizer.)*    *(mm/dd/yyyy)*

Print Name: Daniel N. Warren

Contact Person: Daniel N. Warren

Daytime Phone Number: (678) 447-8374    Email: bgcline@gabusinesslawgroup.com

*(Email provided will receive annual report reminders and filing evidence)*
*\*May list multiple email addresses*

Received
SEP - 5 2017
Secretary of State
Wyoming

LLC-ArticlesOrganization - Revised October 2015

# STATE OF WYOMING
## Office of the Secretary of State

I, ED MURRAY, SECRETARY OF STATE of the STATE OF WYOMING, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF ORGANIZATION

## POM of North Carolina, LLC

Accordingly, the undersigned, by virtue of the authority vested in me by law, hereby issues this Certificate.

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **8th** day of **September, 2017**.



_____
Secretary of State

By: _____ Angela Gonzales _____

Filed Date: 09/08/2017



**Ed Murray**
**Wyoming Secretary of State**
2020 Carey Avenue, Suite 700
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

**Ed Murray, WY Secretary of State**
**FILED: 09/07/2017 04:41 PM**
**ID: 2017-000768032**

# Limited Liability Company
# Articles of Organization

1. Name of the limited liability company:

POM of Ohio, LLC

2. This entity elects to be a close limited liability company: ☐
*(You may refer to the Close Limited Liability Supplement for more information W.S. 17-25-101-W.S 17-25-109.)*

3. Name and physical address of its registered agent:
*(The registered agent may be an individual resident in Wyoming or a domestic or foreign business entity authorized to transact business in Wyoming. The registered agent must have a physical address in Wyoming. If the registered office includes a suite number, it must be included in the registered office address. A Drop Box is not acceptable. A PO Box is acceptable if listed in addition to a physical address.)*

Name:   Corporate Creations Network, Inc.

Address:   5830 E. 2nd St., Casper, WY 82609

*(If mail is received at a Post Office Box, please list above in addition to the physical address.)*

4. Mailing address of the limited liability company:

3870 Peachtree Industrial Blvd, Ste 340-206, Duluth, Georgia 30096

5. Principal office address:

3870 Peachtree Industrial Blvd, Ste. 340-206, Duluth, Georgia 30096

Signature: _____   Date: 08/30/2017
*(Shall be executed by an organizer.)*   *(mm/dd/yyyy)*

Print Name: Daniel N. Warren

Contact Person: Daniel N. Warren

Daytime Phone Number: (678) 447-8374   Email: bgcline@gabusinesslawgroup.com
*(Email provided will receive annual report reminders and filing evidence)*
*\*May list multiple email addresses*

LLC-ArticlesOrganization - Revised October 2015

**EXHIBIT**
**12.13**

Received
SEP - 5 2017
Secretary of State
Wyoming



**Ed Murray**
**Wyoming Secretary of State**
2020 Carey Avenue, Suite 700
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

# Consent to Appointment by Registered Agent

I, | Corporate Creations Network, Inc. | , registered office located at

*(name of registered agent)*

| 5830 E. 2nd St., Casper, WY 82609 | voluntarily consent to serve

**\*** *(registered office physical address, city, state & zip)*

as the registered agent for | POM of Ohio, LLC |

*(name of business entity)*

I hereby certify that I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

**Signature:** _____  **Date:** | 1/31/17 |

*(Shall be executed by the registered agent.)* *(mm/dd/yyyy)*

Print Name: | Jim Perkins |   Daytime Phone: | (561) 694-8107 |

Title: | EVP |   Email: | jim.perkins@corpcreations.com |

Registered Agent Mailing Address
(if different than above):

---

**\*If this is a current registered agent changing their registered address on file, complete the following:**

Previous Registered Office(s):

I hereby certify that:
- After the changes are made, the street address of my registered office and business office will be identical.
- This change affects every entity served by me and I have notified each entity of the registered office change.
- I certify that the above information is correct and I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

**Signature:** _____  **Date:** 

*(Shall be executed by the registered agent.)* *(mm/dd/yyyy)*

RAConsent – Revised October 2015

# STATE OF WYOMING
## Office of the Secretary of State

I, ED MURRAY, SECRETARY OF STATE of the STATE OF WYOMING, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF ORGANIZATION

## POM of Ohio, LLC

Accordingly, the undersigned, by virtue of the authority vested in me by law, hereby issues this Certificate.

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **7th** day of **September, 2017**.



Secretary of State

By: _____ Angela Gonzales _____

Filed Date: 09/07/2017



**Ed Murray**
**Wyoming Secretary of State**
2020 Carey Avenue, Suite.700
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

**Ed Murray, WY Secretary of State**

**FILED: 09/07/2017 04:34 PM**

**ID: 2017-000768030**

# Limited Liability Company
# Articles of Organization

1. Name of the limited liability company:

> POM of Pennsylvania, LLC

2. This entity elects to be a close limited liability company: ☐
*(You may refer to the Close Limited Liability Supplement for more information W.S. 17-25-101-W.S 17-25-109.)*

3. Name and physical address of its registered agent:
*(The registered agent may be an individual resident in Wyoming or a domestic or foreign business entity authorized to transact business in Wyoming. **The registered agent must have a physical address in Wyoming.** If the registered office includes a suite number, it must be included in the registered office address. A Drop Box is not acceptable. A PO Box is acceptable if listed **in addition to a physical address.**)*

Name: Corporate Creations Network, Inc.

Address: 5830 E. 2nd St., Casper, WY 82609

*(If mail is received at a Post Office Box, please list above **in addition to the physical address.**)*

4. Mailing address of the limited liability company:

> 3870 Peachtree Industrial Blvd, Ste 340-194, Duluth, Georgia 30096

5. Principal office address:

> 3870 Peachtree Industrial Blvd, Ste. 340-194, Duluth, Georgia 30096

Signature: *(Shall be executed by an organizer.)*

Date: 08/30/2017 *(mm/dd/yyyy)*

Print Name: Daniel N. Warren

Contact Person: Daniel N. Warren

Daytime Phone Number: (678) 447-8374    Email: bgcline@gabusinesslawgroup.com

Received SEP - 5 2017 Secretary of State Wyoming

*(Email provided will receive annual report reminders and filing evidence)*
*\*May list multiple email addresses*

LLC-ArticlesOrganization - Revised October 2015

**EXHIBIT**
**12.14**



**Ed Murray**
**Wyoming Secretary of State**
2020 Carey Avenue, Suite 700
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

# Consent to Appointment by Registered Agent

I, Corporate Creations Network, Inc. , registered office located at
*(name of registered agent)*

5830 E. 2nd St., Casper, WY 82609    voluntarily consent to serve

\* *(registered office physical address, city, state & zip)*

as the registered agent for  POM of Pennsylvania, LLC
*(name of business entity)*

I hereby certify that I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Signature: _____    Date: 1/31/12
*(Shall be executed by the registered agent.)*    *(mm/dd/yyyy)*

Print Name: Jim Perkins    Daytime Phone: (561) 694-8107

Title: EVP    Email: jim.perkins@corpcreations.com

Registered Agent Mailing Address
(if different than above):

---

**\*If this is a current registered agent changing their registered address on file, complete the following:**

Previous Registered Office(s):

I hereby certify that:
- After the changes are made, the street address of my registered office and business office will be identical.
- This change affects every entity served by me and I have notified each entity of the registered office change.
- I certify that the above information is correct and I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Signature: _____    Date: _____
*(Shall be executed by the registered agent.)*    *(mm/dd/yyyy)*

RAConsent – Revised October 2015

# STATE OF WYOMING
## Office of the Secretary of State

I, ED MURRAY, SECRETARY OF STATE of the STATE OF WYOMING, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF ORGANIZATION

## POM of Pennsylvania, LLC

Accordingly, the undersigned, by virtue of the authority vested in me by law, hereby issues this Certificate.

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **7th** day of **September, 2017**.



Secretary of State

By:_____ Angela Gonzales

Filed Date: 09/07/2017

**Wyoming Secretary of State**

2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only

**WY Secretary of State**
**FILED: Jun 19 2019  2:30PM**
**Original ID: 2019-000862141**

# Limited Liability Company
# Articles of Organization

### I. The name of the limited liability company is:

POM of South Carolina, LLC

### II. The name and physical address of the registered agent of the limited liability company is:

Corporate Creations Network Inc.
5830 E 2nd St
Casper, WY 82609

### III. The mailing address of the limited liability company is:

3870 Peachtree Industrial Blvd., Ste 340-279
Duluth, GA 30096

### IV. The principal office address of the limited liability company is:

3870 Peachtree Industrial Blvd., Ste 340-279
Duluth, GA 30096

### V. The organizer of the limited liability company is:

Michael R Pace
3450 Corporate Way Duluth GA 30096

| | |
|---|---|
| **Signature:** *Michael R Pace* | Date:  **06/19/2019** |
| Print Name: **Michael R Pace** | |
| Title: **Organizer** | |
| Email: **donna.beck@paceomatic.com** | |
| Daytime Phone #: **(770) 441-9500** | |

**EXHIBIT 12.15**

**Wyoming Secretary of State**

2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

---

**W.S. 6-5-308. Penalty for filing false document.**

(a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:

(i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;

(ii) Makes any materially false, fictitious or fraudulent statement or representation; or

(iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

---

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**    ☑ An Individual        ☐ An Organization

**Filer Information:**

**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

| | | |
|---|---|---|
| Signature: | *Michael R Pace* | Date: **06/19/2019** |
| Print Name: | **Michael R Pace** | |
| Title: | **Organizer** | |
| Email: | **donna.beck@paceomatic.com** | |
| Daytime Phone #: | **(770) 441-9500** | |



**Secretary of State**

**Wyoming Secretary of State**

2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

# Consent to Appointment by Registered Agent

**Corporate Creations Network Inc.**, whose registered office is located at **5830 E 2nd St, Casper, WY 82609**, voluntarily consented to serve as the registered agent for **POM of South Carolina, LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

| | |
|---|---|
| **Signature:** *Michael R Pace* | Date: **06/19/2019** |

Print Name:   **Michael R Pace**

Title:   **Organizer**

Email:   **donna.beck@paceomatic.com**

Daytime Phone #:   **(770) 441-9500**

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

### CERTIFICATE OF ORGANIZATION

**POM of South Carolina, LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **19th** day of **June**, **2019** at **2:30 PM.**

Remainder intentionally left blank.



Filed Date: 06/19/2019

Secretary of State

Filed Online By:

Michael R Pace

on 06/19/2019

**Wyoming Secretary of State**
2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only

**WY Secretary of State**
**FILED: Oct 25 2018 12:47PM**
**Original ID: 2018-000826062**

*Wyoming Secretary of State*

# Limited Liability Company
# Articles of Organization

**I. The name of the limited liability company is:**

POM of TEXAS, LLC

**II. The name and physical address of the registered agent of the limited liability company is:**

Corporate Creations Network Inc.
5830 E 2nd St
Casper, WY 82609

**III. The mailing address of the limited liability company is:**

3870 Peachtree Industrial Blvd
Ste 340-199
Duluth, GA 30096

**IV. The principal office address of the limited liability company is:**

3870 Peachtree Ind Blvd
Ste 340-199
Duluth, GA 30096

**V. The organizer of the limited liability company is:**

Michael R Pace
4150-B Blue Ridge Ind Pkwy  Norcross, GA  30071

**Signature:** *Michael R Pace*          Date:  **10/25/2018**

Print Name:     **Michael R Pace**

Title:          **Member**

Email:          **donna.beck@paceomatic.com**

Daytime Phone #:     **(770) 441-9500**

**EXHIBIT**
**12.16**



**Secretary of State**

**Wyoming Secretary of State**

2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

---

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

---

**W.S. 6-5-308. Penalty for filing false document.**

(a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:

(i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;

(ii) Makes any materially false, fictitious or fraudulent statement or representation; or

(iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

---

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**    ☑ An Individual        ☐ An Organization

**Filer Information:**
**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

Signature:    *Michael R Pace*                                    Date:  **10/25/2018**

Print Name:    **Michael R Pace**

Title:            **Member**

Email:          **donna.beck@paceomatic.com**

Daytime Phone #:    **(770) 441-9500**



Secretary of State

---

# Consent to Appointment by Registered Agent

**Corporate Creations Network Inc.**, whose registered office is located at **5830 E 2nd St, Casper, WY 82609**, voluntarily consented to serve as the registered agent for **POM of TEXAS, LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

| | | |
|---|---|---|
| **Signature:** | *Michael R Pace* | Date: **10/25/2018** |

Print Name:    **Michael R Pace**

Title:    **Member**

Email:    **donna.beck@paceomatic.com**

Daytime Phone #:    **(770) 441-9500**

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF ORGANIZATION

**POM of TEXAS, LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **25th** day of **October, 2018** at **12:47 PM.**

Remainder intentionally left blank.



Filed Date: 10/25/2018

Secretary of State

Filed Online By:

Michael R Pace

on 10/25/2018



**Ed Murray**
**Wyoming Secretary of State**
2020 Carey Avenue, Suite 700
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

**WY Secretary of State**
**FILED: 06/11/2018 02:24 PM**
**ID: 2018-000807355**

# Limited Liability Company
# Articles of Organization

1. Name of the limited liability company:

POM of Utah, LLC

2. This entity elects to be a close limited liability company: ☐
*(You may refer to the Close Limited Liability Supplement for more information W.S. 17-25-101-W.S 17-25-109.)*

3. Name and physical address of its registered agent:
*(The registered agent may be an individual resident in Wyoming or a domestic or foreign business entity authorized to transact business in Wyoming. **The registered agent must have a physical address in Wyoming.** If the registered office includes a suite number, it must be included in the registered office address. A Drop Box is not acceptable. A PO Box is acceptable if listed **in addition to a physical address**.)*

Name: Corporate Creations Network, Inc.

Address: 5830 E. 2nd St., Casper, WY 82609

*(If mail is received at a Post Office Box, please list above **in addition to the physical address**.)*

4. Mailing address of the limited liability company:

3870 Peachtree Industrial Blvd, Ste 340-234 Duluth, Georgia 30096

5. Principal office address:

3870 Peachtree Industrial Blvd, Ste. 340-234, Duluth, Georgia 30096

Signature: *Michael R. Pace*
*(Shall be executed by an organizer.)*

Date: 06/07/2018
*(mm/dd/yyyy)*

Print Name: Michael R. Pace

Contact Person: B. Greg Cline

Daytime Phone Number: (404) 729-9240     Email: bgcline@gabusinesslawgroup.com
*(Email provided will receive annual report reminders and filing evidence)*
*May list multiple email addresses*

LLC-ArticlesOrganization - Revised October 2015

**Received**
**JUN 11 2018**
**Secretary of State**
**Wyoming**

**EXHIBIT**
**12.17**



**Ed Murray**
**Wyoming Secretary of State**
2020 Carey Avenue, Suite 700
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

# Consent to Appointment by Registered Agent

I, | Corporate Creations Network, Inc. |, registered office located at

*(name of registered agent)*

| 5830 E. 2nd St., Casper, WY 82609 |   voluntarily consent to serve

**\*** *(registered office physical address, city, state & zip)*

as the registered agent for | POM of Utah, LLC |

*(name of business entity)*

I hereby certify that I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Signature: _____   Date: | 6/7/14 |

*(Shall be executed by the registered agent.)*   *(mm/dd/yyyy)*

Print Name: | Jim Perkins |   Daytime Phone: | (561) 694-8107 |

Title: | EVP |   Email: | jim.perkins@corpcreations.com |

Registered Agent Mailing Address
(if different than above):

---

**\*If this is a current registered agent changing their registered address on file, complete the following:**

Previous Registered Office(s):

I hereby certify that:
- After the changes are made, the street address of my registered office and business office will be identical.
- This change affects every entity served by me and I have notified each entity of the registered office change.
- I certify that the above information is correct and I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Signature: _____   Date: |              |

*(Shall be executed by the registered agent.)*   *(mm/dd/yyyy)*

RAConsent – Revised October 2015

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, SECRETARY OF STATE of the STATE OF WYOMING, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF ORGANIZATION

## POM of Utah, LLC

Accordingly, the undersigned, by virtue of the authority vested in me by law, hereby issues this Certificate.

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **11th** day of **June, 2018**.



_Edward A. Buchanan_
Secretary of State

By: _____ Anneleisa Renner _____

Filed Date: 06/11/2018



**Ed Murray**
**Wyoming Secretary of State**
2020 Carey Avenue, Suite 700　,
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

**Ed Murray, WY Secretary of State**

**FILED: 09/07/2017 04:26 PM**

**ID: 2017-000768028**

# Limited Liability Company
# Articles of Organization

1. Name of the limited liability company:

> POM of Virginia, LLC

2. This entity elects to be a close limited liability company: ☐
*(You may refer to the Close Limited Liability Supplement for more information W.S. 17-25-101-W.S 17-25-109.)*

3. Name and physical address of its registered agent:
*(The registered agent may be an individual resident in Wyoming or a domestic or foreign business entity authorized to transact business in Wyoming. **The registered agent must have a physical address in Wyoming.** If the registered office includes a suite number, it must be included in the registered office address. A Drop Box is not acceptable. A PO Box is acceptable if listed **in addition to a physical address**.)*

Name: > Corporate Creations Network, Inc.

Address: > 5830 E. 2nd St., Casper, WY 82609

*(If mail is received at a Post Office Box, please list above **in addition to the physical address**.)*

4. Mailing address of the limited liability company:

> 3870 Peachtree Industrial Blvd, Ste 340-201, Duluth, Georgia 30096

5. Principal office address:

> 3870 Peachtree Industrial Blvd, Ste. 340-201, Duluth, Georgia 30096

Signature: _____    Date: 08/30/2017
*(Shall be executed by an organizer.)*    *(mm/dd/yyyy)*

Print Name: Daniel N. Warren

Contact Person: Daniel N. Warren

Daytime Phone Number: (678) 447-8374    Email: bgcline@gabusinesslawgroup.com
*(Email provided will receive annual report reminders and filing evidence)*
*\*May list multiple email addresses*

LLC-ArticlesOrganization - Revised October 2015

**EXHIBIT**
**12.18**



**Ed Murray**
**Wyoming Secretary of State**
2020 Carey Avenue, Suite 700
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

# Consent to Appointment by Registered Agent

I, | Corporate Creations Network, Inc. | , registered office located at
*(name of registered agent)*

| 5830 E. 2nd St., Casper, WY 82609 | voluntarily consent to serve

**\*** *(registered office physical address, city, state & zip)*

as the registered agent for | POM of Virginia, LLC |
*(name of business entity)*

I hereby certify that I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

**Signature:** _____     **Date:** | 4/3/17 |
*(Shall be executed by the registered agent.)*                                              *(mm/dd/yyyy)*

Print Name: | Jim Perkins |       Daytime Phone: | (561) 694-8107 |

Title: | EVP |       Email: | jim.perkins@corpcreations.com |

Registered Agent Mailing Address
(if different than above):

---

**\*If this is a current registered agent changing their registered address on file, complete the following:**

Previous Registered Office(s): | |

I hereby certify that:
- After the changes are made, the street address of my registered office and business office will be identical.
- This change affects every entity served by me and I have notified each entity of the registered office change.
- I certify that the above information is correct and I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

**Signature:** _____     **Date:** | |
*(Shall be executed by the registered agent.)*                                              *(mm/dd/yyyy)*

RAConsent – Revised October 2015

# STATE OF WYOMING
## Office of the Secretary of State

I, ED MURRAY, SECRETARY OF STATE of the STATE OF WYOMING, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF ORGANIZATION

## POM of Virginia, LLC

Accordingly, the undersigned, by virtue of the authority vested in me by law, hereby issues this Certificate.

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **7th** day of **September, 2017**.



Secretary of State

By: _____ Angela Gonzales _____

Filed Date: 09/07/2017

**Wyoming Secretary of State**

2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only

**WY Secretary of State**
**FILED: Mar 18 2019  2:11PM**
**Original ID: 2019-000846516**

*Wyoming*

**Secretary of State**

# Limited Liability Company
# Articles of Organization

**I. The name of the limited liability company is:**

POM of Wyoming, LLC

**II. The name and physical address of the registered agent of the limited liability company is:**

Corporate Creations Wyoming LLC
5830 E 2nd St
Casper, WY 82601

**III. The mailing address of the limited liability company is:**

3870 Peachtree Ind Blvd
Ste 340-264
Duluth, GA 30096

**IV. The principal office address of the limited liability company is:**

3870 Peachtree Ind Blvd.
Ste 340-264
Duluth, GA 30096

**V. The organizer of the limited liability company is:**

Michael R Pace
3870 Peachtree Ind Blvd Ste 340-264 Duluth, GA  30096

**Signature:**      *Michael R Pace*                              Date:  **03/18/2019**

Print Name:    **Michael R Pace**

Title:            **CEO**

Email:          **donna.beck@paceomatic.com**

Daytime Phone #:    **(770) 441-9500**

**EXHIBIT**
**12.19**

Page 1 of 4

**Wyoming Secretary of State**

2020 Carey Avenue
Suite 700
Cheyenne, WY 82002-0020
Ph. 307-777-7311

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

---

**W.S. 6-5-308. Penalty for filing false document.**

(a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:

(i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;

(ii) Makes any materially false, fictitious or fraudulent statement or representation; or

(iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

---

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**    ☑ An Individual        ☐ An Organization

**Filer Information:**
**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

| | | |
|---|---|---|
| **Signature:** | *Michael R Pace* | Date:  **03/18/2019** |
| Print Name: | **Michael R Pace** | |
| Title: | **CEO** | |
| Email: | **donna.beck@paceomatic.com** | |
| Daytime Phone #: | **(770) 441-9500** | |



Secretary of State

# Consent to Appointment by Registered Agent

**Corporate Creations Wyoming LLC**, whose registered office is located at **5830 E 2nd St, Casper, WY 82601**, voluntarily consented to serve as the registered agent for **POM of Wyoming, LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

**Signature:**     *Michael R Pace*                                  Date:  **03/18/2019**

Print Name:      **Michael R Pace**

 Title:               **CEO**

Email:              **donna.beck@paceomatic.com**

Daytime Phone #:   **(770) 441-9500**

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

### CERTIFICATE OF ORGANIZATION

### POM of Wyoming, LLC

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **18th** day of **March**, **2019** at **2:11 PM.**

Remainder intentionally left blank.



Secretary of State

Filed Date: 03/18/2019

Filed Online By:

Michael R Pace

on 03/18/2019

Page 4 of 4