# Pennsylvania Skill Games
# Fed.R.Civ.P 19
# Motion for Joinder
# <u>EXHIBIT 13</u>



**Ed Murray**
**Wyoming Secretary of State**
2020 Carey Avenue, Suite 700
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

Ed Murray, WY Secretary of State
FILED: 03/28/2016 12:41 PM
ID: 2016-000709974

# Limited Liability Company
# Articles of Organization

1. Name of the limited liability company:

Savvy Dog Systems, LLC

2. This entity elects to be a close limited liability company: ☑
*(You may refer to the Close Limited Liability Supplement for more information W.S. 17-25-101-W.S 17-25-109.)*

3. Name and physical address of its registered agent:
*(The registered agent may be an individual resident in Wyoming or a domestic or foreign business entity authorized to transact business in Wyoming. **The registered agent must have a physical address in Wyoming.** If the registered office includes a suite number, it must be included in the registered office address. A Drop Box is not acceptable. A PO Box is acceptable if listed **in addition to a physical address**.)*

Name: Corporate Creations Network, Inc.

Address: 5830 E. 2nd St., Casper, WY 82609

*(If mail is received at a Post Office Box, please list above **in addition to the physical address**.)*

4. Mailing address of the limited liability company:

735 Champions Club Drive
Alpharetta, GA 30004

5. Principal office address:

735 Champions Club Drive
Alpharetta, GA 30004

Signature: _____
*(Shall be executed by an organizer.)*

Date: 3 / 2 / 2016
*(mm/dd/yyyy)*

Print Name: Michael Pace

Contact Person: Michael Pace

Daytime Phone Number: (404) 729-9240    Email: bgcline@gabusinesslawgroup.com

*(Email provided will receive annual report reminders and filing evidence)*
*\*May list multiple email addresses*

LLC-ArticlesOrganization - Revised October 2015

**EXHIBIT**
**13**



**Ed Murray**
**Wyoming Secretary of State**
2020 Carey Avenue, Suite 700
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

## Consent to Appointment by Registered Agent

I, Corporate Creations Network, Inc. , registered office located at
*(name of registered agent)*

5830 E. 2nd St., Casper, WY 82609    voluntarily consent to serve

**\*** *(registered office physical address, city, state & zip)*

as the registered agent for   Savvy Dog Systems, LLC
*(name of business entity)*

I hereby certify that I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Signature: _____    Date: 3/10/16
*(Shall be executed by the registered agent.)*    *(mm/dd/yyyy)*

Print Name: Jim Perkins    Daytime Phone: (561) 694-8107

Title: EVP    Email: jim.perkins@corpcreations.com

Registered Agent Mailing Address
(if different than above):

---

**\*If this is a current registered agent changing their registered address on file, complete the following:**

Previous Registered Office(s):

I hereby certify that:
- After the changes are made, the street address of my registered office and business office will be identical.
- This change affects every entity served by me and I have notified each entity of the registered office change.
- I certify that the above information is correct and I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Signature: _____    Date:
*(Shall be executed by the registered agent.)*    *(mm/dd/yyyy)*

RAConsent – Revised October 2015

# STATE OF WYOMING
## Office of the Secretary of State

I, ED MURRAY, SECRETARY OF STATE of the STATE OF WYOMING, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

## CERTIFICATE OF ORGANIZATION

## Savvy Dog Systems, LLC

Accordingly, the undersigned, by virtue of the authority vested in me by law, hereby issues this Certificate.

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **28th** day of **March, 2016**.



_____
Secretary of State

By: _____   Nicole Martinez

Filed Date: 03/28/2016