# Pennsylvania Skill Games
# Fed.R.Civ.P 19
# Motion for Joinder
# <u>EXHIBIT 14</u>

with Pennsylvania operators of Pace product who want the Skill Games but don't have the money to pay for them, so Bison partners and buys the cabinet, and then -- so it's like a red share.  So, say -- as an example, say it was Jim's Amusements and you needed ten machines but you didn't have the money, Bison would sign a contract with your company to put those ten machines in, and then would split the profit that you as an operator would get, 50/50.

Q.   Where is Bison Amusements, LLC, registered to do business?

A.   I don't know.  I hope Pennsylvania, but I don't know specifically.  I didn't set it up.

Q.   Who did?

A.   I'd have to research that and get back to you.

Q.   Well, who did you deal with in having your interest in Bison Amusements, LLC?

A.   There are multiple members of Pace-O-Matic and Miele Manufacturing that

EXHIBIT
14.1



**Ed Murray**
**Wyoming Secretary of State**
2020 Carey Avenue, Suite 700
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

Ed Murray, WY Secretary of State

FILED: 10/12/2016 08:16 AM

ID: 2016-000729142

# Limited Liability Company
## Articles of Organization

1. Name of the limited liability company:

Bison Amusements, LLC

2. This entity elects to be a close limited liability company: ☐
*(You may refer to the Close Limited Liability Supplement for more information W.S. 17-25-101-W.S 17-25-109.)*

3. Name and physical address of its registered agent:
*(The registered agent may be an individual resident in Wyoming or a domestic or foreign business entity authorized to transact business in Wyoming. **The registered agent must have a physical address in Wyoming.** If the registered office includes a suite number, it must be included in the registered office address. A Drop Box is not acceptable. A PO Box is acceptable if listed **in addition to a physical address**.)*

Name: Corporate Creations Network, Inc.

Address: 5830 E. 2nd St., Casper, WY 82609

*(If mail is received at a Post Office Box, please list above **in addition to the physical address**.)*

4. Mailing address of the limited liability company:

3870 Peachtree Industrial Blvd, Ste 340, Duluth, Georgia 30096

5. Principal office address:

3870 Peachtree Industrial Blvd, Ste. 340, Duluth, Georgia 30096

Signature: *Del 4 Un*                     Date: 10/1/2016
*(Shall be executed by an organizer.)*                     *(mm/dd/yyyy)*

Print Name: Daniel N Warn

Contact Person: Donule Wan

Daytime Phone Number: 678-447-8374  Email: dbwwarren@yahoo...

Received
OCT 10 2016
Secretary of State
WY

*(Email provided will receive annual report reminders and filing evidence)*
*May list multiple email addresses*

LLC-ArticlesOrganization - Revised October 2015



EXHIBIT
**14.2**



**Ed Murray**
**Wyoming Secretary of State**
2020 Carey Avenue, Suite 700
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

# Consent to Appointment by Registered Agent

I, | Corporate Creations Network, Inc. |  , registered office located at

*(name of registered agent)*

| 5830 E. 2nd St., Casper, WY 82609 |  voluntarily consent to serve

**\*** *(registered office physical address, city, state & zip)*

as the registered agent for | Bison Amusements, LLC |

*(name of business entity)*

I hereby certify that I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Signature: _____ Date: | 10 - 2 - 16 |

*(Shall be executed by the registered agent.)*    *(mm/dd/yyyy)*

Print Name: | Jim Perkins |   Daytime Phone: | (561) 694-8107 |

Title: | EVP |   Email: | jim.perkins@corpcreations.com |

Registered Agent Mailing Address
(if different than above): |                              |

---

**\*If this is a current registered agent changing their registered address on file, complete the following:**

Previous Registered Office(s): |                    |

I hereby certify that:
- After the changes are made, the street address of my registered office and business office will be identical.
- This change affects every entity served by me and I have notified each entity of the registered office change.
- I certify that the above information is correct and I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Signature: _____ Date: |                    |

*(Shall be executed by the registered agent.)*    *(mm/dd/yyyy)*

RAConsent – Revised October 2015

# STATE OF WYOMING
## Office of the Secretary of State

I, ED MURRAY, SECRETARY OF STATE of the STATE OF WYOMING, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

### CERTIFICATE OF ORGANIZATION

## Bison Amusements, LLC

Accordingly, the undersigned, by virtue of the authority vested in me by law, hereby issues this Certificate.

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **12th** day of **October, 2016**.



Filed Date: 10/12/2016

_____
Secretary of State

By: _____ Matt Archer _____