# Pennsylvania Skill Games

# Fed.R.Civ.P 19

# Motion for Joinder

# <u>EXHIBIT 15</u>

Registration# : 6804727
Date Filed : 11/28/2018
Pennsylvania Department of State

## PENNSYLVANIA DEPARTMENT OF STATE
## BUREAU OF CORPORATIONS AND CHARITABLE ORGANIZATIONS

☐ **Return document by mail to:**

_____
Name

_____
Address

_____
City                State          Zip Code

☑ **Return document by email to:**  IP@spilmanlaw.com

**Registration of Trademark or Service Mark**
DSCB:54-1112

TML181129JD1667

Read all instructions prior to completing.

Fee: $50

In compliance with the requirements of the 54 Pa.C.S. § 1112 (relating to application for registration), the undersigned, having adopted and used a trademark or service mark in this Commonwealth and desiring to register such mark, hereby states that:

---

1.  The name of the applicant is *(see instruction A)*:

Savvy Dog Systems, LLC DBA Pace-O-Matic, Inc.

---

2.  The residence, location or place of business of the applicant is *(see instruction B)*:

| 4150-B Blue Ridge Industrial Parkway | Norcross | GA | 30071 | Gwinnett |
|---|---|---|---|---|
| Number and street | City | State | Zip | County |

---

3.  The name and description of the mark is *(a facsimile of the mark to be registered accompanies this application as Exhibit A and is incorporated herein by reference)*:

PENNSYLVANIA SKILL

Description: Standard character mark only

---

4.  General class in which such goods or services fall is *(use only one of the classifications as set forth in the general classes of goods and services established by the United States Patent and Trademark Office and set forth in instruction G)*:

Class 28

---

PA DEPT. OF STATE

NOV 2 8 2018

**EXHIBIT
15.1**

DSCB:54-1112– 2

5. The goods or services on or in connection with which the mark is used and the mode or manner in which the mark is used on or in connection with such goods or services are:

See Supplemental Sheet attached

6. The date when the mark was first used anywhere is:

November 19, 2013

7. The date when the mark was first used in this Commonwealth by the applicant or the predecessor in interest is:

November 19, 2013

8. The date, if any, an application to register the mark, or portions or a composite thereof, was filed by the applicant or a predecessor in interest in the United States Patent and Trademark Office. Also provide filing date and serial number of each application, the status thereof and, if any application was finally refused registration, or has otherwise not resulted in a registration, the reasons therefore. *(Please attach 8½ x 11 sheet(s) if more space is needed.)*

Filing Date May 30, 2018

See attached sheet for USPTO information relating to this Trademark

9. Applicant is the owner of the mark, the mark is in use and, to the applicant's knowledge, no other person has registered, either federally or in this Commonwealth or has the right to use such mark, either in the identical form thereof or in such near resemblance thereto as to be likely, when applied to the goods or services of such other person, to cause confusion or to cause mistake, or to deceive.

IN TESTIMONY WHEREOF, the undersigned person has caused this Application for Registration of Mark to be executed this 27th day of November , 2018 .

William P. Smith
_____
Name of Applicant

_____
Signature

Attorney for Applicant
_____
Title

Supplemental Sheet for PA Trademark Application for PENNSYLVANIA SKILL

Applicant: Savvy Dog Systems, LLC DBA Pace-O-Matic, Inc.

Section 5: Goods or Services

Class 28: Electronic gaming machines featuring games of skill for monetary prizes.

Section 8: U.S. Patent and Trademark Office Related Applications

Serial Number:        87941545

Filing Date      May 30, 2018

Status: A non-final Office action has been issued to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action on or before March 19, 2018.

# PENNSYLVANIA SKILL

# Exhibit "A"

Class 28 WORD Mark

Registration# : 6804729
Date Filed : 11/28/2018
Pennsylvania Department of State

**PENNSYLVANIA DEPARTMENT OF STATE**
**BUREAU OF CORPORATIONS AND CHARITABLE ORGANIZATIONS**

☐ **Return document by mail to:**

Name

Address

| City | State | Zip Code |

☑ **Return document by email to:** IP@spilmanlaw.com

**Registration of Trademark or Service Mark**
DSCB:54-1112

TML181129JD1671

Read all instructions prior to completing.

Fee: $50

In compliance with the requirements of the 54 Pa.C.S. § 1112 (relating to application for registration), the undersigned, having adopted and used a trademark or service mark in this Commonwealth and desiring to register such mark, hereby states that:

1. The name of the applicant is *(see instruction A)*:

Savvy Dog Systems, LLC DBA Pace-O-Matic, Inc.

2. The residence, location or place of business of the applicant is *(see instruction B)*:

| 4150-B Blue Ridge Industrial Parkway | Norcross | GA | 30071 | Gwinnett |
|---|---|---|---|---|
| Number and street | City | State | Zip | County |

3. The name and description of the mark is *(a facsimile of the mark to be registered accompanies this application as Exhibit A and is incorporated herein by reference)*:

PENNSYLVANIA SKILL

Description: Standard character mark only

4. General class in which such goods or services fall is *(use only one of the classifications as set forth in the general classes of goods and services established by the United States Patent and Trademark Office and set forth in instruction G)*:

Class 9

PA DEPT. OF STATE

NOV 2 8 2018

**EXHIBIT**
**15.2**

DSCB:54-1112-- 2

---

5. The goods or services on or in connection with which the mark is used and the mode or manner in which the mark is used on or in connection with such goods or services are:

See Supplemental Sheet attached

---

6. The date when the mark was first used anywhere is:

November 19, 2013

---

7. The date when the mark was first used in this Commonwealth by the applicant or the predecessor in interest is:
November 19, 2013

---

8. The date, if any, an application to register the mark, or portions or a composite thereof, was filed by the applicant or a predecessor in interest in the United States Patent and Trademark Office. Also provide filing date and serial number of each application, the status thereof and, if any application was finally refused registration, or has otherwise not resulted in a registration, the reasons therefore. *(Please attach 8½ x 11 sheet(s) if more space is needed.)*

Filing Date May 30, 2018

See attached sheet for USPTO information relating to this Trademark

---

9. Applicant is the owner of the mark, the mark is in use and, to the applicant's knowledge, no other person has registered, either federally or in this Commonwealth or has the right to use such mark, either in the identical form thereof or in such near resemblance thereto as to be likely, when applied to the goods or services of such other person, to cause confusion or to cause mistake, or to deceive.

---

IN TESTIMONY WHEREOF, the undersigned person has caused this Application for Registration of Mark to be executed this 27th____ day of November_____, 2018_____.

William P. Smith
_____
Name of Applicant
_____
Signature

Attorney for Applicant
_____
Title

Supplemental Sheet for PA Trademark Application for PENNSYLVANIA SKILL

Applicant: Savvy Dog Systems, LLC DBA Pace-O-Matic, Inc.

Section 5: Goods or Services

Class 9: Computer software and firmware for playing games of skill on a computerized platform, including dedicated gaming consoles and video-based coin operated machines.

Section 8: U.S. Patent and Trademark Office Related Applications

Serial Number:      87941545

Filing Date      May 30, 2018

Status: A non-final Office action has been issued to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action on or before March 19, 2018.

# PENNSYLVANIA SKILL

## Exhibit "A"

Class 9 WORD Mark

Registration# : 6804738
Date Filed : 11/28/2018
Pennsylvania Department of State

## PENNSYLVANIA DEPARTMENT OF STATE
## BUREAU OF CORPORATIONS AND CHARITABLE ORGANIZATIONS

☐ **Return document by mail to:**

_____

Name

_____

Address

_____

City                    State            Zip Code

☑ **Return document by email to:** IP@spilmanlaw.com

### Registration of Trademark or Service Mark
DSCB:54-1112
~~(rev. 7/2015)~~

TML181129JD1676

Read all instructions pri~~or to completing.~~

Fee: $50

In compliance with the requirements of the 54 Pa.C.S. § 1112 (relating to application for registration), the undersigned, having adopted and used a trademark or service mark in this Commonwealth and desiring to register such mark, hereby states that:

---

1. The name of the applicant is *(see instruction A)*:

   Savvy Dog Systems, LLC DBA Pace-O-Matic, Inc.

---

2. The residence, location or place of business of the applicant is *(see instruction B)*:

| 4150-B Blue Ridge Industrial Parkway | Norcross | GA | 30071 | Gwinnett |
|---|---|---|---|---|
| Number and street | City | State | Zip | County |

---

3. The name and description of the mark is *(a facsimile of the mark to be registered accompanies this application as Exhibit A and is incorporated herein by reference)*:

   PENNSYLVANIA SKILL

   Description: Standard character mark only

---

4. General class in which such goods or services fall is *(use only one of the classifications as set forth in the general classes of goods and services established by the United States Patent and Trademark Office and set forth in instruction G)*:

   Class 41

---

PA DEPT. OF STATE

NOV 2 8 2018

**EXHIBIT 15.3**

DSCB:54-1112– 2

5. The goods or services on or in connection with which the mark is used and the mode or manner in which the mark is used on or in connection with such goods or services are:

See Supplemental Sheet attached

6. The date when the mark was first used anywhere is:

November 19, 2013

7. The date when the mark was first used in this Commonwealth by the applicant or the predecessor in interest is:
November 19, 2013

8. The date, if any, an application to register the mark, or portions or a composite thereof, was filed by the applicant or a predecessor in interest in the United States Patent and Trademark Office. Also provide filing date and serial number of each application, the status thereof and, if any application was finally refused registration, or has otherwise not resulted in a registration, the reasons therefore. *(Please attach 8½ x 11 sheet(s) if more space is needed.)*

Filing Date May 30, 2018

See attached sheet for USPTO information relating to this Trademark

9. Applicant is the owner of the mark, the mark is in use and, to the applicant's knowledge, no other person has registered, either federally or in this Commonwealth or has the right to use such mark, either in the identical form thereof or in such near resemblance thereto as to be likely, when applied to the goods or services of such other person, to cause confusion or to cause mistake, or to deceive.

IN TESTIMONY WHEREOF, the undersigned person has caused this Application for Registration of Mark to be executed this 27th   day of November            , 2018       .

William P. Smith
Name of Applicant

Signature

Attorney for Applicant
Title

Supplemental Sheet for PA Trademark Application for PENNSYLVANIA SKILL

Applicant:  Savvy Dog Systems, LLC DBA Pace-O-Matic, Inc.

Section 5:  Goods or Services

Class 41:  Leasing of electronic gaming machines, namely, games of skill for monetary prizes.

Section 8: U.S. Patent and Trademark Office Related Applications

Serial Number:        87941545

Filing Date      May 30, 2018

Status: A non-final Office action has been issued to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action on or before March 19, 2018.

# PENNSYLVANIA SKILL

# Exhibit "A"

Class 41 WORD Mark

Registration# : 6810292
Date Filed : 11/28/2018
Pennsylvania Department of State

## PENNSYLVANIA DEPARTMENT OF STATE
## BUREAU OF CORPORATIONS AND CHARITABLE ORGANIZATIONS

☐ Return document by mail to:

_____
Name

_____
Address

_____
City                    State          Zip Code

☑ Return document by email to: IP@spilmanlaw.com

### Registration of Trademark or Service Mark
DSCB:54-1112

|||||||||||||||||||||||||||||||||||||||||||||||||

TML181212JD0056

Read all instructions prior to completing.

Fee: $50

In compliance with the requirements of the 54 Pa.C.S. § 1112 (relating to application for registration), the undersigned, having adopted and used a trademark or service mark in this Commonwealth and desiring to register such mark, hereby states that:

1. The name of the applicant is *(see instruction A)*:

Savvy Dog Systems, LLC DBA Pace-O-Matic, Inc.

2. The residence, location or place of business of the applicant is *(see instruction B)*:

| 4150-B Blue Ridge Industrial Parkway | Norcross | GA | 30071 | Gwinnett |
|---|---|---|---|---|
| Number and street | City | State | Zip | County |

3. The name and description of the mark is *(a facsimile of the mark to be registered accompanies this application as Exhibit A and is incorporated herein by reference)*:

PENNSYLVANIA SKILL

Description: Combination word mark and design *(Continued on Supplemental Sheet)*

4. General class in which such goods or services fall is *(use only one of the classifications as set forth in the general classes of goods and services established by the United States Patent and Trademark Office and set forth in instruction G)*:

Class 9

PA DEPT. OF STATE

NOV 2 8 2018

**PA DEPT. OF STATE**

DEC 1 1 2018

EXHIBIT
**15.4**

DSCB:54-1112-2

5. The goods or services on or in connection with which the mark is used and the mode or manner in which the mark is used on or in connection with such goods or services are:

See Supplemental Sheet attached

6. The date when the mark was first used anywhere is:

November 19, 2013

7. The date when the mark was first used in this Commonwealth by the applicant or the predecessor in interest is:

November 19, 2013

8. The date, if any, an application to register the mark, or portions or a composite thereof, was filed by the applicant or a predecessor in interest in the United States Patent and Trademark Office. Also provide filing date and serial number of each application, the status thereof and, if any application was finally refused registration, or has otherwise not resulted in a registration, the reasons therefore. *(Please attach 8½ x 11 sheet(s) if more space is needed.)*

Filing Date May 30, 2018

See attached sheet for USPTO information relating to this Trademark

9. Applicant is the owner of the mark, the mark is in use and, to the applicant's knowledge, no other person has registered, either federally or in this Commonwealth or has the right to use such mark, either in the identical form thereof or in such near resemblance thereto as to be likely, when applied to the goods or services of such other person, to cause confusion or to cause mistake, or to deceive.

IN TESTIMONY WHEREOF, the undersigned person has caused this Application for Registration of Mark to be executed this 27th day of November , 2018 .

William P. Smith
Name of Applicant

Signature

Attorney for Applicant
Title

Supplemental Sheet for PA Trademark Application for PENNSYLVANIA SKILL <u>and Design</u>

Applicant:  Savvy Dog Systems, LLC DBA Pace-O-Matic, Inc.

<u>Section 3 Description (continued):</u>

<u>The mark consists of the word "Pennsylvania" which begins in the lower left portion of the mark, and continues to an upper right portion of the mark. The lettering appears three dimensional. The word "Skill" appears in the lower right portion of the mark. The lettering appears three dimensional. A cracked bell appears in the upper left portion of the mark, suspended from a wooden frame. The top border has stars. The bottom border has stripes.</u>

Section 5:  Goods or Services

Class 9: Computer software and firmware for playing games of skill on a computerized platform, including dedicated gaming consoles and video-based coin operated machines.

Section 8: U.S. Patent and Trademark Office Related Applications

Serial Number:       87941440

Filing Date      May 30, 2018

Status: A non-final Office action has been issued to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action on or before March 19, 2018.



**Exhibit A**
**Class 9**
Design Mark
Replacement drawing

Registration# : 6810295
Date Filed : 11/28/2018
Pennsylvania Department of State

**PENNSYLVANIA DEPARTMENT OF STATE**
**BUREAU OF CORPORATIONS AND CHARITABLE ORGANIZATIONS**

☐ Return document by mail to:

_____
Name

_____
Address

_____
City                    State         Zip Code

☑ Return document by email to: IP@spilmanlaw.com

**Registration of Trademark or Service Mark**
DSCB:54-1112

|||||||||||||||||||||||||||||||||||||||||||

TML181212JD0042

Read all instructions prior to completing.

Fee: $50

In compliance with the requirements of the 54 Pa.C.S. § 1112 (relating to application for registration), the undersigned, having adopted and used a trademark or service mark in this Commonwealth and desiring to register such mark, hereby states that:

1. The name of the applicant is *(see instruction A)*:

Savvy Dog Systems, LLC DBA Pace-O-Matic, Inc.

2. The residence, location or place of business of the applicant is *(see instruction B)*:

| 4150-B Blue Ridge Industrial Parkway | Norcross | GA | 30071 | Gwinnett |
|---|---|---|---|---|
| Number and street | City | State | Zip | County |

3. The name and description of the mark is *(a facsimile of the mark to be registered accompanies this application as Exhibit A and is incorporated herein by reference)*:

PENNSYLVANIA SKILL

Description: Combination word mark and design *(Continued on Supplemental Sheet)*

4. General class in which such goods or services fall is *(use only one of the classifications as set forth in the general classes of goods and services established by the United States Patent and Trademark Office and set forth in instruction G)*:

Class 41

**EXHIBIT**
**15.5**

PA DEPT. OF STATE

NOV **2 8** 2018        PA DEPT. OF STATE

DEC **1 1** 2018

DSCB:54-1112-2

5. The goods or services on or in connection with which the mark is used and the mode or manner in which the mark is used on or in connection with such goods or services are:

See Supplemental Sheet attached

6. The date when the mark was first used anywhere is:

November 19, 2013

7. The date when the mark was first used in this Commonwealth by the applicant or the predecessor in interest is:
November 19, 2013

8. The date, if any, an application to register the mark, or portions or a composite thereof, was filed by the applicant or a predecessor in interest in the United States Patent and Trademark Office. Also provide filing date and serial number of each application, the status thereof and, if any application was finally refused registration, or has otherwise not resulted in a registration, the reasons therefore. *(Please attach 8½ x 11 sheet(s) if more space is needed.)*

Filing Date May 30, 2018

See attached sheet for USPTO information relating to this Trademark

9. Applicant is the owner of the mark, the mark is in use and, to the applicant's knowledge, no other person has registered, either federally or in this Commonwealth or has the right to use such mark, either in the identical form thereof or in such near resemblance thereto as to be likely, when applied to the goods or services of such other person, to cause confusion or to cause mistake, or to deceive.

IN TESTIMONY WHEREOF, the undersigned person has caused this Application for Registration of Mark to be executed this 27th_____ day of November_____, 2018_____.

William P. Smith
_____
       ← Name of Applicant
_____
            Signature

Attorney for Applicant
_____
            Title

Supplemental Sheet for PA Trademark Application for PENNSYLVANIA SKILL and Design

Applicant: Savvy Dog Systems, LLC DBA Pace-O-Matic, Inc.

Section 3 Description (continued):

The mark consists of the word "Pennsylvania" which begins in the lower left portion of the mark, and continues to an upper right portion of the mark. The lettering appears three dimensional. The word "Skill" appears in the lower right portion of the mark. The lettering appears three dimensional. A cracked bell appears in the upper left portion of the mark, suspended from a wooden frame. The top border has stars. The bottom border has stripes.

Section 5: Goods or Services

Class 41: Leasing of electronic gaming machines, namely, games of skill for monetary prizes.

Section 8: U.S. Patent and Trademark Office Related Applications

Serial Number:        87941440

Filing Date    May 30, 2018

Status: A non-final Office action has been issued to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action on or before March 19, 2018.



**Exhibit A**
**Class 41**
Design Mark
Replacement drawing

Registration# : 6810296
Date Filed : 11/28/2018
Pennsylvania Department of State

PENNSYLVANIA DEPARTMENT OF STATE
BUREAU OF CORPORATIONS AND CHARITABLE ORGANIZATIONS

☐ Return document by mail to:

_____
Name

_____
Address

_____
City                State         Zip Code

☑ Return document by email to: IP@spilmanlaw.com

**Registration of Trademark or Service Mark**
DSCB:54-1112

TML181212JD0055

Read all instructions prior to completing.

Fee: $50

In compliance with the requirements of the 54 Pa.C.S. § 1112 (relating to application for registration), the undersigned, having adopted and used a trademark or service mark in this Commonwealth and desiring to register such mark, hereby states that:

1. The name of the applicant is *(see instruction A)*:

   Savvy Dog Systems, LLC DBA Pace-O-Matic, Inc.

2. The residence, location or place of business of the applicant is *(see instruction B)*:

| 4150-B Blue Ridge Industrial Parkway | Norcross | GA | 30071 | Gwinnett |
|---|---|---|---|---|
| Number and street | City | State | Zip | County |

3. The name and description of the mark is *(a facsimile of the mark to be registered accompanies this application as Exhibit A and is incorporated herein by reference)*:

   PENNSYLVANIA SKILL

   Description: Combination word mark and design *(Continued on Supplemental Sheet)*

4. General class in which such goods or services fall is *(use only one of the classifications as set forth in the general classes of goods and services established by the United States Patent and Trademark Office and set forth in instruction G)*:

   Class 28

PA DEPT. OF STATE

NOV 2 8 2018

**EXHIBIT**
**15.6**

PA DEPT. OF STATE

DEC 1 1 2018

DSCB:54-1112-2

5. The goods or services on or in connection with which the mark is used and the mode or manner in which the mark is used on or in connection with such goods or services are:

See Supplemental Sheet attached

6. The date when the mark was first used anywhere is:

November 19, 2013

7. The date when the mark was first used in this Commonwealth by the applicant or the predecessor in interest is:
November 19, 2013

8. The date, if any, an application to register the mark, or portions or a composite thereof, was filed by the applicant or a predecessor in interest in the United States Patent and Trademark Office. Also provide filing date and serial number of each application, the status thereof and, if any application was finally refused registration, or has otherwise not resulted in a registration, the reasons therefore. *(Please attach 8½ x 11 sheet(s) if more space is needed.)*

Filing Date May 30, 2018

See attached sheet for USPTO information relating to this Trademark

9. Applicant is the owner of the mark, the mark is in use and, to the applicant's knowledge, no other person has registered, either federally or in this Commonwealth or has the right to use such mark, either in the identical form thereof or in such near resemblance thereto as to be likely, when applied to the goods or services of such other person, to cause confusion or to cause mistake, or to deceive.

IN TESTIMONY WHEREOF, the undersigned person has caused this Application for Registration of Mark to be executed this 27th day of November , 2018 .

William P. Smith
Name of Applicant

Signature

Attorney for Applicant
Title

Supplemental Sheet for PA Trademark Application for PENNSYLVANIA SKILL and Design

Applicant:  Savvy Dog Systems, LLC DBA Pace-O-Matic, Inc.

Section 3 Description (continued):

The mark consists of the word "Pennsylvania" which begins in the lower left portion of the mark, and continues to an upper right portion of the mark. The lettering appears three dimensional. The word "Skill" appears in the lower right portion of the mark. The lettering appears three dimensional. A cracked bell appears in the upper left portion of the mark, suspended from a wooden frame. The top border has stars. The bottom border has stripes.

Section 5:  Goods or Services

Class 28: Electronic gaming machines featuring games of skill for monetary prizes.

Section 8: U.S. Patent and Trademark Office Related Applications

Serial Number:        87941440

Filing Date     May 30, 2018

Status: A non-final Office action has been issued to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action on or before March 19, 2018.



**Exhibit A**
**Class 28**
Design Mark
Replacement drawing



# United States of America

### United States Patent and Trademark Office

# Pennsylvania Skill

**Reg. No. 5,887,224**

**Registered Oct. 15, 2019**

**Int. Cl.: 28, 41**

**Service Mark**

**Trademark**

**Supplemental Register**

Pennsylvania Skill Games LLC  (PENNSYLVANIA LIMITED LIABILITY COMPANY)
1 Constitution Blvd.
Aliquippa, PENNSYLVANIA 15001

CLASS 28: Electronic gaming machines featuring games of skill and which provide monetary prizes

FIRST USE 6-1-2015; IN COMMERCE 6-1-2015

CLASS 41: Leasing of electronic gaming machines featuring games of skill and which provide monetary prizes

FIRST USE 6-1-2010; IN COMMERCE 6-1-2010

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "SKILL"

SER. NO. 87-856,441, FILED P.R. 03-30-2018; AM. S.R. 03-30-2018



Director of the United States
Patent and Trademark Office

**EXHIBIT**

**15.7**

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.