# Pennsylvania Skill Games

# Fed.R.Civ.P 19

# Motion for Joinder

# EXHIBIT 16

# Commonwealth of Pennsylvania

### Department of State

87111191



## CERTIFICATE OF INCORPORATION

# Office of the Secretary of the Commonwealth

# To All to Whom These Presents Shall Come, Greeting:

**Whereas,** Under the provisions of the Laws of the Commonwealth, the Secretary of the Commonwealth is authorized and required to issue a "Certificate of Incorporation" evidencing the incorporation of an entity.

**Whereas,** The stipulations and conditions of the Law have been fully complied with by

MIELE, INC.

**Therefore, Know Ye,** That subject to the Constitution of this Commonwealth, and under the authority of the Laws thereof, I do by these presents, which I have caused to be sealed with the Great Seal of the Commonwealth, declare and certify the creation, erection and incorporation of the above in deed and in law by the name chosen hereinbefore specified.

Such corporation shall have and enjoy and shall be subject to all the powers, duties, requirements, and restrictions, specified and enjoined in and by the applicable laws of this Commonwealth.



**Given** under my Hand and the Great Seal of the Commonwealth, at the City of Harrisburg, this         3rd      day of         February        in the year of our Lord one thousand nine hundred and      eighty-seven and of the Commonwealth the two hundred      eleventh

Secretary of the Commonwealth

0955345

## EXHIBIT 16.1

HENRY P PERCIBALLI ESQ
429 MARKET ST
WILLIAMSPORT, PA 17701

INTERNAL PSG - 681

THE PLANKENHORN CO. WILLIAMSPORT, PA

DSCB204 (Rev. 81)

## ARTICLES OF INCORPORATION
(PREPARE IN TRIPLICATE)

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF STATE — CORPORATION BUREAU
308 NORTH OFFICE BUILDING, HARRISBURG, PA 17120

PLEASE INDICATE (CHECK ONE) TYPE CORPORATION:

[XX] DOMESTIC BUSINESS CORPORATION

[ ] DOMESTIC BUSINESS CORPORATION
A CLOSE CORPORATION — COMPLETE BACK

[ ] DOMESTIC PROFESSIONAL CORPORATION
ENTER BOARD LICENSE NO.

FEE
$75.00

**010 NAME OF CORPORATION** (MUST CONTAIN A CORPORATE INDICATOR UNLESS EXEMPT UNDER 15 P.S. 2908 B)

MIELE, INC.

**011 ADDRESS OF REGISTERED OFFICE IN PENNSYLVANIA** (P.O. BOX NUMBER NOT ACCEPTABLE)

410 East Third Street

| 012 CITY | 033 COUNTY | 013 STATE | 034 ZIP CODE |
|---|---|---|---|
| Williamsport | Lycoming | PA | 17701 |

**050 EXPLAIN THE PURPOSE OR PURPOSES OF THE CORPORATION**

To engage in, and to do any lawful act concerning any or all lawful business for which corporations may be incorporated under the Pennsylvania Business Corporation Law, including but not limited to manufacturing, owning, using, leasing and dealing in personal property of every class and description, and acquiring, owning, using and disposing of real property of any nature whatsoever.

(ATTACH 8½ x 11 SHEET IF NECESSARY)

The Aggregate Number Shares, Classes of Shares and Par Value of Shares Which the Corporation Shall have Authority to Issue:

| 040 Number and Class of Shares | 041 Stated Par Value Per Share If Any | 042 Total Authorized Capital | 031 Term of Existence |
|---|---|---|---|
| 100,000 | No Par | $1,000.00 | Perpetual |

The Name and Address of Each Incorporator, and the Number and Class of Shares Subscribed to by each Incorporator

| 060 Name | 061, 062 063, 064 Address (Street, City, State, Zip Code) | Number & Class of Shares |
|---|---|---|
| Louis A. Miele, Jr. | 220 Selkirk Road Williamsport, PA 17701 | One (1) |
| | | |
| | | |
| | (ATTACH 8½ x 11 SHEET IF NECESSARY) | |

IN TESTIMONY WHEREOF, THE INCORPORATOR (S) HAS (HAVE) SIGNED AND SEALED THE ARTICLES OF INCORPORATION THIS _twenty-seventh_ DAY OF _January_ 19 _87_.

_Louis A. Miele, Jr._
Louis A. Miele, Jr.

— FOR OFFICE USE ONLY —

| 030 FILED | 002 CODE | 003 REV BOX | SEQUENTIAL NO. | 100 MICROFILM NUMBER |
|---|---|---|---|---|
| FEB 3 1987 | REVIEWED BY | | 8577 | 87111190 |
| | DATE APPROVED | 004 SICC | AMOUNT $ 75 | 001 CORPORATION NUMBER 955345 |
| | DATE REJECTED | CERTIFY TO [ ] REV. | INPUT BY | LOG IN | LOG IN (REFILE) |

Secretary of the Commonwealth
Department of State
Commonwealth of Pennsylvania

MAILED BY    DATE

[ ] L & I
[ ] OTHER

VERIFIED BY

LOG OUT    LOG OUT (REFILE)

INTERNAL PSQ-680

Entity #: 558440
Date Filed: 11/18/2005
Pedro A. Cortés
Secretary of the Commonwealth

## PENNSYLVANIA DEPARTMENT OF STATE
## CORPORATION BUREAU

### Articles of Incorporation-For Profit
(15 Pa.C.S.)

Entity Number

| | |
|---|---|
| X Business-stock (§ 1306) | ___ Management (§ 2703) |
| ___ Business-nonstock (§ 2102) | ___ Professional (§ 2903) |
| ___ Business-statutory close (§ 2303) | ___ Insurance (§ 3101) |
| ___ Cooperative (§ 7102) | |

Name

Michael J. Casale, Jr.

Address

33 West Third Street, Suite 202

City     State     Zip Code

Williamsport, PA 17701

**Document will be returned to the name and address you enter to the left.** ⇐

Fee: $100

Filed in the Department of State on _____

_____
Secretary of the Commonwealth

In compliance with the requirements of the applicable provisions (relating to corporations and unincorporated associations), the undersigned, desiring to incorporate a corporation for profit, hereby states that:

1. The name of the corporation *(corporate designator required, i.e., "corporation"," incorporated", "limited" "company" or any abbreviation. "Professional corporation" or "P.C")*:

   MDM Ventures, Inc.

2. The (a) address of this corporation's current registered office in this Commonwealth *(post office box, alone, is not acceptable)* or (b) name of its commercial registered office provider and the county of venue is:

   | (a) Number and Street | City | State | Zip | County |
   |---|---|---|---|---|
   | 410 East Third Street, Williamsport | | Pennsylvania 17701 | | Lycoming |

   (b) Name of Commercial Registered Office Provider                County

   c/o:

3. The corporation is incorporated under the provisions of the Business Corporation Law of 1988.

4. The aggregate number of shares authorized: 100,000 common

PA DEPT. OF STATE

NOV 1 8 2005

**EXHIBIT 16.2**

Commonwealth of Pennsylvania
Articles of Incorporation 4 Page(s)

INTERNAL USE ONLY

T0532546078

DSCB:15-1306,2102/2303/2702/2903/3101/7102A-2

5. The name and address, including number and street, if any, of each incorporator *(all incorporators must sign below):*

Name                                                Address

Louis D. Miele, 1209 Wheatfield Drive , Williamsport, PA 17701

Vincent I. DiSalvo, II, 2727 Hillside Avenue, Williamsport, PA 17701

Edith M. Marino, 358 Kinley Drive, Cogan Station, PA 17728

6. The specified effective date, if any:_____.
                              month/day/year   hour, if any

7. Additional provisions of the articles, if any, attach an 8½ by 11 sheet.
   See attached

8. *Statutory close corporation only:* Neither the corporation nor any shareholder shall make an offering of any of its shares of any class that would constitute a "public offering" within the meaning of the Securities Act of 1933 (15 U.S.C. 77a et seq.)

9. *Cooperative corporations only: Complete and strike out inapplicable term:*

~~The common bond of membership among its members/shareholders is~~_____.

IN TESTIMONY WHEREOF, the incorporator(s) has/have signed these Articles of Incorporation this

8th day of November , 2005

x Edith M. Marino
                    Signature

x Louis D. Miele
                    Signature

x _____
                    Signature

INTERNAL PSG - 678

Additional Provisions of Articles of Incorporation:

Shareholders will be permitted pursuant to 15 PA. C.S.A. Section 1525 to provide for Shareholder pre-emptive rights.

INTERNAL PSG - 679



**Wyoming Secretary of State**
State Capitol Building, Room 110
200 West 24th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

Max Maxfield, WY Secretary of State
FILED: 11/08/2013 09:50 AM
ID: 2013-000653678

# Limited Liability Company
## Articles of Organization

1. Name of the limited liability company:

Miele Manufacturing and Distribution LLC

2. Name and physical address of its registered agent:
*(The registered agent may be an individual resident in Wyoming, a domestic or foreign entity authorized to transact business in Wyoming, having a business office identical with such registered office. **The registered agent must have a physical address in Wyoming.** A Post Office Box or Drop Box is not acceptable. If the registered office includes a suite number, it must be included in the registered office address.)*

Mountain Business Center LLC, 690 S Highway 89, Suite 200, Jackson, WY 83001

3. Mailing address of the limited liability company:

PO Box 9149, Wilson, WY 83014

4. Principal office address:

690 S Highway 89, Suite 200, Jackson, WY 83001

Signature: _____
*(Shall be executed by an organizer.)*

Date: 10/31/2013
*(mm/dd/yyyy)*

Print Name: Rebecca Bextel

Contact Person: Rebecca Bextel

Daytime Phone Number: (307) 739-3940    Email: rebecca@mountainbusinesscenter.com

**EXHIBIT 16.3**

Received
NOV 4 2013
Secretary of State
Wyoming



**Wyoming Secretary of State**
State Capitol Building, Room 110
200 West 24th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: Business@wyo.gov

## Consent to Appointment by Registered Agent

I, | Mountain Business Center LLC | , registered office located at
*(name of registered agent)*

| 690 S Highway 89, Suite 200, Jackson, WY 83001 | voluntarily consent to serve

\* *(registered office physical address, city, state & zip)*

as the registered agent for | Miele Manufacturing and Distribution LLC |
*(name of business entity)*

I hereby certify that I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Signature: _____    Date: | 10/31/2013 |
*(Shall be executed by the registered agent.)*                   *(mm/dd/yyyy)*

Print Name: | Rebecca Bextel |    Daytime Phone: | (307) 739-3940 |

Title: | General Manager |    Email: | rebecca@mountainbusinesscenter.com |

Registered Agent Mailing Address
(if different than above): | |

---

\*If this is a new address, complete the following:

Previous Registered Office(s): | |

I hereby certify that:
- After the changes are made, the street address of my registered office and business office will be identical.
- This change affects every entity served by me and I have notified each entity of the registered office change.
- I certify that the above information is correct and I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Signature: _____    Date: | |
*(Shall be executed by the registered agent.)*                   *(mm/dd/yyyy)*

Checklist
☐ Submit one **originally signed** consent to appointment and one exact photocopy.

RAConsent – Revised 12/11

## STATE OF WYOMING
## Office of the Secretary of State

I, MAX MAXFIELD, SECRETARY OF STATE of the STATE OF WYOMING, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF ORGANIZATION

## Miele Manufacturing and Distribution LLC

Accordingly, the undersigned, by virtue of the authority vested in me by law, hereby issues this Certificate.

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **8th** day of **November, 2013**.



_____
Secretary of State

By: _____    Terri Barker

Filed Date: 11/08/2013