# Pennsylvania Skill Games

# Fed.R.Civ.P 19

# Motion for Joinder

# <u>EXHIBIT 17</u>

Case 2:18-cv-00722-PLD     Document 52-17     Filed 02/17/20     Page 2 of 2

<u>**Media Inquiries**</u>                                                **Sales 1-570-323-1434**



Home          |          Our Products          |          PA Skill Games          |          Contact          |          Dart & Pool Leagues

# Miele Amusements is Pennsylvania's Leading

# Amusement Company & Master Distributor of

# Pennsylvania Skill Games

○



## Our Team



EXHIBIT

17