# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

      Plaintiffs,

      V.

PENNSYLVANIA SKILL GAMES, LLC,

      Defendant.

PENNSYLVANIA SKILL GAMES, LLC,

      Plaintiff,

      V.

PACE-O-MATIC, INC. and MIELE MAN-
UFACTURING, INC.

      Defendant.

CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

## PROPOSED ORDER

The Motion for Joinder by Pennsylvania Skill Games is hereby GRANTED.  The following persons are hereby joined as necessary parties: Pace-O-Matic, Inc. (a Wyoming corporation), POM of Pennsylvania, LLC (a Wyoming limited liability company), Michael Pace t/d/b/a POM of Pennsylvania, as an unregistered fictitious name, Savvy Dog Systems, LLC (a Wyoming limited liability company), Bison Amusements, LLC (a Wyoming limited liability company),

POM of Alabama, LLC (a Wyoming limited liability company), POM of District of Columbia, LLC (a Wyoming limited liability company), POM of Florida, LLC (a Wyoming limited liability company), POM of Kansas, LLC (a Wyoming limited liability company), POM of Iowa, LLC (a Wyoming limited liability company), POM of Missouri, LLC (a Wyoming limited liability company), POM of Nebraska, LLC (a Wyoming limited liability company), POM of POM of Hawaii, LLC (a Wyoming limited liability company), POM of Illinois, LLC (a Wyoming limited liability company), POM of Massachusetts LLC (a Wyoming limited liability company), POM of New York, LLC (a Wyoming limited liability company), POM of North Carolina, LLC (a Wyoming limited liability company), POM of Ohio, LLC (a Wyoming limited liability company), POM of South Carolina, LLC (a Wyoming limited liability company), POM of Texas, LLC (a Wyoming limited liability company), POM of Utah, LLC (a Wyoming limited liability company), POM of Virginia, LLC (a Wyoming limited liability company), POM of Wyoming, LLC (a Wyoming limited liability company), as well Lou Miele t/d/b/a "Miele Manufacturing," Miele Manufacturing and Distribution LLC (a Wyoming limited liability company) or its successors and transferees, Miele, Inc. (a Pennsylvania corporation), Louis Miele t/d/b/a "Miele Amusements" as an unregistered fictitious name, and MDM Ventures, Inc. (a Pennsylvania corporation) t/d/b/a "Miele Manufacturing." The parties shall coordinate to effectuate service of process on the joined parties. A status conference is scheduled on _____.

_____
Magistrate Judge Patricia L. Dodge