# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

        Plaintiffs,

        V.

PENNSYLVANIA SKILL GAMES, LLC,

        Defendant.

PENNSYLVANIA SKILL GAMES, LLC,

        Plaintiff,

        V.

PACE-O-MATIC, INC. and MIELE MAN-
UFACTURING, INC.

        Defendant.

CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

## MOTION FOR LEAVE TO SUPPLEMENT EXHIBIT 17 OF PENNSYLVANIA SKILL GAMES' MOTION FOR JOINDER WITH THE SUPPLEMENTAL EXHIBIT 17.1

Pennsylvania Skill Games has discovered that "Miele Amusements, Fast Dependable Service Since 1935" (header, "Miele Amusements of Pennsylvania | Home of PA Skill") and the website referenced at www.mieleamusements.com," as referenced by Exhibit 17, is registered by "Lou Miele," personally, in conjunction with naming the organization, "Miele Sales & Service"[1], and using the email address infrastructure at "@mieleinc.com."

---

1 Judicial notice can be taken that the organization name "Miele Sales & Service" is not registered with the Commonwealth of Pennsylvania. This "Registrant Organization" is apparently another related "Miele" organization or personal designation. *See*, text accompanying Exhibit 16 and Exhibit 17 of the Motion for Joinder, at P.6.

Pennsylvania Skill Games would have included this evidence in support of its Motion for Joinder, if it had discovered it earlier, and seeks leave to add the Exhibit 17.1 hereto to the existing Exhibit 17 as a supplement.

WHEREFORE, Pennsylvania Skill Games seeks leave to add the Exhibit 17.1 hereto to the existing Exhibit 17 of its Motion for Joinder as a supplement thereto.

Dated: March 17, 2020

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.

Administrative Office:
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
v.412.833.0600
f.412.833.0601
mailroom.grz@zegarelli.com

## CERTIFICATE OF SERVICE

I hereby certify my belief that a true and correct copy of the foregoing Notice of Appearance was served upon the following counsel via the Court's CM/ECF System on the date set forth below:

March 17, 2020

**For Pace-O-Matic, Inc.,**
**Miele Manufacturing, Inc.,**
**POM of Pennsylvania, LLC,**
**Savvy Dog Systems, LLC**

Julian E. Neiser, Esq.
SPILMAN THOMAS & BATTLE, PLLC
One Oxford Centre, Suite 3440
301 Grant Street
Pittsburgh, PA 15219

Respectfully submitted,

s/Gregg R. Zegarelli

Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.

Administrative Office:
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
v.412.833.0600
f.412.833.0601
mailroom.grz@zegarelli.com