# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

      Plaintiffs,

      V.

PENNSYLVANIA SKILL GAMES, LLC,

      Defendant.

CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

PENNSYLVANIA SKILL GAMES, LLC,

      Plaintiff,

      V.

PACE-O-MATIC, INC. and MIELE MAN-
UFACTURING, INC.

      Defendant.

## **PROPOSED ORDER**

Pennsylvania Skill Games' Motion for Leave to Supplement Exhibit 17 of Pennsylvania Skill Games' Motion for Joinder with the supplemental Exhibit 17.1 is GRANTED. Exhibit 17.1 shall be appended to the current Exhibit 17 of the referenced motion.

_____
Magistrate Judge Patricia L. Dodge