Case 2:18-cv-00722-PLD   Document 60   Filed 03/31/20   Page 1 of 6



# Search the WHOIS Database

| Enter a domain name to search | Search |

**Private Registration**     **Local listings**

# WHOIS search results

Domain Name: MIELEAMUSEMENTS.COM
Registry Domain ID: 1556480469_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2017-08-29T19:50:52Z
Creation Date: 2009-05-21T15:23:48Z
Registrar Registration Expiration Date: 2022-05-21T15:23:48Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Lou Miele
Registrant Organization: Miele Sales & Service
Registrant Street: 535 E Third st
Registrant City: Williamsport
Registrant State/Province: PA
Registrant Postal Code: 17701
Registrant Country: US
Registrant Phone: +1.5703231434
Registrant Phone Ext:
Registrant Fax:

EXHIBIT
17.1


Contact Us

Registrant Fax Ext:

Registrant Email: ttkd@mieleinc.com

Registry Admin ID: Not Available From Registry

Admin Name: Lou Miele

Admin Organization: Miele Sales & Service

Admin Street: 535 E Third st

Admin City: Williamsport

Admin State/Province: PA

Admin Postal Code: 17701

Admin Country: US

Admin Phone: +1.5703231434

Admin Phone Ext:

Admin Fax:

Admin Fax Ext:

Admin Email: ttkd@mieleinc.com

Registry Tech ID: Not Available From Registry

Tech Name: Lou Miele

Tech Organization: Miele Sales & Service

Tech Street: 535 E Third st

Tech City: Williamsport

Tech State/Province: PA

Tech Postal Code: 17701

Tech Country: US

Tech Phone: +1.5703231434

Tech Phone Ext:

Tech Fax:

Tech Fax Ext:

Tech Email: ttkd@mieleinc.com

Name Server: NS0.WIXDNS.NET

Name Server: NS1.WIXDNS.NET

DNSSEC: unsigned

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

>>> Last update of WHOIS database: 2020-03-17T17:00:00Z <<<


For more information on Whois status codes, please visit

https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en


Notes:


IMPORTANT: Port43 will provide the ICANN-required minimum data set per


Contact Us

ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data   |   Contact Domain Holder   |   Report Invalid Whois

## Want to buy this domain?

Get it with our Domain Broker Service.

Go

## Is this your domain?

Add hosting, email and more.

Go



Contact Us

Case 2:18-cv-00722-PLD   Document 58-1   Filed 03/17/20   Page 4 of 6

# Get our newsletter, join the community:

Email Address

**SIGN UP**

We love taking your call.

guides



---

**About GoDaddy**

About Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

GoDaddy Store

Trust Center

Legal

**Help Center**

Help Center

Community


Contact Us

GoDaddy Blog

Contact Us

Report Abuse

**Resources**

Webmail

WHOIS

GoDaddy Mobile App

ICANN Confirmation

Designers & Developers

Redeem Code

Product Catalog

Site Map

Videos

**Partner Programs**

Affiliates

Reseller Programs

GoDaddy Pro

**Account**

My Account

My Renewals

Create Account

**Shopping**

Domains


Contact Us

Websites

WordPress

Hosting

Web Security

Email & Office

Phone Numbers

Promos

United States - English ∧    USD ∧

Legal                    Privacy Policy                    Advertising Preferences                    Cookies

Do not sell my personal information

Copyright © 1999 - 2020 GoDaddy Operating Company, LLC. All Rights Reserved.

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal

Terms of Service.



Contact Us