# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

  Plaintiffs,

  V.

PENNSYLVANIA SKILL GAMES, LLC,

  Defendant.

PENNSYLVANIA SKILL GAMES, LLC,

  Plaintiff,

  V.

PACE-O-MATIC, INC. and MIELE MAN-
UFACTURING, INC.

  Defendants.

CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

**JOINT MOTION TO ENLARGE**

## JOINT MOTION TO ENLARGE

AND NOW, come the parties, jointly by and through their respective counsel, as follows:

 1. On March 4, 2020, a status conference was held to discuss the status of discovery and related issues.

2.    In the Court's minute docket entry, dated March 6, 2020, without setting a definitive deadline to complete discovery, the Court generally referenced ninety days of discovery, which implied a date of June 2, 2020 for additional discovery.

3.    The parties have conducted additional paper discovery and cooperated in good faith. However, as a result of the constraints for legal processes pursuant to COVID-19, the parties have stipulated to extend the referenced date for an additional ninety days for additional discovery, implying a revised date of August 31, 2020.

4.    Fed.R.Civ.P. 6(b) provides for enlargements of time.  The parties believe that the circumstances of COVID-19 provide good cause for an enlargement of time and the parties believe that no prejudice will occur as a result of such enlargement.

WHEREFORE, the parties request an additional period of ninety days to conduct additional discovery.

Dated: May 27, 2020

s/Julian Neiser

Julian E. Neiser, Esq.
Pa. I.D. 87306

SPILMAN THOMAS & BATTLE, PLLC

One Oxford Center, Suite 3440
301 Grant Street
Pittsburgh, PA  15219
v. 412.325.1116
f. 412.325.3324
jneiser@spilmanlaw.com

s/Gregg R. Zegarelli

Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
VENTURES LAW GROUP, P.C.

Administrative Office:
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
v.412.833.0600  f.412.833.0601
mailroom.grz@zegarelli.com

## CERTIFICATE OF SERVICE

I hereby certify my belief that a true and correct copy of the foregoing Joint Motion for Enlargement was served upon the following counsel via the Court's CM/ECF System on the date set forth below:

Dated: May 27, 2020

Julian E. Neiser, Esq.
SPILMAN THOMAS & BATTLE, PLLC
jneiser@spilmanlaw.com

Respectfully submitted,

s/Gregg R. Zegarelli

Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.

Administrative Office:
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
v.412.833.0600  f.412.833.0601
mailroom.grz@zegarelli.com