EXHIBIT A

AO 88A  (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Pennsylvania

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, et. al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| PENNSYLVANIA SKILL GAMES LLC | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.   2:18-cv-00722-PLD

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:                                    Pro ATM, LLC

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:
See Attached.

| Place: Regus, Foster Plaza 5, 651 Holiday Drive, Pittsburgh, Pennsylvania 15220, United States | Date and Time: 07/08/2020 3:00 pm |
|---|---|

The deposition will be recorded by this method:    Aural, videotaping and/or transcription

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

    See Attached.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    06/20/2020

| *CLERK OF COURT* | |
|---|---|
| | OR |
| | s/Gregg Zegarelli |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Pennsylvania Skill Games LLC , who issues or requests this subpoena, are:
Gregg R. Zegarelli, Esq., Technology & Entrepreneurial Ventures Law Group PC, 2585 Washington Road, Suite 134, Summerfield Commons Office Park, Pittsburgh, PA  15241, gregg.zegarelli@zegarelli.com [confirm by read receipt only] 412-833-0600.    **Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Exhibit to Federal Subpoena

APPLICABLE FOR ORGANIZATIONS ONLY: If you are an organization you are required to designate one or more persons who have knowledge of: 1) each item of information requested to be produced or otherwise actually produced as set forth below; 2) transactions and proposed transactions for the placement of skill games in Beaver County or Lawrence County; 3) understanding of any arrangement that includes Albert Unis III, Albert Unis IV, or Pennsylvania Skill Games LLC regarding skill games in Beaver County or Lawrence County.

APPLICABLE IN ALL CASES:

You are commanded to produce documents and things related to all or any of the following: Transactions and proposed transactions, and communications, with or regarding any of: 1) Pace-O-Matic, Inc., Pennsylvania Skill Games, Inc., Savvy Dog Systems, Inc., or Miele Manufacturing, Inc; 2) any entity designated with "Pennsylvania Skill" as or within a company name, or claimed trademark, or brand; 3) Albert Unis, III, Albert Unis IV, Michael Pace, Lou Miele; 4) any entity that has "miele" as part of the company name or a domain name with "miele" as part of the domain name; 5) any entity that has "POM" as a prefix to a company name; 6) any transaction for the placement of skill games into Beaver County or Lawrence County.

If you are an operator of skill games, then the request is further limited to those documents and things relating to the skill games placed within Beaver County and/or within Lawrence County.

Without limiting the generality of the foregoing, you are commanded to bring with you such records that identify the venues (site, locations, such as, *e.g.*, tavern names) within the aforesaid two counties, including, but not limited to, the Terminal Identification Numbers (TID), venue address, licenses requested, paid or granted within the township or other community sub-county jurisdiction, the terminal purchase and fill order receipts, documents indicating amount paid for terminals and fills, loan, co-location and other arrangements or agreements regarding placement.

To the extent that the information to be produced is confidential, you may indicate at your deposition to mark the materials or testimony confidential from public view and the confidentiality will be preserved until released by you or by further order of court.

* You have the right to have legal counsel at the deposition. The party issuing this Subpoena does not represent you or your interests and may not and will not advise you regarding any legal rights you may have in this regard; however, ministerial questions regarding the deposition may be directed to counsel for the party issuing the Subpoena.

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.  2:18-cv-00722-PLD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

❑ I served the subpoena by delivering a copy to the named individual as follows: _____

_____

_____ on *(date)* _____ ; or

❑ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88A  (Rev.  02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
　**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
　**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
　　**(i)** is a party or a party's officer; or
　　**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
　**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
　**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
　**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
　**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
　　**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
　　**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

　**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

　　**(i)** fails to allow a reasonable time to comply;
　　**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
　　**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
　　**(iv)** subjects a person to undue burden.
　**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

　　**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
　　**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
　**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
　　**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
　　**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
　**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
　**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
　**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
　**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
　**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
　　**(i)** expressly make the claim; and
　　**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
　**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

        Plaintiffs,

        V.

PENNSYLVANIA SKILL GAMES, LLC,

        deponent.

CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

PENNSYLVANIA SKILL GAMES, LLC,

        Plaintiff,

        V.

PACE-O-MATIC, INC. and MIELE MAN-
UFACTURING, INC.

        deponent.

## PENNSYLVANIA SKILL GAME'S NOTICE OF SUBPOENAS

        TAKE NOTICE of the attached Subpoenas that will be served upon the respective persons. You are invited to attend and cross-examine the respective witnesses.

Dated: June 22, 2020

        s/Gregg R. Zegarelli/
        Gregg R. Zegarelli, Esq.
        Pa. I.D. #52717

        TECHNOLOGY & ENTREPRENEURIAL
        VENTURES LAW GROUP, P.C.

## CERTIFICATE OF SERVICE

I hereby certify my belief that a true and correct copy of the foregoing Notice was served upon the following counsel via electronic mail at the email address below:

June 22, 2020

Julian E. Neiser, Esq.
SPILMAN THOMAS & BATTLE, PLLC
JNeiser@spilmanlaw.com

Respectfully submitted,

s/Gregg R. Zegarelli

Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.

Administrative Office:
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
v.412.833.0600
f.412.833.0601
mailroom.grz@zegarelli.com

Administrative Office:
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
v.412.833.0600
f.412.833.0601
mailroom.grz@zegarelli.com

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS

**TECHNOLOGY & ENTREPRENEURIAL VENTURES**
**LAW GROUP PC**
PO BOX 113345
PITTSBURGH, PA 15241-5345

CITIZENS BANK
PENNSYLVANIA

3-7615-360

30023

6/23/2020

PAY TO THE
ORDER OF     Pro ATM LLC

$ **75.00

Seventy-Five and 00/100************************************************************************************************************     DOLLARS

Pro ATM LLC

HEAT SENSITIVE
RUB AREA TO VERIFY

AUTHORIZED SIGNATURE

MEMO:



ENDORSE HERE:

X

☐ CHECK HERE IF MOBILE DEPOSIT

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY*          MP

Original
Document

MP

\* SECURITY FEATURES LISTED BELOW EXCEED INDUSTRY STANDARDS

| SECURITY FEATURE | DESCRIPTION FOR FEATURE | |
|---|---|---|
| Void Pantograph | The word "VOID" appears when copied or scanned. Works on most copiers. Makes document difficult to duplicate. | 🔒 |
| Heat Sensitive Lock Icon | Responds to heat. Icon will fade when rubbed briskly. | |
| Toner Adhesion | Chemical applied to the sheet that fuses the toner to the document when run through a laser printer. | |
| True Watermark | Watermark applied at paper mill. Hold up to light to verify. | |
| Florescent Fibers | Invisible Fibers milled into the paper that become visible under ultraviolet light. | |
| Chemical Reactivity | Paper reacts to chemical alteration leaving a visible stain on the paper. | |
| Colored Background Warning Border | Colored Pattern protects against alteration. Alerts financial institutions and criminals that fraud deterrent security features are present. | |
| Micro Printing | Border, Signature Line and Backer contain micro printing. Magnify to verify. When copied, appears as dotted line. | |
| Security Backer | Back pattern prevents cutting and pasting of the document. | |

Ⓟ Padlock design is a certification mark of the Check Payment Systems Association