**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

---

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

       Plaintiffs,

       V.

PENNSYLVANIA SKILL GAMES, LLC,

       Defendant.

---

PENNSYLVANIA SKILL GAMES, LLC,

       Plaintiff,

       V.

PACE-O-MATIC, INC. and MIELE MAN-
UFACTURING, INC.

       Defendants.

---

CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

**JOINT MOTION TO ENLARGE**

**JOINT MOTION TO ENLARGE**

AND NOW, come the parties, jointly by and through their respective counsel, as follows:

1.    Reference is made to the Order of this Court granting an extension of time to complete discovery until August 31, 2020, with a telephonic Post-Discovery Status Conference on September 1, 2020 at 11:00 A.M. [Dkt. 63]

2.    The parties have conducted additional paper discovery and cooperated in good faith. However, as a result of the constraints for legal processes pursuant to COVID-19, vacation and traveling schedules of counsel, the parties and third parties, the parties have stipulated to complete discovery on or before October 15, 2020.

3.    Fed.R.Civ.P. 6(b) provides for enlargements of time.  The parties believe that the circumstances of COVID-19, and the timing of party and third-party personal scheduling coordination during August, provide good cause for an enlargement of time and the parties believe that no prejudice will occur as a result of such enlargement.

WHEREFORE, the parties request an additional period to complete discovery on or before October 15, 2020.

Dated: July 13, 2020

s/Julian Neiser

Julian E. Neiser, Esq.
Pa. I.D. 87306

SPILMAN THOMAS & BATTLE, PLLC

One Oxford Center, Suite 3440
301 Grant Street
Pittsburgh, PA  15219
v. 412.325.1116
f. 412.325.3324
jneiser@spilmanlaw.com

s/Gregg R. Zegarelli

Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
VENTURES LAW GROUP, P.C.

Administrative Office:
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
v.412.833.0600  f.412.833.0601
mailroom.grz@zegarelli.com

**CERTIFICATE OF SERVICE**

I hereby certify my belief that a true and correct copy of the foregoing Joint Motion for Enlargement was served upon the following counsel via the Court's CM/ECF System on the date set forth below:

Dated: July 13, 2020

Julian E. Neiser, Esq.
SPILMAN THOMAS & BATTLE, PLLC
jneiser@spilmanlaw.com

Respectfully submitted,

s/Gregg R. Zegarelli

Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.

Administrative Office:
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
 v.412.833.0600  f.412.833.0601
mailroom.grz@zegarelli.com