# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

      Plaintiffs,

      V.

PENNSYLVANIA SKILL GAMES, LLC,

      Defendant.

CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

**MOTION FOR LEAVE TO SUPPLE-
MENT OR OTHERWISE TO AMEND
COMPLAINT**

PENNSYLVANIA SKILL GAMES, LLC,

      Plaintiff,

      V.

PACE-O-MATIC, INC. and MIELE MAN-
UFACTURING, INC.

      Defendant.

**PENNSYLVANIA SKILL GAMES' MOTION TO SUPPLEMENT
OR OTHERWISE TO AMEND COMPLAINT**

AND NOW, comes PENNSYLVANIA SKILL GAMES, by and through its counsel[1]:

1.     Reference is made to Civil Action 2:18-cv-00941, now consolidated herein, Complaint by Pennsylvania Skill Games, LLC [Dkt. 1 x941], Defendant Miele's Answer and

---

[1] The undersigned does not believe that a separate brief in support is required, based upon the standards set forth in the Practices and Procedures of The Hon. Patricia Dodge, as presiding judge, Section II.B. The within motion is non-dispositive, and the motion itself contains sufficient argument and legal citations to permit meaningful judicial review.

Affirmative Defenses thereto [Dkt. 19 x722] and Defendant Pace-O-Matic's Amended Answer and Affirmative Defenses thereto [Dkt. 50 x722].

2.      Pursuant to Fed.R.Civ.P. 15(a) "[A]party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires." See FRCP 15(a); *Spartan Concrete Products, LLC v. Argos USVI,* 929 F.3d 107, 2019-2 Trade Cases P 80,837, 104 Fed.R.Serv.3d 376 (3rd. Cir. 2019).  In practice, the burden is usually on the party opposing the amendment to demonstrate why the amendment should not be permitted. *Foman v. Davis,* 371 U.S. 178, 83 S.Ct. 227, 9 L.Ed.2d 222 (1962).  There must be a substantial reason to deny a motion to amend. *Laurie v. Alabama Court of Criminal Appeals,* 256 F.3d 1266, 1274 (11th Cir. 2001); *see also Martin's Herend Imports, Inc. v. Diamond & Gem Trading United States of America Co.,* 195 F.3d 765, 770 (5th Cir. 1999) (Rule 15(a) "evinces a bias in favor of granting leave to amend").

3.      Plaintiff requests leave to file Exhibit 1, the proposed Amended Complaint, which is attached hereto and incorporated herein by this reference.  Said proposed Amended Complaint sets forth recent occurrences giving rise to the requested relief.  That said, the amendments are within the same evidentiary framework of the pending causes of action.

4.      Discovery is set to close on October 15, 2020.  Although Defendant Miele and Defendant Pace-O-Matic are in control of the recent causal evidence relating to the subject of the claims made in the Amended Complaint, by notice hereof, there yet remains sufficient time for any discovery by such parties, if necessary.

5.      There is no prejudice to Defendant Miele and Defendant Pace-O-Matic in granting the relief requested.  There would be prejudice to Pennsylvania Skill Games in not granting the relief requested.

Dated: August 31, 2020

s/Gregg R. Zegarelli

Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
  VENTURES LAW GROUP, P.C.

Administrative Office:
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
v.412.833.0600
f.412.833.0601
mailroom.grz@zegarelli.com

**CERTIFICATE OF SERVICE**

I hereby certify my belief that a true and correct copy of the foregoing Motion for Joinder was served upon the following counsel via the Court's CM/ECF System on the date set forth below:

 August 31, 2020

Julian E. Neiser, Esq.
SPILMAN THOMAS & BATTLE, PLLC
jneiser@spilmanlaw.com

Respectfully submitted,

s/Gregg R. Zegarelli

Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.

Administrative Office:
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
 v.412.833.0600
 f.412.833.0601
mailroom.grz@zegarelli.com