13423655

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

-------------------------------------------------------------------------------------------------------------------

PENNSYLVANIA SKILL GAMES, LLC

Plaintiff,

v.

PACE-O-MATIC, INC. and MIELE
MANUFACTURING, INC.,

Defendants.

## MOTION FOR LEAVE TO FILE RESPONSE

AND NOW COMES Pace-O-Matic, Inc. (hereinafter referred to as "Pace-O-Matic" or

"Pace"), Savvy Dog Systems, LLC (hereinafter referred to as "Savvy Dog" or "SD"), POM of

Pennsylvania, LLC (hereinafter referred to as "POM") and Miele Manufacturing, Inc.

(hereinafter referred to as "Miele") and seeks leave of court to file a response, if necessary, based

upon the following:

1.      Pennsylvania Skill Games, LLC ("PSG") filed a "Request" for reconsideration

(ECF No. 77) of this Honorable Court's denial of a Motion for Leave to Amend Complaint (ECF

No. 76).

13423655

2.      In PSG's Request, it attaches: (a) a letter sent by POM counsel; and (b) correspondence from PSG's counsel.

3.      These letters are not only out of context and attempt to put matters in front of the court that are incorrect, inappropriate and self-serving, they are offered in a misleading way that requires a response from POM, to the extent this Court would find them helpful.

4.      POM submits that the Request by PSG is baseless and this Honorable Court was correct in its ruling to deny amendment. However, to the extent that a response may be helpful to resolve this matter, or if the context and actual facts related to the assertions made in PSG's correspondence are of any import to this Court's ruling, POM seeks the opportunity to file a brief response.

13423655

WHEREFORE, to the extent necessary or helpful to this Honorable Court, the POM

parties seek leave of court to file a response to the document filed at ECF No. 77 as set forth in

the attached Proposed Order.

Respectfully submitted,

SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Julian E. Neiser
    Julian E. Neiser
    Pa. Id. No. 87306

    One Oxford Centre, Suite 3440
    301 Grant Street
    Pittsburgh, PA  15219

    T:  (412) 325-1116
    F:  (412) 325-3324
    E:  jneiser@spilmanlaw.com

**Attorneys for Pace-O-Matic, Inc., Savvy Dog Systems, LLC, POM of Pennsylvania, LLC, and Miele Manufacturing, Inc.**

13423655

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| Plaintiffs/Counterclaim Defendants, | CONSOLIDATED<br><br>The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Motion for Leave** was served upon counsel of record this 15th day of October, 2020 via ECF:

Via email to mailroom.grz@zegarelli.com

Gregg R. Zegarelli, Esquire
Technology & Entrepreneurial
  Ventures Law Group, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA  15241-2565

**Counsel for Pennsylvania Skill Games, LLC**

SPILMAN THOMAS & BATTLE, PLLC

By:  /s/ Julian E. Neiser
        Julian E. Neiser