IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 18-722 |
| vs. | ) ) | |
| PENNSYLVANIA SKILL GAMES, LLC, | ) ) | |
| Defendant. | ) ) ) | |
| PENNSYLVANIA SKILL GAMES, LLC, | ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| PACE-O-MATIC, INC. and MIELE MANUFACTURING, INC. | ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

Pennsylvania Skill Games, LLC ("PSG") has moved for reconsideration of the Court's October 13, 2020 Order (ECF No. 76) that denied its Motion to Supplement or Otherwise Amend Complaint (ECF No. 70). The proposed complaint was styled as a First Amended Complaint and added two causes of action that allegedly arose in June 2020. The Court's denial was based in part on the failure of PSG to show good cause under Federal Rule of Civil Procedure 16(a)(4) and the holding in *Premier Comp Sols., LLC v. UPMC*, 970 F.3d 316 (3d Cir. 2020). *Premier* dealt with an amendment under Federal Rule of Civil Procedure 15(a) and PSG moved to amend under Rule 15(a). It was not until it filed its Motion for Reconsideration that PSG asserted that it was moving under Rule 15(d). Whether the "good cause" standard of Rule 16 applies to a supplemental

complaint under Rule 15(d) was not at issue in the *Premier* decision and there is no clear guidance from the Third Circuit on this issue. In light of the foregoing, as well as principles of judicial economy, the timing of the alleged acts at issue in the proposed supplemental complaint, the lack of undue prejudice to the opposing parties, and the fact that a revised scheduling order will be issued that minimizes further delays in this matter, the motion for reconsideration will be granted and the Court's prior order will be vacated.

Therefore, it is ORDERED that the Pennsylvania Skill Games, LLC's Motion for Reconsideration (ECF No. 77) is GRANTED. The Court's October 13, 2020 Order (ECF No. 76) is VACATED. Pennsylvania Skill Games, LLC, will file its Supplemental Complaint no later than Friday, November 6, 2020. Pace-O-Matic, Inc., and Miele Manufacturing, Inc., will file their responsive pleading no later than November 16, 2020.

SO ORDERED this 3rd day of November, 2020:

PATRICIA L. DODGE
United States Magistrate Judge