IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC           )
t/d/b/a PACE-O-MATIC, et al.       )
                                   )
            Plaintiffs,            )
                                   )
       v.                          )          Civil Action No. 2:18-722
                                   )
PENNSYLVANIA SKILLS GAMES,         )
LLC,                               )
                                   )
            Defendant.             )

## AMENDED SCHEDULING ORDER

AND NOW, this 12th day of November, 2020, it is ORDERED that the following deadlines are established for this consolidated action:

1.   The parties shall complete all fact discovery, including any discovery regarding the two new causes of action asserted in the Amended Complaint of Pennsylvania Skill Games, LLC (ECF No. 87), by February 1, 2021. The filing by Miele Manufacturing, Inc. and Pace-O-Matic, Inc. of a motion to dismiss either or both of the new claims in the Amended Complaint shall not delay or defer any necessary discovery regarding these claims.  No further extensions of discovery will be granted.   All interrogatories, deposition notices, requests for admission, and requests for production shall be served within sufficient time to allow all discovery to be completed prior to the discovery deadline.

2.   Motions for summary judgment shall be filed no later than February 22, 2021. Responses in opposition shall be filed no later than March 22, 2021.  Replies in support of motions for summary judgment shall be filed no later than April 5, 2021.

3.   Additional pretrial deadlines and procedures will be established after the resolution of

motion(s) for summary judgment.

BY THE COURT:


/s/ Patricia L. Dodge
PATRICIA L. DODGE
United States Magistrate Judge