13512607

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| | CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

--------------------------------------------------------------------------------------------------------------------

PENNSYLVANIA SKILL GAMES, LLC

Plaintiff,

v.

PACE-O-MATIC, INC. and MIELE MANUFACTURING, INC.,

Defendants.

## MOTION TO DISMISS, OR ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT

AND NOW COME Pace-O-Matic, Inc. ("Pace") and Miele Manufacturing, Inc. ("Miele")(collectively, "Defendants"), by and through their undersigned counsel and pursuant to F.R.C.P. 12(b)(6) and 12(e) file the within Motion to Dismiss or Alternatively, for a More Definite Statement and state as follows:

1.    For the reasons set forth more fully in the Memorandum of Law filed contemporaneously with this Motion, Defendants move this Honorable Court to either dismiss

the new counts alleged in the Amended Complaint with prejudice, or alternatively, require a more definite statement.

2. A true and correct copy of the Amended Complaint, ECF Document No. 87 is attached hereto as Exhibit A.

3. The pleading is insufficient in every possible way. It is merely a threadbare recital of elements of interference with contract and civil conspiracy. The pleading lacks any facts other than a single allegation that Pennsylvania Skill Games, LLC ("PSG") experienced a fill increase to of approximately 60 percent to $2,000 per full fill.

4. As noted in the Contract attached hereto as Exhibit B, there is no legal or factual basis for PSG to claim that it has a lifetime right to a price lock on gaming fills or that Pace/Miele lack the privilege or right to increase the fill prices on their own products.

5. To the contrary, Exhibit B expressly states that prices may change in the future.

6. Attached hereto as Exhibit C is a document that is an exemplar of fill prices for Pennsylvania operators of Pace machines. As noted, the fill price paid by PSG is in line with other operators, to the extent that factor is even relevant.

7. The reality is that PSG has no basis whatsoever to amend a federal court pleading to include claims that have no basis in the law or the facts of this case.

8. PSG expressly knew—prior to filing—that there was no basis in fact to amend the underlying Complaint to add these new counts. Not only was PSG on notice of the arguments raised in this Motion to Dismiss, it has the benefit of nearly two years of discovery to understand its contractual rights, such that they are. Nonetheless, it proceeded anyway.

9. Alternatively, PSG should be required to file a more definite statement if the Amendment is not dismissed.

2

13512607

10.     PSG has failed to identify that any contracts were terminated, which contracts were lost, or any other detail other than generic statements that loosely follow the pleading elements.

11.     Due to the insufficient nature of PSG's pleadings, it is impossible for Pace or Miele to answer the Amended Complaint.

WHEREFORE, Pace-O-Matic, Inc. and Miele Manufacturing, Inc. respectfully request that this Honorable Court dismiss the amendments at ECF Doc. No. 87 with prejudice.

Respectfully submitted,

SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Julian E. Neiser
    Julian E. Neiser
    Pa. Id. No. 87306

    T:  412-325-1116
    F:  412-325-3324
    E:  jneiser@spilmanlaw.com

    One Oxford Centre, Suite 3440
    301 Grant Street
    Pittsburgh, PA  15219

    **Attorneys for Pace-O-Matic, Inc. and Miele Manufacturing, Inc.**

3

13512607

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

      Plaintiffs/Counterclaim
      Defendants,

The Honorable Patricia L. Dodge

        v.

PENNSYLVANIA SKILL GAMES, LLC,

      Defendant/Counterclaim
      Plaintiff.

-------------------------------------------------------------------------------------------------------------------------

PENNSYLVANIA SKILL GAMES, LLC

      Plaintiff,

        v.

PACE-O-MATIC, INC. and MIELE
MANUFACTURING, INC.,

      Defendants.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing **Motion to Dismiss** was served upon the undersigned counsel of record this 16th day of November, 2020 via the Court's CM/ECF System:

      Via email to mailroom.grz@zegarelli.com

      Gregg R. Zegarelli, Esquire
      Zegarelli Technology & Entrepreneurial Ventures Law Group, P.C.
      2585 Washington Road, Suite 134
      Summerfield Commons Office Park
      Pittsburgh, PA  15241

      **Counsel for Plaintiff Pennsylvania Skill Games LLC**

      SPILMAN THOMAS & BATTLE, PLLC

      /s/ Julian E. Neiser
      Julian E. Neiser