## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

              Plaintiffs/Counterclaim
              Defendants,

              v.

PENNSYLVANIA SKILL GAMES, LLC,

              Defendant/Counterclaim
              Plaintiff.

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

The Honorable Patricia L. Dodge

--------------------------------------------------------------------------------------------------------------------

PENNSYLVANIA SKILL GAMES, LLC

              Plaintiff,

              v.

PACE-O-MATIC, INC. and MIELE
MANUFACTURING, INC.,

              Defendants.

### MOTION FOR LEAVE TO FILE REPLY

AND NOW COMES Defendant Pace-O-Matic, Inc., Miele Manufacturing Inc., POM of

Pennsylvania, LLC, and Savvy Dog Systems, LLC, (hereinafter referred to as the "Pace

Defendants"), by and through their undersigned counsel and files the within Motion to File

Leave to File Reply:

      1.   The Pace Defendants filed for a Protective Order because Pennsylvania Skill

Games, LLC ("PSG") insisted on forcing a 20th deposition of the General Counsel of Pace-O-

Matic, despite having a full and complete opportunity to complete its discovery with previously-designated witnesses. (ECF No. 94).

2. PSG filed an opposition on January 29, 2021 (ECF No. 96).

3. The Pace Defendants request the ability to file a reply to the opposition filed by PSG to correct and address a number of issues.

Respectfully submitted,

SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Julian E. Neiser
    Julian E. Neiser
    Pa. Id. No. 87306

    T:  412-325-1116
    F:  412-325-3324
    E:  jneiser@spilmanlaw.com

    William P. Smith
    Pa. Id. No. 50352

    T:  412-325-1115
    F:  412-325-3324
    E:  wsmith@spilmanlaw.com

    One Oxford Centre, Suite 3440
    301 Grant Street
    Pittsburgh, PA  15219

    **Attorneys for Defendant Pace-O-Matic, Inc.**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a            CIVIL ACTION NO. 2:18-CV-00722-PLD
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,                                The Honorable Patricia L. Dodge

      Plaintiffs/Counterclaim
      Defendants,

      v.

PENNSYLVANIA SKILL GAMES, LLC,

      Defendant/Counterclaim
      Plaintiff.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Motion for Leave** was

served upon the counsel of record this 1st day of February 2021 via ECF to all counsel of record.

SPILMAN THOMAS & BATTLE, PLLC

/s/ Julian E. Neiser
Julian E. Neiser