**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

      Plaintiffs/Counterclaim
      Defendants,

The Honorable Patricia L. Dodge

      v.

PENNSYLVANIA SKILL GAMES, LLC,

      Defendant/Counterclaim
      Plaintiff.

## MOTION FOR LEAVE TO INCREASE PAGE COUNT FOR SUMMARY JUDGMENT BRIEF

AND NOW COMES Pace-O-Matic, Inc., POM of Pennsylvania, LLC, Savvy Dog Systems, LLC, and Miele Manufacturing, Inc. (the "POM Parties), by and through their undersigned counsel, and in support of the within Motion for Leave state as follows:

1. This Honorable Court has set a schedule for summary judgment with a filing deadline of February 22, 2021. (ECF No. 88).

2. This Court's Chamber procedures set a page limitation of twenty five (25) pages for dispositive briefs. (Chamber Procedures, (II) (B)(1)).

3. Due to the complexity and extent of the record in this matter, and because the POM Parties are seeking summary judgment on all counts, it is requested that this Honorable Court grant the POM Parties leave to increase the page limitation of any memorandum in support of summary judgment by ten (10) pages, such that the brief may be fewer than thirty five (35) pages.

4. Based on current drafts of the POM Parties' briefs, the standard 25-page limitation is insufficient and would preclude a comprehensive discussion of the issues for this Court.

5.     Counsel for POM attempted to obtain consent/lack of objection from PSG to increase the page count from 25 page to 35 pages, but opposing counsel stated that he was not in a position to consent on an abstract request.

6.     As such, the POM Parties request leave of court to increase the maximum page limit of their summary judgment brief to 35 pages.

WHEREFORE, Defendants Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC request that this Honorable Court to grant the attached proposed ORDER.

Respectfully submitted,

Dated:  February 15, 2021                    SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Julian E. Neiser
    Julian E. Neiser
    Pa. Id. No. 87306
    One Oxford Centre, Suite 3440
    301 Grant Street
    Pittsburgh, PA  15219
    T:  (412) 325-1116
    F:  (412) 325-3324
    E:  jneiser@spilmanlaw.com

**Attorneys for Pace-O-Matic, Inc., POM of Pennsylvania, LLC, Savvy Dog Systems, LLC, and Miele Manufacturing, Inc..**

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| | CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

## <u>CERTIFICATE OF SERVICE</u>

I, Julian E. Neiser, counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc., do hereby certify that on the 15th day of February, 2021, I served the foregoing **Motion for Leave** to counsel of record via the Court's CM/ECF System:

Via email to mailroom.grz@zegarelli.com

Gregg R. Zegarelli, Esquire
Technology & Entrepreneurial
  Ventures Law Group, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA  15241-2565

**Counsel for Pennsylvania Skill Games, LLC**

SPILMAN THOMAS & BATTLE, PLLC

By:  /s/ Julian E. Neiser
       Julian E. Neiser