## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

       Plaintiffs,

       V.

PENNSYLVANIA SKILL GAMES, LLC,

       Defendant.

CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

PENNSYLVANIA SKILL GAMES, LLC,

       Plaintiff,

       V.

PACE-O-MATIC, INC. and MIELE MAN-
UFACTURING, INC.

       Defendant.

## RESPONSE TO PACE-O-MATIC, INC., POM OF PENNSYLVANIA, LLC, SAVVY DOG SYSTEMS, LLC, AND MIELE MANUFACTURING, INC MOTION FOR LEAVE TO INCREASE PAGE COUNT FOR SUMMARY JUDGMENT BRIEF

Pace-O-Matic, Inc., POM of Pennsylvania, LLC, Savvy Dog Systems, LLC, and Miele Manufacturing, Inc. (the "POM Parties") have requested to increase the page count to 35 pages. [ECF 102] Plaintiff responds by deferring to the judgment of this Honorable Court as to whether proper grounds have been stated for the modification of its own internal policy.[1]

---

[1] As an incidental note, in ¶5 of the POM Parties' Motion, a reference is made to the undersigned's response to an inquiry that was stated in a manner as to be unclear in the context. The request to the undersigned was actually devoid of reason or grounding facts. Exhibit 1.

2

Dated: February 15, 2021

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.

Administrative Office:
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com

## CERTIFICATE OF SERVICE

I hereby certify my belief that a true and correct copy of the foregoing Response to Motion was served upon the following counsel via the Court's CM/ECF System on the date set forth below:

February 15, 2021

**For Pace-O-Matic, Inc.,**
**Miele Manufacturing, Inc.,**
**POM of Pennsylvania, LLC,**
**Savvy Dog Systems, LLC**

Julian E. Neiser, Esq.
SPILMAN THOMAS & BATTLE, PLLC
One Oxford Centre, Suite 3440
301 Grant Street
Pittsburgh, PA 15219

Respectfully submitted,

s/Gregg R. Zegarelli

Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.

Administrative Office:
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
v.412.833.0600
f.412.833.0601
mailroom.grz@zegarelli.com