**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

      Plaintiffs,

      V.

PENNSYLVANIA SKILL GAMES, LLC,

      Defendant.

PENNSYLVANIA SKILL GAMES, LLC,

      Plaintiff,

      V.

PACE-O-MATIC, INC. and MIELE MAN-
UFACTURING, INC.

      Defendant.

CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

**PENNSYLVANIA SKILL GAMES' MO-
TION FOR LEAVE TO SUPPLEMENT
MOTION TO COMPEL**

**PENNSYLVANIA SKILL GAMES' MOTION FOR LEAVE
TO SUPPLEMENT MOTION TO COMPEL**

Reference is made to Pennsylvania Skill Games' Motion to Compel, filed yesterday, February 16, 2021 [ECF 103], as well as this Court's Order, and partial summary ruling entered this morning [ECF 104] (the "**Order**"). In light of exigent timing constraints, the intervention of the Order summarily entered, and the fact that the Court *sua sponte* raised issues regarding discovery timing for its ruling that modifies the nature of the response, Pennsylvania Skill Games seeks leave to supplement the record so the other parties have an opportunity to address these facts. The proposed filing is attached as Exhibit 1.

2

Dated: February 17, 2021

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.

Administrative Office:
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
v.412.833.0600
f.412.833.0601
mailroom.grz@zegarelli.com

**CERTIFICATE OF SERVICE**

I hereby certify my belief that a true and correct copy of the foregoing Motion for Leave was served upon the following counsel via the Court's CM/ECF System on the date set forth below:

February 17, 2021

Julian E. Neiser, Esq.
SPILMAN THOMAS & BATTLE, PLLC
jneiser@spilmanlaw.com

Respectfully submitted,

s/Gregg R. Zegarelli

Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.

Administrative Office:
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
 v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com