**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| | CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

## OBJECTION TO MOTION FOR LEAVE TO AMEND MOTION TO COMPEL

AND NOW COMES Defendants Pace-O-Matic, Inc. ("Pace"), POM of Pennsylvania, LLC, Savvy Dog Systems, LLC, and Miele Manufacturing, Inc., ("Miele") (hereinafter referred to as the "Pace Defendants"), by and through their undersigned counsel, and files the within Objection to Pennsylvania Skill Games, LLC's (hereinafter referred to as "PSG") Motion for Leave to Amend Motion to Compel:

1.      PSG originally filed a Motion to Compel this week to obtain draft documents that have nothing to do with any aspect of this litigation—and were not actually requested in the Requests for Production of Documents. The Pace Defendants' response will be filed per this Court's Order.

2.      PSG then moved to supplement its Motion to Compel with filings late yesterday, asking for unknown relief and complaining that because a document that was almost entirely privileged actually was produced.

3.      Notably absent from PSG's filing is a certificate that PSG met and conferred prior to filing the discovery motion. A "meet and confer" session occurred on the previous Motion to Compel, but not on the matter that was just inserted into the mix.

4.      As such, the Pace Defendants have no idea what PSG is requesting.

5.      Due to the lack of a "meet and confer" or any good faith attempt to resolve any dispute, PSG's Motion for Leave should be stricken.

WHEREFORE, Defendants Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC request that this Honorable Court to grant their Motion for Protective Order.

Respectfully submitted,

Dated:  February 18, 2021

SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Julian E. Neiser
    Julian E. Neiser
    Pa. Id. No. 87306
    One Oxford Centre, Suite 3440
    301 Grant Street
    Pittsburgh, PA  15219
    T:  (412) 325-1116
    F:  (412) 325-3324
    E:  jneiser@spilmanlaw.com

**Attorneys for Pace-O-Matic, Inc. and Miele Manufacturing, Inc.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

           Plaintiffs/Counterclaim
           Defendants,

        v.

PENNSYLVANIA SKILL GAMES, LLC,

           Defendant/Counterclaim
           Plaintiff.

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

The Honorable Patricia L. Dodge

## **CERTIFICATE OF SERVICE**

I, Julian E. Neiser, counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc., do hereby certify that on the 18th day of February, 2021, I served the foregoing **Objection** to counsel of record via the Court's CM/ECF System:

Via email to mailroom.grz@zegarelli.com

Gregg R. Zegarelli, Esquire
Technology & Entrepreneurial
  Ventures Law Group, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA  15241-2565

**Counsel for Pennsylvania Skill Games, LLC**

SPILMAN THOMAS & BATTLE, PLLC

By:  /s/ Julian E. Neiser
      Julian E. Neiser