**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

        Plaintiffs,

        v.

PENNSYLVANIA SKILL GAMES, LLC,

        Defendant.

_____

PENNSYLVANIA SKILL GAMES, LLC,

        Plaintiff,

        v.

PACE-O-MATIC, INC. and MIELE MAN-
UFACTURING, INC.

        Defendants.

_____

CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

**PENNSYLVANIA SKILL GAMES'
SUR-REPLY TO OPPOSITION TO MO-
TION FOR LEAVE TO SUPPLEMENT
MOTION TO COMPEL**

     1.     Pennsylvania Skill Games requested leave to supplement because this Court, *sua sponte,* referenced a discovery timing issue, in addition to the relevance (and not a timing issue) by the four jointly represented parties, Miele Manufacturing, Pace-O-Matic, POM of Pennsylvania and Savvy Dog Systems, for the withheld documents that could have and should have been produced long ago, and were not produced under the pretense that production had been fully made.

     2.     Pennsylvania Skill Games must have the right to address the timing issue raised by the Court. The supplemental documents demonstrate timing issues, as well as the failure of production by all four joint parties, by vague and evasive responses, in light of discovery requests, creating the issue before the Court.

3.      The discovery sought was withheld and unknown.  Only on February 5, 2021, did the undersigned receive notice of the emails for the first time, post discovery, such as the "draft" documents and related materials at issue in the Motion.  Moreover, the only emails produced are the ones presented by the requested supplements, and no email from any other party that was included in the thread.  The first time that any notice of a "draft" was identified was on February 16, 2021, as set forth in the Motion, at which time a privilege log was provided for the February 5, 2021 emails.

4.      The documents requested address critical issues in the case, the fault is with the evasive and vague discovery responses, at a minimum, and there is no burden in the production requested.

WHEREFORE, Pennsylvania Skill Games prays that its Motion to Supplement be granted.

Dated: February 18, 2021                    s/Gregg R. Zegarelli
                                            Gregg R. Zegarelli, Esq.
                                            Pa. I.D. #52717

                                            TECHNOLOGY & ENTREPRENEURIAL
                                             VENTURES LAW GROUP, P.C.
                                            2585 Washington Road, Suite 134
                                            Pittsburgh, PA 15241-2565, USA
                                            v.412.833.0600 f.412.833.0601
                                            mailroom.grz@zegarelli.com

2

**CERTIFICATE OF SERVICE**

I hereby certify my belief that a true and correct copy of the foregoing Motion to Compel was served upon the following counsel via the Court's CM/ECF System on the date set forth below:

February 22, 2021

Julian E. Neiser, Esq.
SPILMAN THOMAS & BATTLE, PLLC
jneiser@spilmanlaw.com

Respectfully submitted,

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
 v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com