## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

      Plaintiffs/Counterclaim
      Defendants,

The Honorable Patricia L. Dodge

      v.

PENNSYLVANIA SKILL GAMES, LLC,

      Defendant/Counterclaim
      Plaintiff.

### MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT DOCUMENTS UNDER SEAL

AND NOW COMES Defendants Pace-O-Matic, Inc. ("Pace"), Miele Manufacturing, Inc., ("Miele"), POM of Pennsylvania, LLC ("POM"), and Savvy Dog Systems, LLC ("Savvy") (hereinafter referred to as the "Pace Parties"), by and through their undersigned counsel, and files the within Motion for Leave to File Documents Under Seal, of which the following is a statement:

1.      The Pace Defendants will be filing summary judgment on February 24, 2021.

2.      This Honorable Court entered a protective order on April 9, 2019 (ECF No. 34), a true and correct copy of which is attached as Exhibit A.

3.      Pursuant to Paragraph 20 of the Protective Order, if a party wants to submit Protected Information to the Court, a Motion for Leave may be required.

4.      It is the intention of the Pace Parties to use Protected Information in its summary judgment filing, to include documents produced under an Attorney Eyes Only designation.

5.      The contents of the exhibits used in the Summary Judgment filing may also be quoted in the Concise Statement of Facts, Motion, and Memorandum.

6. As such, in an abundance of caution, the Pace Parties request Leave of Court to file a redacted Memorandum of Law on the public ECF, and an unredacted version of the Memorandum, Concise Statement of Material Facts, and Appendix under seal.

WHEREFORE, the Pace Parties request that this Honorable Court grant leave of court to file their Appendix, Concise Statement of Material Facts, and unredacted Memorandum of Law under seal, with an redacted version of the Memorandum of Law to be filed on the public ECF docket.

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
<tr><td>Dated:  February 22, 2021</td><td>SPILMAN THOMAS & BATTLE, PLLC</td></tr>
<tr><td></td><td>By:/s/ Julian E. Neiser<br>Julian E. Neiser<br>Pa. Id. No. 87306<br>One Oxford Centre, Suite 3440<br>301 Grant Street<br>Pittsburgh, PA  15219<br>T:  (412) 325-1116<br>F:  (412) 325-3324<br>E:  jneiser@spilmanlaw.com</td></tr>
<tr><td></td><td>**Attorneys for Pace-O-Matic, Inc. and Miele Manufacturing, Inc.**</td></tr>
</table>

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

        Plaintiffs/Counterclaim
        Defendants,

    v.

PENNSYLVANIA SKILL GAMES, LLC,

        Defendant/Counterclaim
        Plaintiff.

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

The Honorable Patricia L. Dodge

## <u>CERTIFICATE OF SERVICE</u>

I, Julian E. Neiser, counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy

Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc., do hereby certify that on

the 22nd day of February, 2021, I served the foregoing **Motion for Leave to File Documents**

**Under Seal** to counsel of record via the Court's CM/ECF System:

Via email to [mailroom.grz@zegarelli.com](mailto:mailroom.grz@zegarelli.com)

Gregg R. Zegarelli, Esquire
Technology & Entrepreneurial
  Ventures Law Group, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA  15241-2565

**Counsel for Pennsylvania Skill Games, LLC**

SPILMAN THOMAS & BATTLE, PLLC

By:  /s/ Julian E. Neiser
      Julian E. Neiser