**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD<br><br>CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

----------------------------------------------------------------------------------------------------

PENNSYLVANIA SKILL GAMES, LLC

Plaintiff,

v.

PACE-O-MATIC, INC. and MIELE
MANUFACTURING, INC.,

Defendants.

**APPENDIX IN SUPPORT OF**
**POM'S CONCISE STATEMENT OF MATERIAL FACTS**
**IN SUPPORT OF**
**MOTION FOR SUMMARY JUDGMENT**

Pursuant to LCvR 56B.1, POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic and Savvy Dog Systems, LLC (together "Plaintiff"), and Pace-O-Matic, Inc. ("Pace") and Miele Manufacturing, Inc. ("Miele") (together, with Plaintiff, "POM"), submits the following Appendix in Support of POM's Concise Statement of Material Facts in Support of their Motion for Summary Judgment:

13753871v4

| Exhibit | Description |
|---------|-------------|
| A | 1/11/19 [ECF No. 29] POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, and Savvy Dog Systems, LLC's **First Amended Complaint** |
| B | 2/8/19 [ECF No. 30] Pennsylvania Skill Games, LLC's **Answer and Affirmative Defenses and Counterclaim** |
| C | Pennsylvania Skill Games, LLC's Complaint, and Errata Amended Complaint<br><br>**Exhibit C-1**<br><br>7/18/18 [ECF 1] **Complaint** filed at Civil Action No. 2:18-cv-941<br><br>**Exhibit C-2**<br><br>11/3/20 [ECF 87] **Amended Complaint** Amending Complaint of PSG filed 7-18-18 |
| D | 2/4/20 [ECF No. 50] Defendant Pace-O-Matic, Inc.'s **First Amended Answer and Affirmative Defenses** to Plaintiff Pennsylvania Skill Games, LLC's Complaint |
| E | 9/11/12 Email Discussing Pace-O-Matic's Names for the Pennsylvania Skill game |
| F | 12/19/12 - 9/4/13 - First Emails Demonstrating Usage of Pennsylvania Skill in Software Builds |
| G | 9/2/13 Pace-O-Matic, Inc. Invoice No. 10495 of First Pennsylvania Skill game sold September 2013 to PA Games |
| H | 10/1/13 Receipt for Pace-O-Matic Equipment Terminal ID 142613 signed by Albert Unis |
| I | 1/9/15 - 1/13/15 Emails and graphics showing first creation date of PENNSYLVANIA SKILL stylized and word mark by Pace-O-Matic |
| J | 12/23/14 In re Pace-O-Matic Equipment. Terminal ID No. 142613, No. MD-965-2013 (Court of Common Pleas Beaver County, Pennsylvania Dec. 23, 2014) (Memorandum Order and Opinion) ("Beaver County Ruling"). |
| K | 1/14/15 First Communication Email of Pace-O-Matic, from Ryan Wood to Albert Unis, III, at the email address of momunis@yahoo re the Pace-AUnis Agreement and enclosing PNGs of Countertop, SPARTAN, FLEX1, and ATEUP Flyer PennSkill with cc: Lou Miele re Pace-O-Matic/Albert Unis Agreement |
| L | 4/24/19 Michael Pace Deposition Transcript |

13753871v4

| Exhibit | Description |
|---|---|
| M | 7/12/19 Louis Miele, President of Miele Manufacturing, Deposition Transcript |
| N | 11/16/18 Pennsylvania Skill Games, LLC's Answers and Objections to POM of Pennsylvania, LLC's First Set of Interrogatories |
| O | 9/21/20 Pennsylvania Skill Games Supplemental Responses to POM of Pennsylvania, LLC's First Set of Interrogatories |
| P | 3/11/19 USPTO Office Action regarding PSG U.S. Application Serial No. 87856442 for Trademark "Pennsylvania Skill 1776 Court Order" |
| Q | 1/28/19 PSGs [Albert Unis] Response to Office Action, Application Serial No. 87856441 PENNSYLVANIA SKILL |
| R | 4/17/19 Albert Unis, III, Deposition Transcript |
| S | 4/18/19 Albert Unis, IV, Deposition Transcript |
| T | 7/10/20 Wayne DeLuca Deposition Transcript |
| U | 3/25/14 **Report of Nick Farley & Associates** to Wayne V. DeLuca, Esquire on the review and analysis of *United Skill of America Pennsylvania Skill Game version **402.44 PEN*** developed by Pace-O-Matic, Inc. |
| V | 10/8/20 Daniel Warren Confidential Deposition Transcript (Under Seal) |
| W | Location Agreements |
| X | 4/24/19 Ryan Wood Deposition Transcript |
| Y | 1/29/15 AUA Term Sheet (Under Seal) |
| Z | 10/20/20 Albert Unis, III, Deposition Transcript |
| AA | 4/18/19 Albert Unis, IV, Deposition Exhibit No. 8 - **Registration of "pennsylvaniaskillgames.com"** |
| BB | 5/20/15 **Equipment Purchase Agreement, fully executed,** between Pace-O-Matic, Inc. and Miele Manufacturing ("Sellers") to Pennsylvania Skill Games, LLC ("Buyer") <br><br> 2/8/19 [ECF 30-02] Exhibit B **2015 05 20 Equipment Purchase Agreement, fully executed** attached as an exhibit to Pennsylvania Skill Games, LLC Answer and Affirmative Defenses and Counterclaim [ECF 30-00] |

13753871v4

| Exhibit | Description |
|---|---|
| CC | 10/5/20 Louis D. Miele, Corporate Designee for Miele Manufacturing, Inc. Deposition Transcript |
| DD | 10/5/20 Louis D. Miele Corporate Designee for Miele Manufacturing, Inc. **Deposition Exhibit Nos. 2.1–2.9** which depict competing terminals displaying the Marks and identifying software version 402.44 PEN |
| EE | 2/14/18 **Letter from B. Greg Cline,** General Counsel of POM of Pennsylvania d/b/a Pace-O-Matic, the successor-in-interest to Pace-O-Matic, Inc. **to Gianni Floro, Esquire,** counsel for Pennsylvania Skill Games, LLC re Mr. Floro's letter of February 6, 2018 concerning Pennsylvania Skill Games, LLC (and **POM's request that Pennsylvania Skill Games, LLC withdraw all allegations and threats against ProATM, LLC, and that Pennsylvania Skill Games, LLC comply with the terms of the Equipment Purchase Agreement both with respect to the right of first refusal, and the request for Pennsylvania Skill Games, LLC make payment to Pace-O-Matic for the equipment it purchased in the amount of $8,000, the balance past due.** |
| FF | 7/30/19 Louis R. Pomerico, Esquire, Deposition Exhibit No. 50 <br><br> 2/13/18 **Report of Nick Farley & Associates** to Gianni Floro, P.C. regarding "Review and analysis of the *Encore Skill Systems version 1.00* developed by Pennsylvania Skill Games, LLC." |
| GG | 11/28/18 and 12/11/18 Date-Stamped **Pennsylvania State Trademark Registrations** on behalf of Applicant, **Savvy Dog Systems, LLC d/b/a Pace-O-Matic, Inc.** <br><br> Pennsylvania State Trademark Registrations <br><br> **Exhibit GG-1** <br><br> 11/28/18 Date-Stamped Pa. Registration 6804727 <br><br> **Exhibit GG-2** <br><br> 12/04/18 Rejected Pa. Registrations <br><br> **Exhibit GG-3** <br><br> 12/11/18 Date-Stamped Pa. Registration No. 6810296 <br><br> **Exhibit GG-4** <br><br> 12/11/18 Date-Stamped Pa. Registration No. 6810292 <br><br> **Exhibit GG-5** <br><br> 12/11/18 Date-Stamped Pa. Registration No. 6810295 |
| HH | 7/11/19 Daniel Warren Deposition Transcript (Under Seal) |

13753871v4

| Exhibit | Description |
|---------|-------------|
| II | 7/9/20 Dale Lazar Deposition Transcript |
| JJ | 10/15/20 Pamela Kendrew Deposition Transcript |
| KK | 2/10/20 Pamela Kendrew Affidavit |
| LL | 10/15/20 Curtis Martin Deposition Transcript |
| MM | 2/12/20 Curtis Martin Affidavit |
| NN | 10/19/20 Pennsylvania Skill Games Response and Objections to POM of Pennsylvania, LLC's First Request for Admissions |
| OO | 3/30/18 Pennsylvania Skill Games, LLC, Filed Federal Trademark Applications<br><br>**Exhibit OO-1**<br><br>Serial No. 87856441 Application for the Word Mark<br><br>**Exhibit OO-2**<br><br>Serial No. 87856442 Application for the Combination Mark and Design (Stylized Mark) |
| PP | 5/30/18 Savvy Dog Systems, LLC, Filed Federal Trademark Applications<br><br>**Exhibit PP-1**<br><br>Serial No. 87941545 for the Word Mark PENNSYLVANIA SKILL<br><br>**Exhibit PP-2**<br><br>Serial No. 87941440 for the Combination Mark (Stylized mark) |
| QQ | 4/22/19 Subpoena to DomainsByProxy.com and Response regarding Pennsylvania Skill Games Domain<br><br>(9/27/19 Response Letter from Domains By Proxy, LLC) |
| RR | 5/31/19 Subpoena to New Castle News Subpoena and Response |
| SS | 5/31/19 Subpoena to Forever Media Radio Station Subpoena Response |
| TT | 4/25/19 Robert Santia, Musical Political Italian Club, Deposition Transcript |
| UU | 5/16/19 Daniel David, American Italian Club, Deposition Transcript |
| VV | 1/20/21 Brian M. Dutcher Deposition Transcript |
| WW | TTAB No. 92073170 on 1/2/2020 Savvy Dog Systems, LLC, Cancellation of PSG's Application); |

13753871v4

| Exhibit | Description |
|---------|-------------|
| XX | 1/1/17 Intellectual Property Assignment Between Pace-O-Matic, Inc. and Savvy Dog Systems, LLC (Confidential) |
| YY | 9/16/19 [ECF 44] POM's Expert Witness Disclosure<br><br>9/13/19 [ECF 44-01] Exhibit 1 - **Report of Nick Farley & Associates** regarding "Review and Examination of the *Cutting EDGE Pennsylvania Skill System version **SKL 402.52 PEN*** developed by POM of Pennsylvania, LLC |
| ZZ | 7/10/20 Wayne V. DeLuca, Esquire, Deposition Exhibit Nos. B.2 and B.3<br><br>**Exhibit ZZ-1**<br><br>Deposition Exhibit B.2 - 1/3/18 **Report of Nick Farley & Associates** to Wayne V. DeLuca, Esquire regarding "Review and examination of the *Cutting EDGE Pennsylvania Skill System version **SKL 402.49 PEN 1565*** developed by POM of PA, LLC, successor to Pace-O-Matic, Inc.<br><br>**Exhibit ZZ-2**<br><br>Deposition Exhibit B.3 - 3/26/19 **Report of Nick Farley & Associates** to Wayne V. DeLuca, Esquire regarding "Review and examination of the *Cutting EDGE Pennsylvania Skill System version **SKL 402.52 PEN*** developed by POM of Pennsylvania, LLC. |
| AAA | Photo of First Machine |
| BBB | 2/22/21 Pennsylvania Corporations Docket Search for Albert Unis and Affiliates "No Results Found" |
| CCC | 2/22/21 Email to GRZegarelli, Esquire enclosing the Letter with POM 004716 - POM 004754 [PSGs Photographs that we Bates-Stamped] (Under Seal) |
| DDD | Screen Shots of Early Software Builds and PENNSYLVANIA SKILL marks. |
| EEE | 1/14/15 - 4/23/18 Miele Manufacturing, Inc. Invoices to Albie Unis at Pa. Skill Games (AIP) |
| FFF | 10/26/20 Pennsylvania Skill Games, LLC's Response and Objections to Savvy Dog, LLC's First Set of Interrogatories |
| GGG | 8/24/20 Robert McDanel Deposition Transcript |
| HHH | Advertising and Marketing Materials and meeting/trade show participation from Pace and Miele |

13753871v4

| Exhibit | Description |
|---------|-------------|
| III | 2/12/20 Affidavit of Brian M. Dutcher |
| JJJ | 2/24/21 Declaration of Christopher O'Bier (Under Seal) |
| KKK | Advertising Information |
| LLL | Orders in the Cases of *Pong, Banilla Gracie* (One PDF) |
| MMM | 2/24/21 Declaration of Thomas Poon |
| NNN | 1/20/21 Marvin Harris Deposition Transcript |
| OOO | 7/9/20 Michael Mangerie Deposition Transcript |
| PPP | 7/8/20 James McDanel Deposition Transcript |
| QQQ | 9/15/20 Brent Mayes, President of Pro ATM, LLC, Deposition Transcript |
| RRR | Richard W. Bigrigg, President of GMR Games Deposition Transcript |
| SSS | 1/29/21 Albert Unis, IV, Second 30(b)(6) Deposition Transcript (Confidential) (Under Seal) |
| TTT | 2/3/21 Email to GRZegarelli, Esquire enclosing Letter with POM 004700 - POM 004712 [Notice of Violation to Bittner Vending, Notices of Non-Compliance to Deibler Brothers Novelty, Shell Station] (Under Seal) |
| UUU | 9/14/20 Exhibit C [ECF 72-3] to Miele Manufacturing, Inc. and Pace-O-Matic, Inc.'s Response in Opposition to [70] PSGs Motion to Amend [71] Response Briefing Schedule |

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC, t/d/b/a          CIVIL ACTION NO. 2:18-CV-00722-PLD
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,                              CONSOLIDATED

          Plaintiffs/Counterclaim    The Honorable Patricia L. Dodge
          Defendants,

          v.

PENNSYLVANIA SKILL GAMES, LLC,

          Defendant/Counterclaim
          Plaintiff.

## CERTIFICATE OF SERVICE

I, Julian E. Neiser, counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy

Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc., do hereby certify that on

the 24th day of February, 2021, I served the foregoing **Appendix in Support of POM's Concise**

**Statement of Material Facts in Support of Motion for Summary Judgment** to counsel of

record via the Court's CM/ECF System:

Via email to mailroom.grz@zegarelli.com

Gregg R. Zegarelli, Esquire
Technology & Entrepreneurial
  Ventures Law Group, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA  15241-2565

**Counsel for Pennsylvania Skill Games, LLC**

SPILMAN THOMAS & BATTLE, PLLC

By:  /s/ Julian E. Neiser
     Julian E. Neiser