AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-
MATIC, and SAVVY DOG SYSTEMS, LLC,

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:18-CV-00722-PLD |
| PENNSYLVANIA SKILL GAMES, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc., and Miele
Manufacturing, Inc.,                                                                                                          .

Date:     03/01/2021                                         /s/ James C. Walls, III
                                                                                *Attorney's signature*

                                                        James C. Walls, III, Pa. Id. No. 326841
                                                            *Printed name and bar number*

                                                        Spilman Thomas and Battle, PLLC
                                                        301 Grant Street, Suite 3440
                                                        Pittsburgh, PA 15219

                                                                        *Address*

                                                        jcwalls3@spilmanlaw.com
                                                                *E-mail address*

                                                        (412) 325-1118
                                                            *Telephone number*

                                                        (412) 325-3324
                                                                *FAX number*