## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

    Plaintiffs,

    V.

PENNSYLVANIA SKILL GAMES, LLC,

    Defendant.

CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

**PENNSYLVANIA SKILL GAMES' RE-
QUEST FOR LEAVE TO FILE REPLY**

PENNSYLVANIA SKILL GAMES, LLC,

    Plaintiff,

    V.

PACE-O-MATIC, INC. and MIELE MAN-
UFACTURING, INC.

    Defendants.

Pennsylvania Skill Games requests leave to file a Reply Brief, recognizing that the POM Parties

filed a combined response [ECF 127] to the motions with legal references and exhibits.  The Reply

is attached as Exhibit A.

WHEREFORE, Pennsylvania Skill Games prays that this Court GRANT leave to file the Reply.

Dated: March 2, 2021

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717
TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.
2585 Washington Road, Suite 134
Pittsburgh, PA 15241-2565, USA
v.412.833.0600 f.412.833.0601

**CERTIFICATE OF SERVICE**

I hereby certify my belief that a true and correct copy of the foregoing Request for Leave was served upon the following counsel via the Court's CM/ECF System on the date set forth below:

 March 2, 2021

Julian E. Neiser, Esq.
SPILMAN THOMAS & BATTLE, PLLC
jneiser@spilmanlaw.com


Respectfully submitted,

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
 v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com