## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

            Plaintiffs,

            V.

PENNSYLVANIA SKILL GAMES, LLC,

            Defendant.

---

PENNSYLVANIA SKILL GAMES, LLC,

            Plaintiff,

            V.

PACE-O-MATIC, INC. and MIELE MAN-
UFACTURING, INC.

            Defendant.

---

CONS. CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

**PENNSYLVANIA SKILL GAMES' MOTION FOR LEAVE TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT DOCUMENTS [ECF 122] UNDER SEAL**

## PENNSYLVANIA SKILL GAMES' MOTION FOR LEAVE TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT DOCUMENTS [ECF 122] UNDER SEAL

AND NOW, comes PENNSYLVANIA SKILL GAMES, by and through its counsel and files this Motion for Leave to File Opposition to Motion for Summary Judgment Documents Under Seal:

1.    Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC filed a combined joint Motion for Summary Judgment [ECF 122].

2.    Pennsylvania Skill Games will file its Brief in Opposition to the Motion for Summary Judgment and related documents on or before March 24, 2021 [ECF 111].

3.    Certain material to be filed is confidential and/or is otherwise not appropriate for public record at this time.

4.    Pennsylvania Skill Games requests leave of court to file redacted versions of all or any responsive documents contemplated by Fed.R.Civ.P. 56 and LCvR 56.C in the public record and unredacted versions under seal.

WHEREFORE, Pennsylvania Skill Games requests that this Honorable Court grant leave of court as set forth above.

Dated: March 17, 2021

s/Gregg R. Zegarelli

Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.

Administrative Office:
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com

**CERTIFICATE OF SERVICE**

I hereby certify my belief that a true and correct copy of the foregoing Motion for Leave to File Under Seal was served upon the following counsel via the Court's CM/ECF System on the date set forth below:

March 17, 2021

Julian E. Neiser, Esq.
James C. Walls, III, Esq.
SPILMAN THOMAS & BATTLE, PLLC
jneiser@spilmanlaw.com
jcwalls3@spilmanlaw.com

Respectfully submitted,

s/Gregg R. Zegarelli

Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.

Administrative Office:
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com