**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

---

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

        Plaintiffs,

        V.

PENNSYLVANIA SKILL GAMES, LLC,

        Defendant.

---

PENNSYLVANIA SKILL GAMES, LLC,

        Plaintiff,

        V.

PACE-O-MATIC, INC. and MIELE MAN-
UFACTURING, INC.

        Defendants.

---

CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

**PENNSYLVANIA SKILL GAMES' RE-
QUEST FOR LEAVE TO SUPPLE-
MENT**

1.      In the proposed Order at ECF 137-1, Nos. 4–5, the POM Parties reference Pennsylvania Skill Games' Appendix No. 24.1–21.4, ECF 135-2 ("**Miele Website Exhibits**") and Appendix No. 26 ("**Police Raid Exhibit**") and the omission of the Rick Goodling Deposition.

2.      Pennsylvania Skill Games seeks to conform the record by supplementing hereby. The undersigned has provided a supporting Declaration. <u>Exhibit A</u> ("**Zegarelli Decl.**")

3.      Pennsylvania Skill Games' Responsive Concise Statement ("**RCS**"), ECF 135-1, No. 16, states "Mr. Goodling testified that Mr. Miele is an *operator* though L & M" (emphasis added), citing to Mr. Goodling's transcript that was inadvertently omitted.  This was in response to the POM Parties placing as an admitted material issue POM's relationship with Miele; to wit:

No. 8 "Miele Manufacturing, Inc. has served as the manufacturer of Pace's Pennsylvania Skill game and the exclusive distributor of that game within the Commonwealth of Pennsylvania since the first quarter of 2015"

No. 15. "None of the POM Parties sell terminals, hardware, or software to locations."

ECF 122-1, at 8 and 16. These are related averments, because the contradicting evidence is that POM Parties sell to locations through intermediaries, including L & M. *See, also,* RCS Nos. 8, 16 and Ex. 1 thereto; Exhibit B, at P84:L8–P85:L5.

4.    Pennsylvania Skill Games seeks to supplement the record with Exhibit A and Exhibit B hereto to conform the record. The undersigned's understanding is that the POM Parties acquired the transcript at or about the same time as Pennsylvania Skill Games for their reference in forming their Reply at ECF 136.

5.    The Zegarelli Decl. indicates a first-hand basis for the acquisition of Exhibits 24.1–24.4 as well as Exhibit 26. The undersigned personally acquired the websites indicating "Way Back Machine," http://web.archive.org/, from the public archive repository of websites that is consistently independently maintained and is within the scope of FRE 201(b)(2), 201(c)(2), 801, 807 and an express request for that consideration is made hereby. Moreover, the undersigned acquired the mieleamusements.com websites directly from Miele Website Exhibits were extracted from public records as forms of admission. *Id.* Moreover, the Police Raid Exhibit was acquired personally by the undersigned from https://www.pennlive.com/news/2020/02/pennsylvania-state-police-raided-17-bars-taverns-andclubs-as-part-of-renewed-campaign-against-skill-games-this-winter-heres-the-list.html, which is a credible news source repository. *Id; see, also,* ECF 135-27.

WHEREFORE, Pennsylvania Skill Games prays for leave to supplement 135-2 by the addition of the Zegarelli Decl. and the Goodling transcript.

Dated: April 21, 2021                          s/Gregg R. Zegarelli
                                                    Gregg R. Zegarelli, Esq.
                                                    Pa. I.D. #52717
                                                    TECHNOLOGY & ENTREPRENEURIAL
                                                      VENTURES LAW GROUP, P.C.
                                                  2585 Washington Road, Suite 134
                                                  Pittsburgh, PA 15241-2565, USA
                                                  v.412.833.0600 f.412.833.0601

3

**CERTIFICATE OF SERVICE**

I hereby certify my belief that a true and correct copy of the foregoing Request for Reconsideration was served upon the following counsel via the Court's CM/ECF System on the date set forth below:

April 21, 2021

Julian E. Neiser, Esq.
SPILMAN THOMAS & BATTLE, PLLC
jneiser@spilmanlaw.com

Respectfully submitted,

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
 v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com