**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

          Plaintiffs/Counterclaim
          Defendants,

The Honorable Patricia L. Dodge

          v.

PENNSYLVANIA SKILL GAMES, LLC,

          Defendant/Counterclaim
          Plaintiff.

-------------------------------------------------------------------------------------------------------------------------

PENNSYLVANIA SKILL GAMES, LLC

          Plaintiff,

          v.

PACE-O-MATIC, INC. and MIELE
MANUFACTURING, INC.,

          Defendants.

**PACE-O-MATIC, INC., POM OF PENNSYLVANIA, LLC,
SAVVY DOG SYSTEMS, LLC, AND MIELE MANUFACTURING, INC.'S
MOTION TO REOPEN DISCOVERY**

AND NOW COMES Defendants Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of

Pennsylvania, LLC, and Savvy Dog Systems, LLC (hereinafter referred to as the "POM

Parties"), by and through their undersigned counsel and files the within Motion to Reopen

Discovery and avers as follows:

1.      Discovery in this matter ended on February 1, 2021.

14130991

2.    Recently, the POM Parties became aware of an event that requires a limited re-opening of discovery in this matter.

3.    The POM Parties have become aware of an allegation that Albert Unis, IV the president of PSG, entered a location, at the end of May, 2021 claimed to be an "owner" of Pace-O-Matic, and attempted to obtain documents from the location owner under false pretenses.

4.    A signed declaration from Kenton Hatch, the owner of Country Garden Six Pack is attached hereto as **Exhibit 1.**

**5.**    The declaration states that Mr. Unis (who was identified on a surveillance camera) appeared at his location, said he was an "owner" of Pace-O-Matic and was there to collect documents regarding a seizure of electronic gaming machines. **Exhibit 1, ¶ 6.**

6.    Mr. Unis then purportedly brandished a "legal" document in support of his alleged authority or reason to collect documents in Mr. Hatch's possession related to Pace-O-Matic skill game machines.

7.    Notably, Mr. Unis purportedly was wearing a shirt that displays the trademark at issue in this matter, PENNSYLVANIA SKILL, which features the liberty bell and other stylized features that Pace-O-Matic created. He allegedly claimed some authority to demand the documents based upon affiliation with the POM Parties trademark.

8.    The POM Parties have asserted claims of false designation of origin under 15 U.S.C. § 1125 *et seq.*; violations of Pennsylvania Unfair Trade Practices and Consumer Protection Law, 73 P.S. § 201–1 *et seq.*; common law trademark infringement; declaratory judgment regarding the parties respective rights and obligations; common law unfair competition; violations of the Pennsylvania Trademark Act, 54 Pa.C.S.A. § 1101 *et seq.*; breach of contract; quantum meruit/unjust enrichment.

14130991

9.    This conduct by PSG's principal goes to every claim alleged by the POM Parties against PSG, except the contract-related claims, and may give rise to others if Mr. Unis has repeated this same behavior in other locations.

10.    Additionally, PSG is attempting to sidestep the discovery process and obtain documents related to irrelevant matters that were stricken from PSG's responsive concise statement of material facts. (*See* ECF No. 145).

11.    The POM Parties reported the aforementioned conduct to PSG's counsel. A copy of the letter sent to counsel is attached as **Exhibit 2.**

12.    **Exhibit 2** expressly requested consent to PSG to a motion to reopen discovery based upon the facts alleged in this motion.

13.    This request was denied by PSG without qualification.

14.    Good cause exists for the limited reopening of discovery due to the above-referenced facts.

15.    The POM Parties seek the ability to: (a) request documents from PSG related to the conduct described above and any related conduct by anyone on behalf of PSG; (b) depose a corporate designee of PSG and/or Albert Unis, IV; and (c) to depose Kenton Hatch.

16.    Based upon the POM Parties' understanding, any discovery sought under this motion would likely not impact their current Motion for Summary Judgment filing, but instead would relate to damages sought at Summary Judgment or Trial. The POM Parties reserve all rights.

14130991

**WHEREFORE**, Defendants Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC respectfully request that this Court grant the accompany proposed order and reopen discovery in this action for the limited purpose of enabling the POM Parties to: (a) request documents from PSG related to the conduct described above and any related conduct by anyone on behalf of PSG; (b) depose a corporate designee of PSG and/or Albert Unis, IV; and (c) to depose Kenton Hatch.

Respectfully submitted,

Dated:  July 20, 2021

SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Julian E. Neiser
    Julian E. Neiser
    Pa. Id. No. 87306
    One Oxford Centre, Suite 3440
    301 Grant Street
    Pittsburgh, PA  15219
    T:  (412) 325-1116
    F:  (412) 325-3324
    E:  jneiser@spilmanlaw.com

**Attorneys for POM Of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc.**

4

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

        Plaintiffs/Counterclaim
        Defendants,

        v.

PENNSYLVANIA SKILL GAMES, LLC,

        Defendant/Counterclaim
        Plaintiff.

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

The Honorable Patricia L. Dodge

**CERTIFICATE OF SERVICE**

I, Julian E. Neiser, counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy

Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc., do hereby certify that on

the 20th day of July, 2021, I served the foregoing **Motion to Reopen Discovery** to counsel of

record via the Court's CM/ECF System:

        Via email to mailroom.grz@zegarelli.com

        Gregg R. Zegarelli, Esquire
        Technology & Entrepreneurial
          Ventures Law Group, P.C.
        2585 Washington Road, Suite 134
        Summerfield Commons Office Park
        Pittsburgh, PA  15241-2565

        **Counsel for Pennsylvania Skill Games, LLC**

        SPILMAN THOMAS & BATTLE, PLLC

        By:  /s/ Julian E. Neiser
            Julian E. Neiser