**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | ) ) ) |
| Plaintiffs/Counterclaim Defendants, | ) ) ) |
| v. | ) ) |
| PENNSYLVANIA SKILL GAMES, LLC, | ) ) |
| Defendant/Counterclaim Plaintiff. | ) ) ) ) |
| ——————————————————— | ) |
| PENNSYLVANIA SKILL GAMES, LLC | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| PACE-O-MATIC, INC. and MIELE MANUFACTURING, INC., | ) ) ) |
| Defendants. | ) |

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

The Honorable Patricia L. Dodge

## MOTION TO WITHDRAW APPEARANCE

I, James C. Walls, III, hereby move this Court to withdraw my appearance as attorney of record for Plaintiffs/Counterclaim Defendants POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc (together the "POM Parties"). The POM Parties retained Spilman Thomas & Battle, PLLC to represent them in this action. I left Spilman Thomas & Battle, PLLC on July 9, 2021 and will no longer be representing the POM Parties. Attorney Julian E. Neiser is counsel of record for the POM Parties and will continue to represent the POM Parties in this action.

Dated: July 27, 2021

Respectfully submitted,

*s/ James C. Walls, III*
James C. Walls, III (PA 326841)
james.walls@bipc.com

BUCHANAN INGERSOLL & ROONEY PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA  15219-1410
Telephone:  412-562-8800
Fax:  412-562-1041

*Withdrawing Attorney*

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | ) ) ) | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| | ) | CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | ) ) ) | The Honorable Patricia L. Dodge |
| v. | ) ) | |
| PENNSYLVANIA SKILL GAMES, LLC, | ) ) | |
| Defendant/Counterclaim Plaintiff. | ) ) ) | |

**ORDER**

AND NOW this ___ day of _____, 2021, upon consideration of the Motion to Withdraw Appearance, it is hereby ORDERED that said Motion is GRANTED, and James C. Walls, III is no longer counsel for Plaintiffs/Counterclaim Defendants POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc.

_____
The Honorable Patricia L. Dodge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 27th day of July, 2021, I electronically filed the foregoing *Motion to Withdraw Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

*/s/ James C. Walls, III*
James C. Walls, III