IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

    Plaintiffs/Counterclaim Defendants,

    vs.

PENNSYLVANIA SKILL GAMES, LLC,

    Defendant/Counterclaim Plaintiff.

 

PENNSYLVANIA SKILL GAMES, LLC,

    Plaintiff,

    vs.

PACE-O-MATIC, INC. and MIELE
MANUFACTURING, INC.,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civ. Action No. 2:18-722

## **ORDER**

For the reasons stated in the Memorandum Opinion, it is ordered that the motion for summary judgment (ECF No. 122) filed by Miele Manufacturing, INC., PACE-O-MATIC, POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC is GRANTED with respect to Pennsylvania Skill Games, LLC's claims for civil conspiracy and tortious interference against Miele Manufacturing, Inc. and Pace-O-Matic, Inc. in Counts VI and VII of its Amended Complaint (ECF 87). In all other respects, the Motion for Summary Judgment is DENIED.

Dated: September 29, 2021           BY THE COURT:

                            /s/Patricia L. Dodge
                            PATRICIA L. DODGE
                            United States Magistrate Judge