# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC,

      Plaintiffs,

      V.

PENNSYLVANIA SKILL GAMES, LLC,

      Defendant.

---

PENNSYLVANIA SKILL GAMES, LLC,

      Plaintiff,

      V.

PACE-O-MATIC, INC. and MIELE MAN-UFACTURING, INC.

      Defendants.

---

CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

**JOINT MOTION FOR EXPERT DIS-COVERY SCHEDULING ORDER**

## JOINT MOTION FOR EXPERT DISCOVERY SCHEDULING ORDER

AND NOW come the parties, jointly by and through their respective counsel, requesting a scheduling order for expert discovery as follows:

a. Expert reports on or before January 31, 2022.

b. Rebuttal reports on or before March 15, 2022.

c. Expert discovery to be completed on or before April 30, 2022.

WHEREFORE, the parties request the relief set forth herein.

Dated: October 22, 2021

s/Julian Neiser

Julian E. Neiser, Esq.
Pa. I.D. 87306

SPILMAN THOMAS & BATTLE, PLLC


One Oxford Center, Suite 3440
301 Grant Street
Pittsburgh, PA  15219
v. 412.325.1116
f. 412.325.3324
jneiser@spilmanlaw.com

s/Gregg R. Zegarelli

Gregg R. Zegarelli, Esq.
Pa. I.D. 52717

TECHNOLOGY & ENTREPRENEURIAL
VENTURES LAW GROUP, P.C.

Administrative Office:
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
v.412.833.0600  f.412.833.0601
mailroom.grz@zegarelli.com

2

**CERTIFICATE OF SERVICE**

I hereby certify my belief that a true and correct copy of the foregoing Joint Motion for Enlargement was served upon the following counsel via the Court's CM/ECF System on the date set forth below:

Dated: October 22, 2021

Julian E. Neiser, Esq.
SPILMAN THOMAS & BATTLE, PLLC
jneiser@spilmanlaw.com

Respectfully submitted,

s/Gregg R. Zegarelli

Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.

Administrative Office:
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
 v.412.833.0600  f.412.833.0601
mailroom.grz@zegarelli.com