14516869

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| | CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

### MOTION TO WITHDRAW EXPERT REPORT AND DISCLOSURE

AND NOW COMES Pace-O-Matic, Inc. ("Pace"), POM of Pennsylvania, LLC, Savvy Dog Systems, LLC, and Miele Manufacturing, Inc., ("Miele") (hereinafter referred to as the "Pace Parties"), by and through their undersigned counsel, and files the within Motion to Withdraw Expert Report and Disclosure and states as follows:

1. On September 19, 2019, the Pace Parties submitted an expert report and disclosure (ECF No. 44) in an abundance of caution due to an impending disclosure deadline.

2. The report and disclosure related to the fact that the game software used by the Pace Parties for the PENNSYLVANIA SKILL-branded electronic gaming machines is a game of predominant skill.

3. Since that time, this Honorable Court has reset several deadlines, including the deadline to make expert disclosures and submit expert reports. (ECF No. 162).

4. Because the Pace Defendants have no affirmative obligation to submit a report related to the subject matter of the previously filed report, e.g., the legality of the game, the Pace

14516869

Defendants move this Honorable Court to withdraw the report and disclosure filed at ECF

No. 44.

WHEREFORE, Defendants Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of

Pennsylvania, LLC, and Savvy Dog Systems, LLC request that this Honorable Court to enter the

attached proposed Order.

Respectfully submitted,

Dated:  January 13, 2022          SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Julian E. Neiser
    Julian E. Neiser
    Pa. Id. No. 87306
    One Oxford Centre, Suite 3440
    301 Grant Street
    Pittsburgh, PA  15219
    T:  (412) 325-1116
    F:  (412) 325-3324
    E:  jneiser@spilmanlaw.com

**Attorneys for Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC**

2

14516869

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD<br><br>CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

### CERTIFICATE OF SERVICE

I, Julian E. Neiser, counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc., do hereby certify that on the 13 day of January 2022, I served the foregoing **Motion** to counsel of record via the Court's CM/ECF System:

Via email to mailroom.grz@zegarelli.com

Gregg R. Zegarelli, Esquire
Technology & Entrepreneurial
  Ventures Law Group, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA  15241-2565

**Counsel for Pennsylvania Skill Games, LLC**

SPILMAN THOMAS & BATTLE, PLLC

By:  /s/ Julian E. Neiser
     Julian E. Neiser