**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

      Plaintiffs,

      V.

PENNSYLVANIA SKILL GAMES, LLC,

      Defendant.

PENNSYLVANIA SKILL GAMES, LLC,

      Plaintiff,

      V.

PACE-O-MATIC, INC. and MIELE MAN-
UFACTURING, INC.

      Defendants.

CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

**REQUEST FOR LEAVE FOR PENN-
SYLVANIA SKILL GAMES TO FILE A
RESPONSE TO POM PARTIES' MO-
TION TO WITHDRAW EXPERT RE-
PORT AND DISCLOSURE [ECF 164]**

Without notice or conference, the POM Parties filed a Motion to Withdraw Expert Report and Disclosures [ECF 164]. The document at issue [ECF 44] was filed by the POM Parties in accordance with the then-current and well-known scheduling order and has remained filed of record for more than two years, including during significant motion to dismiss practice by the POM Parties. Moreover, the document remained filed during the entire discovery period with assurances that Pennsylvania Skill Games would be entitled to depose the witness during expert discovery. Whether or not the POM Parties have a duty to file a report in the first place, it does not follow that, once filed and relied upon, that there are no implications for having done so. Accordingly, in

2

all prudence and caution, and as a result of the undersigned's current schedule, Pennsylvania Skill Games hereby requests that this Court permit Pennsylvania Skill Games to respond to the Motion on or before January 24, 2022, or such longer time that is consistent with this Court's standard practices.

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
PA I.D. 52717

TECHNOLOGY & ENTREPRENEURIAL
VENTURES LAW GROUP, P.C.

Administrative Office:
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
v.412.833.0600  f.412.833.0601
mailroom.grz@zegarelli.com

## CERTIFICATE OF SERVICE

I hereby certify my belief that a true and correct copy of the foregoing Joint Motion for Enlargement was served upon the following counsel via the Court's CM/ECF System on the date set forth below:

Dated: January 14, 2022

Julian E. Neiser, Esq.
SPILMAN THOMAS & BATTLE, PLLC
jneiser@spilmanlaw.com

Respectfully submitted,

Gregg R. Zegarelli

Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.

Administrative Office:
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
 v.412.833.0600  f.412.833.0601
mailroom.grz@zegarelli.com