**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC,

　　　　Plaintiffs,

　　V.

PENNSYLVANIA SKILL GAMES, LLC,

　　　　Defendant.

PENNSYLVANIA SKILL GAMES, LLC,

　　　　Plaintiff,

　　V.

PACE-O-MATIC, INC. and MIELE MANUFACTURING, INC.

　　　　Defendant.

CONS. CIVIL ACTION NUMBER: 2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

**PENNSYLVANIA SKILL GAMES' MOTION FOR LEAVE TO FILE EXPERT REPORT UNDER SEAL**

**PENNSYLVANIA SKILL GAMES' MOTION FOR LEAVE TO FILE
EXPERT REPORT UNDER SEAL**

AND NOW, comes PENNSYLVANIA SKILL GAMES, by and through its counsel, and files this Motion for Leave to File Expert Report Under Seal:

PENNSYLVANIA SKILL GAMES intends to file an expert report on the issue of damages that contains confidential financial information and/or information that is otherwise, all or in part, not appropriate for public record at this time. Accordingly, this request is made to file the expert report under seal and, if practicable, a redacted version filed in the public record.

2

WHEREFORE, Pennsylvania Skill Games requests that this Honorable Court grant leave of court as set forth above.

Dated: January 19, 2022

s/Gregg R. Zegarelli

Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.

Administrative Office:
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com

**CERTIFICATE OF SERVICE**

I hereby certify my belief that a true and correct copy of the foregoing Motion for Leave to File Under Seal was served upon the following counsel via the Court's CM/ECF System on the date set forth below:

January 19, 2022

Julian E. Neiser, Esq.
James C. Walls, III, Esq.
SPILMAN THOMAS & BATTLE, PLLC
jneiser@spilmanlaw.com

Respectfully submitted,

s/Gregg R. Zegarelli

Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
  VENTURES LAW GROUP, P.C.

Administrative Office:
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com