14586970

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

        Plaintiffs/Counterclaim
        Defendants,

The Honorable Patricia L. Dodge

        v.

PENNSYLVANIA SKILL GAMES, LLC,

        Defendant/Counterclaim
        Plaintiff.

## MOTION FOR LEAVE TO FILE RESPONSE TO PENNSYLVANIA SKILL GAMES, LLC'S BRIEF IN OPPOSITION TO COMBINED POM PARTIES MOTION TO WITHDRAW EXPERT DESIGNATION AND REPORT

AND NOW COMES Pace-O-Matic, Inc. ("Pace"), POM of Pennsylvania, LLC, Savvy Dog Systems, LLC, and Miele Manufacturing, Inc., ("Miele") (hereinafter referred to as the "POM Parties"), by and through their undersigned counsel, and file the within Motion for Leave to File Response to Pennsylvania Skill Games, LLC's ("PSG") Brief in Opposition to the POM Parties' Motion to Withdraw Expert Report and Disclosure and state as follows:

1.      On January 13, 2022, the POM Parties filed a Motion to Withdraw Expert Report and Disclosure [ECF 164].

2.      On January 24, 2022, Defendant filed a Brief in Opposition to the Motion [ECF 169].

3.      The opposition contains numerous statements and arguments that require a response to ensure this Court has a full understanding of the issues/facts.

14586970

4.      It is requested that the POM Parties be granted leave to file a response to the opposition on or before Wednesday, February 2, 2022 due to the schedule of the POM Parties' counsel.

WHEREFORE, Defendants Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC request that this Honorable Court to enter the attached proposed Order.

Respectfully submitted,

Dated:  January 25, 2022                         SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Julian E. Neiser
    Julian E. Neiser
    Pa. Id. No. 87306
    One Oxford Centre, Suite 3440
    301 Grant Street
    Pittsburgh, PA  15219
    T:  (412) 325-1116
    F:  (412) 325-3324
    E:  jneiser@spilmanlaw.com

**Attorneys for Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC**

2

14586970

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

          Plaintiffs/Counterclaim
          Defendants,

       v.

PENNSYLVANIA SKILL GAMES, LLC,

          Defendant/Counterclaim
          Plaintiff.

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

The Honorable Patricia L. Dodge

## CERTIFICATE OF SERVICE

I, Julian E. Neiser, counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc., do hereby certify that on the 25th day of January 2022, I served the foregoing **Motion** to counsel of record via the Court's CM/ECF System:

Via email to mailroom.grz@zegarelli.com

Gregg R. Zegarelli, Esquire
Technology & Entrepreneurial
  Ventures Law Group, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA  15241-2565

**Counsel for Pennsylvania Skill Games, LLC**

SPILMAN THOMAS & BATTLE, PLLC

By: /s/ Julian E. Neiser
     Julian E. Neiser