**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NUMBER: 2:18-cv-00722-PLD |
| Plaintiffs, v. | The Hon. Patricia L. Dodge |
| PENNSYLVANIA SKILL GAMES, LLC, | **PENNSYLVANIA SKILL GAMES EXPERT REPORT AND DESIGNATION** |
| Defendant. | |

---

| |
|---|
| PENNSYLVANIA SKILL GAMES, LLC, |
| Plaintiff, v. |
| PACE-O-MATIC, INC. and MIELE MANUFACTURING, INC. |
| Defendants. |

---

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Pennsylvania Skill Games LLC ("**PSG**"), by counsel, hereby identifies the following expert witness who may be called to testify and present evidence pursuant to Federal Rules of Evidence 702, 703, and 705 at time of trial in this matter:

1. CONSOR®
   Jeff Anderson
   7514 Girard Avenue, Suite 1500
   La Jolla, CA 92037
   Phone: (858) 800-4950
   Fax: (858) 800-4950

2. CONSOR® is well-known and highly regarded expert on this issue of damages. The Expert Report of Jeff Anderson, including his curriculum vitae and testifying history are

attached hereto as <u>Exhibit 1</u>.  CONSOR® may be called to testify regarding the matters set forth in the Expert Report and any other subjects or opinions referenced in his report or in subsequent deposition testimony, including reasonable inferences therein.  In his field of expertise, he has relied upon his education, training and experience and analyses of the issues in this case.

3.    PSG and its expert reserve the right to amend and supplement the disclosures to add opinions and respond to any other issue which may arise in this case, not presently known, and also to address in rebuttal any issue raised by the POM Parties or their expert witnesses, through and including at trial as justice requires.

January 31, 2022

Respectfully submitted,

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com

3

**CERTIFICATE OF SERVICE**

I hereby certify my belief that a true and correct copy of the foregoing document was served upon the following counsel via the Court's CM/ECF System on the date set forth below:

 January 31, 2022

Julian E. Neiser, Esq.
SPILMAN THOMAS & BATTLE, PLLC
jneiser@spilmanlaw.com

Respectfully submitted,

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
 v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com