# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

        Plaintiffs,

        V.

PENNSYLVANIA SKILL GAMES, LLC,

        Defendant.

PENNSYLVANIA SKILL GAMES, LLC,

        Plaintiff,

        V.

PACE-O-MATIC, INC. and MIELE MAN-
UFACTURING, INC.

        Defendants.

CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

**PENNSYLVANIA SKILL GAMES' RE-
QUEST FOR LEAVE TO FILE SUR-
REPLY**

Pennsylvania Skill Games requests leave to file a Sur-Reply Brief to the POM Parties' Reply Brief, recognizing that the POM Parties did not set forth any substantive basis in their motion to withdraw and have only in their latest 12-page Reply cited to a purported substantive basis. The Sur-Reply is attached as Exhibit A.

WHEREFORE, Pennsylvania Skill Games prays that this Court GRANT leave to file a Sur-Reply.

Dated: February 3, 2022

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717
TECHNOLOGY & ENTREPRENEURIAL
  VENTURES LAW GROUP, P.C.

2585 Washington Road, Suite 134
Pittsburgh, PA 15241-2565, USA
v.412.833.0600 f.412.833.0601

## CERTIFICATE OF SERVICE

I hereby certify my belief that a true and correct copy of the foregoing Request for Reconsideration was served upon the following counsel via the Court's CM/ECF System on the date set forth below:

February 3, 2022

Julian E. Neiser, Esq.
SPILMAN THOMAS & BATTLE, PLLC
jneiser@spilmanlaw.com

Respectfully submitted,

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
 v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com