**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NUMBER: 2:18-cv-00722-PLD |
| Plaintiffs, v. | The Hon. Patricia L. Dodge |
| PENNSYLVANIA SKILL GAMES, LLC, | **CONSENT MOTION BY PENNSYLVANIA SKILL GAMES TO SUPPLEMENT OR OTHERWISE CORRECT EXPERT REPORT FILED UNDER SEAL [ECF 172]** |
| Defendant. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Plaintiff, v. | |
| PACE-O-MATIC, INC. and MIELE MAN-UFACTURING, INC. | |
| Defendants. | |

1.      Reference is made to ECF 172 and ECF 173 being the Expert Report of Pennsylvania Skill Games filed under seal and in redacted form, respectively.

2.      The version of the Expert Report filed under seal did not contain Appendix B.

3.      Appendix B is the proper subject of redaction and no update to ECF 173 is believed to be necessary.

4.      Leave is requested to supplement or otherwise correct ECF 172 as filed under seal to include Appendix B.

5.      The request is contemplated by FRCP 26(e)(2) and counsel for the POM Parties otherwise consent to the relief requested herein.  Accordingly, this motion is filed with consent.

WHEREFORE, Pennsylvania Skill Games prays that its Motion for leave to supplement

or to otherwise correct ECF 172 be granted.

Dated: February 18, 2022                    s/Gregg R. Zegarelli
                                            Gregg R. Zegarelli, Esq.
                                            Pa. I.D. #52717

                                            TECHNOLOGY & ENTREPRENEURIAL
                                             VENTURES LAW GROUP, P.C.
                                            2585 Washington Road, Suite 134
                                            Pittsburgh, PA 15241-2565, USA
                                            v.412.833.0600 f.412.833.0601
                                            mailroom.grz@zegarelli.com

2

## CERTIFICATE OF SERVICE

I hereby certify my belief that a true and correct copy of the foregoing Motion was served upon the following counsel via the Court's CM/ECF System on the date set forth below:

February 18, 2022

Julian E. Neiser, Esq.
SPILMAN THOMAS & BATTLE, PLLC
jneiser@spilmanlaw.com

Respectfully submitted,

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
 v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com