## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

      Plaintiffs,

      V.

PENNSYLVANIA SKILL GAMES, LLC,

      Defendant.

---

PENNSYLVANIA SKILL GAMES, LLC,

      Plaintiff,

      V.

PACE-O-MATIC, INC. and MIELE MAN-
UFACTURING, INC.

      Defendant.

---

CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

## ORDER

The Consent Motion by Pennsylvania Skill Games, LLC to Supplement or Otherwise Correct Expert Report Filed Under Seal [ECF 172] is hereby GRANTED.  Pennsylvania Skill Games, LLC shall file by making appropriate arrangements with the Clerk of Courts in accordance with prior Order of this Court, dated January 20, 2022, ECF 168.

s/ Patricia L Dodge
_____
Magistrate Judge Patricia L. Dodge