14703791

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

        Plaintiffs/Counterclaim
        Defendants,

The Honorable Patricia L. Dodge

        v.

PENNSYLVANIA SKILL GAMES, LLC,

        Defendant/Counterclaim
        Plaintiff.

**MOTION FOR EXTENSION OF TIME TO FILE REBUTTAL EXPERT REPORT**

AND NOW COMES Pace-O-Matic, Inc. ("Pace"), POM of Pennsylvania, LLC, Savvy Dog Systems, LLC, and Miele Manufacturing, Inc., ("Miele") (hereinafter referred to as the "POM Parties"), by and through their undersigned counsel, and file the within Motion for Extension of Time to File its Rebuttal Expert Report and state as follows:

1.      On October 25, 2021, the Court granted the Joint Motion for Discovery re: Experts where rebuttal expert reports shall be completed on or before March 15, 2022, and that expert discovery shall be completed by April 30, 2022 [ECF 162].

2.      This Honorable Court also set a status conference for May 3, 2022. [ECF 163].

3.      On January 31, 2022 Defendant PSG filed its Expert Report and Designation [ECF 173].

4.      The POM Parties have been working diligently with its rebuttal expert, William Krieger of Gleason Associates, to prepare a report to meet the existing March 15, 2022 deadline.

14703791

5.      Due to the extent of the allegations by PSG, the amount of the damages demanded, and the methodology employed by PSG's expert, it is requested that the POM Parties be granted a 14-day extension to finalize its rebuttal report.

6.      Additionally, because the "damage" analysis relates to financial statements and data going back to 2015, the POM Parties were forced to reinstate a dormant legacy software service to gain full access to those data, which has resulted in unforeseeable delays.

7.      Because there is no trial date set and because the parties have not scheduled expert depositions, there would be no prejudice to any party if this Court were to grant a brief extension to the POM Parties, as well as a corresponding extension for all parties to conclude expert discovery and conduct the previously scheduled status conference.

WHEREFORE, Defendants Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC request that this Honorable Court to enter the attached proposed Order.

Respectfully submitted,

Dated:  March 10, 2022                              SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Julian E. Neiser
    Julian E. Neiser
    Pa. Id. No. 87306
    One Oxford Centre, Suite 3440
    301 Grant Street
    Pittsburgh, PA  15219
    T:  (412) 325-1116
    F:  (412) 325-3324
    E:  jneiser@spilmanlaw.com

**Attorneys for Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC**

14703791

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| | CONSOLIDATED |
|      Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
|      v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
|      Defendant/Counterclaim Plaintiff. | |

## CERTIFICATE OF SERVICE

I, Julian E. Neiser, counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc., do hereby certify that on the 10th day of March, 2022, I served the foregoing **Motion** to counsel of record via the Court's CM/ECF System:

Via email to mailroom.grz@zegarelli.com

Gregg R. Zegarelli, Esquire
Technology & Entrepreneurial
  Ventures Law Group, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA  15241-2565

**Counsel for Pennsylvania Skill Games, LLC**

SPILMAN THOMAS & BATTLE, PLLC

By:  /s/ Julian E. Neiser
     Julian E. Neiser