14740467

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC,

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

        Plaintiffs/Counterclaim Defendants,

The Honorable Patricia L. Dodge

        v.

PENNSYLVANIA SKILL GAMES, LLC,

        Defendant/Counterclaim Plaintiff.

## MOTION FOR LEAVE TO FILE EXPERT REPORT UNDER SEAL

AND NOW COMES Defendants Pace-O-Matic, Inc. ("Pace"), Miele Manufacturing, Inc., ("Miele"), POM of Pennsylvania ("POM"), and Savvy Dog Systems, LLC ("Savvy") (hereinafter referred to as the "Pace Parties"), by and through their undersigned counsel, and files the within Motion for Leave to File Documents Under Seal, of which the following is a statement:

1.      The Pace Parties will be filing an Expert Report on March 29, 2022.

2.      This Honorable Court entered a protective order on April 9, 2019 (ECF No. 34, a true and correct copy of which is attached as Exhibit A).

3.      Pursuant to Paragraph 20 of the Protective Order, if a party wants to submit Protected Information to the Court, a Motion for Leave may be required.

4.      It is the intention of the Pace Parties to use Protected Information in its expert report, to include documents produced under an Attorney Eyes Only designation, confidential financial information, or information that is not appropriate for the public record at this moment.

14740467

5.      As such, in an abundance of caution, the Pace Parties request Leave of Court to file the Expert Report under seal and, if feasible, a redacted version under the public ECF.

WHEREFORE, the Pace Parties respectfully request that this Honorable Court grant leave of court to file their Expert Report under seal and, if feasible, a redacted report under the public ECF.

Respectfully submitted,

Dated:  March 28, 2022                     SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Julian E. Neiser
     Julian E. Neiser
     Pa. Id. No. 87306
     One Oxford Centre, Suite 3440
     301 Grant Street
     Pittsburgh, PA  15219
     T:  (412) 325-1116
     F:  (412) 325-3324
     E:  jneiser@spilmanlaw.com


**Attorney for POM Of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc.**

14740467

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

           Plaintiffs/Counterclaim
           Defendants,

           v.

PENNSYLVANIA SKILL GAMES, LLC,

           Defendant/Counterclaim
           Plaintiff.

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

The Honorable Patricia L. Dodge

## CERTIFICATE OF SERVICE

I, Julian E. Neiser, counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc., do hereby certify that on the 28th day of March, 2022, I served the foregoing **Pace Parties' Motion for Leave to File Expert Report Under Seal** to counsel of record via the Court's CM/ECF System:

Via email to mailroom.grz@zegarelli.com

Gregg R. Zegarelli, Esquire
Technology & Entrepreneurial
Ventures Law Group, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA  15241-2565

**Counsel for Pennsylvania Skill Games, LLC**

SPILMAN THOMAS & BATTLE, PLLC

By:  /s/ Julian E. Neiser
      Julian E. Neiser