14740467

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| | CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

### THE POM PARTIES' EXPERT REPORT AND DESIGNATION

AND NOW COMES Defendants Pace-O-Matic, Inc. ("Pace"), Miele Manufacturing, Inc., ("Miele"), POM of Pennsylvania ("POM"), and Savvy Dog Systems, LLC ("Savvy") (hereinafter referred to as the "POM Parties"), by and through their undersigned counsel, and files the within Expert Report and Designation, pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, identifying the following expert witness who may be called to testify and present evidence pursuant to Federal Rules of Evidence 702, 703, and 705 at the time of trial in this matter:

1. Gleason & Associates, P.C. d/b/a Gleason Experts
   William G. Krieger, Vice President, Managing Director, and Shareholder

2. Gleason & Associates, P.C. d/b/a Gleason Experts is a certified public accounting and consulting firm that provides specialized financial, accounting, and economic advisory services to attorneys, corporations, banks, insurance companies, investors, and individuals in the areas of litigation support, forensic accounting, business valuation, and financial reorganization.

3. The Expert Report of William G. Krieger, including his curriculum vitae and testifying history are attached hereto as **Exhibit 1.**

14740467

4. William G. Krieger of Gleason & Associates, P.C. d/b/a Gleason Experts may be called to testify regarding the matters set forth in the Expert Report and any other subjects or opinions referenced in his report or in subsequent deposition testimony, including reasonable inferences therein. In his field of expertise, he has relied upon his education, training and experience and analyses of the issues in this case.

5. The POM Parties and their Expert reserve the right to amend and supplement the disclosures to add opinions and respond to any other issue which may arise in this case, not presently known, and also to address in rebuttal any issue raised by PSG or its witnesses, through and including at trial as justice requires.

Respectfully submitted,

Dated: March 29, 2022                    SPILMAN THOMAS & BATTLE, PLLC

By: /s/ Julian E. Neiser
    Julian E. Neiser
    Pa. Id. No. 87306

    One Oxford Centre, Suite 3440
    301 Grant Street
    Pittsburgh, PA 15219

    T: (412) 325-1116
    F: (412) 325-3324
    E: jneiser@spilmanlaw.com

**Attorney for POM Of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc.**

14740467

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

          Plaintiffs/Counterclaim
          Defendants,

          v.

PENNSYLVANIA SKILL GAMES, LLC,

          Defendant/Counterclaim
          Plaintiff.

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

The Honorable Patricia L. Dodge

## CERTIFICATE OF SERVICE

I, Julian E. Neiser, counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc., do hereby certify that on the 29th day of March, 2022, I served the foregoing **The POM Parties' Expert Report And Designation** to counsel of record via the Court's CM/ECF System:

Via email to mailroom.grz@zegarelli.com

Gregg R. Zegarelli, Esquire
Technology & Entrepreneurial
Ventures Law Group, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA  15241-2565

**Counsel for Pennsylvania Skill Games, LLC**

SPILMAN THOMAS & BATTLE, PLLC

By:  /s/ Julian E. Neiser
      Julian E. Neiser