14817887

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WESTERN PENNSYLVANIA

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| | CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

## CONSENT MOTION FOR EXTENSION OF TIME TO CONTINUE DEADLINES AND RESCHEDULE STATUS CONFERENCE

AND NOW COMES Pace-O-Matic, Inc. ("Pace"), POM of Pennsylvania, LLC, Savvy Dog Systems, LLC, and Miele Manufacturing, Inc., ("Miele") (hereinafter referred to as the "POM Parties"), by and through their undersigned counsel, with Consent of all counsel, and file the within Consent Motion for Extension of Time to Continue Deadlines and Reschedule Status Conference and state as follows:

1. On March 11, 2022, the Court granted a Consent Motion to Extend Time to File Rebuttal Expert Report and Continue Status Conference, which set an expert witness discovery deadline of May 16, 2022 and an in-person status conference on May 18, 2022 at 1:30 p.m. [ECF 183].

2. All expert reports have been filed, and the parties have been working on dates to complete expert depositions within the timeframes set under the above-referenced Order.

3. Due to schedule conflicts, the parties have identified June 22 and 23, 2022 as the earliest dates to depose the expert witnesses.

14817887

4.      As such, it is requested that this Honorable Court extend the expert witness discovery deadline and reschedule the current in-person status conference.

5.      For the Court's convenience, Plaintiff's counsel is unavailable from June 27 to July 5, 2022 and Defense Counsel is unavailable July 6, 2022 to July 15, 2022.

6.      Counsel for Pennsylvania Skill Games, LLC has consented to this motion.

WHEREFORE, Defendants Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC request that this Honorable Court to enter the attached proposed Order.

<div style="margin-left:40%">

Respectfully submitted,

</div>

Dated:  April 28, 2022                          SPILMAN THOMAS & BATTLE, PLLC

<div style="margin-left:50%">

By:/s/ Julian E. Neiser
    Julian E. Neiser
    Pa. Id. No. 87306
    One Oxford Centre, Suite 3440
    301 Grant Street
    Pittsburgh, PA  15219
    T:  (412) 325-1116
    F:  (412) 325-3324
    E:  jneiser@spilmanlaw.com

**Attorneys for Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC**

</div>

14817887

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

                    Plaintiffs/Counterclaim
                    Defendants,

          v.

PENNSYLVANIA SKILL GAMES, LLC,

                    Defendant/Counterclaim
                    Plaintiff.

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

The Honorable Patricia L. Dodge

## CERTIFICATE OF SERVICE

I, Julian E. Neiser, counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy

Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc., do hereby certify that on

the 28th day of April, 2022, I served the foregoing **Motion** to counsel of record via the Court's

CM/ECF System:

Via email to mailroom.grz@zegarelli.com

Gregg R. Zegarelli, Esquire
Technology & Entrepreneurial
  Ventures Law Group, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA  15241-2565

**Counsel for Pennsylvania Skill Games, LLC**

SPILMAN THOMAS & BATTLE, PLLC

By:  /s/ Julian E. Neiser
      Julian E. Neiser