IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, SAVVY DOG SYSTEMS, LLC, PACE-O-MATIC, INC., MIELE MANUFACTURING, INC.,<br><br>      Plaintiffs,<br><br>  v.<br><br>PENNSYLVANIA SKILL GAMES, LLC,<br><br>      Defendant. | 2:18-cv-00722 |

**MINUTE ENTRY**
**SEPTEMBER 8, 2022 JUDICIAL SETTLEMENT CONFERENCE**
Before Judge Christy Criswell Wiegand

Appearing for Plaintiff:
Julian E. Neiser, Esq.

Appearing for Defendant:
Gregg R. Zegarelli, Esq.

| | | | |
|---|---|---|---|
| Conference Began: | 9:05 a.m. | Adjourned to: | Not applicable |
| Conference Ended: | 1:10 p.m. | Stenographer: | Not applicable |
| | | Law Clerk: | Peter Alter |

**SUMMARY OF PROCEEDINGS:**

A Settlement Conference between Plaintiffs and Defendant was held via videoconference on 9/8/2022; Matter not resolved between said parties; Matter referred back to Magistrate Judge Dodge for all further proceedings.

cc (via ECF email notification):

All Counsel of Record