## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

      Plaintiffs,

      v.

PENNSYLVANIA SKILL GAMES, LLC,

      Defendant.

---

PENNSYLVANIA SKILL GAMES, LLC,

      Plaintiff,

      v.

PACE-O-MATIC, INC. and MIELE MAN-
UFACTURING, INC.

      Defendants.

---

CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

**CONSENT MOTION BY
PENNSYLVANIA SKILL GAMES
TO SUPPLEMENT EXPERT REPORT
FILED UNDER SEAL [ECF 172]**

1.  Reference is made to ECF 172 and ECF 173 being the Expert Report of Pennsylvania Skill Games filed under seal and in redacted form, respectively, and the Exhibit B Supplement thereto at ECF 180.

2.  PSG's expert, upon review of the POM Parties' expert's rebuttal, created an additional alternative calculation of damages.

3.  This alternative calculation was provided to counsel for the POM Parties during expert discovery and prior to the POM Parties deposing PSG's expert.

4.  Leave is requested to supplement the PSG's Expert Report [ECF 172] to include the alternate calculation supplement.  The request is contemplated by FRCP 26(e)(2) and counsel

for the POM Parties consents to the relief requested herein.  Accordingly, this motion is filed with

consent.

WHEREFORE, Pennsylvania Skill Games prays that its Motion for leave to supplement

PSG's Expert Report [ECF 172] be granted.

Dated: September 9, 2022                           s/Gregg R. Zegarelli
                                                   Gregg R. Zegarelli, Esq.
                                                   Pa. I.D. #52717

                                                   TECHNOLOGY & ENTREPRENEURIAL
                                                    VENTURES LAW GROUP, P.C.
                                                   2585 Washington Road, Suite 134
                                                   Pittsburgh, PA 15241-2565, USA
                                                   v.412.833.0600 f.412.833.0601
                                                   mailroom.grz@zegarelli.com

## CERTIFICATE OF SERVICE

I hereby certify my belief that a true and correct copy of the foregoing Motion was served upon the following counsel via the Court's CM/ECF System on the date set forth below:

September 9, 2022

Julian E. Neiser, Esq.
SPILMAN THOMAS & BATTLE, PLLC
jneiser@spilmanlaw.com

Respectfully submitted,

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
 v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com