**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

        Plaintiffs,

        v.

PENNSYLVANIA SKILL GAMES, LLC,

        Defendant.

PENNSYLVANIA SKILL GAMES, LLC,

        Plaintiff,

        v.

PACE-O-MATIC, INC. and MIELE MAN-
UFACTURING, INC.

        Defendants.

CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

**PENNSYLVANIA SKILL GAMES
SUPPLEMENT TO EXPERT REPORT
WITH ALTERNATIVE CALCULA-
TION**

1.     Reference is made to the Expert Report of Pennsylvania Skill Games filed under seal [ECF 172] and in redacted form [ECF 173], and Exhibit B thereto [ECF 180]. Further reference is made to the Order of Court [ECF 201] granting leave to file the supplement with an alternative calculation.

2.     Attached hereto as <u>Exhibit A</u> is the supplemental Alternative Lost Profits Calculation by the expert for Pennsylvania Skill Games.

Dated: September 16, 2022

        s/Gregg R. Zegarelli
        Gregg R. Zegarelli, Esq.
        Pa. I.D. #52717

        TECHNOLOGY & ENTREPRENEURIAL
         VENTURES LAW GROUP, P.C.
        2585 Washington Road, Suite 134

Pittsburgh, PA 15241-2565, USA
v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com

**CERTIFICATE OF SERVICE**

I hereby certify my belief that a true and correct copy of the foregoing Motion was served upon the following counsel via the Court's CM/ECF System on the date set forth below:

September 16, 2022

Julian E. Neiser, Esq.
SPILMAN THOMAS & BATTLE, PLLC
jneiser@spilmanlaw.com


Respectfully submitted,

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
 v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com