**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| | CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

**MOTION IN LIMINE TO EXCLUDE
THE JURY FROM DETERMINING ACCOUNTING PROFITS**

AND NOW COMES Defendants Pace-O-Matic, Inc. ("Pace"), Miele Manufacturing, Inc., ("Miele"), POM of Pennsylvania ("POM"), and Savvy Dog Systems, LLC ("Savvy Dog") (hereinafter referred to as the "POM Parties"), by and through their undersigned counsel, and moves *in limine* for an order requiring that the issues relating to the entitlement, if any, of Pennsylvania Skill Games, LLC ("PSG"), to, and the scope of, an accounting of the POM Parties' wrongful profits under Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a), should not be tried to the jury, but rather this Court. The POM Parties believe there is good cause for the requested relief because the determination of equitable remedies, including an accounting of wrongful profits, is vested in the trial court, not a jury. Additionally, the complexity of the issues relating to an equitable accounting in this case should preclude submitting these issues to a jury. Accordingly, the determination of equitable relief in this case should not be tried to the jury, but rather this Court. In the alternative, the POM Parties requests the Court to bifurcate the issue of damages solely with respect to the disgorgement of profits pending the outcome of the

1

underlying infringement claims. A brief is attached in support of this Motion *in Limine*, the contents of which are incorporated herein.

Respectfully submitted,

Dated:  September 30, 2022                    SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Julian E. Neiser
    Julian E. Neiser
    Pa. Id. No. 87306
    One Oxford Centre, Suite 3440
    301 Grant Street
    Pittsburgh, PA  15219
    T:  (412) 325-1116
    F:  (412) 325-3324
    E:  jneiser@spilmanlaw.com

**Attorneys for Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC**

## CERTIFICATE OF CONFERENCE

Pursuant to LCvR 16.1(C)(4), I, Julian E. Neiser, counsel for the moving parties, conferred and consulted with opposing counsel via telephonic conference on September 27, 2022 with respect to each matter set forth in this motion in a good faith effort to resolve these issues. However, the parties were unable to resolve the issues raised in this motion.

SPILMAN THOMAS & BATTLE, PLLC

By:  /s/ Julian E. Neiser
     Julian E. Neiser

## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a      CIVIL ACTION NO. 2:18-CV-00722-PLD
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,      CONSOLIDATED

      Plaintiffs/Counterclaim      The Honorable Patricia L. Dodge
        Defendants,

        v.

PENNSYLVANIA SKILL GAMES, LLC,

      Defendant/Counterclaim
       Plaintiff.

### CERTIFICATE OF SERVICE

I, Julian E. Neiser, counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy

Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc., do hereby certify that on

the 30th day of September, 2022, I served the foregoing **Motion** to counsel of record via the Court's

CM/ECF System:

Via email to mailroom.grz@zegarelli.com

Gregg R. Zegarelli, Esquire
Technology & Entrepreneurial
Ventures Law Group, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA  15241-2565

**Counsel for Pennsylvania Skill Games, LLC**

SPILMAN THOMAS & BATTLE, PLLC

By:  /s/ Julian E. Neiser
      Julian E. Neiser

4