14601922

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

        Plaintiffs/Counterclaim
        Defendants,

v.

PENNSYLVANIA SKILL GAMES, LLC,

        Defendant/Counterclaim
        Plaintiff.

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

The Honorable Patricia L. Dodge

## MOTION IN LIMINE TO PARTIALLY EXCLUDE
## TESTIMONY OF EXPERT WITNESS JEFF ANDERSON

AND NOW COMES Defendants Pace-O-Matic, Inc. ("Pace"), Miele Manufacturing, Inc., ("Miele"), POM of Pennsylvania ("POM"), and Savvy Dog Systems, LLC ("Savvy") (hereinafter referred to as the "POM Parties"), by and through their undersigned counsel, and move *in limine* for an order to partially exclude the testimony of Pennsylvania Skill Games, LLC's ("PSG") expert witness Jeff Anderson. PSG has fallen far short of carrying its burden to establish that the testimony of Mr. Anderson on the subject of unjust enrichment damages or disgorgement will assist the jury and is therefore admissible. Specifically, Mr. Anderson's testimony regarding disgorgement of profits/unjust enrichment is premised upon unsound methodology, insufficient (and incorrect) facts on which his opinion is based, and a failure to reliably apply the facts of the case to his work. Accordingly, all such evidence related to this topic by Mr. Anderson should be excluded and the profits of the POM Parties should not be presented before the jury or this Court for any reason and in any form. In the alternative, the POM Parties request that the Court to hold a pre-trial evidentiary hearing under F.R.E. 702 to

evaluate the methodology used by Mr. Anderson with respect to the disgorgement of profits/unjust enrichment theory he espoused and any related legal issues. A brief is attached in support of this Motion *In Limine*, the contents of which are incorporated herein.

<div style="margin-left: 50%">

Respectfully submitted,

</div>

Dated:  September 30, 2022               SPILMAN THOMAS & BATTLE, PLLC

<div style="margin-left: 50%">

By:/s/ Julian E. Neiser
    Julian E. Neiser
    Pa. Id. No. 87306
    One Oxford Centre, Suite 3440
    301 Grant Street
    Pittsburgh, PA  15219
    T:  (412) 325-1116
    F:  (412) 325-3324
    E:  jneiser@spilmanlaw.com

**Attorneys for Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC**

</div>

## CERTIFICATE OF CONFERENCE

Pursuant to LCvR 16.1(C)(4), I, Julian E. Neiser, counsel for the moving parties, conferred and consulted with opposing counsel via telephonic conference on September 27, 2022 with respect to each matter set forth in this motion in a good faith effort to resolve these issues. However, the parties were unable to resolve the issues raised in this motion.

SPILMAN THOMAS & BATTLE, PLLC

By: /s/ Julian E. Neiser
　　 Julian E. Neiser

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| | CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

**CERTIFICATE OF SERVICE**

I, Julian E. Neiser, counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc., do hereby certify that on the 30th day of September, 2022, I served the foregoing **Motion** to counsel of record via the Court's CM/ECF System:

Via email to mailroom.grz@zegarelli.com

Gregg R. Zegarelli, Esquire
Technology & Entrepreneurial
Ventures Law Group, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA  15241-2565

**Counsel for Pennsylvania Skill Games, LLC**

SPILMAN THOMAS & BATTLE, PLLC

By:  /s/ Julian E. Neiser
     Julian E. Neiser

4