14601922

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| | CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

**MOTION IN LIMINE TO LIMIT OR EXCLUDE
TESTIMONY AND EVIDENCE RELATED TO NON-POM PARTIES**

AND NOW COMES Defendants Pace-O-Matic, Inc. ("Pace"), Miele Manufacturing, Inc., ("Miele"), POM of Pennsylvania ("POM"), and Savvy Dog Systems, LLC ("Savvy") (hereinafter referred to as the "POM Parties"), by and through their undersigned counsel, and moves *in limine* for an order preventing Pennsylvania Skill Games, LLC's ("PSG") from introducing testimony or evidence regarding any subsidiary, affiliate, or related party to the POM Parties, including any reference thereto in an opening statement, as well as an order limiting or excluding the use of the Exhibits CCC and DDD identified in PSG's pretrial exhibit list. PSG is expected at trial to reintroduce theories of fraud, conspiracy, and other irrelevant claims allegedly related to interplay between entities affiliated with the POM Parties, but not parties to this action—theories that have already been rejected by this Court for joinder purposes. Any attempt by PSG to replow this territory at trial therefore will result in a waste of time, confusion of the issues, and unfair prejudice to the POM Parties. Accordingly, this testimony or evidence should be excluded. In the alternative, PSG should be required to make a pretrial offer of proof

as to the relevance of the aforementioned testimony or evidence it may attempt to offer. A brief

is attached in support of this Motion *In Limine*, the contents of which are incorporated herein.

Respectfully submitted,

Dated:  September 30, 2022

SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Julian E. Neiser
Julian E. Neiser
Pa. Id. No. 87306
One Oxford Centre, Suite 3440
301 Grant Street
Pittsburgh, PA  15219
T:  (412) 325-1116
F:  (412) 325-3324
E:  jneiser@spilmanlaw.com

**Attorneys for Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC**

**CERTIFICATE OF CONFERENCE**

Pursuant to LCvR 16.1(C)(4), I, Julian E. Neiser, counsel for the moving parties, conferred and consulted with opposing counsel via telephonic conference on September 27, 2022 with respect to each matter set forth in this motion in a good faith effort to resolve these issues. However, the parties were unable to resolve the issues raised in this motion.

SPILMAN THOMAS & BATTLE, PLLC

By: /s/ Julian E. Neiser
    Julian E. Neiser

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| Plaintiffs/Counterclaim Defendants, | CONSOLIDATED <br><br> The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

## CERTIFICATE OF SERVICE

I, Julian E. Neiser, counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc., do hereby certify that on the 30th day of September, 2022, I served the foregoing **Motion** to counsel of record via the Court's CM/ECF System:

Via email to mailroom.grz@zegarelli.com

Gregg R. Zegarelli, Esquire
Technology & Entrepreneurial
Ventures Law Group, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA  15241-2565

**Counsel for Pennsylvania Skill Games, LLC**

SPILMAN THOMAS & BATTLE, PLLC

By:  /s/ Julian E. Neiser
     Julian E. Neiser

4