14601922

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| | CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

## MOTION IN LIMINE TO LIMIT OR EXCLUDE TESTIMONY AND EVIDENCE RELATED TO B. GREG CLINE, ESQ.

AND NOW COMES Defendants Pace-O-Matic, Inc. ("Pace"), Miele Manufacturing, Inc., ("Miele"), POM of Pennsylvania ("POM"), and Savvy Dog Systems, LLC ("Savvy Dog") (hereinafter referred to as the "POM Parties"), by and through their undersigned counsel, and move *in limine* for an order limiting or excluding the testimony and evidence related to attorney B. Greg Cline, Esq. Pennsylvania Skill Games, LLC ("PSG") listed B. Greg Cline, Esq. on its "will call" witness list. [ECF No. 204-1, No. 3]. Mr. Cline however is an attorney for Pace, POM, and Savvy Dog. Thus, his communications with and between those parties are privileged and protected from disclosure absent waiver or consent by his clients. F.R.E. 501 and 502. Furthermore, Mr. Cline's communications with and between Miele regarding this litigation would be protected under a common interest. Accordingly, Mr. Cline should not be subjected to open-ended questioning by PSG at trial that will result in the repeated assertion of privilege. A brief is attached in support of this Motion *In Limine*, the contents of which are incorporated herein.

Respectfully submitted,

Dated:  September 30, 2022

SPILMAN THOMAS & BATTLE, PLLC

By: /s/ Julian E. Neiser
    Julian E. Neiser
    Pa. Id. No. 87306
    One Oxford Centre, Suite 3440
    301 Grant Street
    Pittsburgh, PA  15219
    T:  (412) 325-1116
    F:  (412) 325-3324
    E:  jneiser@spilmanlaw.com

**Attorneys for Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC**

2

## **CERTIFICATE OF CONFERENCE**

Pursuant to LCvR 16.1(C)(4), I, Julian E. Neiser, counsel for the moving parties, conferred and consulted with opposing counsel via telephonic conference on September 27, 2022 with respect to each matter set forth in this motion in a good faith effort to resolve these issues. However, the parties were unable to resolve the issues raised in this motion.

SPILMAN THOMAS & BATTLE, PLLC

By: /s/ Julian E. Neiser
      Julian E. Neiser

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| | CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

**CERTIFICATE OF SERVICE**

I, Julian E. Neiser, counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc., do hereby certify that on the 30th day of September, 2022, I served the foregoing **Motion** to counsel of record via the Court's CM/ECF System:

Via email to mailroom.grz@zegarelli.com

Gregg R. Zegarelli, Esquire
Technology & Entrepreneurial
Ventures Law Group, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA  15241-2565

**Counsel for Pennsylvania Skill Games, LLC**

SPILMAN THOMAS & BATTLE, PLLC

By:  /s/ Julian E. Neiser
    Julian E. Neiser

4