**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| | CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

**MOTION IN LIMINE TO LIMIT OR EXCLUDE
TESTIMONY AND EVIDENCE RELATED TO MIELE MANUFACTURING**

AND NOW COMES Defendants Pace-O-Matic, Inc. ("Pace"), Miele Manufacturing, Inc., ("Miele"), POM of Pennsylvania ("POM"), and Savvy Dog Systems, LLC ("Savvy Dog") (hereinafter referred to as the "POM Parties"), by and through their undersigned counsel, and moves *in limine* for an order limiting or excluding testimony and evidence related to Miele Manufacturing. It is believed Pennsylvania Skill Game ("PSG") will attempt to introduce evidence and testimony at trial that Miele Manufacturing, Inc. (or any entity affiliated with Miele) competes with PSG. Unless such evidence or testimony directly relates to PSG's breach of contract claim involving Beaver County, Pennsylvania, e.g., Miele is directly competing with PSG in Beaver County in violation of the Equipment Purchase Agreement, this area of inquiry is either irrelevant under F.R.E. 401 or subject to exclusion under F.R.E. 403. Accordingly, evidence and testimony regarding any Miele-related entity, unless directly related to PSG's claims involving Beaver County, should be excluded. A brief is attached in support of this Motion *In Limine*, the contents of which are incorporated herein.

Respectfully submitted,

Dated:  September 30, 2022

SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Julian E. Neiser
    Julian E. Neiser
    Pa. Id. No. 87306
    One Oxford Centre, Suite 3440
    301 Grant Street
    Pittsburgh, PA  15219
    T:  (412) 325-1116
    F:  (412) 325-3324
    E:  jneiser@spilmanlaw.com

**Attorneys for Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC**

**CERTIFICATE OF CONFERENCE**

Pursuant to LCvR 16.1(C)(4), I, Julian E. Neiser, counsel for the moving parties, conferred and consulted with opposing counsel via telephonic conference on September 27, 2022 with respect to each matter set forth in this motion in a good faith effort to resolve these issues. However, the parties were unable to resolve the issues raised in this motion.

SPILMAN THOMAS & BATTLE, PLLC

By: /s/ Julian E. Neiser
        Julian E. Neiser

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| | CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

**CERTIFICATE OF SERVICE**

I, Julian E. Neiser, counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc., do hereby certify that on the 30th day of September, 2022, I served the foregoing **Motion** to counsel of record via the Court's CM/ECF System:

Via email to mailroom.grz@zegarelli.com

Gregg R. Zegarelli, Esquire
Technology & Entrepreneurial
Ventures Law Group, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA  15241-2565

**Counsel for Pennsylvania Skill Games, LLC**

SPILMAN THOMAS & BATTLE, PLLC

By:  /s/ Julian E. Neiser
       Julian E. Neiser