**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| | CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

-----------------------------------------------------------------------------------------------------------------

PENNSYLVANIA SKILL GAMES, LLC

Plaintiff,

v.

PACE-O-MATIC, INC. and MIELE MANUFACTURING, INC.,

Defendants.

## CONSENT MOTION FOR LEAVE BY POM PARTIES TO SUPPLEMENT EXPERT REPORT FILED UNDER SEAL [ECF 188-00]

1.     Reference is made to the Expert Report of the POM Parties ("Expert Report") filed under seal [ECF 188-00], its redacted form [ECF 187-00], and Exhibit "1" to the Expert Report [ECF 187-01].

2.     POM'S expert, after issuing the Expert Report, reviewed and analyzed additional financial documents he received.

3.     Based on the additional document, POM's expert created an updated rebuttal calculation of PSG's actual revenue compared to PSG's claimed lost revenues.

4.      This updated rebuttal calculation was provided to PSG's counsel during expert discovery and prior to PSG's deposing of POM's expert.

5.      Leave is requested to supplement the PSG Expert Report [ECF 188] to include the alternate calculation supplement. The request is contemplated by FRCP 26(e)(2) and counsel for PSG consents to the relief requested herein. Accordingly, this motion is fled with consent.

WHEREFORE, the POM Parties pray that their Motion for leave to supplement POM's Expert Report [ECF 188] be granted.

Dated: October 6, 2022                           Respectfully submitted,

SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Julian E. Neiser
    Julian E. Neiser
    Pa. Id. No. 87306
    T:  412-325-1116
    F:  412-325-3324
    E:  jneiser@spilmanlaw.com
    One Oxford Centre, Suite 3440
    301 Grant Street
    Pittsburgh, PA  15219

**Attorneys for Intervening Defendants POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, and Savvy Dog Systems, LLC**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA SKILL GAMES LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| Plaintiff, | CONSOLIDATED |
| v. | The Honorable Patricia L. Dodge |
| ACTION SKILL GAMES, LLC, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **POM's Consent Motion for Leave to Supplement Expert Report Filed Under Seal** was served upon the undersigned counsel of record this 6th day of October, 2022 via the Court's CM/ECF System:

Via email to mailroom.grz@zegarelli.com

Gregg R. Zegarelli, Esquire
Zegarelli Technology & Entrepreneurial
  Ventures Law Group, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241

**Counsel for Plaintiff Pennsylvania Skill Games LLC**

SPILMAN THOMAS & BATTLE, PLLC

/s/ Julian E. Neiser
Julian E. Neiser