**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

PENNSYLVANIA SKILL GAMES LLC,          CIVIL ACTION NO. 2:18-CV-00722-PLD

           Plaintiff,          CONSOLIDATED

      v.          The Honorable Patricia L. Dodge

ACTION SKILL GAMES, LLC,

           Defendant.

## ORDER

The Consent Motion by the POM Parties to Supplement [ECF 221] the Expert Report filed under seal [ECF 188] is hereby GRANTED. A redacted version shall be filed in the public record and the POM Parties shall file the complete document under seal by making appropriate arrangements with the Clerk of Courts in accordance with the prior Order of this Court [ECF 186], dated March 29, 2022. The POM Parties shall file their Supplement by October 13, 2022.

s/ Patricia L Dodge
Magistrate Judge Patricia L. Dodge