**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| | CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

**POM PARTIES SUPPLEMENT TO EXPERT REPORT
FILED UNDER SEAL [ECF 188-00] WITH UPDATED REBUTTAL CALCULATIONS**

1.      Reference is made to the Rebuttal Expert Report of the POM Parties filed under seal [ECF 188-00] and in redacted form [ECF 187-00], and **Exhibit "1"** [ECF 187-01]. Further reference is made to the Order of Court [ECF 222] granting leave to file the supplement with the updated rebuttal calculation.

2.      Attached hereto as **Exhibit "1"** is the supplemental rebuttal calculation drafted by the POM Parties' Expert.

Dated:  October 11, 2022

Respectfully submitted,

SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Julian E. Neiser
    Julian E. Neiser
    Pa. Id. No. 87306
    T:  412-325-1116
    F:  412-325-3324
    E:  jneiser@spilmanlaw.com
    One Oxford Centre, Suite 3440
    301 Grant Street
    Pittsburgh, PA  15219

**Attorneys for POM of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, and Savvy Dog Systems, LLC, and Miele Manufacturing, Inc.**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

       Plaintiffs/Counterclaim
       Defendants,

The Honorable Patricia L. Dodge

       v.

PENNSYLVANIA SKILL GAMES, LLC,

       Defendant/Counterclaim
       Plaintiff.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing **POM's Supplement to Expert Report Filed Under Seal [ECF 188-00] with Updated Rebuttal Calculations** was served upon the undersigned counsel of record this 11th day of October, 2022 via the Court's CM/ECF System:

Via email to mailroom.grz@zegarelli.com

Gregg R. Zegarelli, Esquire
Zegarelli Technology & Entrepreneurial
  Ventures Law Group, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241

**Counsel for Pennsylvania Skill Games LLC**

SPILMAN THOMAS & BATTLE, PLLC

/s/ Julian E. Neiser
Julian E. Neiser