**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NUMBER: 2:18-cv-00722-PLD |
| Plaintiffs, v. | The Hon. Patricia L. Dodge |
| PENNSYLVANIA SKILL GAMES, LLC, | **PENNSYLVANIA SKILL GAMES' TRIAL DESIGNATIONS** |
| Defendant. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Plaintiff, v. | |
| PACE-O-MATIC, INC. and MIELE MANUFACTURING, INC. | |
| Defendants. | |

In accordance with this Court's Pretrial Order [ECF 194], No. 5, PSG hereby makes the following deposition Designations[1]:

| Deposition | Designation |
|---|---|
| Bentley Cline, dated February 18, 2021 | P11:L8–P12:L13, P14:L16–P18:L20, P19:L13–P27:14, P29:9–P36:L3, P40:L2–P41:L17, P42:L9–P46:L4, P47:L19–P48:L8, P48:L24–P51:L4, P57:L1–P58:L19 |
| Robert Hawk, dated October 23, 2020 | P18:L20–P23:L13, P23:L25–P24:L19, P25:L17–P26:L6 |
| Daniel Miser, dated October 23, 2020 | P10:L17–P38:L22, P39:L21–P43:L22, P44:L23–P51:L25, P52:L1–P55:L16, P55:L21–P57:L21, P59:L22–P62:L1 |

[1] The POM Parties have stipulated that all persons on their "Will Call" list [ECF 198-1] will appear at trial and be available to PSG to call at trial, as well as Rick Goodling and Chris O'Bier who are on the POM Parties' "May Call" list and PSG's "Will Call" list [ECF 204-1]. PSG reserves the right to use the discovery documents for all other proper purposes.

2

| Norman Stahl, dated October 27, 2020 | P13:L5–P15:L7, P20:L13–P26:L6, P26:L24–P52:L5, P52:L15–P58:L19, P59:L15–P62:L18, P63:L6–P64:L1, P65:L23–P70:L22, P72:L24–P93:L17, P97:L18–P98:L13, P99:L15–P100:L18 |
|---|---|

Dale Lazar, H. Lazar & Son, Inc., dated July 9, 2020.  P1:L1–P55:25. This designation is made hereby in all prudence and caution.  Mr. Lazar, No. 11 on PSG's "Will Call" list, and No. 16 on the POM Parties' "May Call" list, is local and in the process of being subpoenaed for trial; however, if and only if his testimony at trial is not secured by service of subpoena, or other order of court or stipulation, counsel have stipulated to take a trial deposition in advance of trial.

Respectfully submitted,

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
 v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com

# CERTIFICATE OF SERVICE

I hereby certify my belief that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF System on the date set forth below:

November 4, 2022

> Respectfully submitted,
>
> s/Gregg R. Zegarelli
> Gregg R. Zegarelli, Esq.
> Pa. I.D. #52717
>
> TECHNOLOGY & ENTREPRENEURIAL
>  VENTURES LAW GROUP, P.C.
> 2585 Washington Road, Suite 134
> Summerfield Commons Office Park
> Pittsburgh, PA 15241-2565, USA
> v.412.833.0600 f.412.833.0601
> mailroom.grz@zegarelli.com