15308247

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a  
PACE-O-MATIC, and SAVVY DOG  
SYSTEMS, LLC,

      Plaintiffs/Counterclaim  
      Defendants,

      v.

PENNSYLVANIA SKILL GAMES, LLC,

      Defendant/Counterclaim  
      Plaintiff.

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

The Honorable Patricia L. Dodge

### POM PARTIES' DEPOSITION TESTIMONY DESIGNATIONS

AND NOW COMES Pace-O-Matic, Inc. ("Pace"), POM of Pennsylvania, LLC, Savvy

Dog Systems, LLC, and Miele Manufacturing, Inc., ("Miele") (hereinafter referred to as the

"POM Parties"), by and through their undersigned counsel, and files the within Deposition

Testimony Designations and state as follows:

1.      April 17, 2019 Videotape Deposition of Albert Unis, III (Volume I):

| FROM | TO |
|------|-----|
| p. 16, ln 14 | p. 16, ln 19 |
| p. 18, ln 9 | p. 18, ln 17 |
| p. 34, ln 4 | p. 34, ln 17 |
| p. 34, ln 25 | p. 35, ln 11 |
| p. 37, ln 17 | p. 38, ln 5 |
| p. 39, ln 12 | p. 39, ln 21 |
| p. 40, ln 11 | p. 40, ln 18 |
| p. 40, ln 25 | p. 41, ln 1 |
| p. 41, ln 4 | p. 43, ln 14 |

15308247

| FROM | TO |
|---|---|
| p. 45, ln 23 | p. 46, ln 4 |
| p. 49, ln 1 | p. 49, ln 3 |
| p. 52, ln 9 | p. 52, ln 21 |
| P. 54, ln 20 | p. 56, ln 8 |
| p. 75, ln 18 | p. 76, ln 15 |
| p. 78, ln 4 | p. 78, ln 8 |
| p. 81, ln 18 | p. 81, ln 24 |
| p. 82, ln 24 | p. 84, ln 22 |
| p. 94, ln 4 | p. 94, ln 15 |
| p. 94, ln 21 | p. 95, ln 12 |
| p. 96, ln 18 | p. 96, ln 22 |
| p. 116, ln 9 | p. 116, ln 17 |
| p. 117, ln 11 | p. 117, ln 24 |
| p. 124, ln 14 | p. 124, ln 17 |
| p. 127, ln 8 | p. 129, ln 1 |
| p. 129, ln 22 | p. 131, ln 9 |
| p. 133, ln 8 | p. 133, ln 24 |
| p. 142, ln 7 | p. 142, ln 19 |
| p. 144, ln 17 | p. 146, ln 15 |

2.      April 18, 2019 Videotape Deposition of Albert Unis, IV:

| FROM | TO |
|---|---|
| p. 6, ln 14 | p. 6, ln 19 |
| p. 8, ln 16 | p. 8, ln 18 |
| p. 9, ln 4 | p. 9, ln 8 |
| p. 9, ln 22 | p. 9, ln 24 |
| p. 11, ln 2 | p. 11, ln 13 |
| p. 11, ln 16 | p. 12, ln 3 |
| p. 19, ln 14 | p. 19, ln 21 |
| p. 20, ln 16 | p. 20, ln 18 |

2

15308247

| FROM | TO |
| --- | --- |
| p. 26, ln 21 | p. 27, ln 11 |
| p. 27, ln 19 | p. 28, ln 9 |
| p. 28, ln 20 | p. 28, ln 25 |
| p. 29, ln 11 | p. 29, ln 20 |
| p. 32, ln 20 | p. 33, ln 6 |
| p. 36, ln 6 | p. 36, ln 9 |
| p. 38, ln 15 | p. 38, ln 24 |
| p. 39, ln 19 | p. 40, ln 4 |
| p. 47, ln 17 | p. 48, ln 9 |
| p. 48, ln 17 | p. 49, ln 2 |
| p. 52, ln 8 | p. 52, ln 20 |
| p. 71, ln 3 | p. 71, ln 14 |
| p. 76, ln 21 | p. 76, ln 25 |
| p. 90, ln 5 | p. 90, ln 23 |
| p. 91, ln 20 | p. 92, ln 14 |
| p. 92, ln 22 | p. 92, ln 25 |
| p. 123, ln 2 | p. 123, ln 25 |
| p. 139, ln 7 | p. 139, ln 15 |
| p. 140, ln 5 | p. 140, ln 17 |
| p. 143, ln 22 | p. 144, ln 6 |
| p. 176, ln 5 | p. 176, ln 18 |
| p. 181, ln 10 | p. 183, ln 3 |

3.    July 8, 2020 Deposition of James McDanel:

| FROM | TO |
| --- | --- |
| p. 4, ln 8 | p. 4, ln 9 |
| p. 4, ln 15 | p. 4, ln 25 |
| p. 36, ln 14 | p. 37, ln 19 |
| p. 38, ln 18 | p. 38, ln 22 |
| p. 39, ln 3 | p. 39, ln 19 |

15308247

4.      July 9, 2020 Deposition of Michael Mangerie:

| FROM | TO |
|---|---|
| p. 4, ln 8 | p. 4, ln 9 |
| p. 27, ln 1 | p. 27, ln 17 |
| p. 28, ln 16 | p. 30, ln 10 |
| p. 30, ln 16 | p. 31, ln 1 |
| p. 32, ln 8 | p. 32, ln 15 |
| p. 49, ln 25 | p. 52, ln 11 |
| p. 54, ln 20 | p. 54, ln 25 |
| p. 55, ln 19 | p. 55, ln 22 |
| p. 59, ln 8 | p. 59, ln 10 |
| p. 59, ln 20 | p. 60, ln 13 |
| p. 61, ln 3 | p. 62, ln 12 |
| p. 62, ln 15 | p. 63, ln 17 |
| p. 66, ln 24 | p. 67, ln 21 |
| p. 68, ln 13 | p. 68, ln 15 |

5.      August 24, 2020 Deposition of Richard W. Bigrigg:

| FROM | TO |
|---|---|
| p. 4, ln 8 | p. 4, ln 9 |
| p. 10, ln 21 | p. 10, ln 22 |
| p. 14, ln 11 | p. 14, ln 21 |
| p. 41, ln 18 | p. 42, ln 1 |
| p. 42, ln 23 | p. 43, ln 21 |

6.      August 24, 2020 Deposition of Robert McDanel:

| FROM | TO |
|---|---|
| p. 4, ln 8 | p. 4, ln 9 |
| p. 4, ln 19 | p. 4, ln 21 |
| p. 26, ln 24 | p. 27, ln 1 |
| p. 31, ln 10 | p. 32, ln 14 |

15308247

| FROM | TO |
|---|---|
| p. 72, ln 20 | p. 72, ln 22 |
| p. 75, ln 1 | p. 76, ln 15 |

7.    September 15, 2020 Zoom Videoconference Deposition of Brent Mayes:

| FROM | TO |
|---|---|
| p. 5, ln 3 | p. 5, ln 5 |
| p. 14, ln 3 | p. 15, ln 4 |
| p. 67, ln 22 | p. 68, ln 25 |

8.    January 29, 2021 Attorney' Eyes Only Remote Video Deposition of Albert

Unis, IV:

| FROM | TO |
|---|---|
| p. 46, ln 20 | p. 47, ln 23 |
| p. 48, ln 1 | p. 48, ln 10 |
| p. 79, ln 25 | p. 80, ln 19 |
| p. 96, ln 23 | p. 98, ln 10 |
| p. 99, ln 8 | p. 99, ln 12 |
| p. 112, ln 21 | p. 112, ln 23 |
| p. 113 ln 1 | p. 113 ln 2 |
| p. 127, ln 4 | p. 127, ln 24 |
| p. 130, ln 14 | p. 134, p. 23 |
| p. 140, ln 6 | p. 140, ln 25 |
| p. 141, ln 1 | p. 141, ln 7 |
| p. 141, ln 17 | p. 142, ln 23 |
| p. 143, ln 5 | p. 145, ln 5 |
| p. 145, ln 14 | p. 145, ln 16 |
| p. 147, ln 1 | p. 147, ln 22 |
| p. 148, ln 1 | p. 148, ln 5 |
| p. 148, ln 19 | p. 148, ln 25 |
| p. 151, ln 21 | p. 151, ln 25 |

15308247

| FROM | TO |
|---|---|
| p. 153, ln 12 | p. 153, ln 25 |
| p. 154, ln 17 | p. 154, ln 19 |

9.      June 2, 2021 Zoom Deposition of Jeffery Mayle in *Pennsylvania Skill Games, LLC v. Action Skill Games, LLC, and POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC,* Civil Action No. 20-cv-0117-PLD (USDC WD Pa.):

| FROM | TO |
|---|---|
| p. 7, ln 16 | p. 7, ln 25 |
| p. 8, ln 8 | p. 8, ln 10 |
| p. 18, ln 14 | p. 19, ln 22 |
| p. 21, ln 14 | p. 22, ln 20 |
| p. 35, ln 7 | p. 35, ln 17 |
| p. 41, ln 1 | p. 41, ln 18 |
| p. 42, ln 4 | p. 44, ln 5 |
| p. 46, ln 14 | p. 47, ln 21 |
| p. 56, ln 22 | p. 58, ln 9 |
| p. 63, ln 16 | p. 64, ln 5 |
| p. 64, ln 10 | p. 66, ln 12 |
| p. 68, ln 11 | p. 68, ln 13 |
| p. 69, ln 2 | p. 69, ln 9 |
| p. 69, ln 13 | p. 69, ln 22 |
| p. 70, ln 2 | p. 70, ln 23 |
| p. 71, ln 12 | p. 72, ln 2 |
| p. 74, ln 19 | p. 75, ln 9 |
| p. 75, ln 16 | p. 77, ln 17 |
| p. 82, ln 23 | p. 83, ln 18 |
| p. 84, ln 2 | p. 84, ln 10 |
| p. 89, ln 7 | p. 89, ln 19 |
| p. 90, ln 10 | p. 90, ln 16 |
| p. 90, ln 21 | p. 91, ln 3 |

| FROM | TO |
|---|---|
| p. 92, ln 22 | p. 92, ln 24 |
| p. 94, ln 5 | p. 94, ln 13 |

These designations may be used in whole or in part at any time during the case.  The

POM Parties reserve all rights to amend these designations.  Further, Defendant/Counterclaim

Plaintiff Pennsylvania Skill Games, LLC has represented that it would produce all witnesses on

its "will call" list.  If that changes, the POM Parties reserve all rights to add to these designations

and/or to conduct a trial deposition.

Respectfully submitted,

Dated:  November 4, 2022                    SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Julian E. Neiser
  Julian E. Neiser
  Pa. Id. No. 87306
  One Oxford Centre, Suite 3440
  301 Grant Street
  Pittsburgh, PA  15219
  T:  (412) 325-1116
  F:  (412) 325-3324
  E:  jneiser@spilmanlaw.com

**Attorneys for Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC**

15308247

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

          Plaintiffs/Counterclaim
          Defendants,

          v.

PENNSYLVANIA SKILL GAMES, LLC,

          Defendant/Counterclaim
          Plaintiff.

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

The Honorable Patricia L. Dodge

## CERTIFICATE OF SERVICE

I, Julian E. Neiser, counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy

Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc., do hereby certify that on

the 4th day of November, 2022, I served the foregoing **POM Parties' Deposition Testimony**

**Designations** to counsel of record via the Court's CM/ECF System:

Via email to mailroom.grz@zegarelli.com

Gregg R. Zegarelli, Esquire
Technology & Entrepreneurial
  Ventures Law Group, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA  15241-2565

**Counsel for Pennsylvania Skill Games, LLC**

SPILMAN THOMAS & BATTLE, PLLC

By:  /s/ Julian E. Neiser
     Julian E. Neiser