**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| | CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

**POM PARTIES' DESIGNATIONS OF
WRITTEN DISCOVERY RESPONSES OF PENNSYLVANIA SKILL GAMES, LLC**

AND NOW COMES Pace-O-Matic, Inc. ("Pace"), POM of Pennsylvania, LLC, Savvy Dog Systems, LLC, and Miele Manufacturing, Inc., ("Miele") (hereinafter referred to as the "POM Parties"), by and through their undersigned counsel, and files the within Designations of Written Discovery Responses of Pennsylvania Skill Games, LLC, and state as follows:

1.      November 16, 2018 Answers and Objections to POM of Pennsylvania, LLC's First Set of Interrogatories:

      a.      Response to First Set of Interrogatories No. 1;

      b.      Response to First Set of Interrogatories No. 2;

      c.      Response to First Set of Interrogatories No. 3;

      d.      Response to First Set of Interrogatories No. 4;

      e.      Response to First Set of Interrogatories No. 5;

      f.      Response to First Set of Interrogatories No. 6;

15304052

     g.     Response to First Set of Interrogatories No. 7;

     h.     Response to First Set of Interrogatories No. 8; and

     i.     Response to First Set of Interrogatories No. 9.

2.     September 21, 2020 Pennsylvania Skill Games Supplemental Responses to POM of Pennsylvania, LLC's First Set of Interrogatories:

     a.     Supplemental Response to First Set Interrogatory No. 1;

     b.     Supplemental Response to First Set Interrogatory No. 5; and

     c.     Supplemental Response to First Set Interrogatory No. 9.

3.     October 20, 2020 Pennsylvania Skill Games Response and Objections to POM of Pennsylvania, LLC's First Request for Admissions:

     a.     Response to Request for Admission No. 2;

     b.     Response to Request for Admission No. 3;

     c.     Response to Request for Admission No. 6;

     d.     Response to Request for Admission No. 13;

     e.     Response to Request for Admission No. 14;

     f.     Response to Request for Admission No. 15; and

     g.     Response to Request for Admission No. 17.

4.     October 26, 2020 Pennsylvania Skill Games Response and Objections to Savvy Dog, LLC's First Set of Interrogatories:

     a.     Response to First Set Interrogatory No. 5;

     b.     Response to First Set Interrogatory No. 6; and

     c.     Response to First Set Interrogatory No. 13.

These designations may be used in whole or in part at any time during the case.  The

POM Parties reserve all rights to amend these designations.

Respectfully submitted,

Dated:  November 4, 2022                    SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Julian E. Neiser
Julian E. Neiser
Pa. Id. No. 87306
One Oxford Centre, Suite 3440
301 Grant Street
Pittsburgh, PA  15219
T:  (412) 325-1116
F:  (412) 325-3324
E:  jneiser@spilmanlaw.com

**Attorneys for Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC**

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

              Plaintiffs/Counterclaim
              Defendants,

          v.

PENNSYLVANIA SKILL GAMES, LLC,

              Defendant/Counterclaim
              Plaintiff.

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

The Honorable Patricia L. Dodge

### CERTIFICATE OF SERVICE

I, Julian E. Neiser, counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy

Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc., do hereby certify that on

the 4th day of November, 2022, I served the foregoing **POM Parties' Designations of Written**

**Discovery Responses of Pennsylvania Skill Games, LLC,** to counsel of record via the Court's

CM/ECF System:

              Via email to [mailroom.grz@zegarelli.com](mailto:mailroom.grz@zegarelli.com)

              Gregg R. Zegarelli, Esquire
              Technology & Entrepreneurial
                Ventures Law Group, P.C.
              2585 Washington Road, Suite 134
              Summerfield Commons Office Park
              Pittsburgh, PA  15241-2565

              **Counsel for Pennsylvania Skill Games, LLC**

              SPILMAN THOMAS & BATTLE, PLLC

              By:  /s/ Julian E. Neiser
                  Julian E. Neiser