AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

| | | |
|---|---|---|
| POM OF PENNSYLVANIA, LLC et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:18-CV-00722 |
| PENNSYLVANIA SKILL GAMES, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

POM OF PENNSYLVANIA, LLC et al                                                                    .

Date:     11/14/2022

/s/ Jonathan Deasy
*Attorney's signature*

Jonathan Deasy Bar No. 327496
*Printed name and bar number*
One Oxford Centre
301 Grant Street, Suite 3440
Pittsburgh, PA 15219

*Address*

jdeasy@spilmanlaw.com
*E-mail address*

(412) 325-3306
*Telephone number*

(412) 325-3324
*FAX number*