IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC,                )
t/d/b/a PACE-O-MATIC, and SAVVY          )
DOG SYSTEMS, LLC                         )
                                         )
                 Plaintiffs,             )
                                         )      Civ. A. No. 2:18-722
        v.                               )
                                         )
PENNSYLVANIA SKILL GAMES,                )
LLC,                                     )
                                         )
                 Defendant.              )

**AMENDED PRETRIAL ORDER**

It is hereby ORDERED as follows:

1. **Jury Selection and Trial**. Jury selection and trial have been set to commence on Monday, February 13, 2023 through February 28, 2023 in Courtroom 9A, 9th Floor, United States Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania. The dates of February 20, 2023 and February 23, 2023 are excluded as trial days.

2. **Pretrial Conference(s).** A final pretrial conference shall be held on February 2, 2023 at 9:30 a.m. in Courtroom 9A, 9th Floor, United States Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania.

3. **Exchange of Witness Lists and Exhibits.**

    a. No updated witness lists will be permitted.

    b. All exhibits must be exchanged and marked in advance of trial. Counsel must be prepared to indicate a position at the final pretrial conference regarding the authenticity and admissibility of the opponent's exhibits.

1

- To the extent that the parties expect to use the same set of exhibits already delivered to the Court, Counsel shall submit an index that includes the exhibit number, the exhibit title, and whether each exhibit is a Plaintiffs' Exhibit, a Defendant's Exhibit or a Joint Exhibit.

- To the extent the parties expect to provide a revised set of exhibits, the parties shall supply two complete sets, in binders, of all exhibits with an index to the Court and to the opposing party no later than January 30, 2023.

   c. Counsel is reminded that voluminous data must be presented by summary exhibits pursuant to Fed. R. Evid. 1006, and voluminous exhibits shall be redacted to eliminate irrelevant material (which shall remain available for examination by opposing counsel). Where copies of documents are offered, the originals shall be available for examination, unless waived by stipulation.

4. **Motions.** No further motions in limine shall be filed or considered.

5. **Designation of Discovery Excerpts to be Offered at Trial**. By January 18, 2023, Plaintiffs and Defendant shall each submit a notice indicating which of the previously designated deposition and discovery excerpts they plan to offer at trial. To the extent that any party seeks to designate deposition testimony of a witness who is now unavailable, as defined in Rule 32(a)(4), to testify in person at trial, that party shall submit a designation of deposition excerpts (other than for impeachment) by January 18, 2023. Objections and/or counter-designations must be submitted by January 25, 2023. Objections to counter-designations must be submitted by January 30, 2023. Designations of deposition testimony shall include the inclusive page number(s) and lines of the designated testimony. Objections shall include the page number(s) and lines of the testimony to which an objection is made, as

well as a succinct statement of the basis for the objection. The designating party shall supply a complete transcript of any deposition in which additional designations have been made by emailing a copy to Charlotte Hopkinson, the Court's law clerk, at Charlotte_Hopkinson@pawd.uscourts.gov.

6. **Proposed Voir Dire**. Counsel may submit proposed voir dire as a supplement to the Court's standard voir dire by January 26, 2022. In addition, counsel shall submit a brief joint summary of the case to be read as part of voir dire and preliminary instructions to the jury.

7. **Proposed Jury Instructions and Verdict Slips.** Counsel shall meet in an effort to agree upon a joint verdict slip and a joint set of substantive jury instructions regarding each party's claims and their elements, any defenses and their elements, and any evidentiary or other matters particular or unique to this case, including the issue of attorney client privilege and the use of trademark applications and registrations. The joint verdict slip and joint set of substantive jury instructions must each be separated into a liability phase and a damages phase. The parties need not submit "boilerplate" or standard civil jury instructions.

On or before January 6, 2023, counsel shall file a **joint** set of proposed jury instructions, and email to a copy of the joint instructions in Word format to Charlotte Hopkinson at Charlotte_Hopkinson@pawd.uscourts.gov. The filed set of instructions shall include both the agreed upon instructions and proposed instructions to which the parties have not agreed. Each agreed upon instruction shall include the following notation at the bottom of each instruction: "This proposed instruction is agreed upon by the parties." Each instruction to which the parties have not agreed shall indicate at the bottom the name of the party proffering the instruction, along with the legal authority relied upon by each party in support of and in opposition to each such instruction. The Court will not accept separate proposed jury instructions from the parties. A charging conference will be held during the

course of the trial before the jury is charged, at which time a ruling will be made on each proposed jury instruction. A copy of the Court's proposed charge will be supplied to counsel. Counsel is required to state objections to the proposed instruction at the charging conference and to supply the alternate language, together with case authority.

A **joint** proposed verdict slip shall be filed by January 6, 2023, and a copy of the joint proposed verdict slip in Word format shall be emailed to Charlotte Hopkinson at Charlotte_Hopkinson@pawd.uscourts.gov. If the parties, after meeting in an attempt to agree on a joint verdict slip, are unable to agree, the parties may submit their respective proposed verdict slips.

8. **Joint Stipulations**. The parties shall file joint stipulations by February 10, 2023. The parties are encouraged to reach agreement on as many facts as possible. All possible stipulations shall be made, as applicable, as to facts; issues to be decided; the authenticity and admissibility of exhibits; expert qualifications; deposition testimony to be read into the record; a brief and simple statement of the nature of the case, claims and defenses to be read to the jury to introduce the trial; and exhibits or other presentation aids to be used in opening statements.

9. **Side Bar Conferences.** The Court believes that counsel should be considerate of the jurors' time. Consequently, side bar conferences are highly disfavored. The Court will meet with counsel before and after each day of trial to discuss issues that would otherwise necessitate a side bar conference. If necessary, counsel may amplify their objections and the Court may amplify its rulings on the record after the jury has been excused for a break, for lunch or for the day. In addition, it is expected that counsel will anticipate evidentiary issues requiring lengthy argument and will address such matters outside of the presence of the jury.

**10. Witness List.** Immediately preceding the first day of trial and each day during trial, counsel shall provide opposing counsel with the list of the next day's witnesses by 6:00 p.m. Counsel should take the necessary steps to ensure that they have adequate witnesses to fill each trial day.

        **SO ORDERED** this 1st day of December 2022.


        /s/Patricia L. Dodge

        PATRICIA L.DODGE
        United States Magistrate Judge