# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| | CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

## [PROPOSED] VERDICT FORM SUBMITTED BY PLAINTIFFS

## LIABILITY PHASE

## COMMON LAW TRADEMARK

**1.      Inherent distinctiveness or secondary meaning of the PENNSYLVANIA SKILL trademark – POM Parties.**

Have POM of Pennsylvania, LLC and Savvy Dog Systems, LLC established by a preponderance of the evidence that the PENNSYLVANIA SKILL trademark is valid and is either inherently distinctive or has acquired a secondary meaning in the marketplace through their efforts?:

**Yes: _____**                              **No: _____**

IF YOU ANSWERED YES TO QUESTION 1, PLEASE PROCEED TO QUESTION 2.

IF YOU ANSWERED NO, PLEASE PROCEED TO QUESTION 6.

**2.       Ownership of the PENNSYLVANIA SKILL trademark – POM Parties.**

Have POM of Pennsylvania, LLC and Savvy Dog Systems, LLC established by a preponderance of the evidence that they own the PENNSYLVANIA SKILL trademark?:

**Yes:** _____                         **No:** _____

IF YOU ANSWERED YES TO QUESTION 2, PLEASE PROCEED TO QUESTION 3.

IF YOU ANSWERED NO, PLEASE PROCEED TO QUESTION 6.

**3.       Infringement of the PENNSYLVANIA SKILL trademark – POM Parties.**

Has POM of Pennsylvania, LLC and Savvy Dog Systems, LLC established by a preponderance of the evidence that PSG infringed the PENNSYLVANIA SKILL trademark after the POM Parties established a secondary meaning in the marketplace?:

**Yes:** _____                         **No:** _____

IF YOU ANSWERED YES TO QUESTION 3, PLEASE PROCEED TO QUESTION 4.

IF YOU ANSWERED NO, PLEASE PROCEED TO QUESTION 6.

**4.       Willful infringement of the PENNSYLVANIA SKILL trademark – POM**

**Parties.**

Has POM of Pennsylvania, LLC and Savvy Dog Systems, LLC established by a preponderance of the evidence that PSG willfully infringed on the PENNSYLVANIA SKILL trademark?:

**Yes:** _____                         **No:** _____

IF YOU ANSWERED YES TO QUESTION 4, PLEASE PROCEED TO QUESTION 5.

IF YOU ANSWERED NO, PLEASE PROCEED TO QUESTION 6.

**5.      Pennsylvania Trademark Infringement – POM Parties.**

Has POM of Pennsylvania, LLC and Savvy Dog Systems, LLC established by a preponderance of the evidence that PSG infringed on their state PENNSYLVANIA SKILL trademark?:

**Yes:** _____          **No:** _____

IF YOU ANSWERED YES TO QUESTION 5, PLEASE PROCEED TO QUESTION 13.

IF YOU ANSWERED NO, PLEASE PROCEED TO QUESTION 6.

**6.      Ownership of the PENNSYLVANIA SKILL trademark – PSG.**

Has PSG established by a preponderance of the evidence that it owns the PENNSYLVANIA SKILL trademark?:

**Yes:** _____          **No:** _____

IF YOU ANSWERED YES TO QUESTION 6, PLEASE PROCEED TO QUESTION 7.

IF YOU ANSWERED NO, PLEASE PROCEED TO QUESTION 13.

**7.      Inherent distinctiveness or secondary meaning of the PENNSYLVANIA SKILL trademark – PSG.**

Has PSG established by a preponderance of the evidence that the PENNSYLVANIA SKILL trademark is valid and is either inherently distinctive or has acquired a secondary meaning through PSG's efforts?:

**Yes:** _____          **No:** _____

IF YOU ANSWERED YES TO QUESTION 7, PLEASE PROCEED TO QUESTION 8.

IF YOU ANSWERED NO, PLEASE PROCEED TO QUESTION 13.

**8.**      **Infringement of the PENNSYLVANIA SKILL trademark – PSG.**

Has PSG established by a preponderance of the evidence that the POM Parties infringed the PENNSYLVANIA SKILL trademark?:

**Yes:** _____            **No:** _____

IF YOU ANSWERED YES TO QUESTION 8, PLEASE PROCEED TO QUESTION 9.

IF YOU ANSWERED NO, PLEASE PROCEED TO QUESTION 13.

**9.**      **Infringement of the PENNSYLVANIA SKILL trademark – Identification of Parties.**

If you have found that PSG met its burden by a preponderance of the evidence that the POM Parties infringed on the PENNSYLVANIA SKILL trademark, which of the POM Parties have infringed:

**Pace-O-Matic, Inc.**          _____
**POM of Pennsylvania, LLC**      _____
**Savvy Dog Systems, LLC**       _____
**Miele Manufacturing, Inc.**      _____

IF YOU ANSWERED YES TO QUESTION 9, PLEASE PROCEED TO QUESTION 10.

IF YOU ANSWERED NO, PLEASE PROCEED TO QUESTION 13.

**10.**      **Willful infringement of the PENNSYLVANIA SKILL trademark – PSG.**

If you have found that PSG met its burden that the POM Parties infringed on the PENNSYLVANIA SKILL trademark, has PSG met its burden by a preponderance of the evidence that any of the following parties willfully infringed on the trademark?:

**Pace-O-Matic, Inc.**          _____
**POM of Pennsylvania, LLC**      _____
**Savvy Dog Systems, LLC**       _____
**Miele Manufacturing, Inc.**      _____

IF YOU ANSWERED YES TO QUESTION 10, PLEASE PROCEED TO QUESTION 11.

IF YOU ANSWERED NO, PLEASE PROCEED TO QUESTION 13.

**11.     Trademark Infringement Affirmative Defenses – Abandonment -- POM Parties.**

Have the POM Parties established by clear and convincing evidence that PSG abandoned the PENNSYLVANIA SKILL trademark?:

**Yes: _____**                                        **No: _____**

IF YOU ANSWERED YES TO QUESTION 11, PLEASE PROCEED TO QUESTION 13.

IF YOU ANSWERED NO, PLEASE PROCEED TO QUESTION 12.

**12.     Trademark Infringement Affirmative Defenses – Fair Use – POM Parties.**

Have the POM Parties established by a preponderance of the evidence fair use of the PENNSYLVANIA SKILL trademark?:

**Yes: _____**                                        **No: _____**

PLEASE PROCEED TO QUESTION 13.

**UNFAIR COMPETITION**

**13.     Unfair Competition – POM Parties.**

Have the POM Parties established by a preponderance of the evidence that PSG engaged in unfair competition?:

**Yes: _____**                                        **No: _____**

PLEASE PROCEED TO QUESTION 14.

**14.     Unfair Competition – PSG.**

Has PSG established by a preponderance of the evidence that the POM Parties engaged in unfair competition?:

**Yes: _____**                                        **No: _____**

PLEASE PROCEED TO QUESTION 15.

5

## FALSE ADVERTISING

**15.    False Advertising – POM Parties.**

Have the POM Parties established by a preponderance of the evidence that PSG engaged in false advertising?:

**Yes: _____**                    **No: _____**

PLEASE PROCEED TO QUESTION 16.


**16.    False Advertising – PSG.**

Has PSG established by a preponderance of the evidence that the POM Parties engaged in false advertising?:

**Yes: _____**                    **No: _____**

PLEASE PROCEED TO QUESTION 17.


## BREACH OF CONTRACT

**17.    Breach of Written Contract – POM Parties.**

Have Pace-O-Matic and Miele Manufacturing established by a preponderance of the evidence that PSG breached the Equipment Purchase Agreement by failing to pay amounts owed?:

**Yes: _____**                    **No: _____**

PLEASE PROCEED TO QUESTION 18.


**18.    Breach of Equipment Purchase Agreement – PSG**

Has PSG established by a preponderance of the evidence that Pace-O-Matic and Miele Manufacturing breached the Equipment Purchase Agreement?:

**Yes: _____**                    **No: _____**

PLEASE PROCEED TO QUESTION 19.


6

**19.    Breach of Contract – PSG.**

Has PSG established by a preponderance of the evidence that Pace-O-Matic and Miele Manufacturing breached an oral contract?:

**Yes:** _____          **No:** _____

IF YOU ANSWERED YES TO QUESTIONS 18 OR 19, PLEASE PROCEED TO QUESTION 20.

IF YOU ANSWERED NO TO BOTH QUESTIONS 18 **AND** 19, PLEASE STOP AND ADVISE THE COURT.

**20.    Affirmative Defense – Fraudulent Inducement – POM Parties.**

Has Pace-O-Matic and Miele established by clear and convincing evidence that PSG fraudulently induced Pace-O-Matic and Miele to enter into any contract that you have found the Pace-O-Matic or Miele to have breached such that the contracts are unenforceable?:

**Yes:** _____          **No:** _____

PLEASE PROCEED TO QUESTION 21.

**21.    Affirmative Defense – Waiver – POM Parties.**

Has Pace-O-Matic and Miele established by clear and convincing evidence that PSG waived its right of first refusal or any other right under any contract that you have found the Pace-O-Matic or Miele to have breached such that the contracts are unenforceable?:

**Yes:** _____          **No:** _____

PLEASE PROCEED TO QUESTION 22.

**22. Affirmative Defense – Consideration – POM Parties.**

Has Pace-O-Matic and Miele established by a preponderance of the evidence that PSG provided insufficient consideration to support any contract that you have found the Pace-O-Matic or Miele to have breached such that the contracts are unenforceable?:

**Yes:** _____          **No:** _____

IF YOU ANSWERED YES TO QUESTION 21, PLEASE STOP AND ADVISE THE COURT.

IF YOU ANSWERED NO, PLEASE PROCEED TO QUESTION 22.


**SPECIAL INTERROGATORY ON DAMAGES**
**(FOR USE IN LIABILITY PHASE)**

**23. Nominal Damages**

If you have found that PSG has established liability against any of the POM Parties for any claim, do you find by a preponderance of the evidence that PSG has incurred any monetary damages exceeding nominal damages (more than $1) that require additional consideration from the jury?:

**Yes:** _____          **No:** _____


**There are no further questions. You have reached the end of the verdict form.**

**Please review the entire form to ensure that it is complete and that the answers accurately reflect your unanimous determinations. All jurors should then sign the verdict form in the space below and notify the Court that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it to the courtroom with the jury. Please advise the Court your deliberations are concluded.**


**Dated:** _____          _____
                                            **Presiding Juror/Foreperson**

8

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| | CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

**[PROPOSED] VERDICT FORM SUBMITTED BY PLAINTIFFS**

**DAMAGES PHASE**

**COMMON LAW TRADEMARK**

1. **Damages – Actual Damages – PSG.**

    Has PSG proven by a preponderance of the evidence that it suffered any monetary damages by reason of the trademark infringement that you found in the liability phase of the case?

    **Yes: \_\_\_\_\_**                                    **No: \_\_\_\_\_**

IF YOU ANSWERED YES TO QUESTION 1, PLEASE PROCEED TO QUESTION 2.

IF YOU ANSWERED NO, PLEASE PROCEED TO QUESTION 3.

9

**2. Damages – Amount of Actual Damages – PSG**

What amount of monetary damages do you award PSG by reason of the infringement that you found in the liability phase of the case?

**Total Amount:** _____

Of the total amount, what amount (if any) is attributable to each of the following types of damages that PSG has claimed:

**Actual harm to PSG's business:** _____
**Reasonable Royalty:** _____
**Corrective Advertising:** _____
**Disgorgement of the POM Parties' profits:** _____

Of the total amount, what amount (if any) is attributable to the individual parties:

**Pace-O-Matic, Inc.:** _____
**POM of Pennsylvania, LLC:** _____
**Savvy Dog Systems, LLC:** _____
**Miele Manufacturing, Inc.:** _____

IF YOU ANSWERED YES TO QUESTION 2, PLEASE PROCEED TO QUESTION 5.

IF YOU ANSWERED NO, PLEASE PROCEED TO QUESTION 3.

## PENNSYLVANIA TRADEMARK INFRINGEMENT

**3. Damages – Punitive Damages – POM Parties.**

Have the POM Parties proven by a preponderance of the evidence that PSG should have to pay punitive damages by reason of its conduct?

**Yes:** _____                    **No:** _____

IF YOU ANSWERED YES TO QUESTION 3, PLEASE PROCEED TO QUESTION 4.

IF YOU ANSWERED NO, PLEASE PROCEED TO QUESTION 5.

4.  **Damages – Amount of Punitive Damages – POM Parties.**

What amount of punitive damages do you award the POM Parties by reason of PSG's conduct?

**Total Amount:**

PLEASE PROCEED TO QUESTION 5.


## BREACH OF CONTRACT

5.  **Damages – Compensatory Damages – Pace and Miele.**

Have Pace-O-Matic and Miele proven by a preponderance of the evidence that it suffered any monetary damages by reason of a breach of contract by PSG that you found in the liability phase of the case?

**Yes: _____**                              **No: _____**

IF YOU ANSWERED YES TO QUESTION 5, PLEASE IDENTIFY THE AMOUNT THAT YOU AWARD IN FAVOR OF PACE-O-MATIC AND MIELE:

$_____

PLEASE PROCEED TO QUESTION 6.


6.  **Damages – Compensatory Damages – PSG.**

Has PSG proven by a preponderance of the evidence that it suffered any monetary damages by reason of a breach of contract that you found in the liability phase of the case?

**Yes: _____**                              **No: _____**

IF YOU ANSWERED YES TO QUESTION 6, PLEASE IDENTIFY THE AMOUNT THAT YOU AWARD IN FAVOR OF PSG:

$_____

PROCEED TO QUESTION 7.

**7. Damages – Mitigation of Damages – POM Parties.**

Have the POM Parties proven by a preponderance of the evidence that PSG failed to take reasonable efforts to avoid or reduce certain losses arising under its breach of contract?

**Yes: _____**                    **No: _____**

IF YOU ANSWERED YES TO QUESTION 7, PLEASE PROCEED TO QUESTION 8.

IF YOU ANSWERED NO, PLEASE STOP AND ADVISE THE COURT.

**8. Damages – Mitigation of Damages – POM Parties.**

What amount should PSG's breach of contract damages be reduced by its failure to mitigate its damages?

**Total Amount:**                    _____

**There are no further questions. You have reached the end of the verdict form. Please review the entire form to ensure that it is complete and that the answers accurately reflect your unanimous determinations. All jurors should then sign the verdict form in the space below and notify the Court that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it to the courtroom with the jury. Please advise the Court your deliberations are concluded.**

**Dated:**                    _____
                              **Presiding Juror/Foreperson**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| | CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

### CERTIFICATE OF SERVICE

I, Jonathan A. Deasy, counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc., do hereby certify that on the 12th day of January, 2023, I served the foregoing **Verdict Slip** to counsel of record via the Court's CM/ECF System:

Via email to mailroom.grz@zegarelli.com

Gregg R. Zegarelli, Esquire
Technology & Entrepreneurial
Ventures Law Group, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA  15241-2565

**Counsel for Pennsylvania Skill Games, LLC**

SPILMAN THOMAS & BATTLE, PLLC

By:  /s/ Jonathan A. Deasy
Jonathan A. Deasy

13