**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

_____

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

        Plaintiffs,
        v.

PENNSYLVANIA SKILL GAMES, LLC,

        Defendant.

_____

PENNSYLVANIA SKILL GAMES, LLC,

        Plaintiff,
        v.

PACE-O-MATIC, INC. and MIELE MAN-
UFACTURING, INC.

        Defendants.

_____

CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

**PENNSYLVANIA SKILL GAMES'**
**PROPOSED VERDICT SLIPS**

**[PROPOSED] VERDICT FORM ON SUBMITTED**
**BY PENNSYLVANIA SKILL GAMES**

**LIABILITY PHASE**

There are two cases for this jury's determination that will be referred to in the verdict slips as the "x722 Case" and the "x941 Case."  In light of the cross-over of many of the claims made by the parties, for ease of determination by the jury, the counts are summarized below.  In many cases, a determination of liability on one particular factual issue will have the effect of resolving multiple counts in both of the cases.

**2:18-cv-00722 POM OF PENNSYLVANIA t/d/b/a PACE-O-MATIC and SAVVY DOG SYSTEMS v. PENNSYLVANIA SKILL GAMES ("x722 Case")**

**2:18-cv-00941 PENNSYLVANIA SKILL GAMES v. PACE-O-MATIC and MIELE MAN-UFACTURING ("x941 Case")**

**Summary of Claims and Verdicts**

|  | x722 Counts | A<br>Verdict | x941 Counts | B<br>Verdict |
|---|---|---|---|---|
| 1. False Designation of Origin, 15 USC 1125(a) | POM of Pennsylvania and Savvy Dog, Count 1<br><br>Pennsylvania Skill Games, Counterclaim Count 1 | For POM of Pennsylvania and against Pennsylvania Skill Games [  ]<br><br>**OR**<br><br>For Pennsylvania Skill Games and against POM of Pennsylvania [ ]<br>_____<br><br>For Savvy Dog Systems and against Pennsylvania Skill Games [  ]<br><br>**OR**<br><br>For Pennsylvania Skill Games and against Savvy Dog Systems [ ] | Pennsylvania Skill Games, Counter-claim Count 1 | For Pennsylvania Skill Games [  ] against Pace-O-Matic<br><br>**OR**<br><br>For Pace-O-Matic against Pennsylvania Skill Games [  ]<br>_____<br><br>For Pennsylvania Skill Games against Miele Manufacturing [  ]<br><br>**OR**<br><br>For Miele Manufacturing and against Pennsylvania Skill Games [ ] |
| 2. False Advertising 15 USC 1125(a) |  |  | Pennsylvania Skill Games, Counter-claim Count 2 | For Pennsylvania Skill Games [  ] against Pace-O-Matic<br><br>**OR**<br><br>For Pace-O-Matic against Pennsylvania Skill Games [  ]<br>_____<br><br>For Pennsylvania Skill Games against Miele Manufacturing [  ]<br><br>**OR**<br><br>For Miele Manufacturing and against Pennsylvania Skill Games [ ] |

| | | | | | |
|---|---|---|---|---|---|
| **3. Unfair Trade Practices (PA)** | POM of Pennsylvania and Savvy Dog, Count 2 | For POM of Pennsylvania and against Pennsylvania Skill Games [ ]<br><br>**OR**<br><br>For Pennsylvania Skill Games and against POM of Pennsylvania [ ]<br>_____<br><br>For Savvy Dog Systems and against Pennsylvania Skill Games [ ]<br><br>**OR**<br><br>For Pennsylvania Skill Games and against Savvy Dog Systems [ ] | | | |
| **4. Pennsylvania Trademark Infringement** | POM of Pennsylvania and Savvy Dog, Counts 3, 6<br><br>Pennsylvania Skill Games, Counterclaim Counts 3, 6 | For POM of Pennsylvania and against Pennsylvania Skill Games [ ]<br><br>**OR**<br><br>For Pennsylvania Skill Games and against POM of Pennsylvania [ ]<br>_____<br><br>For Savvy Dog Systems and against Pennsylvania Skill Games [ ]<br><br>**OR**<br><br>For Pennsylvania Skill Games and against Savvy Dog Systems [ ] | | Pennsylvania Skill Games, Counterclaim Count 3 | For Pennsylvania Skill Games [ ] against Pace-O-Matic<br><br>**OR**<br><br>For Pace-O-Matic against Pennsylvania Skill Games [ ]<br>_____<br><br>For Pennsylvania Skill Games against Miele Manufacturing [ ]<br><br>**OR**<br><br>For Miele Manufacturing and against Pennsylvania Skill Games [ ] |
| **Declaratory Relief** | Not Applicable, For the Court Only | | | | |
| **5. Unfair Competition** | POM of Pennsylvania and Savvy Dog, Count 5 | For POM of Pennsylvania and against Pennsylvania Skill Games [ ] | | Pennsylvania Skill Games, Counterclaim Count 5 | For Pennsylvania Skill Games [ ] against Pace-O-Matic<br><br>**OR** |

| | | | | | |
|---|---|---|---|---|---|
| | Pennsylvania Skill Games, Counterclaim Count 5 | **OR**<br><br>For Pennsylvania Skill Games and against POM of Pennsylvania [ ]<br><br>_____<br><br>For Savvy Dog Systems and against Pennsylvania Skill Games [ ]<br><br>**OR**<br><br>For Pennsylvania Skill Games and against Savvy Dog Systems [ ] | | | For Pace-O-Matic against Pennsylvania Skill Games [ ]<br><br>_____<br><br>For Pennsylvania Skill Games against Miele Manufacturing [ ]<br><br>**OR**<br><br>For Miele Manufacturing and against Pennsylvania Skill Games [ ] |
| **6. Breach of Contract** | POM of Pennsylvania, Count 7<br><br>Pennsylvania Skill Games, Counterclaim Count 7 | For POM of Pennsylvania and against Pennsylvania Skill Games [ ]<br><br>**OR**<br><br>For Pennsylvania Skill Games and against POM of Pennsylvania [ ] | | Pennsylvania Skill Games, Counterclaim Count 4 | For Pennsylvania Skill Games [ ] against Pace-O-Matic<br><br>**OR**<br><br>For Pace-O-Matic against Pennsylvania Skill Games [ ]<br><br>_____<br><br>For Pennsylvania Skill Games against Miele Manufacturing [ ]<br><br>**OR**<br><br>For Miele Manufacturing and against Pennsylvania Skill Games [ ] |

## 1.    Ownership and Claimed Assignments

| |
|---|
| a. As a jury, do you find that one of the parties is the owner of the trademark rights at issue in this case? |

| Yes: _____ | No: _____ |
|---|---|
| | |

IF YOU ANSWERED NO TO QUESTION ___, YOU SHOULD FIND AGAINST ALL PARTIES FOR NOS. 1–5 ABOVE AND PROCEED TO ___.  OTHERWISE, PLEASE PROCEED TO QUESTION ___.

b. As a jury, do you believe that any of the following is owner of the "PENNSYLVANIA SKILL" rights at issue in this case? (How you answer this question will determine which parties and cases are applicable to additional questions.)

   **x941 Case Only**
   **Miele Manufacturing, Inc. [ ]**
   **Pace-O-Matic, Inc. [ ]**

   **x722 Case and x941 Case**
   **Pennsylvania Skill Games, LLC [ ]**

   **x722 Case Only**
   **POM of Pennsylvania, Inc. [ ]**
   **Savvy Dog Systems, LLC [ ]**

IF PENNSYLVANIA SKILL GAMES IS THE ONLY ANSWER, THEN YOU SHOULD FIND AGAINST POM OF PENNSYLVANIA AND SAVVY DOG IN THE x722 CASE FOR NOS. 1, 3, 4 AND 5 (Column A).

IF EITHER OR BOTH OF MIELE MANUFACTURING AND/OR PACE-O-MATIC IS THE ONLY ANSWER, THEN YOU SHOULD FIND AGAINST PENNSYLVANIA SKILL GAMES, POM OF PENNSYLVANIA AND SAVVY DOG IN THE x722 CASE FOR NOS. 1, 3, 4 AND 5 (Column A), AND AGAINST PENNSYLVANIA SKILL GAMES IN THE x941 CASE FOR NOS. 1, 2, 4 AND 5 (Column B)

IF EITHER OR BOTH OF POM OF PENNSYLVANIA AND/OR SAVVY DOG SYSTEMS IS THE ONLY ANSWER, THEN YOU SHOULD FIND AGAINST PENNSYLVANIA SKILL GAMES IN THE x722 CASE FOR NOS. 1, 3, 4,5 AND 6 (Column A), AND AGAINST PENNSYLVANIA SKILL GAMES IN THE X941 CASE FOR NOS. 1, 2, 4, 5 AND 6 (Column B)

|  |  |
|---|---|
|  |  |

## 2. Existence of Agreement.

| a. As a jury, do you find that Pennsylvania Skill Games, on the one hand, and Pace-O-Matic and Miele Manufacturing, on the other hand, were parties to a valid contract? ||
|---|---|
| **Yes: _____** | **No: _____** |
|  |  |
| IF YOU ANSWER NO, THEN YOU SHOULD FIND AGAINST PENNSYLVANIA SKILL GAMES IN BOTH THE x722 CASE AND THE x941 CASE BOTH FOR NO. 6 (Column A and Column B). IF YOU ANSWER NO, THEN PROCEED TO THE NEXT QUESTION. ||

| b. As a jury, do you find that Pace-O-Matic was permitted to transfer its rights and/or obligations in the agreement you have found to POM of Pennsylvania? | |
|---|---|
| **Yes:** _____ | **No:** _____ |
| | |
| IF YOU ANSWERED NO TO QUESTION ___, YOU SHOULD FIND AGAINST POM OF PENNSYLVANIA IN NO. 7 (Column A) AND PROCEED TO QUESTION __. IF YOU ANSWERED YES, PROCEED TO THE NEXT QUESTION. | |

| c. As a jury, if you found that Pace-O-Matic was permitted to transfer its rights and/or obligations in the agreement you have found, then do you find that Pace-O-Matic also remains liable under the agreement? | |
|---|---|
| **Yes:** _____ | **No:** _____ |
| | |
| IF YOU ANSWERED NO QUESTION ___, THEN YOU SHOULD FIND AGAINST PENNSYLVANIA SKILL GAMES IN THE x941 CASE NO. 7. PLEASE PROCEED TO QUESTION ___. | |
| | |

### 3. Breach of Agreement (Summary No. 6)

| a. As a jury, who do you find in favor of regarding the respective breach of contract claims? (There is no claim asserted by Pace-O-Matic or Miele Manufacturing.) |
|---|
| **Pennsylvania Skill Games, LLC (in x722 Column and x941 Column B (No. 6) [ ]** <br><br> **OR** <br><br> **POM of Pennsylvania, Inc. (in x722 only, Column A (No. 6) [ ]** <br> **Savvy Dog Systems, LLC (in x722 only, Column A (No. 6) [ ]** |
| IF YOU ANSWER PENNSYLVANIA SKILL GAMES, THEN YOU SHOULD FIND FOR PENNSYLVANIA SKILL GAMES IN BOTH THE x722 CASE AND THE x941 CASE FOR NO. 6 (Column A and Column B). IF YOU ANSWER POM OF PENNSYLVANIA OR SAVVY DOG, THEN YOU SHOULD FIND AGAINST PENNSYLVANIA SKILL GAMES IN THE x722 CASE FOR NO. 1 (Column A). |

### 4. False Designation (Summary No. 1)

As a jury, who do you find in favor of regarding the false designation of origin? (There is no claim asserted by Pace-O-Matic or Miele Manufacturing.)

**Pennsylvania Skill Games, LLC (in x722 Column and x941 Column B No. 1) [ ]**

**OR**

**POM of Pennsylvania, Inc. (in x722 only, Column A No. 1) [ ]**
**Savvy Dog Systems, LLC (in x722 only, Column A No. 1) [ ]**

IF YOU ANSWER PENNSYLVANIA SKILL GAMES, THEN YOU SHOULD FIND FOR PENNSYLVANIA SKILL GAMES IN BOTH THE x722 CASE AND THE x941 CASE FOR NO. 1 (Column A and Column B). IF YOU ANSWER POM OF PENNSYLVANIA OR SAVVY DOG, THEN YOU SHOULD FIND AGAINST PENNSYLVANIA SKILL GAMES IN THE x722 CASE FOR NO. 1 (Column A).

### 5. False Advertising (Summary No. 2)

As a jury, who do you find in favor of Pennsylvania Skill Games regarding its false advertising claim against Pace-O-Matic and Miele Manufacturing? (There is no claim asserted by Pace-O-Matic or Miele Manufacturing.) The jury finds for:

**Pennsylvania Skill Games, LLC (in 941 Column B No. 2) [ ]**

**OR**

**Pace-O-Matic, Inc. (in x941 only, Column B No. 2) [ ]**
**Miele Manufacturing, Inc. (in x941 only, Column B No. 2) [ ]**

IF YOU ANSWER PENNSYLVANIA SKILL GAMES, THEN YOU SHOULD FIND FOR PENNSYLVANIA SKILL GAMES IN THE x941 CASE FOR NO. 2 (Column B). IF YOU ANSWER PACE-O-MATIC AND/OR MIELE, THEN YOU SHOULD FIND AGAINST PENNSYLVANIA SKILL GAMES IN THE x941 CASE NO. 2 (Column A).

### 6. Pennsylvania Unfair Trade Practices and Consumer Protection (Summary No. 3)

As a jury, who do you find in favor of POM of Pennsylvania or Savvy Dog regarding the unfair trade practices claim against Pennsylvania Skill Games? (There is no claim asserted by Pennsylvania Skill Games.) The jury finds for:

**Pennsylvania Skill Games, LLC (in 941 Column A No. 3) [ ]**

| |
|---|
| **OR**<br><br>**POM of Pennsylvania, LLC (in x722 only, Column A No. 3) [ ]**<br>**Savvy Dog, LLC (in 722 only, Column A No. 3) [ ]** |
| IF YOU ANSWER PENNSYLVANIA SKILL GAMES, THEN YOU SHOULD FIND FOR PENNSYLVANIA SKILL GAMES IN THE x722 CASE FOR NO. 3 (Column A).   IF YOU ANSWER POM OF PENNSYLVANIA AND/OR SAVVY DOG, THEN YOU SHOULD FIND AGAINST PENNSYLVANIA SKILL GAMES IN THE x722 CASE NO. 3 (Column A). |

**7.  Pennsylvania Infringement (Summary No. 4)**

| |
|---|
| As a jury, who do you find in favor of regarding the respective Pennsylvania trademark violation claims?  (There is no claim asserted by Pace-O-Matic or Miele Manufacturing.)<br><br>**Pennsylvania Skill Games, LLC (in x722 Column A and x941 Column B, No. 4 [ ]**<br><br>**OR**<br><br>**POM of Pennsylvania, Inc. (in x722 Column A only, No. 4) [ ]**<br>**Savvy Dog Systems, LLC (in x722 Column A only, No. 4) [ ]** |
| IF YOU ANSWER PENNSYLVANIA SKILL GAMES, THEN YOU SHOULD FIND FOR PENNSYLVANIA SKILL GAMES IN BOTH THE x722 CASE AND THE x941 CASE FOR NO. 4 (Columns A and B).   IF YOU ANSWER FOR POM OF PENNSYLVANIA AND/OR SAVVY DOG, THEN YOU SHOULD FIND AGAINST PENNSYLVANIA SKILL GAMES IN THE x722 CASE (Column A only). |

**8.  Common Law Unfair Competition (Summary No. 5)**

As a jury, who do you find in favor of regarding the respective unfair competition claims? (There is no claim asserted by Pace-O-Matic or Miele Manufacturing.)

     **Pennsylvania Skill Games, LLC (in x722 Column A and x941 Column B, No. 5) [ ]**

     **OR**

     **POM of Pennsylvania, Inc. (in x722 Column A only, No. 5) [ ]**
     **Savvy Dog Systems, LLC (in x722 Column A only, No. 5) [ ]**

IF YOU ANSWER PENNSYLVANIA SKILL GAMES, THEN YOU SHOULD FIND FOR PENNSYLVANIA SKILL GAMES IN BOTH THE x722 CASE AND THE x941 CASE FOR NO. 5 (Columns A and B).   IF YOU ANSWER FOR POM OF PENNSYLVANIA AND/OR SAVVY DOG, THEN YOU SHOULD FIND AGAINST PENNSYLVANIA SKILL GAMES IN THE x722 CASE (Column A only).

IF YOU FOUND FOR PENNSYLVANIA SKILL GAMES AND NOT EITHER OR BOTH OF POM OF PENNSYLVANIA OR SAVVY DOG SYSTEMS IN THE x722 CASE YOU DO NOT NEED TO COMPLETE THE FOLLOWING ITEMS.

**9.  Fifth Affirmative Defense**

If you determined liability against Pennsylvania Skill Games, did Pennsylvania Skill Games prove its affirmative defense that the POM Parties sold non-compliant terminals as set forth in Pennsylvania Skill Games' Fifth Affirmative Defense.  YES [ ]  NO [ ]

IF YOU ANSWER YES, THEN YOU SHOULD NOT FIND AGAINST PENNSYLVANIA SKILL GAMES ON THE COUNT FOR WHICH THE AFFIRMATIVE DEFENSE WAS PROVED. IF THE AFFIRMATIVE DEFENSE COMPLETELY ELIMINATES ALL OF THE LIABILITY OF PENNSYLVANIA SKILL GAMES, YOU ARE FINISHED; OTHERWISE, CONTINUE TO THE NEXT QUESTION.

**10. Sixth Affirmative Defense**

If you determined liability against Pennsylvania Skill Games, did Pennsylvania Skill Games prove its affirmative defense that the POM Parties breached their agreement so as to excuse any action claimed against Pennsylvania Skill Games as set forth in its Sixth Affirmative Defense. YES [ ]  NO [ ]

IF YOU ANSWER YES, THEN YOU SHOULD NOT FIND AGAINST PENNSYLVANIA SKILL GAMES ON THE COUNT FOR WHICH THE AFFIRMATIVE DEFENSE WAS

PROVED.  IF THE AFFIRMATIVE DEFENSE COMPLETELY ELIMINATES ALL OF THE LIABILITY OF PENNSYLVANIA SKILL GAMES, YOU ARE FINISHED; OTHERWISE, CONTINUE TO THE NEXT QUESTION.

### 11. Nineth Affirmative Defense

| If you determined liability against Pennsylvania Skill Games, did Pennsylvania Skill Games prove its affirmative defense that the POM Parties claims are barred by waiver or estoppel as set forth in its Nineth Affirmative Defense.  YES [ ]  NO [ ] |
|---|
| IF YOU ANSWER YES, THEN YOU SHOULD NOT FIND AGAINST PENNSYLVANIA SKILL GAMES ON THE COUNT FOR WHICH THE AFFIRMATIVE DEFENSE WAS PROVED.  IF THE AFFIRMATIVE DEFENSE COMPLETELY ELIMINATES ALL OF THE LIABILITY OF PENNSYLVANIA SKILL GAMES, YOU ARE FINISHED; OTHERWISE, CONTINUE TO THE NEXT QUESTION. |

### 12. Tenth Affirmative Defense

| If you determined liability against Pennsylvania Skill Games, did Pennsylvania Skill Games prove its affirmative defense that the POM Parties claims are barred by failure or lack of consideration as set forth in its Tenth Affirmative Defense.  YES [ ]  NO [ ] |
|---|
| IF YOU ANSWER YES, THEN YOU SHOULD NOT FIND AGAINST PENNSYLVANIA SKILL GAMES ON THE COUNT FOR WHICH THE AFFIRMATIVE DEFENSE WAS PROVED.  IF THE AFFIRMATIVE DEFENSE COMPLETELY ELIMINATES ALL OF THE LIABILITY OF PENNSYLVANIA SKILL GAMES, YOU ARE FINISHED; OTHERWISE, CONTINUE TO THE NEXT QUESTION. |

### 13. Thirteenth Affirmative Defense

| If you determined liability against Pennsylvania Skill Games, did Pennsylvania Skill Games prove its affirmative defense that the POM Parties claims are barred by failure to mitigate as set forth in its Thirteenth Affirmative Defense.  YES [ ]  NO [ ] |
|---|
| IF YOU ANSWER YES, THEN YOU SHOULD NOT FIND AGAINST PENNSYLVANIA SKILL GAMES ON THE COUNT FOR WHICH THE AFFIRMATIVE DEFENSE WAS PROVED.  IF THE AFFIRMATIVE DEFENSE COMPLETELY ELIMINATES ALL OF THE LIABILITY OF PENNSYLVANIA SKILL GAMES, YOU ARE FINISHED; OTHERWISE, CONTINUE TO THE NEXT QUESTION. |

**14. Seventeenth Affirmative Defense**

| |
|---|
| If you determined liability against Pennsylvania Skill Games, did Pennsylvania Skill Games prove its affirmative defense that the POM Parties claims are barred by laches as set forth in its Seventeenth Affirmative Defense.  YES [ ]  NO [ ] |
| IF YOU ANSWER YES, THEN YOU SHOULD NOT FIND AGAINST PENNSYLVANIA SKILL GAMES ON THE COUNT FOR WHICH THE AFFIRMATIVE DEFENSE WAS PROVED. IF THE AFFIRMATIVE DEFENSE COMPLETELY ELIMINATES ALL OF THE LIABILITY OF PENNSYLVANIA SKILL GAMES, YOU ARE FINISHED; OTHERWISE, CONTINUE TO THE NEXT QUESTION. |

**15. Eighteenth Affirmative Defense**

| |
|---|
| If you determined liability against Pennsylvania Skill Games, did Pennsylvania Skill Games prove its affirmative defense that the POM Parties claims are barred by their acquiescence as set forth in its Eighteenth Affirmative Defense.  YES [ ]  NO [ ] |
| IF YOU ANSWER YES, THEN YOU SHOULD NOT FIND AGAINST PENNSYLVANIA SKILL GAMES ON THE COUNT FOR WHICH THE AFFIRMATIVE DEFENSE WAS PROVED. IF THE AFFIRMATIVE DEFENSE COMPLETELY ELIMINATES ALL OF THE LIABILITY OF PENNSYLVANIA SKILL GAMES, YOU ARE FINISHED; OTHERWISE, CONTINUE TO THE NEXT QUESTION. |

**16. Nineteenth Affirmative Defense**

| |
|---|
| If you determined liability against Pennsylvania Skill Games, did Pennsylvania Skill Games prove its affirmative defense that the POM Parties claims are barred by ratification as set forth in its Nineteenth Affirmative Defense.  YES [ ]  NO [ ] |
| IF YOU ANSWER YES, THEN YOU SHOULD NOT FIND AGAINST PENNSYLVANIA SKILL GAMES ON THE COUNT FOR WHICH THE AFFIRMATIVE DEFENSE WAS PROVED. IF THE AFFIRMATIVE DEFENSE COMPLETELY ELIMINATES ALL OF THE LIABILITY OF PENNSYLVANIA SKILL GAMES, YOU ARE FINISHED; OTHERWISE, CONTINUE TO THE NEXT QUESTION. |

**17. Twentieth Affirmative Defense**

| |
|---|
| If you determined liability against Pennsylvania Skill Games, did Pennsylvania Skill Games |

| |
|---|
| prove its affirmative defense that the POM Parties claims are barred by their unclean hands as set forth in its Twentieth Affirmative Defense.  YES [ ]  NO [ ] |
| IF YOU ANSWER YES, THEN YOU SHOULD NOT FIND AGAINST PENNSYLVANIA SKILL GAMES ON THE COUNT FOR WHICH THE AFFIRMATIVE DEFENSE WAS PROVED.  IF THE AFFIRMATIVE DEFENSE COMPLETELY ELIMINATES ALL OF THE LIABILITY OF PENNSYLVANIA SKILL GAMES, YOU ARE FINISHED. |

## 18. Damages

| |
|---|
| As a jury, as to the liability determined by you in the first phase of the case, regarding the injured party, do you find that the injured party has incurred damages in an amount exceeding nominal damages of $1.  YES [ ]  NO [ ] |
| IF YOU ANSWER YES, THEN THE AMOUNT OF DAMAGES IS (IDENTIFY THE PARTY AND THE AMOUNT OF DAMAGES FOR THAT PARTY) <br> [] Party Name: _____ |

Respectfully submitted,

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
 v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com

**CERTIFICATE OF SERVICE**

I hereby certify my belief that a true and correct copy of the foregoing was served upon the following counsel via the Court's CM/ECF System on the date set forth below:

January 12, 2023

Julian E. Neiser, Esq.
jneiser@spilmanlaw.com
James C. Walls , III
jwalls3@spilmanlaw.com
SPILMAN THOMAS & BATTLE, PLLC

Respectfully submitted,

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
 v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com

13