**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NUMBER: 2:18-cv-00722-PLD |
| Plaintiffs, v. | The Hon. Patricia L. Dodge |
| PENNSYLVANIA SKILL GAMES, LLC, | **PENNSYLVANIA SKILL GAMES' TRIAL DESIGNATIONS** |
| Defendant. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Plaintiff, v. | |
| PACE-O-MATIC, INC. and MIELE MAN-UFACTURING, INC. | |
| Defendants. | |

In accordance with this Court's Pretrial Order [ECF 194, 256], PSG hereby makes the following deposition Designations[1]:

1.    PSG hereby incorporates its filing at ECF 238 by this reference.

2.    In prudence and caution, PSG hereby further designates the deposition transcripts of Wayne DeLuca, Esq., who is a material witness in the case.  Mr. DeLuca is now represented by counsel who has informally raised a health unavailability objection, which is under consideration. It is reasonably probable that motion practice may be conducted regarding any assertion that Mr.

---

[1] The POM Parties have stipulated before this Court on the record that all persons on their "Will Call" list [ECF 198-1] will appear at trial and be available to PSG to call at trial, as well as Rick Goodling and Chris O'Bier who are on the POM Parties' "May Call" list and PSG's "Will Call" list [ECF 204-1].  PSG reserves the right to use the discovery documents for all other proper purposes.

DeLuca is completely unable to attend trial (with or without accommodations).  The transcript designations are dated July 10, 2020 in the above-captioned matter, as well as the transcript dated May 24, 2021, *Pennsylvania Skill Games v. Action Skill Games,* 2:20-cv-01177-PLD, P54:L14–P59:L10 (Exhibit A).

3.      Michael Boodram Deposition, dated October 22, 2020, P8:L7–P10:L8.

4.      PSG reserves its rights, having made objections as set forth in ECF 244 regarding the use of discovery for available witnesses at trial.[2]

Respectfully submitted,

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com

---

[2] See, *Kirby v. J.C. Penney Corp., Inc.,* 2009 WL 3651199 (WD.Pa 2009, McVerry, J.)  ("The preference for live testimony at trial rather than deposition testimony as a substitute is uniformly stressed in case law.")  Moreover, the excerpts claimed by the POM Parties are wrapped within and subject to PSG's stated written objections that would need to be read to the jury with a ruling on the objection, and the opportunity for an unqualified response at trial.

**CERTIFICATE OF SERVICE**

I hereby certify my belief that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF System on the date set forth below:

 January 18, 2023

Respectfully submitted,

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
 v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com