IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| | CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

**POM PARTIES' NOTICE OF PREVISOULY DESIGNATED DEPOSITION AND DISCOVERY EXCERPTS TO BE OFFERED AT TRIAL**

AND NOW COMES Pace-O-Matic, Inc. ("Pace"), POM of Pennsylvania, LLC, Savvy Dog Systems, LLC, and Miele Manufacturing, Inc., ("Miele") (hereinafter referred to as the "POM Parties"), by and through their undersigned counsel, pursuant to this Court's Amended Pretrial Order [ECF 256], and submits this Notice indicating which of the previously designated deposition and discovery excerpts the POM Parties' plan to offer at trial, and state as follows:

1.      April 17, 2019 Videotape Deposition of Albert Unis, III, as set forth in ECF 239;

2.      April 18, 2019 Videotape Deposition of Albert Unis, IV, as set forth in ECF 239;

3.      July 8, 2020 Deposition of James McDanel, as set forth in ECF 239 (if the witness is unavailable);

4.      July 9, 2020 Deposition of Michael Mangerie, as set forth in ECF 239 (if the witness is unavailable);

5.      August 24, 2020 Deposition of Richard W. Bigrigg, as set forth in ECF 239 (if the witness is unavailable);

6.    August 24, 2020 Deposition of Robert McDanel, as set forth in ECF 239 (if the witness is unavailable);

7.    September 15, 2020 Zoom Videoconference Deposition of Brent Mayes, as set forth in ECF 239 (if the witness is unavailable);

8.    January 29, 2021 Attorneys' Eyes Only Remote Video Deposition of Albert Unis, IV, as set forth in ECF 239;

9.    June 2, 2021 Zoom Deposition of Jeffrey Mayle in *Pennsylvania Skill Games, LLC v. Action Skill Games, LLC, and POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC,* Civil Action No. 20-cv-0117-PLD (USDC WD Pa.), as set forth in ECF 239;

10.    November 16, 2018 Answers and Objections to POM of Pennsylvania, LLC's First Set of Interrogatories, as set forth in ECF 240;

11.    September 21, 2020 Pennsylvania Skill Games Supplemental Responses to POM of Pennsylvania, LLC's First Set of Interrogatories, as set forth in ECF 240;

12.    October 20, 2020 Pennsylvania Skill Games Response and Objections to POM of Pennsylvania, LLC's First Request for Admissions, as set forth in ECF 240;

13.    October 26, 2020 Pennsylvania Skill Games Response and Objections to Savvy Dog, LLC's First Set of Interrogatories, as set forth in ECF 240;

These designations may be used in whole or in part at any time during the case. The POM Parties reserve all rights to amend these designations. Additionally, the POM Parties may add new designations per this Court's Amended Scheduling Order.

Further, the POM Parties are relying upon the representations of PSG that the witnesses identified in its Pretrial Statement [ECF 204] will appear in person at trial. To the extent that any witness identified in either the POM Parties' Pretrial Statement [ECF 198] or PSG's Pretrial

2

15304546

Statement [ECF 204] become unavailable, the POM Parties reserve the right to designate the

deposition testimony of said witness.

Respectfully submitted,

Dated:  January 18, 2023                     SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Jonathan A. Deasy
    Jonathan A. Deasy
    Pa. Id. No. 327496
    One Oxford Centre, Suite 3440
    301 Grant Street
    Pittsburgh, PA  15219
    T:  (412) 325-3306
    F:  (412) 325-3324
    E:  jdeasy@spilmanlaw.com

**Attorneys for Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC,

               Plaintiffs/Counterclaim Defendants,

            v.

PENNSYLVANIA SKILL GAMES, LLC,

               Defendant/Counterclaim Plaintiff.

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

The Honorable Patricia L. Dodge

### CERTIFICATE OF SERVICE

I, Jonathan A. Deasy, counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc., do hereby certify that on the 18th day of January, 2023, I served the foregoing **POM Parties' Notice of Previously Designated Deposition and Discovery Excerpts to be Offered at Trial** to counsel of record via the Court's CM/ECF System:

Via email to [mailroom.grz@zegarelli.com](mailto:mailroom.grz@zegarelli.com)

Gregg R. Zegarelli, Esquire
Technology & Entrepreneurial
Ventures Law Group, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA  15241-2565

**Counsel for Pennsylvania Skill Games, LLC**

SPILMAN THOMAS & BATTLE, PLLC

By:  /s/ Jonathan A. Deasy
       Jonathan A. Deasy