15473153

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

        Plaintiffs/Counterclaim
        Defendants,

        v.

PENNSYLVANIA SKILL GAMES, LLC,

        Defendant/Counterclaim
        Plaintiff.

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

The Honorable Patricia L. Dodge

## POM PARTIES' DEPOSITION TESTIMONY DESIGNATIONS OF WAYNE DELUCA

AND NOW COMES Pace-O-Matic, Inc. ("Pace"), POM of Pennsylvania, LLC, Savvy

Dog Systems, LLC, and Miele Manufacturing, Inc., ("Miele") (hereinafter referred to as the

"POM Parties"), by and through their undersigned counsel, and files the within Deposition

Testimony Designations of Wayne V. DeLuca in accordance with this Court's Amended Pretrial

Order [ECF 256][1], and state as follows:

1.      July 10, 2020 Deposition of Wayne V. DeLuca:

| FROM | TO |
| --- | --- |
| p. 5, ln 8 | p. 5, ln 10 |
| p. 5, ln 16 | p. 5, ln 18 |
| p. 20, ln 21 | p. 20, ln 25 |
| p. 24, ln 21 | p. 24, ln 22 |
| p. 30, ln 4 | p. 30, ln 25 |
| p. 31, ln 5 | p. 31, ln 9 |

---

[1] The parties have been contacted by counsel for Mr. DeLuca who represented that Mr. DeLuca is currently dealing with various health-related issues. As such, it is anticipated that Mr. DeLuca will be unavailable, as defined in Rule 32(a)(4) of the Federal Rules of Civil Procedure.

15473153

| FROM | TO |
|---|---|
| p. 36, ln 16 | p. 37, ln 1 |
| p. 40, ln 7 | p. 40, ln 18 |
| p. 44, ln 24 | p. 45, ln 9 |
| p. 45, ln 23 | p. 51, ln 13 |
| p. 54, ln 2 | p. 54, ln 14 |
| p. 71, ln 12 | p. 71, ln 19 |
| p. 71, ln 23 | p. 72, ln 4 |
| p. 72, ln 15 | p. 72, ln 19 |
| p. 73, ln 14 | p. 73, ln 20 |
| p. 74, ln 5 | p. 74, ln 13 |
| p. 75, ln 24 | p. 76, ln 7 |
| p. 77, ln 19 | p. 78, ln 6 |
| p. 78, ln 12 | p. 79, ln 16 |
| p. 79, ln 25 | p. 80, ln 13 |
| p. 81, ln 13 | p. 81, ln 21 |
| p. 82, ln 1 | p. 82, ln 15 |
| p. 96, ln 12 | p. 97, ln 15 |
| p. 99, ln 9 | p. 102, ln 18 |
| p. 103, ln 5 | p. 103, ln 9 |

2.  May 24, 2021 Deposition of Wayne V. DeLuca:

| FROM | TO |
|---|---|
| p. 5, ln 19 | p. 5, ln 23 |
| p. 22, ln 8 | p. 23, ln 6 |
| p. 33, ln 12 | p. 33, ln 22 |
| p. 68, ln 21 | p. 69, ln 14 |
| p. 71, ln 1 | p. 71, ln 17 |
| p. 80, ln 12 | p. 80, ln 19 |
| p. 83, ln 11 | p. 83, ln 25 |
| p. 84, ln 2 | p. 84, ln 6 |

15473153

| FROM | TO |
|---|---|
| p. 88, ln 1 | p. 89, ln 3 |
| p. 89, ln 16 | p. 91, ln 16 |
| p. 91, ln 23 | p. 92, ln 9 |
| p. 93, ln 3 | p. 93, ln 7 |

These designations may be used in whole or in part at any time during the case.  The

POM Parties reserve all rights to amend these designations.

Respectfully submitted,

Dated:  January 18, 2023

SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Jonathan A. Deasy

    Jonathan A. Deasy
    Pa. Id. No. 327496
    One Oxford Centre, Suite 3440
    301 Grant Street
    Pittsburgh, PA  15219
    T:  (412) 325-3306
    F:  (412) 325-3324
    E:  jdeasy@spilmanlaw.com

**Attorneys for Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC**

3

15473153

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| | CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

**CERTIFICATE OF SERVICE**

I, Jonathan A. Deasy, counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc., do hereby certify that on the 18th day of January, 2023, I served the foregoing **POM Parties' Deposition Testimony Designations of Wayne V. DeLuca** to counsel of record via the Court's CM/ECF System:

> Via email to mailroom.grz@zegarelli.com
>
> Gregg R. Zegarelli, Esquire
> Technology & Entrepreneurial
> Ventures Law Group, P.C.
> 2585 Washington Road, Suite 134
> Summerfield Commons Office Park
> Pittsburgh, PA  15241-2565
>
> **Counsel for Pennsylvania Skill Games, LLC**

SPILMAN THOMAS & BATTLE, PLLC

By: /s/ Jonathan A. Deasy
      Jonathan A. Deasy