**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

        Plaintiffs,

        v.

PENNSYLVANIA SKILL GAMES, LLC,

        Defendant.

CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

**PENNSYLVANIA SKILL GAMES' RESPONSE TO OBJECTIONS REGARDING WAYNE DELUCA ECF 268**

PENNSYLVANIA SKILL GAMES, LLC,

        Plaintiff,

        v.

PACE-O-MATIC, INC. and MIELE MANUFACTURING, INC.

        Defendants.

The objections by the POM Parties filed today at ECF 268 regarding Wayne Deluca are not ripe, as such; to wit: the designation by PSG was made merely as a courtesy in prudence and caution to notice counsel that Mr. Deluca's deposition testimony is designated if this Court deems him to be completely unfit to testify for trial after taking such evidence as is required for that determination.

Indeed, Mr. Deluca was duly served with a Subpoena on October 18, 2022, to appear at trial. The undersigned was in contact with his wife, Terri Deluca, who indicated that Mr. Deluca was diagnosed with a heart condition requiring an operation. Mr. Deluca was scheduled for a heart condition surgery in early-November and counsel was monitoring his availability to testify at trial.

By unforeseen events, when the trial was re-scheduled for February 13, 2023, Mr. Deluca's wife retrieved and accepted the certified mail notice of re-scheduling and was again cooperative regarding the rescheduled date by telephone call.

The Court should take notice that Mr. Deluca was legal counsel for PSG and was or is currently legal counsel for POM. He is mentioned in the POM Parties' Motion for Summary Judgment [ECF 122-1] multiple times and has knowledge of the seminal events in this case. He is a key witness. As to the Action Skill case designated, that was a different case, with different issues and different parties, however, the portion of testimony identified in the Exhibit A to the designation [ECF 264, Exhibit A] clearly encapsulates a major issue directly applicable to this case regarding exclusivity in Beaver County (which is also exposed in the exhibit related to that testimony).

Regarding the rescheduling, Mr. Deluca is now represented by Attorney Steven Townsend. Attorney Townsend represented to counsel that he contacted chambers and that Mr. Deluca's medical team is preparing grounds to support a motion to quash. The undersigned has not yet received any such motion.

Mr. Deluca remains a noticed trial witness under this Court's subpoena power to appear. There was no obligation to designate Mr. Deluca, and the designation, as indicated, was only made in all prudence and caution as a courtesy. The undersigned suggests that the Court hold any review of the transcript unless and until motion practice is conducted regarding Mr. Deluca's availability for trial, if and after which the issue can be reassessed as justice requires, in context. If Mr. Deluca recovers or does not ultimately file the motion to quash, PSG respectfully expects him to appear at trial as required by law. PSG requests that this issue be further addressed in context at the Pre-Trial Conference on February 2, 2023.

Respectfully submitted,

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, – p.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
 v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com

3

## CERTIFICATE OF SERVICE

I hereby certify my belief that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF System on the date set forth below:

January 25, 2023

Respectfully submitted,

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, – p.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
 v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com

4