**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

      Plaintiffs,

      v.

PENNSYLVANIA SKILL GAMES, LLC,

      Defendant.

PENNSYLVANIA SKILL GAMES, LLC,

      Plaintiff,

      v.

PACE-O-MATIC, INC. and MIELE MAN-
UFACTURING, INC.

      Defendants.

CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

**PENNSYLVANIA SKILL GAMES'
OPPOSITION TO MOTION TO
QUASH SUBPOENA OF WAYNE
DELUCA [ECF 270]**

1. Reference is made to ECF 269, which was filed yesterday by PSG as anticipatory at the time filed, in accordance with Exhibit A, attached hereto. The content of ECF 269 is incorporated herein by this reference. ECF 270 was filed a few hours later by counsel for Mr. Deluca.

2. There is no dispute regarding the effectiveness of the Subpoena served upon Mr. Deluca, which is the subject of the Motion to Quash, ECF 270.

3.  The fact that Mr. Deluca was deposed during discovery is not a *cause* of quashing a subpoena, but only a remedial effect, and proper cause has not been shown.  Counsel for Mr. Deluca argues a point about Mr. Deluca having been deposed, which is neither material grounds for the decision to be made nor is that fact in dispute.  A key witness having been deposed is not a substitution for placing necessary evidentiary grounds of record, and advocacy argument is not a substitution for evidence.  Accordingly, PSG properly demurs to the fact or argument that Mr. Deluca has been deposed.[1]

4.  Respectfully to counsel for Mr. Deluca, the motion to quash is nothing but air, being completely ungrounded, harassing, and frivolous.  It is hearsay conclusory advocacy by an unqualified speaker based upon ungrounded speculative facts that do not or might not exist, and which facts the moving party has the burden to prove *with evidence*.  As presented to this Court, the motion is frivolously presented.  Even after notice to do so, no evidence whatsoever is presented and guessing about medical conditions is not grounds to allow a key witness to be removed from the scrutiny of the jury.

5.  Counsel for Mr. Deluca is seeking relief solely upon the metes and bounds of the Motion to Quash of record, as set forth in the Proposed Order, ECF 270-1.  The Motion to Quash must be summarily denied.  The movant has clearly failed to meet the required burden.  The undersigned suggests that, in the interests of justice, the Motion to Quash is so clearly and convincingly fatally defective that it would be proper summarily to deny it even without opposition filed by PSG.

---

[1] Apparently, both counsel for Mr. Deluca and all the POM Parties assert that Mr. Deluca's testimony is "fully developed."  Perhaps conveniently true for the POM Parties' case, but it is simply untrue speculation regarding PSG.  Mr. Deluca's deposition was only a discovery deposition and occurred prior to a significant amount of discovery and production that occurred after his deposition.  The undersigned has professionally and personally known Wayne for more than 30 years and has nothing but well-wishes for his health, but the motion presented by his counsel is ungrounded hearsay by an unqualified advocate regarding the medical facts argued and clearly fails in meeting the required burden.

Respectfully submitted,

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
  VENTURES LAW GROUP, – p.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
 v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com

## CERTIFICATE OF SERVICE

I hereby certify my belief that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF System on the date set forth below:

January 26, 2023

Respectfully submitted,

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, – p.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
 v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com

4