# CARDIOVASCULAR DISEASE SPECIALISTS OF PITTSBURGH, PC

 

**Ricci Minella, M.D.     Benjamin Kalsmith, M.D.     Meghan Trojan, D.O.     Joseph O'Toole, M.D.**

*5750 Centre Avenue • Centre Commons Building • Suite 510 • Pittsburgh, PA 15206 • Phone: 412.924.1100 • Fax: 412.924.1111*

January 25, 2023

Steven Townsend, Esquire
564 Forbes Avenue
Penthouse
Pittsburgh, PA  15219

Re:  Wayne DeLuca

Mr. Townsend,

It has come to my attention that Mr. DeLuca is to appear in court on February thirteenth two thousand twenty-three.  Mr. Deluca is recovering from major heart surgery and currently in Cardiac Rehabilitation. It is my opinion that he is not medically able to attend.

If you should have any questions or concerns, please feel free to contact me at 412-924-1100.

Thank you,

Joseph O'Toole, M.D. F.A.C.C.