**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WESTERN PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

    Plaintiffs/Counterclaim
Defendants,

The Honorable Patricia L. Dodge

    v.

PENNSYLVANIA SKILL GAMES, LLC,

    Defendant/Counterclaim
Plaintiff.

**THE POM PARTIES' PROPOSED SUPPLEMENTAL VOIR DIRE**

AND NOW COMES Pace-O-Matic, Inc. ("Pace"), POM of Pennsylvania, LLC, Savvy Dog Systems, LLC, and Miele Manufacturing, Inc., ("Miele") (hereinafter referred to as the "POM Parties"), by and through their undersigned counsel, pursuant to this Court's Amended Pretrial Order [ECF 256], and submits the following proposed voir dire as a supplement to the Court's standard voir dire:

1. Have you or anyone you know ever played touch screen skill games?

2. Do you or anyone you know have an addiction to gaming or touch screen gaming?

3. Do you have any strong positive or negative feelings about electronic gaming?

1

Respectfully submitted,

Dated:  January 26, 2023

SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Jonathan A. Deasy
 Jonathan A. Deasy
 Pa. Id. No. 327496
 One Oxford Centre, Suite 3440
 301 Grant Street
 Pittsburgh, PA  15219
 T:  (412) 325-3306
 F:  (412) 325-3324
 E:  jdeasy@spilmanlaw.com

**Attorneys for Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC**

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| | CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

## CERTIFICATE OF SERVICE

I, Jonathan A. Deasy, counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc., do hereby certify that on the 26th day of January, 2023, I served the foregoing **POM Parties' Proposed Supplemental Voir Dire** to counsel of record via the Court's CM/ECF System:

Via email to mailroom.grz@zegarelli.com

Gregg R. Zegarelli, Esquire
Technology & Entrepreneurial
Ventures Law Group, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA  15241-2565

**Counsel for Pennsylvania Skill Games, LLC**

SPILMAN THOMAS & BATTLE, PLLC

By:  /s/ Jonathan A. Deasy
     Jonathan A. Deasy

3