**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

        Plaintiffs,

        v.

PENNSYLVANIA SKILL GAMES, LLC,

        Defendant.

PENNSYLVANIA SKILL GAMES, LLC,

        Plaintiff,

        v.

PACE-O-MATIC, INC. and MIELE MAN-
UFACTURING, INC.

        Defendants.

CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

**PENNSYLVANIA SKILL GAMES'
PROPOSED SUPPLEMENTAL VOIR
DIRE QUESTIONS**

PSG hereby set forth their proposed *voir dire* supplemental questions that may be asked, in sub-

stantial form, as set forth in Exhibit A, attached hereto, incorporated herein, and made a part hereof.

The aforesaid parties reserve the right to make such jury inquiries as proposed by any other party

in this action.  The aforesaid parties reserve the right to amend through the date of trial as the law

may permit.

Dated: January 26, 2023

        s/Gregg R. Zegarelli
        Gregg R. Zegarelli, Esq.
        Pa. I.D. #52717

        TECHNOLOGY & ENTREPRENEURIAL
        VENTURES LAW GROUP, P.C.
        2585 Washington Road, Suite 134

Pittsburgh, PA 15241-2565, USA
v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com

**CERTIFICATE OF SERVICE**

I hereby certify my belief that a true and correct copy of the foregoing document was served upon the following counsel via the Court's CM/ECF System on the date set forth below:

 January 26, 2023

Julian E. Neiser, Esq.
SPILMAN THOMAS & BATTLE, PLLC
jneiser@spilmanlaw.com

Respectfully submitted,

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
 v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com