# AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA  )
                                          ) SS:
COUNTY OF __Allegheny__     )

On this 26th day of January, 2023, before me, the undersigned Notary Public, personally appeared Albert Unis, IV of 1806 Hassam Road, Coraopolis, PA 15108, USA, who being duly sworn according to law, deposes and says:

1.   On January 23, 2023, Pamela Smallis was visiting my mother, Michelle Unis. Ms. Smallis indicated having seen Pennsylvania Skill machines at Primanti Brother's restaurant at 3944 Brodhead Rd Suite #1, Monaca, PA 15061. This location is in Beaver County.

2.   I visited the location and the games are operated by Deleo Games, Inc., a competitive operator and is believed to purchase games from Miele.

3.   Upon discussing the situation with counsel, I was requested to obtain clear pictures of the operator's games, which I did on January 25, 2023 and forwarded them to counsel. The pictures are attached.

4.   Deleo Games/Thomas Deleo was subpoenaed to testify in this case on or about November 15, 2022. At the time he was subpoenaed, I did not know he was an operator with games in Beaver County.

_____
Albert Unis, IV

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Kimberly A. Lebak, Notary Public
Allegheny County
My commission expires November 7, 2026
Commission number 1427000
Member, Pennsylvania Association of Notaries

My commission expires: 11/07/2024





