AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Western District of Pennsylvania

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC et al | ) |
| *Plaintiff* | ) |
| v. | )  Case No.  2:18-CV-00722 |
| PENNSYLVANIA SKILL GAMES, LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

POM OF PENNSYLVANIA, LLC et al                                                      .

Date:     01/27/2023                                         /s/ Anthony Hassey
                                                              *Attorney's signature*

                                                    Anthony Hassey Bar No. 324939
                                                       *Printed name and bar number*
                                                         One Oxford Centre
                                                    301 Grant Street, Suite 3440
                                                       Pittsburgh, PA 15219

                                                              *Address*

                                                    ahassey@spilmanlaw.com
                                                           *E-mail address*

                                                         (412)  325-1118
                                                        *Telephone number*

                                                         (412)  325-3324
                                                           *FAX number*