**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

---

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

        Plaintiffs,

        v.

PENNSYLVANIA SKILL GAMES, LLC,

        Defendant.

---

PENNSYLVANIA SKILL GAMES, LLC,

        Plaintiff,

        v.

PACE-O-MATIC, INC. and MIELE MAN-
UFACTURING, INC.

        Defendants.

---

CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

**CERTIFICATE OF COMPLIANCE
WITH ECF 280**

Reference is made to ECF 280.  The undersigned certifies additionally serving ECF 277 and exhibits thereto, and ECF 280, to counsel for Mr. Deluca, Steven C. Townsend, at stownsend@pghlaw.com.  It appeared to the undersigned that Mr. Townsend was expressly included on the ECF distribution list, as set forth in the ECF email confirmation.

        Respectfully submitted,

        s/Gregg R. Zegarelli
        Gregg R. Zegarelli, Esq.
        Pa. I.D. #52717

        TECHNOLOGY & ENTREPRENEURIAL
         VENTURES LAW GROUP, – p.C.
        2585 Washington Road, Suite 134

Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com

2

# CERTIFICATE OF SERVICE

I hereby certify my belief that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF System on the date set forth below.  The undersigned also service counsel for Mr. Deluca, Steven C. Townsend, Esq., at stownsend@pghlaw.com.

 January 27, 2023

                                         Respectfully submitted,

                                         s/Gregg R. Zegarelli
                                         Gregg R. Zegarelli, Esq.
                                         Pa. I.D. #52717

                                         TECHNOLOGY & ENTREPRENEURIAL
                                           VENTURES LAW GROUP, – p.C.
                                         2585 Washington Road, Suite 134
                                         Summerfield Commons Office Park
                                         Pittsburgh, PA 15241-2565, USA
                                          v.412.833.0600 f.412.833.0601
                                         mailroom.grz@zegarelli.com

3