## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NUMBER: 2:18-cv-00722-PLD |
| Plaintiffs, v. | The Hon. Patricia L. Dodge |
| PENNSYLVANIA SKILL GAMES, LLC, | **PENNSYLVANIA SKILL GAMES' RESPONSE TO [UNDESIGNATED] COUNTER-MOTION TO QUASH SUBPOENA FILED BY THE POM PARTIES ON BEHALF OF THE INTERESTS OF THIRD PARTY WITNESS DELEO GAMES [ECF 284]** |
| Defendant. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Plaintiff, v. | |
| PACE-O-MATIC, INC. and MIELE MANUFACTURING, INC. | |
| Defendants. | |

1.      The POM Parties are *de facto* acting on behalf of *third-party* witnesses in a manner that serves the interests of the POM Parties to challenge the presentation of testimony to the jury for a just and fair trial.  Clearly the POM Parties are acting in conjunction with the third parties witnesses at issue.  Their filings evidence exactly what they are, and the wisdom of this Court can glean the context.[1]

2.      **The POM Parties did not forthrightly provide this Court in ECF 284 with the evidence *expressly* <u>withdrawing their objection</u> to the production requested in ECF 283 but sent notice too late being while PSG was transmitting the ECF filing.**  <u>Exhibit A</u>.

---

[1] The POM Parties filed a motion to quash within its response, which was not the subject of PSG's motion to compel production.  The POM Parties have conflated two different issues in their "response."

3.      The reason why the POM Parties proactively changed their tack and expressly with-drew their objection (albeit a moment too late) is simply this: They tried to get "ahead of it" by offering to give evidence of <u>one machine in Beaver County</u>, so that they might evade an order for Deleo Games to produce a <u>list of all games in Beaver County</u>.  "Just give us the TID" say the POM Parties, which requires PSG to have the very thing first, being the location; but that begs the question: PSG does not know all the locations.[2]  The POM Parties should not get to evade continued injury to PSG by a last minute large order at a well-known wide-spread franchise.

4.      If Mr. Deleo appears at the pre-trial conference to present a motion to quash, apparently with *de facto* legal counsel by the POM Parties, this Court may also ask if his company has games in Beaver County, how difficult would it be to produce a list for how many games, for how long, with whom he dealt at POM, why he did not retrieve his certified mail or was directed not to do so, how he learned of the rescheduling, evidence of how long his vacation travel was booked, etc.  *See* <u>Exhibit B</u>; ECF 284-1.

WHEREFORE, Pennsylvania Skill Games prays that its Motion to Quash be DENIED

Dated: January 31, 2023

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.
2585 Washington Road, Suite 134
Pittsburgh, PA 15241-2565, USA
v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com

---

[2] "Bringing down" evidence is not unusual, and the request is not burdensome.  "All things are difficult for the unwilling" of course.  The POM Parties have themselves asked PSG for discovery updates regarding machine locations.

## RULE 26(c)(1) and 37(a)(1) CERTIFICATION

I hereby certify that on January 16, 2021, at 4:54 P.M., I conferred in good faith with the counsel for the non-moving party in attempt to resolve the within discovery dispute without court intervention, but was unable to do so.

January 31, 2023

Julian E. Neiser, Esq.
SPILMAN THOMAS & BATTLE, PLLC
jneiser@spilmanlaw.com

Respectfully submitted,

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com

**CERTIFICATE OF SERVICE**

I hereby certify my belief that a true and correct copy of the foregoing Motion to Compel was served upon the following counsel via the Court's CM/ECF System on the date set forth below:

January 31, 2023

Julian E. Neiser, Esq.
SPILMAN THOMAS & BATTLE, PLLC
jneiser@spilmanlaw.com

Respectfully submitted,

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
 v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com