IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

      Plaintiffs,

      V.

PENNSYLVANIA SKILL GAMES, LLC,

      Defendant.

---

PENNSYLVANIA SKILL GAMES, LLC,

      Plaintiff,

      V.

PACE-O-MATIC, INC. and MIELE MAN-
UFACTURING, INC.

      Defendant.

---

CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

**MOTION FOR LEAVE TO FILE RE-
PLY**

**PENNSYLVANIA SKILL GAMES' MOTION FOR
LEAVE TO FILE REPLY**

AND NOW, comes PENNSYLVANIA SKILL GAMES, by and through its counsel:

Reference is made to this Court's Order, ECF 282, granting leave to file supplemental responses regarding ECF 277, request for evidentiary hearing by PSG.  At 1:13 P.M. yesterday, Mr. Deluca, the moving party, filed supplemental *legal arguments* at ECF 289 with argument referencing legal citations that were not provided in its motion to quash [ECF 270].

Although this Court's 2:00 P.M. deadline regarding allowing supplemental legal arguments and any additional supporting evidence by Mr. Deluca has now duly passed, PSG seeks fair leave to reply to the new legal arguments presented to this Court by Mr. Deluca, as set forth in Exhibit 1. This is also particularly important in light of the schedule for this Court to review the case law cited.

WHEREFORE, PSG requests that its Motion for Leave to be GRANTED.

February 2, 2023                                     s/Gregg R. Zegarelli

                                                    Gregg R. Zegarelli, Esq.
                                                    Pa. I.D. #52717

                                                    TECHNOLOGY & ENTREPRENEURIAL
                                                     VENTURES LAW GROUP, P.C.

                                                    Administrative Office:
                                                    2585 Washington Road, Suite 134
                                                    Summerfield Commons Office Park
                                                    Pittsburgh, PA 15241-2565, USA
                                                    v.412.833.0600
                                                    f.412.833.0601
                                                    mailroom.grz@zegarelli.com

**CERTIFICATE OF SERVICE**

I hereby certify my belief that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF System on the date set forth below.  The undersigned also served counsel for Mr. Deluca, Steven C. Townsend, Esq., at stownsend@pghlaw.com.

February 2, 2023

Respectfully submitted,

s/Gregg R. Zegarelli

Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.

Administrative Office:
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
v.412.833.0600  f.412.833.0601
mailroom.grz@zegarelli.com