**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

---

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

        Plaintiffs,

        v.

PENNSYLVANIA SKILL GAMES, LLC,

        Defendant.

---

PENNSYLVANIA SKILL GAMES, LLC,

        Plaintiff,

        v.

PACE-O-MATIC, INC. and MIELE MAN-
UFACTURING, INC.

        Defendants.

---

CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

**PENNSYLVANIA SKILL GAMES'
PRE-TRIAL EXHIBIT OBJECTIONS**

PSG does not reiterate objections of record or otherwise ruled upon (Exhibit 44), and reserves all rights to make proper objections at trial.

1. **Exhibit No. 37.** Exhibit. 37 is email by Michael Pace (who will testify), produced by the POM Parties. The version in the exhibit binders for the December trial was Exhibit A. The Joint Index for Exhibit 37 does not indicate redaction; however, the undersigned has now determined that new redacted version apparently has been replaced or added in the paper binders without specific knowledge of PSG. Exhibit B. PSG does not intend to use the redacted version. The redacted version was neither under the Exhibit 37 tab for the trial as originally submitted, nor identified as such in the Joint Exhibit List. It was discovered upon review of the electronic document download. PSG's paper versions are now apparently out of sync, and request has been made to

counsel for the POM Parties to supply each specific "updates" made to the Court's paper set.  The suggested redaction is material and improper.  FRE 801(d)(2), 803)(1),(5), 804(3)(a); 807.  PSG presents this in all prudence and caution, as any form of exclusion to Exhibit 37 is properly by the objection of the POM Parties.  Counsel for the POM Parties and PSG has a meet and confer scheduled for tomorrow.

2.  **Item Nos. 199–200.**  PSG objects to website proffered by the POM Parties, Exhibits 199–200 as self-serving post-litigation statements.  Although the websites may be admissions, they are not appropriate for the POM Parties' case in chief.

3.  **Item No. 141.**  PSG objects to the joint inclusion and/or aggregation of in Exhibits 141-A of joint expenses by plaintiff POM of Pennsylvania with Pace-O-Matic as a defendant in the PSG Case.  For Exhibits 141-A–141-B, there is no reasonable method to determine the accuracy of the financial aggregations, as line items; that is, the summary is not capable of reasonable objective verification.

Dated: February 6, 2023

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
PA I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.
2585 Washington Road, Suite 134
Pittsburgh, PA 15241-2565, USA
v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com

## CERTIFICATE OF SERVICE

I hereby certify my belief that a true and correct copy of the foregoing document was served upon the following counsel of record via the Court's CM/ECF System on the date set forth below:

February 6, 2023

                           Respectfully submitted,

                           s/Gregg R. Zegarelli
                           Gregg R. Zegarelli, Esq.
                           Pa. I.D. #52717

                           TECHNOLOGY & ENTREPRENEURIAL
                            VENTURES LAW GROUP, P.C.
                           2585 Washington Road, Suite 134
                           Summerfield Commons Office Park
                           Pittsburgh, PA 15241-2565, USA
                           v.412.833.0600 f.412.833.0601
                           mailroom.grz@zegarelli.com