**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WESTERN PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

     Plaintiffs/Counterclaim
     Defendants,

       v.

PENNSYLVANIA SKILL GAMES, LLC,

     Defendant/Counterclaim
     Plaintiff.

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

The Honorable Patricia L. Dodge

**POM PARTIES' OBJECTIONS TO EXHIBITS**

AND NOW COMES Pace-O-Matic, Inc. ("Pace"), POM of Pennsylvania, LLC, Savvy

Dog Systems, LLC, and Miele Manufacturing, Inc., ("Miele") (hereinafter referred to as the

"POM Parties"), by and through their undersigned counsel, pursuant to this Court's Order [ECF

295], and submits this list of objected to exhibits for discussion at the supplemental pretrial

conference scheduled for February 8, 2023. The POM Parties object to PSG's naming and/or

classification as unfairly prejudicial. For example, PSG's classification of Exhibit 102 as

"invoices violating most favored nation" is unfairly prejudicial and misleading to the jury.

Subject to and without waiver of this objection, the POM Parties object to PSG's exhibits

as follows. Only the exhibits to which the POM Parties object are noted:

| Exhibit Number | Exhibit Type | Description | Basis for Objection |
|---|---|---|---|
| 80. | D | Pace Reorganization Chart | Relevance.<br><br>Exhibit is subject to MIL Order excluding evidence and testimony related to non-POM parties. [ECF 253]. |

1

| 81. | D. | Comparison Video-Provided Separately | Relevance. Lacks necessary expert testimony.<br><br>Exhibit is subject to MIL Order excluding evidence and testimony regarding legality of software, hardware, or terminals. [ECF 249]. |
| 83-B. | D. | Miele Websites | Relevance. Hearsay.<br><br>No objection as to portion identified as Exhibit 24.5 (PSG-000547, 001498, 001500-001501, 001523). |
| 84. | D. | Miele Amusements WHOIS | Relevance. |
| 86. | D. | ActionBlue Distribution Agreement drafted by Wayne Deluca | Relevance. |
| 87. | D. | POM 2018 Beaver Case Official Docket Sheet | Relevance. |
| 88. | D. | Playtronics Purchase Invoice | Relevance.<br><br>Exhibit 88 also is duplicative of Exhibit 159. |
| 97. | D. | Warren CFO Statement Email | Relevance. |
| 98. | D. | Gianni Floro, Esq. letter to Moon Township | Relevance. Hearsay. |
| 99. | J. | DNW Group Invoice 369 | Relevance.<br><br>The POM Parties respectfully withdraw its joint designation. |
| 100. | D. | Bill Rodgers Client Files | Relevance. Hearsay. Subject to Parol Evidence Rule.<br><br>The POM Parties object to this exhibit in its entirety. This is collective exhibit of numerous drafts of contracts and other statements ostensibly by Attorney Rodgers that appear to be hearsay. |
| 101-D. | D. | Emails regarding refusal to fill | Relevance. Hearsay. Rule 403. |

| 101-E. | D. | Neiser Letter regarding refusal to fill | Relevance. |
|---|---|---|---|
| 102. | D. | Invoices Violating Most Favored Nation-Seal [GROUP EXHIBIT] | *Objection as to PSG's classification/use of the name "invoices violating most favored nation."* |
| 105. | D. | Operators Felons | Relevance. Hearsay.<br><br>Exhibit is subject to MIL Order excluding evidence and testimony regarding legality of software, hardware, or terminals. [ECF 249]. |
| 106-A. | D. | Raid Article | Relevance. Hearsay.<br><br>Exhibit is subject to MIL Order excluding evidence and testimony regarding legality of software, hardware, or terminals. [ECF 249]. |
| 106-B. | D. | Raid Article | Relevance. Hearsay.<br><br>Exhibit is subject to MIL Order excluding evidence and testimony regarding legality of software, hardware, or terminals. [ECF 249].<br><br>Exhibit 106-B is duplicative of Exhibit 213. |
| 106-C. | D. | Raid Article | Relevance. Hearsay.<br><br>Exhibit is subject to MIL Order excluding evidence and testimony regarding legality of software, hardware, or terminals. [ECF 249]. |
| 108. | D. | POM Corporate Formation Filings | Relevance.<br><br>Exhibit is subject to MIL Order excluding evidence and testimony relating to non-POM parties. [ECF 253]. |

| 109. | D. | PSG Registration Certificate 87856441 | Relevance.<br><br>Exhibit is subject to MIL Order excluding evidence and testimony relating to supplemental registrations. [ECF 250]. |
|---|---|---|---|
| 110-A. | D. | AU4 Warren Texts | Relevance.<br><br>Exhibit is subject to MIL Order limiting evidence related to Miele's activities for breach of EPA to those that occurred in/relating to Beaver County. [ECF 255].<br><br>Exhibit 110-A and Exhibit 110-B are duplicative of each other. |
| 110-B. | D. | AU4 Warren Texts | Relevance.<br><br>Exhibit is subject to MIL Order limiting evidence related to Miele's activities for breach of EPA to those that occurred in/relating to Beaver County. [ECF 255].<br><br>Exhibit 110-A and Exhibit 110-B are duplicative of each other. |
| 110-C. | D. | AU4 Text Messages to Pace | Relevance. |
| 111-A. | D. | New Castle Expansion Emails | Relevance.<br><br>Exhibit 111-A and Exhibit 111-B are duplicative of each other, in part. |
| 111-B. | D. | New Castle Expansion Emails | Relevance.<br><br>Exhibit 111-A and Exhibit 111-B are duplicative of each other, in part. |
| 116-A. | D. | Miele competitor evidence | Relevance.<br><br>Exhibit is subject to MIL Order limiting evidence related to Miele's activities for breach of EPA to those that occurred in/relating to Beaver County. [ECF 255]. |

| | | | |
|---|---|---|---|
| 116-B. | D. | Miele competitor evidence | Relevance.<br><br>Exhibit is subject to MIL Order limiting evidence related to Miele's activities for breach of EPA to those that occurred in/relating to Beaver County. [ECF 255]. |
| 116-C. | D. | Miele competitor evidence | Relevance. Hearsay. |
| 116-D. | D. | Miele competitor evidence | Relevance.<br><br>Agreement is not signed and may be subject to Parol Evidence Rule. |
| 116-E. | D. | Miele competitor evidence | Relevance. |
| 117. | D. | Site Pictures | Relevance. |
| 118. | D. | Nicole Miele Texts | Relevance. |
| 119-A. | D. | Warren Draft Agreement Emails | Relevance. |
| 119-B. | D. | Price Increase for PSG | Relevance. |
| 119-E. | D. | Warren to Unis Email | Relevance.<br><br>Exhibit 119-E is duplicative of 111-B, in part. |
| 119-F. | D. | Warren to Deluca Email | Relevance. Parol Evidence Rule. |
| 119-J. | D. | Michael Pace Emails | Relevance. |
| 119-K. | D. | Wood to Unis re Draft of MOU | Relevance.<br><br>Exhibit 119-K is duplicative of 119-A, in part. |
| 119-L. | D. | Wood to Warren Email | Relevance. Parol Evidence Rule. |
| 120. | D. | Pictures | Relevance. |

| 121. | D. | Game Release Documentation | Relevance.<br><br>Exhibit is subject to MIL Order excluding evidence and testimony regarding legality of software, hardware, or terminals. [ECF 249].<br><br>Exhibit is relevant only to ".44" version of software in conformity with "Compliant Terminals" as defined in the EPA. |
|---|---|---|---|
| 123-A. | D. | Terminal Screenshots | Relevance.<br><br>Exhibit is subject to MIL Order excluding evidence and testimony regarding legality of software, hardware, or terminals. [ECF 249]. |
| 123-B. | D. | Terminal Screenshots | Relevance.<br><br>Exhibit is subject to MIL Order excluding evidence and testimony regarding legality of software, hardware, or terminals. [ECF 249]. |
| 126-D. | D. | Lazar Deposition Pennsylvania Operator Agreement | Relevance. |
| 127-B. | D. | Bigrigg GMR Deposition Ex. 4, Pennsylvania Operator Agreement | Relevance. |
| 127-C. | D. | Bigrigg GMR Deposition Ex. 6, Invoices [GROUP] | Voluminous.<br><br>Exhibit 127-C should be a summary as set forth in this Court's Amended Pretrial Order [ECF 256] and Rule 1006. |
| 128-A. | D. | Deluca POM Deposition, Ex. B.2, Farley Letter 1/3/2018 | Relevance. |
| 128-B. | D. | Deluca POM Deposition, Ex. B.3, Farley Letter 3/26/2019 | Relevance. |
| 128-C. | J. | Deluca POM Deposition Ex. D, Client File | Relevance.<br><br>Exhibit 128-C is duplicative of Exhibit 155.<br><br>The POM Parties respectfully withdraw its joint designation. |

| 128-D. | J. | Deluca POM Deposition Ex. E, Legal Team | Relevance.<br><br>The POM Parties respectfully withdraw its joint designation. |
|---|---|---|---|
| 128-E. | D. | Deluca POM Deposition Ex. F, Client File | Relevance.<br><br>Exhibit 128-E is duplicative of Exhibit 100, in part. |
| 128-F. | D. | Deluca POM Deposition Ex. M, Farley Letter 3/25/2014 | Exhibit 128-F is duplicative of Exhibits 74 and 158. |
| 129-B. | D. | Goodling Compliance Reports [GROUP] | Subject of PSG's Status Report on Compliance Report Redaction. [ECF 288].<br><br>Exhibit 129-B is duplicative of Exhibit 44, in part. |
| 129-D | D. | Goodling Announcement | No objection, but exhibit should be redacted in light of MIL Order excluding evidence and testimony regarding legality of software, hardware, or terminals. [ECF 249].<br><br>Exhibit 129-D is duplicative of Exhibits 75, 77, 134-B, and 179, in part. |
| 131-A. | D. | Mangerie Marsico Deposition Ex. C, TIDs | Relevance (as to non-Beaver County locations).<br><br>Exhibit is subject to MIL Order limiting evidence related to Miele's activities for breach of EPA to those that occurred in/relating to Beaver County. [ECF 255]. |
| 131-C. | D. | Mangerie Marsico Deposition Ex. D, Pennsylvania Location Agreement | Relevance (as to non-Beaver County locations).<br><br>Exhibit is subject to MIL Order limiting evidence related to Miele's activities for breach of EPA to those that occurred in/relating to Beaver County. [ECF 255]. |
| 131-D. | D. | Mangerie Marsico Deposition Ex. E, Invoices [GROUP] | Relevance (as to non-Beaver County locations). May be Voluminous.<br><br>Exhibit is subject to MIL Order limiting evidence related to Miele's activities for |

7

| | | | breach of EPA to those that occurred in/relating to Beaver County. [ECF 255].<br><br>Exhibit 131-D should be a summary as set forth in this Court's Amended Pretrial Order [ECF 256] and Rule 1006. |
|---|---|---|---|
| 131-E. | D. | Mangerie Marsico Deposition Ex. F, Invoices [GROUP] | Relevance (as to non-Beaver County locations). May be Voluminous.<br><br>Exhibit is subject to MIL Order limiting evidence related to Miele's activities for breach of EPA to those that occurred in/relating to Beaver County. [ECF 255].<br><br>Exhibit 131-E should be a summary as set forth in this Court's Amended Pretrial Order [ECF 256] and Rule 1006. |
| 131-F. | D. | Mangerie Marsico, Invoices [GROUP] | Relevance (as to non-Beaver County locations). May be Voluminous.<br><br>Exhibit is subject to MIL Order limiting evidence related to Miele's activities for breach of EPA to those that occurred in/relating to Beaver County. [ECF 255].<br><br>Exhibit 131-F should be a summary as set forth in this Court's Amended Pretrial Order [ECF 256] and Rule 1006. |
| 132-B. | D. | Mayes ProATM, Deposition Ex. 4, Location Listing | Relevance (as to non-Beaver County locations).<br><br>Exhibit is subject to MIL Order limiting evidence related to Miele's activities for breach of EPA to those that occurred in/relating to Beaver County. [ECF 255]. |
| 132-C. | D. | Mayes ProATM, Deposition Ex. 5, Revenue Sheet | Relevance (as to non-Beaver County locations).<br><br>Exhibit is subject to MIL Order limiting evidence related to Miele's activities for breach of EPA to those that occurred in/relating to Beaver County. [ECF 255]. |

| | | | |
|---|---|---|---|
| 132-D. | D. | Mayes ProATM, Deposition Ex. 10, Transfer Form and TIDs | Relevance. |
| 133-A. | J. | Millay Deposition Ex. 14, Sales Meeting Email | Relevance.<br><br>The POM Parties respectfully withdraw its joint designation. |
| 133-C. | D. | Millay Deposition Ex. 6, Miele Terms and Conditions | Relevance. |
| 133-D. | D. | Millay Deposition Ex. 13, Operator Contractor List | Relevance. |
| 134-B. | D. | Ryan Wood Deposition Ex. 33, Lou Miele Announcement | Relevance.<br><br>Exhibit 134-B is duplicative of Exhibits 75, 77, 129-D, and 179, in part. |
| 135-A. | D. | R.McDanel Deposition Ex. 2, TID Listing | Relevance (as to non-Beaver County locations).<br><br>Exhibit is subject to MIL Order limiting evidence related to Miele's activities for breach of EPA to those that occurred in/relating to Beaver County. [ECF 255].<br><br>Exhibit 134-B is duplicative of Exhibits 75, 77, 129-D, and 179, in part. |
| 137-F. | D. | Miser Deposition Ex. 5, MCM Beaver Location Report | Relevance (as to non-Beaver County locations).<br><br>Exhibit is subject to MIL Order limiting evidence related to Miele's activities for breach of EPA to those that occurred in/relating to Beaver County. [ECF 255]. |
| 137-G. | D. | Miser Deposition Ex. 6, MCM Elements Sales by Client | Relevance. |

| 138-A. | D. | McDanel Mac Vending Deposition Ex. 44, Invoices | Relevance (as to non-Beaver County locations). May be Voluminous.<br><br>Exhibit is subject to MIL Order limiting evidence related to Miele's activities for breach of EPA to those that occurred in/relating to Beaver County. [ECF 255].<br><br>Exhibit 138-A should be a summary as set forth in this Court's Amended Pretrial Order [ECF 256] and Rule 1006. |
|---|---|---|---|
| 138-B. | D. | MacDanel Mac Vending Invoices | Relevance.<br><br>Exhibit 138-B contains a mixed variety of invoices from, including but not limited to, Mac Vending, GMR Games. Cool Entertainment, and PA Skill Games |
| 139-A. | D. | CONSOR Expert Report | Expert Reports are not admissible per Court at Pretrial Conference held on 2/2/2023. |
| 139-D. | D. | CONSOR Expert Report- Alternative 17Jun22 | Expert Reports are not admissible per Court at Pretrial Conference held on 2/2/2023. |
| 140. | J. | Invoice | No objection. However, Exhibit 140 needs additional invoices for completeness. The POM Parties will bring those invoices to the pretrial. |
| 141-C. | J. | Financial Data of Pace-O-Matic, Miele Manufacturing, POM of Pennsylvania, and Savvy Dog | Voluminous.<br><br>Exhibit 141-C should be a summary as set forth in this Court's Amended Pretrial Order [ECF 256] and Rule 1006.<br><br>The POM Parties respectfully withdraw its joint designation. |
| 146. | D. | May Offer Agreement | Relevance. Subject to Parol Evidence Rule. |
| 148. | D. | May Offer Agreement | Relevance. |
| 149. | D. | May Offer Arcade news, New Castle, January 10, 2017 | Relevance. Hearsay. |

| 150. | D. | May Offer Ayers Email, March 12, 2020 | Relevance. |
|---|---|---|---|
| 154. | D. | May Offer Deal Document | Relevance. Subject to Parol Evidence Rule.<br><br>Exhibit is subject to MIL Order limiting evidence related to Miele's activities for breach of EPA to those that occurred in/relating to Beaver County. [ECF 255]. |
| 155. | D. | May Offer Deluca file | Relevance.<br><br>Exhibit 155 is duplicative of Exhibit 128-C. |
| 156. | D. | May Offer Equipment Purchase Agreement, May 20, 2015 | Relevance. Subject to Parol Evidence Rule. |
| 158. | D. | May Offer Farley Report to Deluca, March 25, 2014 | Exhibit 158 is duplicative of Exhibits 74 and 128-F. |
| 159. | D. | May Offer Gametronics | Relevance.<br><br>Exhibit 159 is duplicative of Exhibit 88. |
| 160. | J. | May Offer Group Ex. Compliance Officers | No objection. Exhibit 160 however is duplicative of Exhibit 42-F. |
| 165. | D. | May Offer Internal Email Set | Relevance. |
| 166. | D. | May Offer IP Agreement | No objection. Exhibit 166 however is duplicative of Exhibit 19. |
| 167. | D. | May Offer Kyung Email, June 24, 2018 | Relevance. |
| 168. | D. | May Offer Lazar Deposition Exhibit F | Relevance (as to non-Beaver County locations).<br><br>Exhibit is subject to MIL Order limiting evidence related to Miele's activities for breach of EPA to those that occurred in/relating to Beaver County. [ECF 255]. |
| 172. | D. | May Offer Mac Vending Facebook | Relevance. |
| 175. | D. | May Offer Marvin Harris Deposition Transcript | Relevance. Hearsay. |

11

| | | | Exhibit 175 is an entire deposition transcript. |
|---|---|---|---|
| 178. | D. | May Offer Miele Email | Relevance. |
| 179. | D. | May Offer Miele Email [PSG Bates March 23, 2019] | Relevance.<br><br>Exhibit 179 is duplicative of Exhibits 75, 129-D, and 134-B, in part. |
| 180. | D. | May Offer Milich Email, January 11, 2017 | Relevance. |
| 182. | D. | May Offer Picture | Relevance. |
| 184. | D. | May Offer POM Advertisement | Relevance. |
| 185. | D. | May Offer POM Email | Relevance. Hearsay. |
| 186. | D. | May Offer POM Email | Relevance. |
| 188. | D. | May Offer POM Emails re Ordering | Relevance. |
| 189. | D. | May Offer POM Excel | Relevance. |
| 191. | D. | May Offer Email Saying that Gift Package Was Undeliverable) | Relevance. |
| 193. | D. | May Offer PSG Website Pictures | No objection. However, Exhibit 193 is incomplete, out of order, and duplicative. |
| 194. | D. | May Offer Reinhardt Email, August 30, 2019 | Relevance. |
| 195. | D. | May Offer Robert Hawk Deposition Transcript | Relevance. Hearsay.<br><br>Exhibit 195 is an entire deposition transcript. |
| 198. | J. | May Offer Young Email, January 2, 2020 | Relevance.<br><br>The POM Parties respectfully withdraw its joint designation. |

| 207-A. | D. | Summary – Miele fill sales by product/service detail | No objection, but the POM Parties request PSG provide citation to underlying source and/or data.<br><br>Summary is subject of MIL Order bifurcating trial between a liability phase and a damages phase. [ECF 251]. Revenue portions should therefore be redacted for liability phase. |
|---|---|---|---|
| 207-B. | D. | Summary – Miele machine sales by product/service detail | No objection, but the POM Parties request PSG provide citation to underlying source and/or data.<br><br>Summary is subject of MIL Order bifurcating trial between a liability phase and a damages phase. [ECF 251]. Revenue portions should therefore be redacted for liability phase. |
| 207-C. | D. | Summary – Miele fills data | Relevance (as to non-Beaver County locations). Objection as to the lack of any citation to underlying source and/or data.<br><br>Summary is subject to MIL Order limiting evidence related to Miele's activities for breach of EPA to those that occurred in/relating to Beaver County. [ECF 255]. |
| 207-D. | D. | Summary – Operator tracking agreements | Relevance. |
| 207-E. | D. | Summary –Miele Fill Growth 2/18–8/19 | Relevance (as to non-Beaver County locations). Objection as to the lack of any citation to underlying source and/or data.<br><br>Summary is subject to MIL Order limiting evidence related to Miele's activities for breach of EPA to those that occurred in/relating to Beaver County. [ECF 255]. |
| 207-F. | D. | Summary – Miele State Growth 2/18–8/19 | Relevance (as to non-Beaver County locations). Objection as to the lack of any citation to underlying source and/or data.<br><br>Summary is subject to MIL Order limiting evidence related to Miele's activities for |

| | | | |
|---|---|---|---|
| | | | breach of EPA to those that occurred in/relating to Beaver County. [ECF 255]. |
| 207-G. | D. | Summary – Savvy Dog Software Fees 2015–2019 | Relevance (as to non-Beaver County locations). Objection as to the lack of any citation to underlying source and/or data.<br><br>Summary is subject to MIL Order limiting evidence related to Miele's activities for breach of EPA to those that occurred in/relating to Beaver County. [ECF 255].<br><br>Summary is subject of MIL Order bifurcating trial between a liability phase and a damages phase. [ECF 251]. Revenue portions should therefore be redacted for liability phase. |
| 207-H. | D. | Summary – State Transaction Report | Relevance (as to non-Beaver County locations). Objection as to the lack of any citation to underlying source and/or data.<br><br>Summary is subject to MIL Order limiting evidence related to Miele's activities for breach of EPA to those that occurred in/relating to Beaver County. [ECF 255].<br><br>Summary is subject of MIL Order bifurcating trial between a liability phase and a damages phase. [ECF 251]. Revenue portions should therefore be redacted for liability phase. |
| 207-I. | D. | This is a voluminous exhibit of more than 350 emails from GMR, Marsico and ProATM, but no summary can be made of it as such | Summary not provided by PSG. |
| 207-J. | D. | | Summary not provided by PSG. |
| 207-K. | D. | Summary – Summary of Third-Party Purchases of machines and files | Summary not provided by PSG. |
| 207-L. | D. | | Summary not provided by PSG. |
| 207-M. | D. | | Summary not provided by PSG. |

14

| 207-N. | D. | Summary – Miele Profit and Loss | Relevance.<br><br>Summary is subject to MIL Order limiting evidence related to Miele's activities for breach of EPA to those that occurred in/relating to Beaver County. [ECF 255].<br><br>Summary is subject of MIL Order bifurcating trial between a liability phase and a damages phase. [ECF 251]. Revenue portions should therefore be redacted for liability phase. |
|---|---|---|---|
| 207-O. | D. | Summary – Summary of different views of Miele purchases and Pace-O-Matic purchases by PSG, with different views, emails, invoices, remittances | Summary not provided by PSG. |
| 207-P. | D. | | Summary not provided by PSG. |
| 207-Q. | D. | | Summary not provided by PSG. |
| 207-R. | D. | | Summary not provided by PSG. |
| 207-S. | D. | Summary – Distribution and fill details | Relevance (as to non-Beaver County locations). Objection as to the lack of any citation to underlying source and/or data.<br><br>Summary is subject to MIL Order limiting evidence related to Miele's activities for breach of EPA to those that occurred in/relating to Beaver County. [ECF 255]. |
| 207-T. | D. | Summary – PSG fill information | Objection as to the lack of any citation to underlying source and/or data. |
| 207-U. | D. | Summary – Operator tracking agreements | Relevance. Objection as to the lack of any citation to underlying source and/or data. |
| 207-V. | D. | Summary – PSG fill information | Objection as to the lack of any citation to underlying source and/or data. |
| 207-W. | D. | Summary – Operator tracking agreements | Relevance. Objection as to the lack of any citation to underlying source and/or data. |
| 207-X. | D. | Summary – Operator tracking agreements | Relevance. Objection as to the lack of any citation to underlying source and/or data. |

15

| 207-Y. | D. | Summary – State revenue breakdown | Relevance (as to non-Beaver County locations). Objection as to the lack of any citation to underlying source and/or data.<br><br>Summary is subject to MIL Order limiting evidence related to Miele's activities for breach of EPA to those that occurred in/relating to Beaver County. [ECF 255]. |
|---|---|---|---|
| 207-Z. | D. | Summary – Terminal Count | Relevance. Rule 403. Objection as to the lack of any citation to underlying source and/or data. The POM Parties are willing to reconsider upon providing a source citation. |
| 207-AA. | D. | Summary – Fills Report | Relevance. Rule 403. Objection as to the lack of any citation to underlying source and/or data. The POM Parties are willing to reconsider upon providing a source citation. |
| 207-AB. | D. | Summary – Terminal Count | Relevance. Objection as to the lack of any citation to underlying source and/or data. The POM Parties are willing to reconsider upon providing a source citation. |
| 207-AC. | D. | Summary – Pace-O-Matic Profit Loss | Relevance.<br><br>Summary is subject to MIL Order limiting evidence related to Miele's activities for breach of EPA to those that occurred in/relating to Beaver County. [ECF 255].<br><br>Summary is subject of MIL Order bifurcating trial between a liability phase and a damages phase. [ECF 251]. Revenue portions should therefore be redacted for liability phase. |
| 207-AD. | D. | Summary – POM of PA Profit Loss | Relevance.<br><br>Summary is subject to MIL Order limiting evidence related to Miele's activities for breach of EPA to those that occurred in/relating to Beaver County. [ECF 255].<br><br>Summary is subject of MIL Order bifurcating trial between a liability phase and a damages phase. [ECF 251]. |

16

| | | | Revenue portions should therefore be redacted for liability phase. |
|---|---|---|---|
| 212. | D. | Screen shot of 402.33 | Relevance. |
| 213. | D. | County LCB Docket Printout | Relevance. Hearsay.<br><br>Exhibit is subject to MIL Order excluding evidence and testimony regarding legality of software, hardware, or terminals. [ECF 249].<br><br>Exhibit 213 is duplicative of Exhibit 106-B. |
| 214. | D. | Pictures of Deleo Machines | Relevance. |

Respectfully submitted,

Dated:  February 6, 2023

SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Jonathan A. Deasy
    Jonathan A. Deasy
    Pa. Id. No. 327496
    One Oxford Centre, Suite 3440
    301 Grant Street
    Pittsburgh, PA  15219
    T:  (412) 325-3306
    F:  (412) 325-3324
    E:  jdeasy@spilmanlaw.com

**Attorneys for Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

  Plaintiffs/Counterclaim
Defendants,

The Honorable Patricia L. Dodge

  v.

PENNSYLVANIA SKILL GAMES, LLC,

  Defendant/Counterclaim
Plaintiff.

## CERTIFICATE OF SERVICE

I, Jonathan A. Deasy, counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy

Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc., do hereby certify that on

the 6th day of February, 2023, I served the foregoing **POM Parties' Objections to Exhibits** to

counsel of record via the Court's CM/ECF System:

    Via email to mailroom.grz@zegarelli.com

    Gregg R. Zegarelli, Esquire
    Technology & Entrepreneurial
    Ventures Law Group, P.C.
    2585 Washington Road, Suite 134
    Summerfield Commons Office Park
    Pittsburgh, PA  15241-2565

    **Counsel for Pennsylvania Skill Games, LLC**

      SPILMAN THOMAS & BATTLE, PLLC

      By: /s/ Jonathan A. Deasy_____
        Jonathan A. Deasy

18