**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC                        CIVIL NO. 2:18cv722
t/d/b/a PACE-O-MATIC, and
SAVVY DOG SYSTEMS, LLC,

                    Plaintiffs,

v.

PENNSYLVANIA SKILL GAMES, LLC,

                    Defendant.

### <u>DECLARATION IN SUPPORT OF MOTION TO QUASH</u>

1. Undersigned filed a Motion to Quash Subpoena on January 25, 2023, at ECF 270.

2. PSG filed a Response in Opposition on January 26, 2023, at ECF 271.

3. Undersigned filed an Exhibit in Support of the Motion to Quash at ECF 272 on January 26, 2023.

4. PSG filed a Request for Evidentiary Hearing at ECF 277.

5. POM filed a Consolidated Response Joining the Motion to Quash at ECF 285.

6. Undersigned filed a Response to PSG's Motion for an Evidentiary Hearing at ECF 289.

7. On February 2, 2023, this Court heard oral argument on PSGs Motion for an Evidentiary Hearing.

8. This Court Ordered undersigned to file a declaration, under seal, from Mr. DeLuca's medical team in support of the Motion to Quash.

9. Attached please find the Declaration. (Exhibit A)

1

s/ Steven C. Townsend
Steven C. Townsend, Esq.

Eddy Townsend Gravina & Bendik
564 Forbes Ave., PH
Pittsburgh, PA. 15219
stownsend@pghlaw.com
PA. I.D. No. 89263
Attorney for Wayne V. DeLuca

2