# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC,

      Plaintiffs,

      V.

PENNSYLVANIA SKILL GAMES, LLC,

      Defendant.

CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

**AMENDED AND RESTATED MOTION FOR LEAVE TO FILE REPLY**

PENNSYLVANIA SKILL GAMES, LLC,

      Plaintiff,

      V.

PACE-O-MATIC, INC. and MIELE MANUFACTURING, INC.

      Defendant.

## PENNSYLVANIA SKILL GAMES' AMENDED AND RESTATED MOTION FOR LEAVE TO FILE REPLY

AND NOW, comes PENNSYLVANIA SKILL GAMES, by and through its counsel:

Reference is made to this Court's Order, ECF 282, granting leave to file supplemental responses regarding ECF 277, request for evidentiary hearing by PSG.  Mr. Deluca, the moving party, filed supplemental *legal arguments* at ECF 289 with argument referencing legal citations that were not provided in its motion to quash [ECF 270].  At oral arguments on February 2, 2023, Mr. Deluca rested on his Brief, but he was offered leave to file a declaration.  ECF 294.

Today Mr. Deluca filed ECF 298 and ECF 299.  PSG seeks fair leave to reply to the new legal arguments and facts presented to this Court by Mr. Deluca, as set forth in <u>Exhibit 1</u>, previously filed at ECF 291 and <u>Exhibit 2</u> as a supplement.

WHEREFORE, PSG requests that its Motion for Leave to be GRANTED.

February 7, 2023                              s/Gregg R. Zegarelli

                                             Gregg R. Zegarelli, Esq.
                                             Pa. I.D. #52717

                                             TECHNOLOGY & ENTREPRENEURIAL
                                               VENTURES LAW GROUP, P.C.

                                             Administrative Office:
                                             2585 Washington Road, Suite 134
                                             Summerfield Commons Office Park
                                             Pittsburgh, PA 15241-2565, USA
                                             v.412.833.0600
                                             f.412.833.0601
                                             mailroom.grz@zegarelli.com

## CERTIFICATE OF SERVICE

I hereby certify my belief that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF System on the date set forth below.  The undersigned also served counsel for Mr. Deluca, Steven C. Townsend, Esq., at stownsend@pghlaw.com.

February 7, 2023

Respectfully submitted,

s/Gregg R. Zegarelli

Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.

Administrative Office:
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
 v.412.833.0600  f.412.833.0601
mailroom.grz@zegarelli.com