15534739

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| | CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

### POM DEFENDANTS' SUR- REPLY TO PENNSYLVANIA SKILL GAMES' REPLY IN OPPOSITION TO WAYNE DELUCA'S MOTION TO QUASH TRIAL SUBPOENA

AND NOW COMES Defendants Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC (hereinafter referred to as the "POM Defendants"), by and through their undersigned counsel and files the within Sur-Reply to Pennsylvania Skill Games (hereinafter referred to as "PSG") Reply in Opposition to Wayne DeLuca's Motion to Quash Trial Subpoena and states the following:

1. PSG denies any suggestion that the POM Parties "vehemently" are trying to prevent Attorney DeLuca from testifying.

2. The reality is that PSG's obsession with forcing an elderly, sick, retired attorney to testify live at trial has compelled the POM Parties to join in the defense of this gentleman. This is why we joined in on Attorney Townsend's motion. No other reason.

3. Further, because Attorney DeLuca's testimony has been preserved (twice) and PSG was free to question him under subpoena (twice), there is no compelling need to subject

him to testify at trial – especially considering that PSG is desperate to get him on the stand to attack and confuse him.

4.      Indeed, a cursory review of Attorney DeLuca's anticipated designations demonstrates that the relevant issues in this matter were addressed—or the parties had ample opportunity to make on-topic inquiries.

5.      Therefore, it seems as if PSG is attempting to have a ***third*** bite of the apple because they do not like his testimony, which is coincidentally damning to its case.

6.      The POM Parties, in the end, are not trying to avoid his testimony. We just don't see the need for it considering the potential health risk, especially under the transparent need by PSG to attack him.

7.      In a balancing of equities, decency, and evidence, the POM Parties cannot remain silent in the face of PSG's campaign.

15534739

WHEREFORE, Defendants Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of

Pennsylvania, LLC, and Savvy Dog Systems, LLC request that this Honorable Court grant Wayne

DeLuca's Motion to Quash and enter the proposed Order of Court at ECF 270-01.

Respectfully submitted,

Dated:  February 9, 2023                    SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Julian E. Neiser
    Julian E. Neiser
    Pa. Id. No. 87306
    One Oxford Centre, Suite 3440
    301 Grant Street
    Pittsburgh, PA  15219
    T:  (412) 325-1116
    F:  (412) 325-3324
    E:  jneiser@spilmanlaw.com

**Attorneys for POM Of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc.**

15534739

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

               Plaintiffs/Counterclaim
               Defendants,

          v.

PENNSYLVANIA SKILL GAMES, LLC,

               Defendant/Counterclaim
               Plaintiff.

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

The Honorable Patricia L. Dodge

## CERTIFICATE OF SERVICE

I, Julian E. Neiser, counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy

Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc., do hereby certify that on

the 9th day of February, 2023, I served the foregoing **POM Defendants' Sur-Reply to**

**Pennsylvania Skill Games' Reply in Opposition to Wayne DeLuca's Motion to Quash Trial**

**Subpoena** to counsel of record via the Court's CM/ECF System:

        Via email to mailroom.grz@zegarelli.com

        Gregg R. Zegarelli, Esquire
        Technology & Entrepreneurial
          Ventures Law Group, P.C.
        2585 Washington Road, Suite 134
        Summerfield Commons Office Park
        Pittsburgh, PA  15241-2565

        **Counsel for Pennsylvania Skill Games, LLC**

               SPILMAN THOMAS & BATTLE, PLLC

               By:  /s/ Julian E. Neiser          
                   Julian E. Neiser