**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

---

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

      Plaintiffs,

      v.

PENNSYLVANIA SKILL GAMES, LLC,

      Defendant.

---

PENNSYLVANIA SKILL GAMES, LLC,

      Plaintiff,

      v.

PACE-O-MATIC, INC. and MIELE MAN-
UFACTURING, INC.

      Defendants.

---

CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

**PENNSYLVANIA SKILL GAMES'
CERTIFICATE OF COMPLIANCE**

In accordance with this Court's request on February 8, 2023, the undersigned hereby certifies that the undersigned made inquiry of Attorney Townsend regarding if he, as counsel, would make trial testimony accommodations for Mr. Deluca. He would not do so.

PSG's grounded legal position remains as set forth in its filings on this subject. This Court having provided Mr. Deluca every opportunity to make a legally proper record for this Court's consideration, none of Mr. Deluca, his doctor, nor his medical team, did so on or before this Court's final deadline of February 9, 2023 [*e.g.,* ECF 269, 270, 271, 272, 273, 277, 280, 281, 282, 285, 289, 294, 298, 302, 307]. If they did not do so with so many express gracious elicitations from this Court to do so, the clear implication is that they cannot do so. In full candor for this Court's reference, Exhibit A is attached.

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, – p.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
 v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com

2

## CERTIFICATE OF SERVICE

I hereby certify my belief that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF System on the date set forth below.  The undersigned also served counsel for Mr. Deluca, Steven C. Townsend, Esq., at stownsend@pghlaw.com.

 February 10, 2023

                                    Respectfully submitted,

                                    s/Gregg R. Zegarelli
                                    Gregg R. Zegarelli, Esq.
                                    Pa. I.D. #52717

                                    TECHNOLOGY & ENTREPRENEURIAL
                                      VENTURES LAW GROUP, – p.C.
                                    2585 Washington Road, Suite 134
                                    Summerfield Commons Office Park
                                    Pittsburgh, PA 15241-2565, USA
                                    v.412.833.0600 f.412.833.0601
                                    mailroom.grz@zegarelli.com

3