15592048

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

Plaintiffs/Counterclaim
Defendants,

The Honorable Patricia L. Dodge

v.

PENNSYLVANIA SKILL GAMES, LLC,

Defendant/Counterclaim
Plaintiff.

### POM DEFENDANTS' STATUS REPORT

AND NOW COMES Defendants Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC (hereinafter referred to as the "POM Defendants"), by and through their undersigned counsel and files the within Status Report and states the following:

1.      Per the Second Final Pretrial Conference, the POM Parties sought a meet and confer with PSG to address exhibit admissibility, authentication, and related issues among other things. The purpose of this status report and the requested status conference is to update the Court and receive guidance, as appropriate.

2.      This meet and confer occurred today, February 10, 2023 at 8 a.m.

3.      Based on the meet and confer, this Court should be aware that:

- Despite numerous attempts to resolve issues related to exhibits since the fall of 2022, there are <u>no</u> exhibits that PSG has agreed to be admissible or authentic, pretrial, including the EPA or any other document.

- There currently is <u>no</u> agreement that even <u>joint</u> exhibits are to be admissible or authentic.

- PSG is raising issues with its <u>own</u> exhibits containing POM Party advertising, and is suggesting that advertising information that the Pace software is the "only legal game in Pennsylvania" opens the door to additional evidence. ***If a redaction of all these exhibits is appropriate, the POM Parties would request guidance from the Court whether such a measure is necessary.***

- It is requested that this Court rule that all jointly-designated exhibits are deemed to be admissible.

- The POM Parties requested the addition of the attached **Exhibit 1** to PSG's own trial Exhibit 92, as it includes a cover page from a magazine where the ad was first published. This copy is nearly identical to PSG's own exhibits, but it includes a date and source of publication. For the Court's edification, PSG's exhibit 92 is attached as **Exhibit 2.** If an offer of proof is required, this exhibit will demonstrate advertising in connection with the trademark, which is one of the <u>Lapp</u> factors.

- The parties agreed to allow the presence of gaming machines as demonstratives during openings.

4.    Further, clarification from the POM Parties is requested as to whether any further pretrial rulings from the Court related to oral contracts or related issues are forthcoming.

15592048

WHEREFORE, Defendants Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of

Pennsylvania, LLC, and Savvy Dog Systems, LLC submit the within Status Report.

Respectfully submitted,

Dated:  February 10, 2023                    SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Julian E. Neiser
    Julian E. Neiser
    Pa. Id. No. 87306
    One Oxford Centre, Suite 3440
    301 Grant Street
    Pittsburgh, PA  15219
    T:  (412) 325-1116
    F:  (412) 325-3324
    E:  jneiser@spilmanlaw.com

**Attorneys for POM Of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc.**

3

15592048

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

        Plaintiffs/Counterclaim
        Defendants,

        v.

PENNSYLVANIA SKILL GAMES, LLC,

        Defendant/Counterclaim
        Plaintiff.

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

The Honorable Patricia L. Dodge

## CERTIFICATE OF SERVICE

I, Julian E. Neiser, counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc., do hereby certify that on the 10th day of February, 2023, I served the foregoing **POM Defendants' Status Report** to counsel of record via the Court's CM/ECF System:

        Via email to mailroom.grz@zegarelli.com

        Gregg R. Zegarelli, Esquire
        Technology & Entrepreneurial
          Ventures Law Group, P.C.
        2585 Washington Road, Suite 134
        Summerfield Commons Office Park
        Pittsburgh, PA  15241-2565

        **Counsel for Pennsylvania Skill Games, LLC**

        SPILMAN THOMAS & BATTLE, PLLC

        By:  /s/ Julian E. Neiser
            Julian E. Neiser