**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

      Plaintiffs,

      V.

PENNSYLVANIA SKILL GAMES, LLC,

      Defendant.

PENNSYLVANIA SKILL GAMES, LLC,

      Plaintiff,

      V.

PACE-O-MATIC, INC. and MIELE MAN-
UFACTURING, INC.

      Defendants.

CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

**PENNSYLVANIA SKILL GAMES' UP-
DATED WITNESS LIST PER ECF 304**

Following is PSG's updated witness list, including both the "will call" and "may call" list. The references to POM in the POM column are based upon email from POM, dated February 9, 2023, and are provided here only for convenience without other representation.

| Name | POM | PSG |
| --- | --- | --- |
| Jeff Anderson | | X |
| Richard W. Bigrigg | | X, On Call |
| Glen Carter | [X] | |
| Bentley Greg Cline | | X [POM stipulated to produce at trial] |
| Thomas DeLeo | | X [Trial deposition taken] |
| Wayne DeLuca, Esq. [By designation] | [X] | X |
| Brian Dutcher | | X, On Call |
| Eugene C, Gulotta | [X] | X, On Call |

| | | |
|---|---|---|
| Robert Hawk [By designation] | | X |
| Pamela Kendrew | | X, On Call |
| Devinder Kumar | | X |
| Dale Lazar [By designation] | | X |
| Michael Mangerie | [X] | X, On Call |
| Curtis Martin [By designation] | | X |
| Brent Mayes | [X] | X, On Call |
| James McDanel [By designation] | | X |
| Robert McDanel | [X] | X, On Call |
| Louis D. Miele | [X] | X |
| Jeff Millay | [X] | X, [POM stipulated to produce at trial] |
| Christopher O'Bier | [X] | X |
| Sam Patel | | X |
| Michael R. Pace | | X, [POM stipulated to produce at trial] |
| William Rogers, III, Esq. | | X, On Call |
| Norman Stahl [By designation] | | X |
| Albert Unis, III | | X |
| Albert Unis, IV | | X |
| Daniel Warren | [X] | X |
| Ryan Wood | [X] | X |
| Boodnarine "Michael" Boodram [By designation] | | X |
| Daniel David | | X |
| Rick Goodling | [X] | X |
| John Grachanin | | X |
| Dan Jones | [X] | |
| Frank Madure | | X |
| Jeff Mayle [By designation] | [X] | [X] |
| Jeff Millay | [X] | X |
| Daniel Miser [By designation] | | X |
| Louis Pomerico | | X |
| Robert Santia | | X |
| Mark Walsh | | X |

2

Dated: February 10, 2023                    s/Gregg R. Zegarelli
                                            Gregg R. Zegarelli, Esq.
                                            Pa. I.D. #52717

                                            TECHNOLOGY & ENTREPRENEURIAL
                                             VENTURES LAW GROUP, P.C.
                                            2585 Washington Road, Suite 134
                                            Pittsburgh, PA 15241-2565, USA
                                            v.412.833.0600 f.412.833.0601
                                            mailroom.grz@zegarelli.com

**CERTIFICATE OF SERVICE**

I hereby certify my belief that a true and correct copy of the foregoing was served upon the following counsel via the Court's CM/ECF System on the date set forth below:

February 10, 2023

Julian E. Neiser, Esq.
SPILMAN THOMAS & BATTLE, PLLC
jneiser@spilmanlaw.com

Respectfully submitted,

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
 v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com