| | |
|---|---|
| **From:** | Michael Pace <Michael.Pace@paceomatic.com> |
| **Sent:** | 6/5/2016 3:29:05 PM -0400 |
| **To:** | Danny Warren <Danny.Warren@paceomatic.com>; Norm Stahl <Norm.Stahl@paceomatic.com>; Ryan Wood <Ryan.Wood@paceomatic.com>; <lou@mieleinc.com> |
| **Subject:** | Mike Boodram in Beaver County |

All,

   On Saturday, I received a call from Mike Boodram.  Mike was concerned that he had contracts in Beaver County with convenience stores and was informed by Wayne Deluca Esquire that his client, Albert Unis has an exclusive for our PA Skill Games in Beaver County.  I told Mike that I would investigate and get back to him ASAP.

   I called Albert Unis on Sunday and we talked for 93 minutes.  Albert said that someone was putting different types of skill games in the convenience stores in Beaver County and elsewhere.  Albert also indicated that the convenience store market has been good only in the last few years due to better fast food choices.  Albert said that he wants our better Skill Game software and wants to place his games in the convenience stores.  I told Albert that I will investigate and get back to him ASAP.  ==This is a problem that must be resolved immediately.==

Michael

Michael Pace
President & CEO
Pace-O-Matic, Inc.
4150 Blue Ridge Industrial Parkway
Norcross, GA  30071
Phone:  770.441.9500
Fax:  770.441.5550

This email and any files transmitted with it and any reply messages associated with it (collectively, "this email") are confidential (and may contain privileged information, such as an attorney-client communications) and may be used or stored only by the sender's intended recipient(s). Any dissemination or use of this email by persons other than the intended recipient(s) is strictly prohibited. If you have received this email in error, please notify the sender immediately by reply email and then delete this email from your system and destroy any printed copies. Nothing in this transmission is intended to be an electronic signature or to constitute an agreement of any kind under applicable law unless otherwise expressly indicated by an authorized officer of Pace-O-Matic. Any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Pace-O-Matic. Pace-O-Matic accepts no liability for any damage caused by any virus transmitted by this email.

**Exhibit 37**

POM 000410