

Writer's direct dial number and email address:

Julian E. Neiser, Esquire
Pittsburgh Office: (412) 325-1116
F: (412) 325-3324
E: jneiser@spilmanlaw.com

February 7, 2020

Via email to albert@pennsylvaniaskillgames.com
and United States Mail, First Class

Albert Unis, IV
Pennsylvania Skill Games, LLC
1 Constitution Boulevard
Aliquippa, PA 15001

Re:    POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic and Savvy Dog
       Systems, LLC, v. Pennsylvania Skill Games, LLC, et al.,
       Civil Action No. 2:18-cv-00722-RCM Consolidated (USDC WD Pa.)

Dear Mr. Unis:

As you know, I represent POM of Pennsylvania, LLC d/b/a Pace-O-Matic. We have recently received reports regarding Pennsylvania Skill Games putting illegal software in cabinets identified as Pace-O-Matic cabinets and/or are co-mingling our games with illegal games. As a result, we will no longer be selling machines to Pennsylvania Skill Games until you agree to abide by the terms and conditions of our operators.

Until the terms are agreed upon, you are not to contact my client any further regarding the purchase of any machines. Please contact me directly at (412) 325-1116 if you wish to discuss this further.

Sincerely,

Julian E. Neiser

JEN/dla

Spilman Thomas & Battle, PLLC
One Oxford Centre | Suite 3440 | 301 Grant Street | Pittsburgh, Pennsylvania 15219 | P 412.325.3301 | F 412.325.3324
West Virginia | North Carolina | Pennsylvania | Virginia | spilmanlaw.com

PSG - 554

**Exhibit 94**