**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WESTERN PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| | CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

**POM PARTIES' MOTION FOR LEAVE TO SUPPLEMENT EXHIBITS**

AND NOW COMES Pace-O-Matic, Inc. ("Pace"), POM of Pennsylvania, LLC, Savvy Dog Systems, LLC, and Miele Manufacturing, Inc., ("Miele") (hereinafter referred to as the "POM Parties"), by and through their undersigned counsel, and submits this Motion for Leave to Supplement Exhibit List, and state as follows:

1.     In accordance with this Court's Amended Pretrial Order [ECF 256], the parties submitted a Joint Exhibit List on January 30, 2023.

2.     The POM Parties wish to supplement Trial Exhibit Nos. 92 and 140 (attached hereto as **Exhibits A** and **B**, respectively) as identified on the Joint Exhibit List through the addition of the following documents:

      a.     Date stamped Cover Page from Play Meter Magazine, including the advertisement contained therein (attached hereto as **Exhibit C**); and

      b.     Pace-O-Matic Invoices (Nos. 25032, 25229, 24952, 25014, and BB) dated between December 31, 2018 and February 4, 2020 (attached hereto as **Exhibit D**);

3.    The POM parties previously set forth its request with respect to Exhibit 92 in its Status Report at [ECF 310].

4.    As stated therein, Exhibit 3 is a nearly identical copy to PSG's own exhibit, but includes a date and source of publication. [See ECF 310 at ¶ 3].

5.    With respect to Exhibit 4, the POM Parties previously requested from PSG that the Pace-O-Matic invoices be included as an addition to Trial Exhibit No. 140, which has since been denied.

6.    These invoices were also previously included within the POM Parties objections to PSG's exhibits and intended to be discussed with the Court during the second final pretrial conference held on February 8, 2023.

7.    The POM Parties offer these documents for completeness and as mere additions to PSG's own exhibits.

WHEREFORE, the POM Parties respectfully request that this Honorable Grant the POM Parties leave to add these documents as exhibits to be used at trial.

Dated:  February 12, 2023                    SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Jonathan A. Deasy
    Jonathan A. Deasy
    Pa. Id. No. 327496
    One Oxford Centre, Suite 3440
    301 Grant Street
    Pittsburgh, PA  15219
    T:  (412) 325-3306
    F:  (412) 325-3324
    E:  jdeasy@spilmanlaw.com

**Attorneys for Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC**

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

        Plaintiffs/Counterclaim
        Defendants,

        v.

PENNSYLVANIA SKILL GAMES, LLC,

        Defendant/Counterclaim
        Plaintiff.

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

The Honorable Patricia L. Dodge

**<u>CERTIFICATE OF SERVICE</u>**

I, Jonathan A. Deasy, counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy

Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc., do hereby certify that on

the 12th day of February, 2023, I served the foregoing **Motion for Leave to Supplement Exhibits**

to counsel of record via the Court's CM/ECF System:

        Via email to mailroom.grz@zegarelli.com

        Gregg R. Zegarelli, Esquire
        Technology & Entrepreneurial
          Ventures Law Group, P.C.
        2585 Washington Road, Suite 134
        Summerfield Commons Office Park
        Pittsburgh, PA  15241-2565

        **Counsel for Pennsylvania Skill Games, LLC**

        SPILMAN THOMAS & BATTLE, PLLC

        By:  /s/ Jonathan A. Deasy
            Jonathan A. Deasy