V:\Trial\Designations\Deluca\20230213 PSG Deluca Designations.docx

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

---

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

        Plaintiffs,

        v.

PENNSYLVANIA SKILL GAMES, LLC,

        Defendant.

---

PENNSYLVANIA SKILL GAMES, LLC,

        Plaintiff,

        v.

PACE-O-MATIC, INC. and MIELE MAN-
UFACTURING, INC.

        Defendants.

---

CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

**PENNSYLVANIA SKILL GAMES'
TRIAL DESIGNATIONS DELUCA ECF
311**

In accordance with this Court's Pretrial Order [ECF 311], PSG hereby makes the following deposition Designations by Order, without waiver, with reservations of rights, and preserving rights for appeal. ECF 264 is incorporated herein. The transcripts have already been previously provided.

1.      PSG designates Mr. Deluca's deposition testimony in *Pennsylvania Skill Games v. Action Skill Games,* 2:20-cv-01177-PLD, May 24, 2021: P54:L14–P59:L10, previously designated.

2.      PSG designates Mr. Deluca's deposition testimony, dated July 10, 2020, in the above-captioned matter, as follows: P6:L24–7:12, P8:L2–P9:L6, P9:L11–19, P16:L8–L16, P17:L14–P18:L3, P20:L21–P22:L11, P24:L6–L19, P25:L1–P29:L24, P30:4–31:24, P33:L15–

P36:2,  P36:L9–P37:L18,  P38:L7–38:17,  P40:L2–L22,  P44:L24–P45:L9,  P45:L20–P55:10, P56:L9–P57:L10, P57:L23–P58:14, P58:L16, P61:L3–11, P61:L22–P62:L7, P71:L12–P72:L4, P72:L15–P73:L3, P77:L19–P78:L6, P78:L8, P78:L12–P79:L24, P80:L7–L13, P81:L13–82:15, P86:L23–P87:L22.

Respectfully submitted,

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
 v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com

2

**CERTIFICATE OF SERVICE**

I hereby certify my belief that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF System on the date set forth below:

February 13, 2023

Respectfully submitted,

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
 v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com