WDPA CTM (2/01)

CIVIL TRIAL MEMORANDUM

# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

**Plaintiff**   POM OF PENNSYLVANIA, LLC,

SAVVY DOG SYSTEMS, LLC, et al.

vs

No.   2:18-cv-722                    CIVIL

**Defendant**  PENNSYLVANIA SKILL GAMES, LLC

Time for Selection:  Begins:  10:00 AM

Ends:  12:00 PM

Date:

| NO. | NAME OF JUROR | NO. | NAME OF JUROR |
|---|---|---|---|
| 1 | 149 DALE T WAGNER    D2 | 10 | 166 GREGORY T PETERS |
| 2 | 180 CHAD M UMBAUGH   D3 | 11 | 156 SUSAN L WARD    P2 |
| 3 | 163 MEGAN C SEKULICH    P3 | 12 | 146 SAMANTHA ROBB    P1 |
| 4 | 176 DAVID LATIOLAIS | 13 | 152 BAYLEY R CONROY |
| 5 | 139 MICHAEL E YAVORSKY   D1 | 14 | 177 COURTNEY MARTEEN MOORE |
| 6 | 148 KATHLEEN MUCCI | 15 | |
| 7 | 140 AMY F ROMEO | 16 | |
| 8 | 167 EDWARD J KIM | | |
| 9 | 143 MICHAEL CONNERS | | |

## WITNESSES

| | PLAINTIFF | | DEFENDANT |
|---|---|---|---|
| 1 | | 1 | |
| 2 | | 2 | |
| 3 | | 3 | |
| 4 | | 4 | |
| 5 | | 5 | |
| 6 | | 6 | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |

## CLERK'S MEMORANDUM

| | | | |
|---|---|---|---|
| Civil Number | 2:18-cv-722 | Case closed | February 24, 2023 |
| Before Judge | Magistrate Judge Patricia L. Dodge | Judge Charges Jury | February 22, 2023 |
| Appears for Pltf. | Julian E. Neiser, Esq.    Jonathan Deasy, Esq. | Jury Retires | February 22, 2023 |
| | Anthony Joseph George Hassey, Esq. | Verdict | February 24, 2023 |
| | | Verdict in favor of | Plaintiffs |
| Appears for Deft. | Gregg R. Zegarelli, Esq. | Punitive Damages Case Open | |
| | | Punitive Damages Case Closed | |
| | | Punitive Damages Verdict | |
| Appears for 3rd pty. | | | |

| | | | |
|---|---|---|---|
| Pltf. opens | February 14, 2023 | Law Clerk | Charlotte Hopkinson |
| Pltf. rest | February 16, 2023 | Court Reporter | Sharon Siatkowski |
| Pltf. close | February 22, 2023 | Deputy Clerk | Laura Kim |
| Deft. opens | February 14, 2023 | | |
| Deft. rest | February 17, 2023 | | |
| Deft. close | February 22, 2023 | | |

### JURY

1. David Latiolais
2. Kathleen Mucci
3. Amy Romeo
4. Edward Kim
5. Michael Conners
6. Gregory Peters
7. Bayley Conroy
8. Courtney Moore

### TRIAL MOTIONS

### TRIAL MEMORANDUM

**Dates of Trial**

| | |
|---|---|
| **Trial Opens** | February 14, 2023 |
| **Continues** | February 15, 2023 |
| **Continues** | February 16, 2023 |
| **Continues** | February 17, 2023 |
| **Continues** | February 21, 2023 |
| **Continues** | February 22, 2023 |
| **Continues** | February 24, 2023 |
| **Continues** | |
| **Continues** | |
| **Continues** | |
| **Continues** | |
| **Continues** | |
| **Continues** | |
| **Continues** | |
| **Continues** | |
| **Trial closed** | February 24, 2023 |