We would like to continue deliberating the case on Friday due to time of day and transportation timing.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC,
t/d/b/a PACE-O-MATIC, and SAVVY
DOG SYSTEMS, LLC,

        Plaintiffs/Counterclaim
        Defendants,

v.

PENNSYLVANIA SKILL GAMES,
LLC,

        Defendant/Counterclaim
        Plaintiff.

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED with 2:18-CV-00941

### QUESTION

Are we able to see the transcript of Albert Unis 4th testimony please?

DATE: 2/24/23

Juror 1, #176
FOREPERSON

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC,
t/d/b/a PACE-O-MATIC, and SAVVY
DOG SYSTEMS, LLC,

          Plaintiffs/Counterclaim
          Defendants,

    v.

PENNSYLVANIA SKILL GAMES,
LLC,

          Defendant/Counterclaim
          Plaintiff.

CIVIL ACTION NO. 2:18-CV-00722-
PLD

CONSOLIDATED with 2:18-CV-
00941

**QUESTION**

We would like to withdrawl our request for Albert Unis 4/th testimony.

Thank you. Please continue your deliberations.

Judge Dodge

DATE: 2/24/23

Juror #1, #176
FOREPERSON