**WITNESSES**

| Civil Case Number - 2:18-cv-722-PLD | | POM OF PENNSYLVANIA, LLC, SAVVY DOG SYSTEMS, LLC v. PENNSYLVANIA SKILL GAMES, LLC | |
|---|---|---|---|
| **PLAINTIFF** | | **DEFENDANT** | |
| 1 | Michael R. Pace     2/13/2023 2/14/2023 | 1 | William Rodgers, III     2/16/2023 |
| 2 | Glen Carter     2/14/2023 | 2 | Pamela Kendrew     2/16/2023 |
| 3 | Ryan Wood     2/14/2023 | 3 | John Grachanin     2/17/2023 |
| 4 | Christopher O'Bier     2/14/2023 2/15/2023 | 4 | Albert Unis III     2/17/2023 |
| 5 | Daniel Warren     2/15/2023 | 5 | Albert Unis IV     2/17/2023 |
| 6 | Louis D. Miele     2/15/2023 | | |
| 7 | Deposition Designations – Wayne Deluca 2/15/2023 | | |
| 8 | Richard W. Bigrigg     2/16/2023 | | |
| 9 | Eugene C. Gulotta     2/16/2023 | | |
| 10 | Brent Mayes     2/16/2023 | | |
| 11 | Robert McDanel     2/16/2023 | | |
| 12 | Daniel Jones     2/16/2023 | | |
| 13 | Michael Mangerie     2/16/2023 | | |
| 14 | Video Deposition – Albert Unis III 2/16/2023 | | |
| 15 | Video Deposition – Albert Unis IV 2/16/2023 | | |
| 16 | Bentley Greg Cline     2/16/2023 | | |
| 17 | Deposition Designations - Jeffrey Mayle 2/16/2023 | | |
| 18 | Rick Goodling     2/16/2023 | | |
| 19 | Deposition Designations - Marvin Harris (Rebuttal)     2/21/2023 | | |
| 20 | Louis D. Miele (Rebuttal)     2/21/2023 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |