✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | PENNSYLVANIA |
|---|---|---|

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, <br> SAVVY DOG SYSTEMS, LLC, <br><br> V. <br><br> PENNSYLVANIA SKILL GAMES, LLC | **EXHIBIT AND WITNESS LIST** <br><br> Case Number:  2:18-cv-00722-PLD |

| PRESIDING JUDGE <br> HON. PATRICIA L. DODGE | PLAINTIFF'S ATTORNEY <br> JULIAN E. NEISER, ESQ. | DEFENDANT'S ATTORNEY <br> GREGG R. ZEGARELLI, ESQ. |
|---|---|---|
| TRIAL DATE (S) <br> 2/13-2/17/2023, 2/21/2023, 2/22/2023, 2/24/2023 | COURT REPORTER <br> S. SIATKOWSKI | COURTROOM DEPUTY <br> L. KIM |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 38A | | 2/13/2023 | M | A | Pace-O-Matic Emails Demonstrating Usage of Pennsylvania Skill Name re: Software Build Phase |
| 2A | | 2/13/2023 | M | A | Pace-O-Matic Emails Discussing Pace Names for the Pennsylvania Skill Game |
| 2B | | 2/13/2023 | M | A | Pace-O-Matic Emails Discussing Pace Names for the Pennsylvania Skill Game |
| J-28 | J-28 | 2/13/2023 | M | A | Photo of terminal window showing Pennsylvania Skill game select screen |
| J-4 | J-4 | 2/13/2023 | M | A | DeLuca Fax to Ryan Wood and Mike Pace encl 12/23/14 Memorandum Opinion and Order |
| | | | | | In re: Pace-O-Matic, Inc. Equipment, Terminal ID. No. 142613, Case No. 965-2013 |
| 55 | | 2/13/2023 | M | A | Screenshots of Promotional Materials for PA Skill Games showing 2014 creation dates |
| J-25 | J-25 | 2/13/2023 | M | A | Email from Ryan Wood to Kim / Michael Pace / Brock re: PSG site visit; payment for and pick-up |
| | | | | | of machines for Beaver County; dinner plans |
| 203 | | 2/13/2023 | M | A | Website capture of pennsylvaniaskillgames.com as of January 27, 2023 |
| J-76 | J-76 | 2/14/2023 | M | A | Email from Michael Pace to L. Miele / Karmin Pace / Wood re: plan to meet and discuss |
| | | | | | increasing mutual business |
| J-37 | J-37 | 2/14/2023 | M | A | Email from Michael Pace to Warren / Stahl / Wood / L. Miele re: Mike Boodram concerns about |
| | | | | | games in Beaver County |
| J-6 | J-6 | 2/14/2023 | M | A | Equipment Purchase Agreement Executed by Pace-O-Matic, Inc. and Miele Manufacturing (Sellers) |
| | | | | | and Pennsylvania Skill Games, LLC (Buyer) |
| J-17 | J-17 | 2/14/2023 | M | A | Agreement between Pace-O-Matic, Inc. and POM of Pennsylvania, LLC |
| J-18 | J-18 | 2/14/2023 | M | A | IP Fee Agreement between Savvy Dog Systems, LLC and POM of Pennsylvania, LLC |
| J-19 | J-19 | 2/14/2023 | M | A | IP Assignment between Pace-O-Matic, Inc. and Savvy Dog Systems, LLC |
| J-20 | J-20 | 2/14/2023 | M | A | IP Assignment between Michael R. Pace and Pace-O-Matic, Inc. |
| J-26 | J-26 | 2/14/2023 | M | A | Email from Ryan Wood to momunis@yahoo.com / Lou Miele re: Pace-O-Matic/Albert Unis |
| | | | | | Agreement with prices and credits for machines; photos of the same |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187A (Rev. 7/87)      **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| POM OF PENNSYLVANIA, LLC, et al.  ᵛˢ· PENNSYLVANIA SKILL GAMES, LLC | | | | CASE NO. 2:18-cv-00722-PLD | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 108 | 2/14/2023 | M | A | POM of Pennsylvania and Savvy Dog Corporate Formation Filings |
| J-3 | J-3 | 2/14/2023 | M | A | Email Thread (Rodgers / Warren / DeLuca / Mike Pace) re: Exchange of EPA |
| | 212 | 2/14/2023 | M | A | Screen shot of 402.44 |
| 54A | | 2/14/2023 | M | A | Screenshots and Photos of Pace-O-Matic Software Development Program showing development |
| | | | | | of PA Skill game and use of PA Skill name |
| 38B | | 2/14/2023 | M | A | Pace-O-Matic Emails Demonstrating Usage of Pennsylvania Skill Name re: Software Build Phase |
| | | | | | (GROUPED EMAILS) |
| J-36 | J-36 | 2/14/2023 | M | A | Email from Ryan Wood to Danny Warren re: Beaver County Agreement containing machine |
| | | | | | prices, fill prices, performance conditions, and restrictions |
| J-5 | J-5 | 2/14/2023 | M | A | Pace-O-Matic Term Sheet / Agreement Executed by Danny Warren (Pace-O-Matic, Inc.) |
| | | | | | and Albie Unis (Albert Unis and Affiliates) |
| 39 | | 2/14/2023 | M | A | Pace-O-Matic Invoice #10495 to PA Games re: sale of first Pennsylvania Skill game |
| | 119A | 2/14/2023 | M | A | Warren Draft Agreement Emails |
| J-48 | J-48 | 2/14/2023 | M | A | Photos (78) of PSG Machines in use in Pennsylvania with Letter from J. Neiser, Esq. |
| | | | | | to G. Zegarelli, Esq. stating photos originally provided by PSG |
| 201 | | 2/14/2023 | M | A | Website capture of paskill.com as of January 27, 2023 |
| 40A | | 2/15/2023 | M | A | Pace-O-Matic Emails Demonstrating Creation of Pennsylvania Skill word and stylized mark / logo |
| | | | | | (GROUPED EMAILS) |
| 40B | | 2/15/2023 | M | A | Pace-O-Matic Emails Demonstrating Creation of Pennsylvania Skill word and stylized mark / logo |
| | | | | | (GROUPED EMAILS) |
| | 275 | 2/15/2023 | M | A | Miele Manufacturing Invoices |
| J-103A | J-103A | 2/15/2023 | M | A | Miele New Package |
| J-124A | J-124A | 2/15/2023 | M | A | Miele Advertisements Season |
| J-124D | J-124D | 2/15/2023 | M | A | Meile Advertisements Announcement |
| J-42C | J-42C | 2/15/2023 | M | A | Screenshot of contact page for mielemfg.com re: information requests and media inquiries |
| J-12 | J-12 | 2/15/2023 | M | A | Advertisements of Pennsylvania Skill |
| J-24 | J-24 | 2/15/2023 | M | A | Advertisement of Pennsylvania Skill |

✎AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | POM OF PENNSYLVANIA, LLC, et al.  vs. PENNSYLVANIA SKILL GAMES, LLC — CASE NO. 2:18-cv-00722-PLD |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 42B | | 2/15/2023 | M | A | Promotional Flyers and Advertisements for PA Skill Games |
| J-42D | J-42D | 2/15/2023 | M | A | Promotional flyers and advertisements for PA Skill Games and MCM Elements |
| J-124B | J-124B | 2/15/2023 | M | A | Miele Advertisements Summit Meeting |
| 215 | | 2/15/2023 | M | A | Play Meter Trade Magazine POM 004782 |
| 206A | | 2/15/2023 | M | A | Summary – Miele Manufacturing Total Number of Machine Sales |
| | | | | | in Pennsylvania from 2015 to 2018 |
| 208 | | 2/15/2023 | M | A | Summary – Number of Machines Purchased by Unis / AIP / PSG from 2015 to 2020 |
| 210 | | 2/15/2023 | M | A | Summary – Number of Fills Purchased by Unis / AIP / PSG from 2015 to 2020 |
| 141B | | 2/15/2023 | M | A | Summary – Advertising & Marketing Expenses of Miele Manufacturing from 2015 to 2019 |
| J-96 | J-96 | 2/15/2023 | M | A | POM Approved New PA Operator Agreement |
| 216 | | 2/15/2023 | M | A | Deluca POM Deposition Ex. C |
| J-128C | J-128C | 2/15/2023 | M | A | Deluca POM Deposition Ex. D, Client File |
| J-128D | J-128D | 2/15/2023 | M | A | Deluca POM Deposition Ex. E, Legal Team |
| 217 | | 2/15/2023 | M | A | Deluca POM Deposition Ex. H |
| 218 | | 2/15/2023 | M | A | Deluca POM Deposition Ex. M |
| J-74 | J-74 | 2/15/2023 | M | A | Farley & Associates Letter and Report to W. DeLuca, Esq. re: United Skill of America |
| | | | | | Pennsylvania Skill Game version 402.44 PEN developed by Pace-O-Matic, Inc. |
| | 86 | 2/15/2023 | M | A | ActionBlue Distribution Agreement drafted by Wayne Deluca |
| 204 | | 2/16/2023 | M | A | Pennsylvania Skill Design Mark |
| 141A | | 2/16/2023 | M | A | Summary – Advertising & Marketing Expenses of Pace-O-Matic and POM of Pennsylvania |
| | | | | | from 2015 to 2019 |
| J-21A-F | J-21A-F | 2/16/2023 | M | A | Savvy Dog Systems, LLC (D/B/A Pace-O-Matic, Inc.) Original State Trademark Applications |
| | | | | | filed with PA Dept. of State. |
| J-21G-L | J-21G-L | 2/16/2023 | M | A | Savvy Dog Systems, LLC (D/B/A Pace-O-Matic, Inc.) Returned State Trademark Applications |
| | | | | | filed with PA Dept. of State(Reg. Nos. 6804727; 6804729; 6804738; 6810292; 6810295; 6810296) |
| J-10 | J-10 | 2/16/2023 | M | A | B.G. Cline, Esq. Letter to G. Floro, Esq. re: Pro ATM, LLC Letter |
| 119G | | 2/16/2023 | M | A | Warren Account Clean Email |

✎AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| POM OF PENNSYLVANIA, LLC, et al.  vs.  PENNSYLVANIA SKILL GAMES, LLC | | | | | CASE NO. 2:18-cv-00722-PLD |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 44A-D | | 2/16/2023 | M | A | Reports and Photos regarding use of games by Pennsylvania Skill Games |
| 44F | | 2/16/2023 | M | A | Reports and Photos regarding use of games by Pennsylvania Skill Games |
| | 100 | 2/16/2023 | M | A | Bill Rodgers Client Files |
| J-43 | J-43 | 2/16/2023 | M | A | W. Rodgers, Esq. Letter to Robert McDaniel (MAC Vending) re: Three (3) Pace-O-Matic |
| | | | | | Terminals in Talerico's Bar |
| J-82 | J-82 | 2/16/2023 | M | A | Screenshots of PSG 2010 Branding directly on Game Machines |
| J-66 | J-66 | 2/17/2023 | M | A | Location Owner Agreement between PSG and American Italian Club [Dominic Santia, President] |
| J-16 | J-16 | 2/17/2023 | M | A | Albert Unis Signed Receipt for Pace-O-Matic Equipment Terminal ID 142613 |
| | 88 | 2/17/2023 | M | A | Playtronics Purchase Invoice |
| J-8 | J-8 | 2/17/2023 | M | A | G. Floro, Esq. Letter to B. Mayes (ProATM, LLC) re: Violation of Pace-O-Matic Purchase |
| | | | | | Agreement and Violation of Right of First Refusal |
| | 109A | 2/17/2023 | M | A | PSG Registration Certificate 87856441 |
| J-22 | J-22 | 2/17/2023 | M | A | Screenshot of domain registration information from "Whois" re: pennsylvaniaskillgames.com |
| J-69 | J-69 | 2/17/2023 | M | A | PSG Advertisement for reserving Pennsylvania Skill Games with graphic and |
| | | | | | Unis contact information |
| 34 | | 2/17/2023 | M | A | Farley & Associates Letter and Report to G. Floro, Esq. re: Encore Skill System |
| | | | | | version 1.00 developed by Pennsylvania Skill Games, LLC |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page ____4____ of ____4____ Pages