**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

---

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

        Plaintiffs,

        v.

PENNSYLVANIA SKILL GAMES, LLC,

        Defendant.

---

PENNSYLVANIA SKILL GAMES, LLC,

        Plaintiff,

        v.

PACE-O-MATIC, INC. and MIELE MAN-
UFACTURING, INC.

        Defendants.

---

CIVIL ACTION NUMBER:
2:18-cv-00722-PLD

The Hon. Patricia L. Dodge

**STATUS REPORT OF
PENNSYLVANIA SKILL GAMES**

For purposes of the Status Conference scheduled for today at 9:30 A.M., Pennsylvania Skill Games requests this Honorable Court to take notice of the following, PSG reserving all rights:

1.      Notwithstanding Verdict No. 21, the POM Parties have sent a purported EPA termination notice, Exhibit A.   PSG responded as set forth in Exhibit B.

The POM Parties requested the special verdict by Verdict No. 21, with the related instruction regarding term, by which the jury determined the current effectiveness of the EPA, and the POM Parties waiving and conceding all contract claims that could have been brought in this action. In spite of their own request for the verdict fact finding, the POM Parties are now *ex post facto* attempting to terminate the obligations under the EPA, which is either part of this case and the

subject of this Court's review, or the purported action is otherwise not part of this case and thereby subject to enforcement by a new lawsuit for breach.

2.    The undersigned is informed by PSG that, this weekend past, PSG diligently immediately removed the "misbranded" bannering that had formatives of its company name from the approximately 20 machines that had a "Pennsylvania" and "Skill" banner but not operating Pace software.  Pace-O-Matic has approximately 20,000 machines in the market and these machines (*e.g.,* 0.0010) are reputationally immaterial.  No expert has been introduced by the POM Parties.

February 28, 2023

Respectfully submitted,

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
 VENTURES LAW GROUP, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com

**CERTIFICATE OF SERVICE**

I hereby certify my belief that a true and correct copy of the foregoing document was served upon

all counsel of record via the Court's CM/ECF System on February 28, 2023.


Respectfully submitted,

s/Gregg R. Zegarelli
Gregg R. Zegarelli, Esq.
Pa. I.D. #52717

TECHNOLOGY & ENTREPRENEURIAL
  VENTURES LAW GROUP, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA 15241-2565, USA
v.412.833.0600 f.412.833.0601
mailroom.grz@zegarelli.com

3