15738847

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| | CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

**CONSENT MOTION TO STAY POST-TRIAL FILING DEADLINES**

AND NOW COMES Pace-O-Matic, Inc. ("Pace"), POM of Pennsylvania, LLC, Savvy Dog Systems, LLC, and Miele Manufacturing, Inc., ("Miele") (hereinafter referred to as the "POM Parties"), by and through their undersigned counsel, and file the within Consent Motion to Stay Post-Trial Deadlines and state as follows:

1.      On March 21, 2023, this Honorable Court set various post-trial deadlines [ECF No. 353], to include a telephonic status conference set for April 12, 2023 at 2:30 p.m.

2.      Additionally, this Honorable Court on April 5, 2023 referred this matter to the Hon. Christy Criswell Wiegand for settlement purposes only [ECF No. 357].

3.      Counsel for all parties have progressed settlement discussions and believe they can complete an agreement that resolves all post-trial issues that otherwise would have been decided and/or addressed by this Court. It is anticipated that settlement documentation can be completed within thirty (30) days for approval by this Court.

15738847

4.    A stay of all post-trial deadlines while counsel is working through settlement documentation would be appropriate to avoid burdening the Court and limit attorney fee expenses.

5.    As such, it is requested that this Honorable Court enter the attached Proposed Order, which suspends the current deadlines and reschedules the April 12, 2023 status conference to a date suitable for the Court to ensure that the settlement is progressing.

6.    Counsel for PSG consents to this Motion.

WHEREFORE, Defendants Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC, by consent of Pennsylvania Skill, Games, LLC, request that this Honorable Court to enter the attached proposed Order.

Respectfully submitted,

Dated:  April 10, 2023                                SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Julian E. Neiser
    Julian E. Neiser
    Pa. Id. No. 87306
    One Oxford Centre, Suite 3440
    301 Grant Street
    Pittsburgh, PA  15219
    T:  (412) 325-1116
    F:  (412) 325-3324
    E:  jneiser@spilmanlaw.com

**Attorneys for Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC**

15738847

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| | CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

### CERTIFICATE OF SERVICE

I, Julian E. Neiser, counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc., do hereby certify that on the 10th day of April, 2023, I served the foregoing **Consent Motion** to counsel of record via the Court's CM/ECF System:

Via email to mailroom.grz@zegarelli.com

Gregg R. Zegarelli, Esquire
Technology & Entrepreneurial
  Ventures Law Group, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA  15241-2565

**Counsel for Pennsylvania Skill Games, LLC**

SPILMAN THOMAS & BATTLE, PLLC

By:  /s/ Julian E. Neiser
       Julian E. Neiser