15900245v1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION<br><br>NO. 2:18-CV-00722-PLD |
| Plaintiffs/Counterclaim Defendants, | CONSOLIDATED<br><br>The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

-------------------------------------------------------------------------------------------------------------------------

PENNSYLVANIA SKILL GAMES, LLC

Plaintiff,

v.

PACE-O-MATIC, INC. and MIELE MANUFACTURING, INC.,

Defendants.

## JOINT SETTLEMENT STATUS REPORT

AND NOW COME all parties, by and through their undersigned counsel, and submit the within Joint Settlement Status Report per this Honorable Court's Text Order of May 19, 2023 [ECF 362]:

1.      The Parties have finalized a settlement agreement, which PSG and Albie Unis, IV have executed. Attorney Floro on May 19, 2023 hand-delivered an executed copy to counsel for the POM Parties, along with an installment payment to support the settlement.

2.      The executed settlement agreement has been provided to the POM Parties, and it is expected to be fully executed on or before May 29, 2023.

15900245v1

3.      The POM Parties expect, by June 1, 2023, to provide counsel for PSG proposed Orders that are contemplated within the settlement for this Court's review. These Orders will, if approved by the Court, dismiss this action and direct the United States Patent and Trademark Office to take certain actions regarding the trademarks in this case.

Respectfully submitted,

SPILMAN THOMAS & BATTLE, PLLC

Dated: May 23, 2023                    By:/s/ Julian E. Neiser
                                            Julian E. Neiser
                                            Pa. Id. No. 87306
                                            T:  412-325-1116
                                            E:  jneiser@spilmanlaw.com

                                            Jonathan A. Deasy
                                            Pa. Id. No. 327496
                                            T:  (412) 325-3306
                                            E:  jdeasy@spilmanlaw.com

                                            One Oxford Centre, Suite 3440
                                            301 Grant Street
                                            Pittsburgh, PA  15219

                                       **Attorneys for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, and Miele Manufacturing, Inc.**

GIANNI FLORO, P.C.

Dated: May 23, 2023                    By:/s/ Gianni Floro
                                            Gianni Floro
                                            Pa. Id. No. 85837

                                            935 Beaver Grade Road, Suite 6
                                            Moon Township, PA  15108
                                            T:  (412) 264-6040
                                            F:  (412) 264-2510
                                            E:  gfloro84@comcast.net

                                       **Additional Attorneys for Pennsylvania Skill Games, LLC**

15900245v1

ZEGARELLI TECHNOLOGY &
ENTREPRENEURIAL VENTURES LAW
GROUP, PC

Dated: May 23, 2023

By:/s/ Gregg R. Zegarelli
    Gregg R. Zegarelli
    Pa. Id. No. 52717

    2585 Washington Road, Suite 134
    Summerfield Commons Office Park
    Pittsburgh, PA  15241-2565

    T:  (412) 833-0600
    F:  (412) 833-0601
    E:  mailroom.grz@zegarelli.com

**Attorneys for Pennsylvania Skill Games, LLC**