15900245v1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION |
| | NO. 2:18-CV-00722-PLD |
| Plaintiffs/Counterclaim Defendants, | CONSOLIDATED |
| | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

-----------------------------------------------------------------------------------------------------------------------

PENNSYLVANIA SKILL GAMES, LLC

Plaintiff,

v.

PACE-O-MATIC, INC. and MIELE
MANUFACTURING, INC.,

Defendants.

### JOINT SETTLEMENT STATUS REPORT

AND NOW COME all parties, by and through their undersigned counsel, and submit the within Joint Settlement Status Report per this Honorable Court's Text Order of May 19, 2023 [ECF 362]:

1.     The Parties have finalized a settlement agreement, which PSG and Albie Unis, IV have executed. Attorney Floro on May 19, 2023 hand-delivered an executed copy to counsel for the POM Parties.

2.     The executed settlement agreement has been provided to the POM Parties, and it is expected to be fully executed on or before May 29, 2023.

15900245v1

3.      The POM Parties expect, by June 1, 2023, to provide counsel for PSG proposed Orders that are contemplated within the settlement for this Court's review. These Orders will, if approved by the Court, dismiss this action and direct the United States Patent and Trademark Office to take certain actions regarding the trademarks in this case.

Respectfully submitted,

SPILMAN THOMAS & BATTLE, PLLC

Dated: May 23, 2023

By:/s/ Julian E. Neiser
    Julian E. Neiser
    Pa. Id. No. 87306
    T:  412-325-1116
    E:  jneiser@spilmanlaw.com

    Jonathan A. Deasy
    Pa. Id. No. 327496
    T:  (412) 325-3306
    E:  jdeasy@spilmanlaw.com

    One Oxford Centre, Suite 3440
    301 Grant Street
    Pittsburgh, PA  15219

**Attorneys for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, and Miele Manufacturing, Inc.**

GIANNI FLORO, P.C.

Dated: May 23, 2023

By:/s/ Gianni Floro
    Gianni Floro
    Pa. Id. No. 85837

    935 Beaver Grade Road, Suite 6
    Moon Township, PA  15108
    T:  (412) 264-6040
    F:  (412) 264-2510
    E:  gfloro84@comcast.net

**Additional Attorneys for Pennsylvania Skill Games, LLC**

15900245v1

|  | ZEGARELLI TECHNOLOGY & ENTREPRENEURIAL VENTURES LAW GROUP, PC |
|---|---|

Dated: May 23, 2023            By:/s/ Gregg R. Zegarelli
                                        Gregg R. Zegarelli
                                        Pa. Id. No. 52717

                                        2585 Washington Road, Suite 134
                                        Summerfield Commons Office Park
                                        Pittsburgh, PA  15241-2565

                                        T:  (412) 833-0600
                                        F:  (412) 833-0601
                                        E:  mailroom.grz@zegarelli.com

                                        **Attorneys for Pennsylvania Skill Games, LLC**

3