16071913

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

                Plaintiffs/Counterclaim
                Defendants,

                v.

PENNSYLVANIA SKILL GAMES, LLC,

                Defendant/Counterclaim
                Plaintiff.

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

The Honorable Patricia L. Dodge

### POM PARTIES' MOTION FOR POST VERDICT RELIEF

Plaintiffs and Counterclaim Defendants POM of Pennsylvania, LLC ("POM"), Savvy Dog Systems, LLC ("Savvy Dog"), Pace-O-Matic, Inc. ("Pace"), and Miele Manufacturing, Inc. ("Miele") (together, the "POM Parties"), by and through their undersigned counsel, hereby submit the following Motion for Post-Verdict Relief as follows[1]:

1.      On February 24, 2023, a jury returned a verdict in in this matter.

2.      The parties subsequently reached agreement on all post-trial matters between them.

3.      In particular, the parties executed a written settlement agreement and agreed upon a proposed order for this Court to consider to resolve all issues.

4.      To fully effectuate the settlement, the POM Parties request that this Honorable Court consider the following, in sequence: (a) entry of a judgment on the verdict attached hereto as Exhibit 1 pursuant to F.R.C.P. 58(b)(1); (b) enter an order directing the United States Patent and Trademark Office to take certain action related to the trademarks at issue in this case attached

---

[1] It is requested that this Honorable Court consider this Motion as the status report requested by the Court at ECF No. 365.

hereto as Exhibit 2; and (c) enter the attached dismissal of the case pursuant to F.R.C.P. 41, with the settlement agreement being kept under seal. A copy of the stipulation of dismissal is attached hereto as Exhibit 3 and the settlement agreement has been filed under seal as Exhibit 3A.

5.  The parties anticipate the Court will request a status conference to discuss the contents of this Motion and the exhibits hereto. The Proposed Order to this Motion reflects this anticipated Order to schedule such a conference.

6.  This Motion and all exhibits have been provided to counsel for PSG, who consents to their contents and the relief requested of the Court.

Respectfully submitted,

Dated:  July 10, 2023

SPILMAN THOMAS & BATTLE, PLLC

By:/s/ Julian E. Neiser
Julian E. Neiser
Pa. Id. No. 87306
One Oxford Centre, Suite 3440
301 Grant Street
Pittsburgh, PA  15219
T:  (412) 325-1116
F:  (412) 325-3324
E:  jneiser@spilmanlaw.com

**Attorneys for POM Of Pennsylvania, LLC, t/d/b/a Pace-O-Matic, Savvy Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc.**

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

        Plaintiffs/Counterclaim
        Defendants,

        v.

PENNSYLVANIA SKILL GAMES, LLC,

        Defendant/Counterclaim
        Plaintiff.

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

The Honorable Patricia L. Dodge

## CERTIFICATE OF SERVICE

I, Julian E. Neiser, counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy

Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc., do hereby certify that on

the 12th day of July, 2023, I served the foregoing **POM Parties' Motion for Post-Verdict Relief**

to counsel of record via the Court's CM/ECF System:

Via email to mailroom.grz@zegarelli.com

Gregg R. Zegarelli, Esquire
Technology & Entrepreneurial
  Ventures Law Group, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA  15241-2565

**Counsel for Pennsylvania Skill Games, LLC**

Via email to gfloro84@comcast.net

Gianni Floro, Esquire
935 Beaver Grade Road, Suite 6
Moon Township, PA  15108

**Counsel for Pennsylvania Skill Games, LLC**

SPILMAN THOMAS & BATTLE, PLLC

By:  /s/ Julian E. Neiser
      Julian E. Neiser