# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, t/d/b/a PACE-O-MATIC, and SAVVY DOG SYSTEMS, LLC, | CIVIL ACTION NO. 2:18-CV-00722-PLD |
| | CONSOLIDATED |
| Plaintiffs/Counterclaim Defendants, | The Honorable Patricia L. Dodge |
| v. | |
| PENNSYLVANIA SKILL GAMES, LLC, | |
| Defendant/Counterclaim Plaintiff. | |

### POM PARTIES' MOTION FOR LEAVE
### TO FILE DOCUMENTS UNDER SEAL

AND NOW COMES Pace-O-Matic, Inc. ("Pace"), POM of Pennsylvania, LLC ("POM"), Savvy Dog Systems, LLC ("Savvy Dog"), and Miele Manufacturing, Inc., ("Miele") (hereinafter referred to as the "POM Parties"), by and through their undersigned counsel, and submits this Motion for Leave to File Documents Under Seal, and state as follows:

1.      The POM Parties filed a Motion for Post-Verdict Relief on July 12, 2023 [ECF 366] providing that the parties reached an agreement on all post-trial matters between them[1].

2.      As set forth in that Motion, the parties executed a written settlement agreement and agreed upon a proposed order for this Court to consider to resolve all issues.

3.      The POM Parties request that this Honorable Court consider, among others, a copy of the confidential settlement agreement in order to fully effectuate the settlement agreement between the parties.

---

[1] The POM Parties requested that this Honorable Court consider the Motion for Post-Verdict

4.      Accordingly, the POM Parties respectfully request leave of court to file a copy of the settlement agreement under seal.

5.      Counsel for the POM Parties have consulted with counsel for Pennsylvania Skill Games, LLC, who has consented to this filing.

Wherefore, the POM Parties, by counsel, respectfully requests that this Honorable Court grant leave to file the settlement agreement under seal and enter the attached Order of Court.


Dated:  July 12, 2023                                    SPILMAN THOMAS & BATTLE, PLLC

                                                        By:/s/ Jonathan A. Deasy
                                                           Jonathan A. Deasy
                                                           Pa. Id. No. 327496
                                                           One Oxford Centre, Suite 3440
                                                           301 Grant Street
                                                           Pittsburgh, PA  15219
                                                           T:  (412) 325-3306
                                                           F:  (412) 325-3324
                                                           E:  jdeasy@spilmanlaw.com

                                                        **Attorneys for Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC**

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC, t/d/b/a
PACE-O-MATIC, and SAVVY DOG
SYSTEMS, LLC,

        Plaintiffs/Counterclaim
        Defendants,

        v.

PENNSYLVANIA SKILL GAMES, LLC,

        Defendant/Counterclaim
        Plaintiff.

CIVIL ACTION NO. 2:18-CV-00722-PLD

CONSOLIDATED

The Honorable Patricia L. Dodge

**<u>CERTIFICATE OF SERVICE</u>**

I, Jonathan A. Deasy, counsel for POM of Pennsylvania, LLC t/d/b/a Pace-O-Matic, Savvy

Dog Systems, LLC, Pace-O-Matic, Inc. and Miele Manufacturing, Inc., do hereby certify that on

the 12th day of July, 2023, I served the foregoing Motion for Leave to File Documents Under Seal

to counsel of record via the Court's CM/ECF System:

Via email to <u>mailroom.grz@zegarelli.com</u>

Gregg R. Zegarelli, Esquire
Technology & Entrepreneurial
Ventures Law Group, P.C.
2585 Washington Road, Suite 134
Summerfield Commons Office Park
Pittsburgh, PA  15241-2565

**Counsel for Pennsylvania Skill Games, LLC**

Via email to <u>gfloro84@comcast.net</u>

Gianni Floro, Esquire
935 Beaver Grade Road, Suite 6
Moon Township, PA 15108

**Counsel for Pennsylvania Skill Games, LLC**

SPILMAN THOMAS & BATTLE, PLLC

By:  /s/ Jonathan A. Deasy
     Jonathan A. Deasy