**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

POM OF PENNSYLVANIA, LLC, d/b/a
PACE-O-MATIC and SAVVY DOG
SYSTEMS, LLC,

    Plaintiffs/Counterclaim Defendants,

    vs.

PENNSYLVANIA SKILL GAMES, LLC,

    Defendant/Counterclaim Plaintiff.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

2:18-CV-722-PLD

CONSOLIDATED WITH
2:18-CV-941-PLD

## FINAL JUDGMENT ORDER

AND NOW, this 25th day of July 2023, judgment is entered as follows:

1.      POM of Pennsylvania, LLC and Savvy Dog Systems, LLC own the word trademark PENNSYLVANIA SKILL (the "Word Trademark").

2.      POM of Pennsylvania, LLC and Savvy Dog Systems, LLC own the combination design/word trademark for PENNSYLVANIA SKILL (the "Combination Trademark"), which appear as follows:



3.      POM of Pennsylvania, LLC and Savvy Dog Systems, LLC have established secondary meaning for the Word Trademark in the marketplace through their efforts.

4.      POM of Pennsylvania, LLC and Savvy Dog Systems, LLC have established that the Combination Trademark is either inherently distinctive or has acquired secondary meaning in the marketplace through their efforts.

5.      Both the Word and Combination Trademarks are valid.

6.      Pennsylvania Skill Games, LLC has willfully infringed on the Word Trademark and Combination Trademark under federal and Pennsylvania law.

7.      Pace-O-Matic, Inc., Miele Manufacturing, Inc., and POM of Pennsylvania, LLC did not breach the Equipment Purchase Agreement.

8.      Pace-O-Matic, Inc., Miele Manufacturing, Inc., POM of Pennsylvania, LLC, and Savvy Dog Systems, LLC did not engage in unfair competition or engage in false advertising.

BY THE COURT:


/s/ Patricia L Dodge
PATRICIA L. DODGE
United States Magistrate Judge

2