**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| POM OF PENNSYLVANIA, LLC, d/b/a PACE-O-MATIC and SAVVY DOG SYSTEMS, LLC,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>vs.<br><br>PENNSYLVANIA SKILL GAMES, LLC,<br><br>Defendant/Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

2:18-CV-722-PLD

CONSOLIDATED WITH
2:18-CV-941-PLD

**STIPULATION OF DISMISSAL**

AND NOW, this 25th day of July, 2023, all parties to this consolidated matter stipulate pursuant to F.R.C.P. 41(A)(ii) that:

1.      Counsel for all parties consent to this stipulation of dismissal as noted by affixing their signatures below.

2.      Dismissal of this matter is WITH PREJUDICE, and shall be entered subsequent to the entry of a Final Judgment Order on the jury verdict entered in this matter on February 23, 2023 [ECF No. 332].

3.      Dismissal of this matter is subject to the terms and conditions of the Confidential Settlement Agreement and Release entered into by and between the parties, which was filed under seal at ECF No. 369 and shall remain under seal unless ordered otherwise by the Court.

Respectfully submitted,

SPILMAN THOMAS & BATTLE, PLLC                GIANNI FLORO, P.C.

By:/s/ Julian E. Neiser                                      By:/s/ Gianni Floro
    Julian E. Neiser                                          Gianni Floro
    Pa. Id. No. 87306                                         Pa. Id. No. 85837
    One Oxford Centre, Suite 3440                 935 Beaver Grade Road
    301 Grant Street                                          Suite 6
    Pittsburgh, PA  15219                                 Moon Township, PA  15108
    T:  (412) 325-1116                                        T:  (412) 264-6040
    F:  (412) 325-3324                                        F:  (412) 264-2510
    E:  jneiser@spilmanlaw.com                     E:  gfloro84@comcast.net

**Counsel for Plaintiffs/Counterclaim**          **Counsel for Defendant/Counterclaim**
**Defendants**                                                 **Plaintiff**

BY THE COURT:

/s/ Patricia L Dodge
PATRICIA L. DODGE
United States Magistrate Judge