**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**

**Joseph F. Weis, Jr. U. S. Courthouse**
**700 Grant Street**
**Pittsburgh, PA 15219**
**www.pawd.uscourts.gov**

**BRANDY S. LONCHENA**
CLERK OF COURT                                          IN REPLYING GIVE NUMBER
412–208–7500                                          OF CASE AND NAMES OF PARTIES

Date: July 26, 2023

Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313–1450

RE:   **POM OF PENNSYLVANIA, LLC vs. PENNSYLVANIA SKILL GAMES, LLC**
       Case Number:   **2:18–CV–00722–PLD**

Dear Commissioner:

   Enclosed is a copy of the order/dismissal and docket entries which terminated the above captioned matter in the United States District Court for the Western District of Pennsylvania.

Sincerely,

BRANDY S. LONCHENA
CLERK OF COURT

By:   /s/ **Chase T Boss**
Deputy Clerk

Enclosures